IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>        Plaintiffs,<br>   v.<br><br>Kenneth Salazar, Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>        Defendants. | Civil Action No. 13-00186 |

## MOTION TO ADMIT

## BRUCE A. WAGMAN *PRO HAC VICE*

The movant, Ralph Henry, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully moves the Court pursuant to LCvR 83.2(d), to admit Bruce A. Wagman, an attorney admitted to practice before the Bars of the State of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, and the United States Court of Appeals for the Ninth Circuit, but not admitted to the bar of this Court, to appear *pro hac vice* as counsel for Plaintiffs in this case. The declaration of Mr. Wagman in support of this Motion is attached.

Dated:  February 12, 2013                         Respectfully submitted,

By: [signature]

Ralph Henry (D.C. Bar No. 982586)
rhenry@humanesociety.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I herby certify that a copy of the foregoing Motion to Admit Bruce A. Wagman *Pro Hac Vice*, Declaration of Bruce A. Wagman, and Proposed Order was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered to receive electronic notice of filings pursuant to the Court's CM/ECF system.  I hereby further certify that on February 12, 2013, I served a copy of the Motion by United States Mail, first class postage pre-paid, upon the following:

| | |
|---|---|
| Ken Salazar<br>U.S. Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 | United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240 |
| United States Fish and<br>Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240 | |

By: *[signature]*

Ralph Henry (D.C. Bar No. 982586)
rhenry@humanesociety.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)