# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>    Plaintiffs,<br>  v.<br><br>Kenneth Salazar, Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>    Defendants. | Civil Action No. 13-00186 |

## **DECLARATION OF BRUCE A. WAGMAN**

I, Bruce A. Wagman, hereby declare as follows:

1. I am a partner in the San Francisco office of Schiff Hardin, LLP, whose office address is One Market, Spear Tower, 32nd Floor, San Francisco, CA 94105. My full address and phone number are reflected below. I have been retained to serve as counsel to Plaintiffs in this action. I do not currently practice in the District of Columbia and I do not have pending an application for membership in the bar of the District of Columbia. I have not been admitted *pro hac vice* to the District of Columbia within the last two years.

2. I obtained a Bachelor of Science from Cornell University in 1979, and a Bachelor's of Science in Nursing from the Columbia University School of Nursing in 1981. I obtained a Juris Doctorate degree from the University of California - Hastings College of the Law in 1991. I am currently a member in good standing of the bar of the State of California. I am also admitted in the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, and the United States Court of Appeals for the Ninth Circuit. I was first admitted to practice in 1991.

3. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

4. I have read the Local Rules for practice in the United States District Court for the District of Columbia, and I agree to abide by them.

I declare under the penalties of perjury that the foregoing is true and correct.

Dated: February 11, 2013

_____
Bruce A. Wagman, Esq.
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA  94105
Tel.:   (415) 901-8700
Fax:   (415) 901-8701
Email: bwagman@schiffhardin.com

*Attorney for Plaintiffs*