IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>Kenneth Salazar, Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>　　　　　Defendants. | Civil Action No. 13-00186 |

**[PROPOSED] ORDER**

This matter is before the Court upon a motion of Ralph E. Henry, an active member of the bar of this Court, to admit Bruce A. Wagman to the bar of this Court, to participate as

1

counsel *pro hac vice* in the above-captioned case.

For good cause shown, it is hereby ORDERED that the Court admit Bruce A. Wagman to the bar of this Court, to participate as counsel *pro hac vice* in the above-captioned case.

It is SO ORDERED.


Dated:_____                             _____
                                                  United States District Judge