# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., )<br><br>Plaintiffs, )<br>v. )<br>SALLY JEWELL,[1] et al., )<br><br>Defendants. ) | Civil Action No. 1:13-cv-00186-BAH |

## NOTICE OF APPEARANCE

Federal Defendants hereby give notice of the appearance of Andrea Gelatt as counsel.

Ms. Gelatt is registered for Electronic Case Filing ("ECF"). Relevant address, telephone numbers, and contact information for Ms. Gelatt are as follows:

**Mailing Address**
Andrea Gelatt
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044

**Telephone And Fax Numbers**
Telephone: (202) 305-0388
Facsimile:  (202) 305-0275

**Electronic Correspondence**
Andrea.gelatt@usdoj.gov

Respectfully submitted this 23rd of April, 2013.

                                  IGNACIA S. MORENO, Assistant Attorney General
                                  United States Department of Justice

---

[1] Sally Jewell is substituted automatically. *See* Fed. R. Civ. P. 25(d).

Environment & Natural Resources Division

/s/ *Andrea Gelatt*
Andrea Gelatt, Trial Attorney
Environment and Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 305-0388
Facsimile:  (202) 305-0275
*Attorneys for Federal Defendants*