IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE
UNITED STATES, BORN FREE, USA,
HELP OUR WOLVES LIVE, and
FRIENDS OF ANIMALS AND THEIR
ENVIRONMENT,

      Plaintiffs,

      v.                             13-CV-0186-BAH

KENNETH SALAZAR, SECRETARY
OF THE INTERIOR, UNITED STATES
DEPARTMENT OF THE INTERIOR,
and UNITED STATES FISH AND
WILDLIFE SERVICE,

      Defendants.

UNOPPOSED MOTION TO INTERVENE AS A
PARTY DEFENDANT BY STATE OF WISCONSIN
AND WISCONSIN DEPARTMENT OF NATURAL RESOURCES

The State of Wisconsin ("Wisconsin") and Wisconsin Department of Natural

Resources ("WDNR"), (hereafter collectively "Intervenor-Applicants"), through their

undersigned counsel, hereby move the Court, pursuant to Federal Rule of Civil Procedure

("FRCP") 24 and this District Court's Local Rule, LCvR 7(j), for leave to intervene into

this proceeding as party defendants as a matter of right and, in the alternative, to

intervene as party defendants by permission.  Intervenor-Applicants ask the Court to

allow them to intervene on all claims contained in the Complaint against the defendants

and on the relief requested in the petition.  The State also has contemporaneously filed a legal memorandum in support of this motion.

In accordance with LCvR 7(m), Intervenor-Applicants state that the required discussion between counsel for Intervenor-Applicants and counsel for the parties has occurred.  Counsel for the federal defendants stated their clients do not object to this motion.  Counsel for plaintiffs stated their clients would not oppose this motion.  Therefore, this motion is not opposed.

As grounds for this motion, Intervenor-Applicants state:

1.      Intervenor-Applicants meet the requirements for intervention of right under FRCP 24(a), as more fully set forth in the memorandum that accompanies this motion.

2.      Intervenor-Applicants alternatively meet the requirements for permissive intervention under FRCP 24(b), as more fully set forth in the memorandum that accompanies this motion.

3.      This motion is timely filed as required by FRCP 24, as more fully set forth in the memorandum that accompanies this motion.

4.      This motion is being served on the parties under FRCP 5, as required by FRCP 24(c).

5.      This motion is accompanied by an answer (responsive pleading) that sets out the defenses for which intervention is sought, as required by FRCP 24(c).

6.      This motion is accompanied by a proposed order for intervention as required by LCvR 7(c).

7.     Pursuant to LCvR 7(m), the required discussion between counsel for Intervenor-Applicants and the parties has occurred, and this motion is not opposed.

8.     The reasons supporting this motion are more fully set forth in the memorandum in support of this motion that is filed herewith.

Dated this 22nd day of April, 2013.

Respectfully submitted,

J.B. VAN HOLLEN
Attorney General

**/s/ Thomas J. Dawson**
THOMAS J. DAWSON
Assistant Attorney General
State Bar #1016134

**/s/ Cynthia R. Hirsch**
CYNTHIA R. HIRSCH
Assistant Attorney General
State Bar #1012870

Attorneys for Intervenor-Applicants
State of Wisconsin and
Wisconsin Department of Natural Resources

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8987 (Dawson)
(608) 266-3861 (Hirsch)
(608) 266-2250 (Fax)
hirschcr@doj.state.wi.us
dawsontj@doj.state.wi.us