IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE

Case Name:   The Humane Society of the United States, et al.
v.
Kenneth Salazar, et al.

Case No:   13-CV-0186-BAH

I hereby certify that on April 22, 2013, a copy of the following documents were filed with the Clerk of the Court via email dcd_cmecf@dcd.uscourts.gov and served through the CM/ECF system upon all registered attorneys of record.

- UNOPPOSED MOTION TO INTERVENE AS A PARTY DEFENDANT BY STATE OF WISCONSIN AND WISCONSIN DEPARTMENT OF NATURAL RESOURCES

- MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE AS A PARTY DEFENDANT BY STATE OF WISCONSIN AND WISCONSIN DEPARTMENT OF NATURAL RESOURCES

- ORDER FOR INTERVENTION BY THE STATE OF WISCONSIN AND WISCONSIN DEPARTMENT OF NATURAL RESOURCES

- ANSWER

s/ Thomas J. Dawson