IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE
UNITED STATES, BORN FREE, USA,
HELP OUR WOLVES LIVE, and
FRIENDS OF ANIMALS AND THEIR
ENVIRONMENT,

      Plaintiffs,

   v.                                        13-CV-0186-BAH

KENNETH SALAZAR, SECRETARY
OF THE INTERIOR, UNITED STATES
DEPARTMENT OF THE INTERIOR,
and UNITED STATES FISH AND
WILDLIFE SERVICE,

      Defendants.

ORDER FOR INTERVENTION
BY THE STATE OF WISCONSIN AND
WISCONSIN DEPARTMENT OF NATURAL RESOURCES

      The Court has before it in this action by the State of Wisconsin and Wisconsin Department of Natural Resources a motion to intervene as party defendants as of right and, alternatively, by permission.

      Plaintiffs and defendants do not oppose the motion under Rule 24(b) of the Federal Rules of Civil Procedure.

      The motion for intervention and accompanying memorandum of points and authorities demonstrate that the State of Wisconsin and the Wisconsin Department of Natural Resources are entitled to intervene as party defendants as of right.

- 2 -

Accordingly, it is hereby

ORDERED that the motion of the State of Wisconsin and the Wisconsin Department of Natural Resources to intervene as defendants as a matter of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure is GRANTED, and it is

FURTHER ORDERED that all filings by defendant-intervenors shall conform with the standards and page limits set forth in the Local Civil Rules.

SO ORDERED.

Dated this ____ of _____, 2013

_____
HON. BERYL A. HOWELL
United States District Judge