# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY
OF THE UNITED STATES
and BORN FREE, USA and
HELP OUR WOLVES LIVE ("HOWL")
and FRIENDS OF ANIMALS AND
THEIR ENVIRONMENT ("FATE"),

    Plaintiffs                      Civil Action No. 1:13-cv-00186-BAH

v

KENNETH SALAZAR,
SECRETARY OF THE INTERIOR and    **ORDER**
UNITED STATES DEPARTMENT OF
THE INTERIOR and UNITED STATES
FISH AND WILDLIFE SERVICE,

    Defendants

and

STATE OF MICHIGAN
530 West Allegan Street
Lansing, MI 48915

and

MICHIGAN DEPARTMENT
OF NATURAL RESOURCES
530 West Allegan Street
Lansing, MI 48915,

    Defendant Intervenor Applicants.

1

2

# ORDER

The Court has before it the Unopposed Motion of the State of Michigan and the Michigan Department of Natural Resources to Intervene as Defendants. Neither plaintiffs nor defendants have taken any position regarding the motion. The Court concludes that the State of Michigan and the Michigan Department of Natural Resources satisfy the standard for intervention of right set forth in Federal Rule of Civil Procedure 24(a)(2).

Accordingly, it is hereby

ORDERED that the motion of the State of Michigan and the Michigan Department of Natural Resources to intervene as defendants pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure is GRANTED.

SO ORDERED.

_____
BERYL A. HOWELL
United States District Judge

DATE: _____

LF/Humane Society v US Fish and Wildlife/2013-0032710-B/Order – Proposed Order  – 2013 – 04-22

2