IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, SECRETARY OF THE INTERIOR, et al.<br><br>Federal Defendants,<br><br>and<br><br>HUNTER CONSERVATION COALITION<br><br>Applicant Defendant-Intervenors. | Civil Action No. 13-00186 (BAH)<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that the Hunter Conservation Coalition's Unopposed Motion to Intervene and Memorandum of Points and Authorities in Support Thereof, Proposed Order, Proposed Answer on behalf of the Hunter Conservation Coalition and Rule 7.1 Certificate are being served, via first class mail this 23rd day of April 2013 on the following:

Bruce A. Wagman, Esq.
Schiff Hardin, LLP
One Market, Spear Tower, 32nd Floor
San Francisco, California  94105

Andrea Gelatt, Esq.
Trial Attorney
Wildlife & Marine Resource Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington,  DC  20044-7611

Ralph E. Henry, Jr., Esq.
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037

      /s/ James H. Lister
      James H. Lister, Esq.
      D.C. Bar # 447878
      Birch Horton Bittner and Cherot, PC
      1155 Connecticut Avenue, NW, Suite 1200
      Washington, DC  20036
      Telephone: (202) 659-5800
      Facsimile (202) 659-1027