IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, SECRETARY OF THE INTERIOR, et al.<br><br>Federal Defendants,<br><br>and<br><br>HUNTER CONSERVATION COALITION<br><br>Applicant Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

**INDEX OF EXHIBITS IN SUPPORT OF
HUNTER CONSERVATION COALITION'S
MOTION TO INTERVENE**

Exhibit A: Declaration of Rew Goodenow on Behalf of SCI

Exhibit B: Declaration of Chris W. Cox on Behalf of the NRA

Exhibit C: Declaration of Wayne Thomas Johnson on Behalf of SCI

Exhibit D: Declaration of Todd Henry King on Behalf of SCI

Exhibit E:  Declaration of Daniel Joseph Bonk on Behalf of SCI

Exhibit F:  Declaration of Tyson Lee Miller on Behalf of SCI

Exhibit G:  Declaration of Timothy Scott Jones on Behalf of SCI

Exhibit H: Declaration of Mark Vernon Peterson on Behalf of SCI

1

Exhibit I: Declaration of Michael Trenholm on Behalf of SCI

Exhibit J:  Declaration of Neal Campbell Porter on Behalf of SCI

Exhibit K: Declaration of Jonathon Edward Kost on Behalf of SCI

Exhibit L:  Declaration of Matthew Clemens Bluntzer on Behalf of SCI

Exhibit M:  Declaration of Ronald Stanly Schmidt on Behalf of SCI

Exhibit N: Declaration of Evan Heusinkveld on Behalf of USSAF

Exhibit O: Declaration of Al Lobner on behalf of WBHA

Exhibit P: Declaration of Kent Wood on behalf of MUCC

Exhibit Q: Declaration of Mike Brust on behalf of WBH

Exhibit R: Declaration of Nancy Hudson on behalf of UPBHA

Exhibit S: Declaration of Mike Thorman on behalf of MHDF

Exhibit T: Declaration of Rodney J. Triepke on behalf of RMEF

Exhibit U: Declaration of Lee Swanson on behalf of RMEF

Exhibit V: Declaration of Willis Joseph Beer II on behalf of RMEF

Exhibit W: Declaration of Scott Meyer on behalf of WBHA