# EXHIBIT A

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States;<br>Born Free, USA;<br>Help Our Wolves Live ("HOWL");<br>Friends of Animals and Their Environment<br>("FATE"),<br><br>        Plaintiffs,<br><br>v.<br><br>Kenneth Salazar, Secretary of the Interior;<br>United States Department of the Interior;<br>United States Fish and Wildlife Service,<br><br>        Defendants,<br><br>and<br><br>Safari Club International and National Rifle<br>Association of America,<br><br>        Proposed Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

Rew Goodenow, being first duly sworn on oath deposes and states as follows:

1. I am Chairman of the Legal Task Force of Safari Club International ("SCI").

2. I am an attorney and principal in the law firm of Parsons, Behle and Latimer in Reno, Nevada.

3. Safari Club International is a nonprofit corporation incorporated in the State of Arizona, operating under § 501(c)(4) of the Internal Revenue Code, with principal offices and place of business in Tucson, Arizona.

4. Its membership includes approximately 51,000 individuals from the United States and many of the countries around the world.

5. Its missions are the conservation of wildlife, protection of the hunter, and education of the public concerning hunting and its use as a conservation tool. SCI works with its sister organization, Safari Club International Foundation ("SCIF"), to carry out its conservation mission.

1

6. SCIF's missions include the conservation of wildlife, education of the public concerning hunting and its use as a conservation tool, and humanitarian services. More specifically, the conservation mission of SCIF is: (a) to support the conservation of the various species and populations of game animals and other wildlife and the habitats on which they depend; and (b) to demonstrate the importance of hunting as a conservation tool and management tool in the development, funding and operation of wildlife conservation programs.

7. Many SCI members hunt and enjoy recreational pursuits throughout the United States.

8. SCI members live and hunt in Michigan, Minnesota and Wisconsin, including some who have recently hunted wolves in Minnesota and Wisconsin and plan to hunt wolves in future Minnesota and Wisconsin wolf seasons. SCI members in Michigan plan to hunt wolves in Michigan, when the state opens a wolf season.

9. The Plaintiffs in this litigation have sued to challenge the legality of the delisting of the wolves of the Western Great Lakes Distinct Population Segment ("WGL DPS"). If the Plaintiffs are successful, it will deprive SCI members of their ability to hunt wolves in Minnesota, Wisconsin and Michigan and to assist in the management and conservation of wolves through hunting.

10. If the Plaintiffs are successful in returning the wolves of the WGL DPS to endangered status, it will harm SCI members by depriving them of opportunities to hunt and enjoy game species whose population numbers and behavior have been impacted by the presence of wolves.

11. If the Plaintiffs are successful in this litigation, it will harm SCI's interests in promoting hunting as a valuable means of conserving and managing wolf populations in balance with other game populations that SCI members and the hunting community generally enjoy and seek to conserve.

12. SCI has significant experience in wildlife conservation and management litigation. It has participated as intervenor, plaintiff, or amicus in cases involving the following federal laws, among others: National Wildlife Refuge System Improvement Act, Endangered Species Act, National Environmental Policy Act, Marine Mammal Protection Act, and National Park Service Organic Act. The cases have involved recreational use, hunting and wildlife management on National Wildlife Refuges (NEPA compliance for hunting opportunities throughout the National Wildlife Refuge System); National Park Service lands (elk management on Rocky Mountain National Park, deer management on Valley Forge National Historical Park); Wild Horse and Burro Management (Nevada and California herds); management of Central Idaho and Yellowstone area experimental wolf populations; grizzly bear delisting (Yellowstone area); trapping of Canadian lynx (Maine and Minnesota); Florida black bear listing (Georgia and Florida); and polar bear listing and importation (two cases as plaintiff).

2

13. SCI has participated in numerous cases involving the federal listing status and management of wolves in the United States. In particular, SCI has participated in cases involving the management of the wolves of the WGL DPS. SCI intervened in two cases filed in U.S. District Court for the District of Columbia concerning the U.S. Fish and Wildlife Service's ("FWS") previous rules to remove the wolves of the WGL DPS from the endangered species list. SCI intervened in another case filed in U.S. District Court for the District of Columbia in which SCI defended the FWS's issuance of permits in Michigan and Wisconsin for lethal removal of problem wolves of the WGL DPS. SCI also intervened in two cases filed in U.S. District Court in Montana concerning the FWS rule to remove the wolves of the Northern Rocky Mountains from the federal endangered species list and another case in U.S. District Court in Oregon concerning the FWS's rule to reclassify the wolves of the Northern Rocky Mountains from endangered to threatened status.

14. I provide this declaration in support of SCI's motion to intervene in the above captioned case.

Dated this **20th** day of March 2013.  By: _____

Rew Goodenow

3

# EXHIBIT B

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States;
Born Free, USA;
Help Our Wolves Live;
Friends of Animals and Their Environment,

      Plaintiffs,

v.

Kenneth Salazar, Secretary of the Interior;
United States Department of the Interior;
United States Fish and Wildlife Service,

      Defendants,

and

Safari Club International and National Rifle
Association of America,

      Proposed Defendant-Intervenor.

