IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Action No. 13-00186 (BAH)** |
| v. | ) ) ) | |
| SALLY JEWELL, SECRETARY OF THE INTERIOR, et al. | ) ) ) ) | |
| Federal Defendants, and | ) ) ) | |
| HUNTER CONSERVATION COALITION | ) ) ) | |
| Defendant-Intervenors. | ) | |

### [PROPOSED] ORDER

The Court has before it a joint motion to intervene as defendants in this action from Hunter Conservation Coalition, which consists of two sets of intervenors: (1) Safari Club International and National Rifle Association of America; and (2) the U.S. Sportsmen's Alliance Foundation (USSAF) joined by the following USSAF-affiliated organizational members and supporting organizations—the Wisconsin Bear Hunters Association (WBHA), the Michigan United Conservation Clubs (MUCC), the Wisconsin Bowhunters Association (WBH), the Upper Peninsula Bear Houndsmen Association (UPBHA), the Michigan Hunting Dog Federation (MHDF), and the Rocky Mountain Elk Foundation (RMEF).  This Court has granted intervention to these same parties (or affiliated organizations) in litigation addressing similar issues on two previous occasions.  *See Humane Society of the United States v. Salazar*, Civil Action No. 09-1092, Order at 1 (D.D.C. June 24, 2009); *Humane Society of the United States v.*

1

*Kempthorne*, Civil Action No. 07-0677, Order at 1 (D.D.C. May 30, 2007).  As before, plaintiffs do not oppose intervention.

To optimize the efficiency of these proceedings, the Hunter Conservation Coalition has committed to jointly brief and otherwise participate in this case.  Furthermore, the Hunter Conservation Coalition has stated that it is willing to participate in a staggered briefing in order to avoid unnecessary duplication in briefing if the Court so orders.  Under such plan, the Hunter Conservation Coalition will file its brief(s) at an offset after any briefs by the Federal Defendants are filed, to give the Hunter Conservation Coalition time to review Federal Defendants' briefs before finalizing its own submission.  Finally, the Hunter Conservation Coalition has stated that it will not oppose adoption of a briefing schedule giving Plaintiffs adequate time to respond to all briefs that support the Federal agency action under review.

Accordingly, it is hereby

ORDERED that the motion of the Hunter Conservation Coalition (consisting of the parties mentioned in the first sentence of this Order) to intervene as defendants is GRANTED; and it is

FURTHER ORDERED that all filings by defendant-intervenor members of the Hunter Conservation Coalition shall be in the form of a joint filing and shall conform to the standards and page limits set forth in the Local Civil Rules.

SO ORDERED.

_____
Judge Beryl A. Howell

Date: _____