## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE
UNITED STATES, et al.


Plaintiffs,

v.

SALLY JEWELL, SECRETARY OF THE
INTERIOR, et al.


Federal Defendants,

and

HUNTER CONSERVATION COALITION

Applicant Defendant-Intervenors.

Civil Action No. 13-00186 (BAH)

### INDEX OF EXHIBITS IN SUPPORT OF
### HUNTER CONSERVATION COALITION'S
### MOTION TO INTERVENE

Exhibit A: Declaration of Rew Goodenow on Behalf of SCI

Exhibit B: Declaration of Chris W. Cox on Behalf of the NRA

Exhibit C: Declaration of Wayne Thomas Johnson on Behalf of SCI

Exhibit D: Declaration of Todd Henry King on Behalf of SCI

Exhibit E:  Declaration of Daniel Joseph Bonk on Behalf of SCI

Exhibit F:  Declaration of Tyson Lee Miller on Behalf of SCI

Exhibit G:  Declaration of Timothy Scott Jones on Behalf of SCI

Exhibit H: Declaration of Mark Vernon Peterson on Behalf of SCI

Exhibit I: Declaration of Michael Trenholm on Behalf of SCI

Exhibit J:  Declaration of Neal Campbell Porter on Behalf of SCI

Exhibit K: Declaration of Jonathon Edward Kost on Behalf of SCI

Exhibit L:  Declaration of Matthew Clemens Bluntzer on Behalf of SCI

Exhibit M:  Declaration of Ronald Stanly Schmidt on Behalf of SCI

Exhibit N: Declaration of Evan Heusinkveld on Behalf of USSAF

Exhibit O: Declaration of Al Lobner on behalf of WBHA

Exhibit P: Declaration of Kent Wood on behalf of MUCC

Exhibit Q: Declaration of Mike Brust on behalf of WBH

Exhibit R: Declaration of Nancy Hudson on behalf of UPBHA

Exhibit S: Declaration of Mike Thorman on behalf of MHDF

Exhibit T: Declaration of Rodney J. Triepke on behalf of RMEF

Exhibit U: Declaration of Lee Swanson on behalf of RMEF

Exhibit V: Declaration of Willis Joseph Beer II on behalf of RMEF

Exhibit W: Declaration of Scott Meyer on behalf of WBHA