Civil Action No. 13-00186 (BAH)

## DECLARATION OF CHRIS W. COX

I, Chris W. Cox, declare as follows.

1. I am the Executive Director of the National Rifle Association of America's Institute for Legislative Action.

2. I am authorized to speak for and represent the National Rifle Association of America in litigation pursuant to Article X Section 1 of the bylaws of the National Rifle Association of America.

3. The National Rifle Association of America is a not-for-profit membership organization that was incorporated in the State of New York in 1871, with its principal place of business in Fairfax Virginia.

1

4. The National Rifle Association of America was created to promote, protect, and preserve
   America's hunting heritage for the common good and general welfare of the public.
   Among its purposes and objectives are, "[t]o promote hunter safety, and to promote and
   defend hunting as a shooting sport and as a viable and necessary method of fostering the
   propagation, growth and conservation of our renewable wildlife resources." NRA Bylaws
   Article II Section 5.

5. Today the National Rifle of Association of America has approximately five million
   members, many of whom reside in Michigan, Minnesota and Wisconsin, and remains
   dedicated to preserving America's hunting heritage.

6. National Rifle Association of America members hunt in many of the states now
   populated by gray wolves.

7. National Rifle Association of America members have encountered gray wolves during
   their hunts and have competed with wolves for prey and/or have lost their prey to gray
   wolves.

8. National Rifle Association of America members, like other residents of Michigan,
   Minnesota and Wisconsin affected by the U.S. Fish and Wildlife Service's delisting of
   the Western Great Lake gray wolves, have experienced anger and frustration during times
   when their state wildlife management authorities were powerless to take necessary action
   to control their states' problem wolves.

9. The National Rifle Association of American and its members support sustainable use
   conservation and are confident that because of the recovered status of gray wolves, the
   species no longer requires federal Endangered Species Act protection and that their state

2

management authorities, and not the federal government, should now have the ability to manage this recovered species.

10. If Plaintiffs succeed in the above-captioned litigation, National Rifle Association of America members who hunt and otherwise enjoy recreational opportunities in Michigan, Minnesota and Wisconsin will lose that ability due to the threat to themselves, their pets and their prey from problem wolves.

11. The National Rifle Association of America seeks to participate as a Defendant-Intervenor in this action.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this ⁄⁄ day of April, 2013, at Fairfax, Virginia.

Chris W. Cox

# EXHIBIT C

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States;<br>Born Free, USA;<br>Help Our Wolves Live ("HOWL");<br>Friends of Animals and Their Environment<br>("FATE"),<br><br>       Plaintiffs,<br><br>v.<br><br>Kenneth Salazar, Secretary of the Interior;<br>United States Department of the Interior;<br>United States Fish and Wildlife Service,<br><br>       Defendants,<br><br>and<br><br>Safari Club International and National Rifle<br>Association of America,<br><br>       Proposed Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

**DECLARATION OF WAYNE THOMAS JOHNSON**

I, Wayne Thomas Johnson, declare as follows:

1. I am a resident of Palisade, Minnesota.

2. I am retired.

3. I have been a member of Safari Club International for approximately eleven years. I was a Safari Club International Chapter Treasurer several years ago, but I no longer maintain a chapter affiliation.

4. I am also a member of the Minnesota Deer Hunters Association and the Rocky Mountain Elk Foundation.

5. I have been a hunter for 50 years. I started hunting with my father when I was twelve years old.

6. I have hunted all over the Minnesota for white-tailed deer, ruffed grouse, turkey, pheasant, ducks, and geese. I have also hunted elk in New Mexico.

7. I have also hunted outside of the United States in New Zealand for red stag and fallow buck.

8. I hunted for wolves in Minnesota in 2012, but I did not successfully take any. I was able to capture a photo of a wolf on a trail camera and tracks indicated that there were likely two others. I will apply for a late season wolf tag in Minnesota for 2013 and hunt up to ten days if my name is drawn. I also have a five day combined elk and wolf hunt near Calgary Alberta planned for November 2013.

9. Wolves are a natural part of the Minnesota landscape. I do not want them exterminated. I believe that wolves have recovered to the point where a carefully managed hunting and trapping program would be successful. I want to see them managed in a way that includes the opportunity for hunters to take a trophy.

10. If the plaintiffs are successful in this litigation I would be harmed by not being able to hunt wolves in Minnesota. I will lose out on the opportunity to harvest a wolf trophy.


In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _2_ day of _March_, 2013, at _Palisade, Minnesota_

Wayne Thomas Johnson

# EXHIBIT D

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States;
Born Free, USA;
Help Our Wolves Live ("HOWL");
Friends of Animals and Their Environment
("FATE"),

      Plaintiffs,

v.

Kenneth Salazar, Secretary of the Interior;
United States Department of the Interior;
United States Fish and Wildlife Service,

      Defendants,

and

Safari Club International and National Rifle
Association of America,

      Proposed Defendant-Intervenors.

Civil Action No. 13-00186 (BAH)

## DECLARATION OF TODD HENRY KING

I, Todd Henry King, declare as follows:

1. I am a resident of Maple Plain, Minnesota.

2. I own Gladwin Machinery, a company that sells capital manufacturing equipment to manufacturers.

3. I have been a member of Safari Club International for approximately twelve years.

4. I am also a member of the National Rifle Association, Quality Deer Management Association, Minnesota Land Trust, and I participate in the State of Minnesota Forestry Program.

5. I have been a hunter for 46 years. My father introduced me to outdoor sports at a young age. My five brothers, father, relatives, and I enjoy hunting together.

6. I have hunted all over the western United States: in New Mexico for elk and mule deer; in Utah for moose; in Colorado for elk; and in Kansas for deer.

7.  In Minnesota, I have hunted for deer, bear, pheasant, duck, geese, and grouse.

8.  I hunted for wolves in Minnesota during the state's first wolf season in 2012. I saw signs of wolves five or six times while hunting but did not successfully take a wolf.

9.  If I draw a tag for a wolf hunt in Minnesota in the fall of 2013, I will hunt wolves on my properties in northern Minnesota. I will likely spend nine or ten days total hunting wolves.

10. My family and I own close to 1500 acres in northern Minnesota. We enroll the properties in all available wildlife habitat improvement programs and have a forest stewardship plan approved by the state in place. As a result of our land management efforts, we have unfortunately created an excellent hunting ground for the local wolf population. The deer herd on our property has been severely decimated and the other predators such as fox, bobcat, and coyotes have been displaced. The heavy predation on all the game in our area is devastating. The impact on our well managed properties increases each year. If the wolf population continues to grow unchecked, it will have a negative financial impact on hunting and the tourism industry on which the low income northern counties depend.

11. I am concerned that the wolves have lost their fear of humans. My brother observed some wolves watching my young niece while she was walking alone on our farm. Even though they keep their distance, I often observe wolves in daylight while working on projects on my properties. They show little fear. I advise everyone who hunts on our property to keep their dogs under observation at all times and to be extremely careful when bird hunting. I never go out on my properties without a firearm.

12. We keep game cameras on our properties in order to monitor wildlife. The game cameras have daily photos of wolves, demonstrating the large increase in their numbers. This was not the case several years ago.

13. I believe that wolves have an important place in our woods, but their numbers need to be kept in balance. They need to redevelop a fear of humans or problems in populated areas will surely increase.

14. If the plaintiffs are successful in this litigation I will lose my ability to hunt wolves in Minnesota and to help participate in wolf management through hunting. In addition, I would be harmed because the recreation value of my land will continue to go down. The investments in wildlife habitat improvements my family and I are making will be wasted. We own the land because of the hunting opportunities, and these opportunities would be reduced due to the continued reduction in the populations of game animals on the land. The wolves' lack of fear of humans could lead to more dangerous encounters in the future.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _12_ day of _MARCH_, 2013, at ___ORONO   MN___

_Todd H. King_

Todd Henry King

# EXHIBIT E

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States;
Born Free, USA;
Help Our Wolves Live ("HOWL");
Friends of Animals and Their Environment
("FATE"),

        Plaintiffs,

v.

Kenneth Salazar, Secretary of the Interior;
United States Department of the Interior;
United States Fish and Wildlife Service,

        Defendants,

and

Safari Club International and National Rifle
Association of America,

        Proposed Defendant-Intervenors.

Civil Action No. 13-00186 (BAH)

## DECLARATION OF DANIEL JOSEPH BONK

I, Daniel Joseph Bonk, declare as follows:

1. I am a resident of Waukesha, Wisconsin.

2. I am employed as a hospital president.

3. I have been a member of Safari Club International for approximately five years.

4. I have been a hunter for 47 years. My father took me as a hunting observer until I was allowed to hunt pheasants when I was eleven years old.

5. I have hunted in several different states: in Tennessee for deer and doves; in South Carolina and in Florida for doves.

6. I have also hunted outside of the United States in South Africa for gemsbuck, impala, blue wildebeest, blesbuck, and red hartebeest.

7. I have hunted all over Wisconsin for deer, pheasants, grouse, rabbits, coyote, and geese.

8. I have yet to hunt wolves in Wisconsin, but if selected, I will apply for the appropriate license to do so.

9. I have noticed a drastic decline in the number of deer near Rhinelander, Wisconsin where I often go archery hunting with my son. I have seen big wolves running along a deer trail in the area. I would estimate that we have recently only seen ten percent of the amount of deer we used to see before wolf expansion into the area. My son and I also travel several times per year to the Hayward, Wisconsin area to fish. During those trips, we like to look for elk while hiking. I would estimate that the number of elk we have seen has dropped sixty to seventy percent over the last five years.

10. If the plaintiffs are successful in this litigation I would be harmed by a decrease in hunting opportunities that my son and I can enjoy due to the continued reduction in populations of deer and other game animals. I would also lose the opportunity to hunt wolves in Wisconsin. I fear that my family will lose the tradition of hunting when deer become too scarce due to wolf predation.


In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _28_ day of _February_, 2013, at _Waukesha, WI_ _____

_Daniel Joseph Bonk_ (signature)

Daniel Joseph Bonk

# EXHIBIT F

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

The Humane Society of the United States;
Born Free, USA;
Help Our Wolves Live ("HOWL");
Friends of Animals and Their Environment
("FATE"),

        Plaintiffs,

v.

Kenneth Salazar, Secretary of the Interior;
United States Department of the Interior;
United States Fish and Wildlife Service,

        Defendants,

and

Safari Club International and National Rifle
Association of America,

        Proposed Defendant-Intervenors.

Civil Action No. 13-00186 (BAH)

### DECLARATION OF TYSON LEE MILLER

I, Tyson Lee Miller, declare as follows:

1. I am a resident of Mosherville, Michigan.

2. I am employed as a manufacturing manager.

3. I am a member of Safari Club International and have been a member for two to three years.

4. I am also a life member of the National Rifle Association.

5. I have been a hunter for 25 years. I started hunting with friends and family when I was fifteen years old.

6. I have hunted in several states: in Colorado for elk; in South Dakota for pheasants; and in Illinois for white-tailed deer.

7. I have also hunted outside of the United States: in British Columbia for elk, moose, caribou, mountain goat, and wolverine; in South Africa for plains game; and in Zimbabwe for Cape buffalo and bushbuck.

8. I have hunted wolves twice in British Columbia. I saw signs of five wolves but did not successfully take a wolf. If Michigan opens a wolf hunting season, I plan to apply to receive a license to hunt wolves in that first season.

9. If the plaintiffs are successful in this litigation I would be harmed by not being able to hunt wolves in Michigan. I would love to be able to do so in my home state. In addition, my opportunities to hunt other species will be reduced due to continued wolf predation.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _1ST_ day of _MARCH_, 2013, at _Mosherville, MI_

Tyson Lee Miller

# EXHIBIT G

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States; Born Free, USA; Help Our Wolves Live ("HOWL"); Friends of Animals and Their Environment ("FATE"), | Civil Action No. 13-00186 (BAH) |
| Plaintiffs, | |
| v. | |
| Kenneth Salazar, Secretary of the Interior; United States Department of the Interior; United States Fish and Wildlife Service, | |
| Defendants, | |
| and | |
| Safari Club International and National Rifle Association of America, | |
| Proposed Defendant-Intervenors. | |

## DECLARATION OF TIMOTHY SCOTT JONES

I, Timothy Scott Jones, declare as follows:

1. I am a resident of Gowen, Michigan.

2. I currently own my own business.

3. I am a member of Safari Club International and have been for approximately five years.

4. I have been a member of the Safari Club International Michigan Chapter for a little over five years.

5. I have also been a member of the Michigan United Conservation Club for approximately eight years.

6. I have been a hunter for 35 years. I started hunting when I was twelve years old. I first went hunting with my friend's father.

7. I have hunted in several different states: in in Montana for mule deer; in Colorado for elk and mountain lion; and in Nebraska for turkey.

8. I have also hunted outside of the United States: in South Africa for kudu, gemsbok, blesbok, zebra, and black wildebeest; in Turkey for bezoar ibex; in Spain for fallow deer and mouflon sheep; in South America for water buffalo and axis deer; in Australia for red stag, Mollucan rusa deer, and feral goat; in Mexico for Sonora Desert mule deer; and in Canada for bear, moose, coyote, musk ox, and arctic caribou.

9. I have hunted all over Michigan for deer, bear, squirrel, partridge, grouse, rabbit, and turkey.

10. I have hunted for wolves twice in Canada. I plan to apply for a license to hunt wolves in Michigan if given the opportunity to do so.

11. While hunting for deer and bear in Michigan's Upper Peninsula, I have seen noticeably fewer moose and deer in the area. I believe this is due to increased wolf predation. I have personally seen remnants of wild game and livestock killed by large wolf packs in Alberta Canada. Those wolves killed the animals and left the carcasses without eating them. I do not want this to occur in Michigan.

12. If the plaintiffs are successful in this litigation I would be harmed by not being able to hunt wolves in Michigan. In addition, my opportunities to spend time in the field hunting would be reduced because wolves will continue to deplete other wild game populations.


In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of ___March___, 2013, at ___Gowen   Mi___

Timothy Scott Jones

# EXHIBIT H

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States;
Born Free, USA;
Help Our Wolves Live ("HOWL");
Friends of Animals and Their Environment
("FATE"),

      Plaintiffs,

v.

Kenneth Salazar, Secretary of the Interior;
United States Department of the Interior;
United States Fish and Wildlife Service,

      Defendants,

and

Safari Club International and National Rifle
Association of America,

      Proposed Defendant-Intervenors.

Civil Action No. 13-00186 (BAH)

## DECLARATION OF MARK VERNON PETERSON

I, Mark Vernon Peterson, declare as follows:

1. I am a resident of Shelby, Michigan.

2. I am the owner and Vice President of Operations of Peterson Farms, Inc.

3. I have been a member of Safari Club International for approximately two years.

4. I am also a member of the Wild Sheep Foundation.

5. I have been a hunter for 20 years. My dad taught me to hunt when I was nine years old. I have been hunting ever since.

6. I have hunted all over the United States: in Maine for grouse and woodcock; in Idaho for Shiras moose and elk; in Texas for aoudad; in New Mexico for elk and turkey; in North Dakota for upland game birds and waterfowl; in Georgia for deer, hogs, and upland game birds; in Florida for turkey, alligator, and hogs; in Kansas and Iowa for upland game

birds; in Arizona for Coues deer; and in Alaska for black-tailed deer, moose, black bear, and waterfowl.

7.  I have also hunted outside of the United States: in Canada for Dall sheep, moose, mountain caribou, caribou, bobcat, mountain lion, lynx, stone sheep, mountain goat, black bear, and grizzly bear; in Africa for plains game; in New Zealand for Tahr, chamois, fallow deer, stag, waterfowl, rams, and sheep; and in Mexico for mule deer, Coues deer, and desert sheep.

8.  I have hunted all over Michigan for deer, turkey, ducks, and geese.

9.  If and when Michigan offers a wolf hunt, I will apply for a license and will hunt them if I am drawn.

10.  I have hunted for wolves on three separate occasions in Alaska, British Columbia, and the Northwest Territories.  I have not successfully harvested a wolf, but did see signs of wolves during both hunts in Canada.

11.  While I was hunting in the Northwest Territories, wolves took about half the meat off of a caribou I harvested before I could get the caribou packed out to camp.  While I was hunting in British Columbia, wolves spooked the horse I was on and it bucked me off.

12.  The elk population I hunted in Idaho has been reduced dramatically by wolf predation. The outfitter that I used there has moved to Montana because of the damage the wolves have done.

13.  If the plaintiffs are successful in this litigation I would be harmed by not being able to hunt wolves in Michigan and in being prevented from participating in the sustainable use management of this predator species.  In addition, my opportunities to spend time in the field hunting would be reduced due to the continued reduction in the populations of game animals.  I have seen in Idaho the impact that wolves can have on game animal populations and I am afraid wolves are similarly impacting game animal populations in Michigan.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of ____March____, 2013, at ____Shelby, MI____

_____
Mark Vernon Peterson

# EXHIBIT I

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States; Born Free, USA; Help Our Wolves Live ("HOWL"); Friends of Animals and Their Environment ("FATE"), <br><br>      Plaintiffs, <br><br> v. <br><br> Kenneth Salazar, Secretary of the Interior; United States Department of the Interior; United States Fish and Wildlife Service, <br><br>      Defendants, <br><br> and <br><br> Safari Club International and National Rifle Association of America, <br><br>      Proposed Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

## DECLARATION OF MICHAEL HARRISON TRENHOLM

I, Michael Harrison Trenholm, declare as follows:

1. I am a resident of Pequot Lakes, Minnesota.

2. I am a retired Minnesota Conservation Officer Captain and Chief Pilot for the Minnesota Department of Natural Resources.

3. I am a Life Member of Safari Club International and have been a member for over ten years.

4. I have been a member of the Minnesota Safari Club International Chapter for over five years and am a Life Member of the Central Minnesota Chapter.

5. I am also a member of Pheasants Forever, the Ruffed Grouse Society, and the Boone and Crocket Club. I am a former member of the Minnesota Deer Hunters Association.

6. I have been a hunter for 43 years. I started bird hunting with my father in Minnesota, North Dakota, and South Dakota as soon as I was legal to do so. When I was first old

enough to do so, I accompanied him and others through the woods, waters, and fields pursuing ducks, pheasants, and other game.

7.  I have hunted all over the United States: in South Dakota for prairie dogs, prairie grouse, pheasants, and other upland birds; in North Dakota for pheasants and prairie grouse; in Montana for deer, pronghorn, pheasants, prairie grouse, coyotes, and prairie dogs; in Wyoming for pronghorn and deer; in Iowa for deer and pheasants; in Oklahoma for deer, wild hogs, and coyotes; in New Mexico for deer and pronghorn; and in Texas for exotic animals, wild pigs, deer, and quail.

8.  I have hunted all over Minnesota for deer, ducks, pheasants, grouse, woodcock, bear, and coyotes. I have also hunted in Wisconsin for upland birds.

9.  I have also hunted outside of the United States: in South Africa for plains game and birds; in Mozambique for Cape buffalo and plains game; in Botswana for plains game; in Uruguay for doves, perdiz, waterfowl, and other birds; and in Argentina for stag, fallow deer, black buck, wild boar, and other animals.

10. I will apply for the necessary license to hunt wolves in Minnesota for the 2014 season.

11. As a Captain and Chief Pilot for the Minnesota Department of Natural Resources, I personally witnessed numerous areas of the State where there were many sites of wolf kills. I observed moose and deer kill sites from the air in a helicopter and on the ground. These wolf kills sites were especially evident in the areas of the state most sensitive to moose populations. The number of kill sites I observed grew every year that I flew the annual moose aerial survey in the northeast area of the state. The last year I flew the moose survey was 2011.

12. I have observed many signs of wolves (tracks and scat) in and around the area I live. Because of my former position with the Minnesota Department of Natural Resources, I have been made aware of incidents of wolves following humans, chasing and attacking hunting dogs, and taking cattle that were reported to the Department and myself personally.

13. While hunting grouse in the woods near my home in 2012, wolves followed me. I turned to see more than one (unknown number) wolf following me within 50 yards on the trail I was walking with my hunting dogs. They appeared to be focused on my hunting dogs and were startled off when I reversed my path and fired my shotgun in the air.

14. The presence of wolf signs on my property and in the area has prompted my family and me to always walk, exercise, and hunt with our dogs and to always arm ourselves with rifles or handguns for protection from wolf attacks. Three recent examples of wolf activity in the area have confirmed our armed mindset: (1) a German Shorthair was

attacked by wolves while grouse hunting very close to our home; (2) my neighbor has sighted what he believed was a large dark colored male wolf on the northwest quarter of section where our home is located (the site of Hunts Point Sportsman's Club); and (3) the number of wolves lawfully taken from a large cattle ranch operation located less than three miles from our home. We are being deprived of the freedom to enjoy our property and domestic dogs in the manner we have done so for so many years prior to the encroachment and advancement of wolves into the area.

15. I am an avid predator hunter on and around my property. I have noticed that since first observing evidence of wolves in the area, the numbers of coyotes I encounter has significantly decreased. Deer numbers in areas around my property have also decreased in the past several years. This was an Intensive Harvest area in the early 2000s, where hunters could take up to 5 deer. It has since been reduced to doe drawing (1 deer) and most recently an either sex (1 deer) area. I cannot say this is due directly to deer depredation; however, I have found significantly more deer kills in the area. Turkey populations are increasing in the area and I have observed several areas of turkey killed by large animals. The signs I observed indicated it was likely wolves killing these game birds.

16. I do not believe in eradicating wolves. However, as with all wild animal populations, the most effective forms of active conservation practices include controlled hunting of the species being managed. Unchecked wolf populations will continue to threaten humans and domestic animals. This could result in more drastic control methods. I do not want to see more aggressive control measures taken like poisoning, promiscuous shooting, or other means.

17. If the plaintiffs are successful in this litigation I would be harmed by a loss in the ability to hunt wolves and further encroachment and wolf activity in the area that will threaten my family and domestic animals. The wolves lack a fear of humans which could lead to more dangerous encounters in the future. Wolves further threaten the hunting and outdoor activities I personally participate in by decreasing the number of game animals available for lawful hunting activities.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _4_ day of _March_ , 2013, at _Pequot Lakes, MN_

Michael Harrison Trenholm

# EXHIBIT J

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States; Born Free, USA; Help Our Wolves Live ("HOWL"); Friends of Animals and Their Environment ("FATE"), | Civil Action No. 13-00186 (BAH) |
| Plaintiffs, | |
| v. | |
| Kenneth Salazar, Secretary of the Interior; United States Department of the Interior; United States Fish and Wildlife Service, | |
| Defendants, | |
| and | |
| Safari Club International and National Rifle Association of America, | |
| Proposed Defendant-Intervenors. | |

## DECLARATION OF NEAL CAMPBELL PORTER III

I, Neal Campbell Porter III, declare as follows:

1. I am a resident of Lake Orion, Michigan.

2. I am a small business owner.

3. I have been a member of Safari Club International for approximately ten years.

4. I have been a member of the Safari Club International Flint Regional Chapter for approximately ten years. I am a member of the Flint Regional Chapter Board of Directors and currently the Chapter President-Elect. I have previously held the position of Secretary and Vice President.

5. I am also a member of Ducks Unlimited, the Ruffed Grouse Society, and the Michigan Hunting Dog Federation.

6. I have been a hunter for 37 years. Hunting is a tradition in my family. I began accompanying my father and other relatives on deer hunts in Michigan at the age of nine.

7. I have hunted all over the United States: in Kansas for white-tailed deer; in Pennsylvania for white-tailed deer and black bear; in New Mexico for elk; in Wyoming for mule deer and pronghorn; in Colorado for mule deer; and in Alaska for caribou and black bear.

8. I have also hunted outside of the United States: in Canada for black bear, mountain goat, black bear, elk, and mule deer; in Argentina for feral goat, wild boar, doves, and pigeon; and Namibia for caracal and plains game.

9. I have hunted all over Michigan for white-tailed deer, upland birds, waterfowl, turkey, and small game.

10. I hunted for wolves in Canada in 2004 and Alaska in 2001 but have yet to harvest a wolf. If Michigan opens a wolf season, I will apply for an opportunity to hunt wolves in my home state.

11. I am familiar with wolf behavior towards hunters from my experiences in Alaska. On one occasion, when I was hunting in Alaska, two wolves came into our camp and took the head of the caribou I had harvested.

12. I hunted deer in the Crystal Falls area for fifteen years, but I no longer hunt there due to the presence of wolves and its impact on the deer population. I stopped hunting in that area in 2007 after my hunting party saw wolves and numerous tracks over the last few years we hunted there. Our deer sightings dropped dramatically in that area.

13. I believe sustainable use management of wolves will reduce the possibility of negative human and wolf contact. If wolves are hunted, they will again become fearful of man and minimize conflicts with humans.

14. If the plaintiffs are successful in this litigation I would be harmed by a decrease in hunting opportunities for deer in Michigan's Upper Peninsula due to the continued reduction in populations of deer. I would also lose the potential opportunity to hunt wolves in Michigan. I would like to pass on the tradition of wolf hunting to my family. I am also afraid that negative encounters with humans will continue to grow if wolves are not hunted.


In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this __7th__ day of _March_, 2013, at Lake Orion, Michigan

Neal Campbell Porter III

# EXHIBIT K

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States;<br>Born Free, USA;<br>Help Our Wolves Live ("HOWL");<br>Friends of Animals and Their Environment<br>("FATE"),<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Kenneth Salazar, Secretary of the Interior;<br>United States Department of the Interior;<br>United States Fish and Wildlife Service,<br><br>　　　　Defendants,<br><br>and<br><br>Safari Club International and National Rifle<br>Association of America,<br><br>　　　　Proposed Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

**DECLARATION OF JONATHAN EDWARD KOST**

I, Jonathan Edward Kost, declare as follows:

1.  I am a resident of Waterford, Wisconsin.

2.  I am an executive at Symbility Solutions.

3.  I have been a member of Safari Club International for approximately seven years

4.  I am also a member of the Ruffed Grouse Society and the Quality Deer Management Association.  I was previously a member of Pheasants Unlimited, Ducks Unlimited, and Delta Waterfowl.

5.  I have been a hunter for 15 years.  I started hunting when I was 21 years old after a friend introduced me to duck hunting in Texas.

6.  I have hunted in several different states: in Colorado for elk; in South Dakota for sharptail and prairie grouse; and in Texas for deer, dove, quail, hogs, ducks, sandhill cranes, and coyote.

7. I have also hunted outside of the United States in Zimbabwe for eland, zebra, kudu, wildebeest, and bushbuck.

8. I have hunted all over Wisconsin for deer, dove, grouse, pheasant, woodcock, ducks, and coyote.

9. I plan to hunt wolves in Wisconsin once my chances of pulling a tag are greater. I also have plans to hunt wolves in Alaska in 2015.

10. I believe that the state's largest wolf pack is less than 30 minutes away from land that I own and it will soon make it to my area. I practice conservation and herd management on my land. I also hunt and play with my daughters there. When wolves come to the area, my daughters will be less safe and our opportunities to enjoy hunting will be endangered. Growth in wolf numbers will continue to hurt populations of other game animals. It will also displace other predators from my land, such as the coyote that I hunt.

11. If the plaintiffs are successful in this litigation I would be harmed by a decrease in hunting opportunities that my daughters and I can enjoy due to the continued reduction in populations of other game animals and displacement of other predators. I also fear that because wolves lack a fear of humans, my daughters will be unsafe outside when wolves are in the area.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1ˢᵀ day of MARCH , 2013, at WAUWATOSA, WI

Jonathan Edward Kost

# EXHIBIT L

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States;<br>Born Free, USA;<br>Help Our Wolves Live ("HOWL");<br>Friends of Animals and Their Environment<br>("FATE"),<br><br>   Plaintiffs,<br><br>v.<br><br>Kenneth Salazar, Secretary of the Interior;<br>United States Department of the Interior;<br>United States Fish and Wildlife Service,<br><br>   Defendants,<br><br>and<br><br>Safari Club International and National Rifle<br>Association of America,<br><br>   Proposed Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

**DECLARATION OF MATTHEW CLEMENS BLUNTZER**

I, Matthew Clemens Bluntzer, declare as follows:

1. I am a resident of Howell, Michigan.

2. I am employed as a mechanical engineer.

3. I am a life member of Safari Club International.

4. I have been a member of Safari Club International for approximately eleven years. I have also been a member of the Flint Regional Chapter for approximately eleven years. I have been on the board of the Flint Regional Chapter since 2002. I have held the offices of Chairman of Michigan Involvement Committee, Secretary, Vice President, President Elect, and am currently the President.

5. I am also a member of the National Rifle Association and Ducks Unlimited.

6. I have been a hunter for 26 years. I started hunting in college after my friend introduced me to hunting.

7. I have hunted several different states: in New York for white-tailed deer; in Ohio for white-tailed deer and feral boar; and in Texas for coyote, white-tailed deer, feral pigs, turkey, and dove.

8. I have also hunted outside of the United States: in Canada for mule deer and wolves; and in South Africa for gemsbok, impala, hartebeest, springbok, and zebra.

9. I have hunted all over Michigan for white-tailed deer, geese, pheasants, squirrel, and rabbit.

10. I hunted for wolves in Canada but was unsuccessful in harvesting one. If and when Michigan offers a wolf hunt, I will apply for a license and will hunt them if I am drawn.

11. I was a member in a deer camp that hunted in Michigan's Upper Peninsula. We would hunt in Seney National Wildlife Refuge. I have seen wolf tracks in and around the refuge. We stopped hunting there in 2003 because the number of deer in the area had decreased drastically. I believe that wolf predation contributed to the low deer numbers. The camp chose to start hunting on Garden Peninsula, but I have been spending more time hunting in Texas where there are better opportunities for harvesting a good buck.

12. I have been applying for a license to hunt elk in Michigan for many years and hope to someday have the chance to hunt and harvest a bull elk in Michigan. There is a good chance that the number of elk tags offered will be reduced if wolves are not managed and extend their range further to the area of Michigan that holds our elk herd. If this happens we will see significant losses in our elk herd as seen in other states. This would leave fewer and fewer to be harvested by hunters.

13. I support scientific management of all of Michigan's wildlife. I am concerned that if the wolf population is allowed to grow further, there will be major negative impacts to Michigan's deer, elk, and moose populations. I am proud that the moose was reintroduced into Michigan with the help of Safari Club International and my local Chapter. I would be very disappointed if the moose populations were negatively affected by an increasing wolf population.

14. I like the fact that wolves have made a comeback in Michigan along with other animals in the state. However, I am concerned that if wolves are not properly managed, they will become more established in Michigan's Lower Peninsula. I am concerned that there will be more negative interaction between humans and wolves. If that happens, wolves will be considered vermin or problem animals, people will start poaching the wolves, and the value of the wolves will decrease.

15. If the plaintiffs are successful in this litigation I would be harmed by not being able to hunt wolves in Michigan. In addition, my opportunities to spend time in the field hunting

other species would be reduced due to the continued reduction in the population of deer and elk in the areas that I hunt in Michigan.  Furthermore, I will be harmed if the wolf population reduces the moose population in Michigan that SCI and I have worked so hard to conserve.


In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1ˢᵀ day of March, 2013, at Howell, MI

Matthew Clemens Bluntzer

# EXHIBIT M

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States;<br>Born Free, USA;<br>Help Our Wolves Live ("HOWL");<br>Friends of Animals and Their Environment<br>("FATE"),<br><br>      Plaintiffs,<br><br>v.<br><br>Kenneth Salazar, Secretary of the Interior;<br>United States Department of the Interior;<br>United States Fish and Wildlife Service,<br><br>      Defendants,<br><br>and<br><br>Safari Club International and National Rifle<br>Association of America,<br><br>      Proposed Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

**DECLARATION OF RONALD STANLEY SCHMIDT**

I Ronald Stanley Schmidt declare as follows:

1. I am a resident of Rice, Minnesota.

2. I am employed as a financial representative.

3. I am a life member of Safari Club International.

4. I have been a member of Safari Club International for approximately fifteen years. I have been a member of the Minneapolis Chapter for approximately five years.

5. I am also a member of Ducks Unlimited, Pheasants Forever, Rocky Mountain Elk Foundation, Boone and Crockett Club, National Trappers Association, and the National Rifle Association.

6. I have been a hunter for 55 years. My dad taught me to hunt when I was ten years old. I have been hunting ever since.

7. I have hunted all over the United States: in Alaska for Dahl sheep, brown bear, grizzly bear, caribou, mountain goat, Sitka black-tailed deer, and moose; in South Dakota and North Dakota for white-tailed deer, mule deer, wild turkey, waterfowl, and pheasants; in Montana for elk, mule deer, pheasants, and small game; in Wyoming for pronghorn antelope, elk, mule deer, pheasants, and small game; in California for Columbia black-tailed deer; in Arizona for elk, Coues deer, desert mule deer, javelin, mountain lion, doves, and quail; in New Mexico for elk; and in Iowa for pheasants and small game.

8. I have also hunted outside of the United States: in Canada for moose, black bear, mountain lion, and waterfowl; and in Africa for elephant, leopard, Cape buffalo, and over 30 species of plains game.

9. I have hunted all over Minnesota for white-tailed deer, bobcat, raccoon, black bear, fox, coyote, wild turkey, different varieties of small game, and waterfowl. I have also hunted in Wisconsin for deer.

10. I have hunted for wolves in Alaska six times over the last twenty years, but have found them to be very smart and very elusive prey. As yet, I have not successfully taken a wolf. I buy a wolf tag every time I go to Alaska and plan to continue.

11. I plan to take a full week to hunt wolves in Minnesota in the fall of 2013.

12. The increase in wolves has greatly reduced deer numbers in many areas of Minnesota. This has forced hunters like me to abandon hunting areas we have used for generations. I hunted deer for twenty years near Bear River north of Chisholm, Minnesota, but I have moved to an area south of Grand Rapids because of wolf depredation in my old hunting grounds. The deer population has also been reduced in the Big Fork area.

13. I have witnessed wolves cross the road in my front yard and I only live 25 miles north of St. Cloud, Minnesota. I believe that the last one I saw had mange.

14. If the plaintiffs are successful in this litigation I would be harmed by not being able to hunt wolves in Minnesota. In addition, my opportunities to spend time in the field hunting would be reduced due to the continued reduction in the population of deer in the areas that I hunt in Minnesota.


In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this _7_ day of _MARCH_ , 2013, at _Rice, Minnesota_

Ronald Stanley Schmidt