# EXHIBIT N

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Action No. 13-00186 (BAH)** |
| v. | ) ) | |
| KENNETH SALAZAR, SECRETARY OF THE INTERIOR, et al. | ) ) ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| HUNTER CONSERVATION COALITION | ) ) | |
| Applicant Defendant-Intervenors. | ) | |

**DECLARATION OF EVAN HEUSINKVELD
ON BEHALF OF
THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION
(member of Hunter Conservation Coalition)**

## DECLARATION OF EVAN HEUSINKVELD
## ON BEHALF OF THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION

I, Evan Heusinkveld, being duly sworn according to law, upon my oath, depose and say:

1.      I am the Director for Government Affairs of the U.S. Sportsmen's Alliance Foundation ("USSAF") headquartered in Columbus, Ohio.   I make this Declaration in support of the Motion to Intervene filed by the USSAF and other hunting associations and individual hunters.

2.      The USSAF is a national non-profit section 501(c)(3) organization dedicated to protecting the heritage of America's sportsmen and sportswomen to hunt, trap, and fish.

3.      The USSAF and its sister organization U.S. Sportsmen's Alliance have approximately 1.5 million members in approximately 1,300 affiliated conservation organizations.   USSAF has both individual and organizational members in Michigan, Minnesota, and Wisconsin – the three states within the distinct population segment of gray wolves that FWS delisted in the order under judicial review in this case that have substantial wolf populations.

4.      The USSAF achieves its mission through, among other things, public education, issue research, and participation in legal proceedings that affect hunting, trapping, fishing and wildlife management.   USSAF's parallel entity, the U.S. Sportsmen's Alliance ("USSA") participates in legislative and political activities related to the same issues.   The USSAF has a national perspective on wildlife management issues, is experienced in defending litigation filed by animal rights activists across the Nation, and often works with state-specific hunters' associations such as the Wisconsin Bear Hunters Association ("WBHA"), the Wisconsin Bowhunters Association, the Upper

Peninsula Bear Houndsmen Association (in Michigan), and the Michigan United Conservation Clubs. Each of these entities is an organizational member of USSA and/or a supporter of USSAF, and they are seeking to intervene in this case with USSAF.

5.     USSAF (representing itself and five additional organizations) also submitted a petition requesting the delisting of gray wolves in the Great Lakes area as noted by the final delisting rule in this relief granting that requested relief. 76 Fed. Reg. 81666, 81667 (December 28, 2011). In addition to filing its petition, USSAF also filed extensive comments at several stages in the delisting process.

6.     USSAF and its affiliated organizations were also granted intervenor status in the previous two Great Lakes wolf delisting proceedings in this court. *See Humane Society of the United States v. Salazar*, Civil Action No. 09-1092, Order at 1 (D.D.C. June 24, 2009); *Humane Society of the United States v. Kempthorne*, Civil Action No. 07-0677, Order at 1 (D.D.C. May 30, 2007).

7.     In addition, the USSAF has members throughout the country, and specifically in the Great Lakes region, that hunt with the assistance of. These dogs are often bred specifically for hunting and require significant amounts of training. Consequently, USSAF members invest substantial amounts of money into breeding and training and therefore have a vested interest in protecting their dogs.

8.     If the wolf DPS is re-listed and members are prevented from defending their animals with the use of force, gray wolves will present a significant threat to USSAF members' dogs. While the wolf was protected under ESA listing, some members' dogs were attacked. Please see the declaration of Scott Meyer, a member of the WBHA, which in turn is an organizational member of USSAF. Scott and other

individual members who have suffered wolf attacks on their hunting dogs have lost both the personal value of their relationship with their dogs and the value of the dogs as personal property.  The safety of USSAF members' dogs, and consequently the continued enjoyment of recreational hunting by many of its members, depends upon USSAF members' ability to protect their dogs.  Watching their dogs be attacked by wolves is an emotionally distressing occurrence for hunters. When the gray wolf was removed from the endangered species list, the ability of these members to protect their dogs from wolves and consequently their enjoyment of hunting was substantially increased. Returning the gray wolf to the endangered/threatened species lists as advocated by Plaintiffs would likely prevent hunters from using force to protect their dogs from wolves due to the ESA prohibitions against take.

9.      USSAF members enjoy hunting a variety of large wildlife, including bears, bobcats, wolves, deer, and elk.  Our members are avid hunters.  Many of them enjoy participating in wolf hunts, which will not be possible if wolves are returned to the endangered/threatened species lists as advocated by Plaintiffs due to the ESA prohibitions against "take."   In addition, as the wolf population continues to increase, members are concerned that this increase will cause a decrease in the prey population (deer, elk, and other wolf prey), which may result in limitations or a prohibition on hunting prey species due to unmanaged wolf population predation.

10.      In its lawsuit, Plaintiff is challenging the U.S. Fish and Wildlife Service's decision to remove the Western Great Lakes Distinct Population Segment of gray wolf from the list of endangered or threatened species.  As noted above, if that decision is overturned, and the gray wolf is placed back on such list, the ability of USSAF members

to protect their property and their recreational enjoyment of hunting will be substantially diminished.

11.     USSAF works with the U.S. Fish and Wildlife Service, other federal regulators, and state Departments of Natural Resources across the country.  The federal regulator or state DNR is typically the named defendant in lawsuits seeking to restrict particular types of hunting.  In these cases, the regulator is generally concerned primarily with obtaining a judgment that its administration of the wildlife laws is lawful.   The regulator is much less concerned with the issue of whether the hunters are permitted to hunt, free from unreasonable restrictions.   In administering the wildlife laws, the regulator must consider the views of both those opposed to particular types of hunting and those who support it.  These factors collectively result in a divergence of interests between the regulator and the hunters that comes into play in settlement negotiations and otherwise in the conduct of the litigation.   For this reason, USSAF and local organizations of hunters it supports seek to intervene to defend their interests.

12.     So that we may participate in this case, which so vitally affects the interests of our hunting members and other members, I respectfully request that the Court grant the Motion to Intervene filed by USSAF, WBHA, and other similar organizations.

Executed     under     penalty     of     perjury     in     Columbus,     Ohio     on
_____4-17-13_____, 2013.


                                        _/s/ Evan Heusinkveld_____
                                        Evan Heusinkveld

# EXHIBIT O

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) | **Civil Action No. 13-00186 (BAH)** |
| | ) | |
| v. | ) ) | |
| KENNETH SALAZAR, SECRETARY OF THE INTERIOR, et al. | ) ) ) | |
| | ) | |
| Federal Defendants, | ) | |
| and | ) ) | |
| HUNTER CONSERVATION COALITION | ) ) | |
| Applicant Defendant-Intervenors. | ) | |

**DECLARATION OF AL LOBNER**
**ON BEHALF OF**
**THE WISCONSIN BEAR HUNTERS ASSOCIATION**
**(member of the Hunter Conservation Coalition)**

1

### DECLARATION OF AL LOBNER
### ON BEHALF OF THE WISCONSIN BEAR HUNTERS ASSOCIATION

I, Al Lobner, being duly sworn according to law, upon my oath, depose and say:

1.      I am the President of the Wisconsin Bear Hunters Association ("WBHA") headquartered in Trego, Wisconsin, and I am an experienced hunter.  I make this Declaration in support of the Motion to Intervene filed by the U.S. Sportsman's Alliance Foundation ("USSAF"), WBHA, and other similar organizations.

2.      The WBHA is a non-profit section 501(c)(4) organization dedicated to promoting responsible hunting for bears specifically and wildlife in general. WBHA is an organizational member of U.S. Sportsmen Alliance ("USSA") and supporter of USSAF.

3.      Members of WBHA hunt a wide range of game in Wisconsin, and historically have been particularly active in the use of hounds to hunt bear.  The wolf population in Wisconsin has grown to the point that wolves have been taken off the list of species protected by the Endangered Species Act.  So our members are eager to apply their skills and dogs' skills to wolf hunts.  Several WBHA members participated in wolf hunts in the 2012-2013 hunting season.

4.      Along with USSAF and other similar organizations, WBHA a petition requesting the delisting of gray wolves in the Great Lakes area on May 18, 2010, that led to the final delisting rule at issue in this case.  76 Fed. Reg. 81666 (December 28, 2011).  WBHA and its affiliated organizations were also granted intervenor status in the previous two Great Lakes wolf delisting proceedings.  See Humane Society of the United States v. Salazar, Civil Action No. 09-1092, Order

2

at 1 (D.D.C. June 24, 2009); Humane Society of the United States v. Kempthorne, Civil Action No. 07-0677, Order at 1 (D.D.C. May 30, 2007).

5.     The WBHA has been protecting the rights of sportsmen and sportswomen in Wisconsin for over 40 years.   The organization has approximately 2,500 members, many of whom are members of larger national hunting organizations like USSA.

6.     I and WBHA believe wolf hunting should remain legalized.  Hunting may help control wolf populations, because wolf populations in Wisconsin have reached sufficient levels and because wolves have few natural predators.  Further, members of the organization use hounds to hunt several types of animals, including bear, pheasants and other birds, and raccoons.   As with bears, mountain lions, or bobcats, the dogs help find and follow wolf tracks, which helps the hunter visually identify the prey.  I, like most hunting dog owners, love my dogs and view them as members of my family.  Hunting dog owners have invested time, training, and affection in their animals and have no intention of putting them in harm's way.  The dogs are invaluable members of the hunting team.

7.     When ESA listing of wolves is in effect and use of force to protect dogs is prohibited, gray wolves represent a significant threat to WBHA members' dogs and have attacked dogs on and off members' property.  In fact, WBHA members have reported at least 27 attacks in recent years by gray wolves on their dogs. These WBHA members have lost both the personal value of their relationship with their dogs and the value of the dogs as personal property.  Collectively the dogs were worth at least $150,000.  The safety of these dogs, and consequently

3

the continued enjoyment of recreational hunting by these members, depends upon WBHA members' ability to protect their dogs.  My understanding is that individual WBHA members Scott Meyer and Rob Stafsholt have lost dogs worth a total of approximately $7,000 to gray wolves.  Please see the declaration of Scott Meyer.

8.      The safety of WBHA members' dogs, and consequently the continued enjoyment of recreational hunting by many of its members, depends upon the members' ability to protect their dogs.  Watching their dogs be attacked by wolves is an emotionally distressing occurrence for hunters.  When the gray wolf was removed from the endangered species list, the ability of these members to protect their property and consequently their enjoyment of hunting was substantially increased.  Returning the gray wolf to the endangered/threatened species lists as advocated by Plaintiffs would prevent hunters from using force to protect their dogs from wolves due to the ESA prohibitions against take.

9.      In addition to my organization's interest, I have a personal stake in this litigation as well.  I am an experienced hunter, and I have been hunting with dogs for over forty years—since I was about 18 years old.  I did not win a wolf tag in last season's lottery in Wisconsin, but I received a preference for next season's lottery, which I plan to enter to try again for a wolf tag.  I hunt with my dogs, and I plan to use my dogs to hunt a wolf if I receive a wolf tag next season.

10.     WBHA members are avid hunters of a variety of wildlife.  Many of them enjoy participating in wolf hunts, which will not be possible if wolves are

returned to the endangered/threatened species lists as advocated by the Plaintiffs due to the ESA prohibitions against "take."

11.     WBHA seeks intervention to protect its interests and its members' interests in wolf hunting generally and hunting with hounds in Wisconsin.  In this case, Plaintiffs are challenging the U.S. Fish and Wildlife Service's decision to remove the Western Great Lakes Distinct Population Segment of gray wolf from the list of endangered or threatened species.  If the decision is overturned, and the gray wolf is placed back on such list, the ability of WBHA members to protect their hunting dogs and their recreational enjoyment of hunting will be substantially diminished.

12.     So that we may participate in this case, which so vitally affects the interests of our hunting members, I respectfully request that the Court grant the Motion to Intervene filed by USSAF, WBHA, and other similar organizations.

Executed under penalty of perjury in Milladore, Wisconsin, on

April 16, 2013.


   /s/ Al Lobner
   Al Lobner
   President, Wisconsin Bear Hunters Association

# EXHIBIT P

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Action No. 13-00186 (BAH)** |
| v. | ) ) | |
| KENNETH SALAZAR, SECRETARY OF THE INTERIOR, et al. | ) ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| HUNTER CONSERVATION COALITION | ) ) | |
| Applicant Defendant-Intervenors. | ) ) | |

**DECLARATION OF KENT WOOD**
**ON BEHALF OF**
**THE MICHIGAN UNITED CONSERVATION CLUBS**
**(member of the Hunter Conservation Coalition)**

## <u>DECLARATION OF KENT WOOD</u>

I, Kent Wood, being duly sworn according to law, upon my oath, depose and say:

1.      I am the Legislative Affairs Manager for the Michigan United Conservation Clubs (MUCC), which is a supporter of the U.S. Sportsmen's Alliance (USSA) and U.S. Sportsmen's Alliance Foundation (USSAF).   MUCC joins in the motion to intervene filed by USSAF and other similar organizations.

2.      MUCC's mission is to unite citizens to conserve Michigan's natural resources and protect our outdoor heritage.   MUCC's goal is to provide the Michigan outdoor community a place to gather and take a unified stance on those issues that matter most to our members.   MUCC seeks to protect rights to hunting, fishing, and trapping. MUCC is compromised of approximately 42,000 individual members and 250 affiliated clubs.   We employ a policy process to set the policies and priorities of our members.

3.      I live, hunt, and fish within the Western Great Lakes area.   I hunt turkey, deer, game birds, and other small game.    Our MUCC members also hunt a variety of wildlife.

4.      The wolf population is healthy and growing; there is no reason that they should be listed on the endangered or threatened species list.   Our members believe that the wolf population should be managed based on established conservation principles, including hunting as a management tool.   Our members are also concerned about the negative impact of an unmanaged predator population of wolves on other game species, which could result in limiting or prohibiting our members from hunting the wolves' prey species as result of decreasing prey species population numbers.

2

5.      Many of our members plan to participate in wolf hunting when it is authorized in Michigan, and we greatly value the ability to defend our animals.  If the Plaintiffs are successful and the gray wolf is returned to such list, our members will be severely limited in our ability to protect our dogs and other animals from wolves due to ESA prohibitions against "take."

6.      MUCC also values the role of the states in wildlife management generally and supports the state-level management of the wolf population.  The wolf population should be managed to ensure a healthy balance between predator, prey and human activities.  Relisting would substantially decrease our ability to enjoy hunting for food and recreation.

7.      I submit this declaration in support of the Motion to Intervene filed by the USSAF and other similar organizations.  I respectfully request that the Court grant the Motion to Intervene.

Executed under penalty of perjury in _____Lansing_____, Michigan, on _____April 18_____, 2013.


/s/ Kent Wood_____
Kent Wood
Legislative Affairs Manager,
Michigan United Conservation Clubs

# EXHIBIT Q

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE HUMANE SOCIETY OF THE  )
UNITED STATES, et al.  )
  )
  Plaintiffs,  )  **Civil Action No. 13-00186 (BAH)**
  )
  v.  )
  )
KENNETH SALAZAR,  )
SECRETARY OF THE INTERIOR, et al.)
  )
  )
  Federal Defendants,  )
and  )
  )
HUNTER CONSERVATION COALITION  )
  )
  Applicant Defendant-Intervenors. )

**DECLARATION OF MIKE BRUST
ON BEHALF OF
THE WISCONSIN BOWHUNTERS ASSOCIATION
(member of the Hunter Conservation Coalition)**

1

**DECLARATION OF MIKE BRUST**

I, Mike Brust, being duly sworn according to law, upon my oath, depose and say:

1.      I am the President of the Wisconsin Bowhunters Association (WBH).  I live and hunt in Wisconsin, within the Western Great Lakes area.

2.      WBH was founded in 1941 to promote, preserve and protect bowhunting in Wisconsin.   WBH has approximately 5,800 active members.   WBH is an organizational member of the U.S. Sportsmen's Alliance (USSA) and supports the U.S. Sportsmen's Alliance Foundation.

3.      I am an avid hunter, and I enjoy bow hunting.  When I go bow hunting, I usually hunt whitetail deer.

4.                      Our members hunt a variety of animals, primarily deer. WBH values a balanced approach to wildlife management.  As the number of wolves has increased in Wisconsin, our members have noticed a decrease in the deer population corresponding to the area where wolves are present.  Our members are concerned that an unchecked wolf population will result in low deer populations (due to wolves preying on deer).  As deer population numbers fall, our members are concerned that would cause additional restrictions that would further limit or prohibit them from deer hunting, which would substantially decrease their ability to enjoy hunting for food and recreation.  The wolf population should be controlled to ensure that prey species populations are also balanced.  Our members would also enjoy the opportunity to hunt elk, but, in part due to wolf predation, the elk population is not yet large enough to sustain hunting.   An unmanaged wolf population also has other disadvantages.  For example, my wife is afraid to go into our backyard, because trail cameras have revealed a continued presence of at

2

least four wolves right in our subdivision for over a month.  We live just outside Wausau, Wisconsin in Marathon County, which is not even in the primary wolf range.

5.      Many WBH members also value the opportunity to hunt wolves.  It is extremely difficult to take a wolf with a bow and arrows, but some of our members seek the challenge and enjoyed wolf hunting last season.

6.      Affirming the removal of the successfully recovered gray wolf population in the Western Great Lakes area from the list of endangered or threatened species provides WBH members and myself with a better opportunity to hunt a balanced population of deer, bear, coyote, wild turkeys and other game species, because their populations will not be excessively diminished due to a large, uncontrolled number of wolf predators.  It also allows our members to hunt and responsibly harvest wolves through the wolf hunt lottery.  By contrast, if the Plaintiffs are successful and the gray wolf is returned to the list of endangered or threatened species, deer and other prey species' populations will likely decrease, and our ability to hunt for food and recreational enjoyment of bowhunting will be further limited.  Hunting of wolves would be prohibited in that scenario.

7.      On behalf of WBH, I submit this declaration in support of the Motion to Intervene filed by the USSAF, the WBHA, WBH, and other similar organizations.  I respectfully request that the Court grant the Motion to Intervene.

Executed under penalty of perjury in Wausau, Wisconsin, on Apr. 16, 2013.


 /s/ Mike Brust_____
Mike Brust
President, Wisconsin Bowhunters Association

# EXHIBIT R

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Action No. 13-00186 (BAH)** |
| v. | ) ) | |
| KENNETH SALAZAR, SECRETARY OF THE INTERIOR, et al. | ) ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| HUNTER CONSERVATION COALITION | ) ) | |
| Applicant Defendant-Intervenors. | ) | |

**DECLARATION OF NANCY HUDSON
ON BEHALF OF
THE UPPER PENINSULA BEAR HOUNDSMEN ASSOCIATION
(member of the Hunter Conservation Coalition)**

**<u>DECLARATION OF NANCY HUDSON</u>**

I, Nancy Hudson, being duly sworn according to law, upon my oath, depose and say:

1.      I am the Secretary and Treasurer of the Upper Peninsula Bear Houndsmen Association (UPBHA), a Michigan-based organization.  I live in Carney, Michigan, a village in Menominee County, and I hunt within the Western Great Lakes area.

2.      I have been involved with UPBHA for over twenty years.  UPBHA's mission is to promote fellowship among hound hunters, advance our image in the eyes of the public, protect our sport, and present a unified front in dealings with other associations, departments and individuals.  Our organization was established in 1980 and has 540 members.  UPBHA is an organizational member of the U.S. Sportsmen's Alliance (USSA) and supporter of the U.S. Sportsmen's Alliance Foundation (USSAF).

3.      I am an experienced hunter and houndswoman, and I enjoy taking my dogs out on hunts.  I train and use dogs to assist me when I hunt in the Western Great Lakes area.  I house these dogs on my property.

4.      I hunt a variety of wildlife, including deer, bobcats, mountain lions, and other animals.  When I go hunting, I bring my hunting dogs.  I have not been on a wolf hunt yet, but I would like to hunt wolf in the future to the extent authorized by federal and state law.

5.      Our UPBHA members also hunt a variety of wildlife, but members often hunt deer.  Deer hunting is a significant tourism and economic draw to our region.  Therefore, preserving the deer populations at high enough levels to sustain hunting is important to UPBHA members and the region's economy.  We value a balanced approach to wildlife management.  As the number of wolves has increased in our area,

our members have noticed a decrease in the deer population.   Our members are concerned that an unchecked wolf population will result in low deer populations (due to wolves preying on deer).   If deer population numbers fall too low, hunters would be limited or prohibited from deer hunting, which would substantially decrease our ability to enjoy hunting for food and recreation and could have a negative impact on the area's economy.   The wolf population should be controlled to ensure that prey species populations are also balanced.   This is not possible if, as result of this case, wolves are returned to the threatened or endangered list under the Endangered Species Act.

6.     Around July 2000, wolves attacked and killed three of the calves on my farm.   A close friend of mine also lost her dog to a wolf attack, while hunting other wildlife on the Vega in Hermansville, Michigan.   I have also encountered a lone wolf while hunting other wildlife.

7.     I, like my fellow houndsmen, love and care for my dogs deeply.   We have also invested a great deal of time, money, and attention to training our hunting dogs.   It would be very emotionally distressing to watch my dogs be attacked by wolves.

8.     If the gray wolf remains delisted from the list of endangered or threatened species, I have a better opportunity to protect my hunting dogs and live stock, both on and off of my property.   If the Plaintiff is successful and the gray wolf is returned to such list, I will be severely limited in my ability to protect my dogs and livestock from wolves due to ESA prohibitions against "take."

9.     The ability to protect my dogs and livestock is very important to me. Without an ability to protect my dogs, I cannot enjoy hunting to its full extent.   Without an ability to protect my livestock, my farming operation is at risk.

3

10.     I believe that placing the gray wolf back on the list of endangered or threatened species is unwarranted and completely unnecessary considering the current population level of the species.

11.     On behalf of UPBHA, I submit this declaration in support of the Motion to Intervene filed by the USSAF and other similar organizations.  I respectfully request that the Court grant the Motion to Intervene.

Executed under penalty of perjury in _____Carney_____, Michigan, on _____April 19_____, 2013.


/s/ Nancy Hudson_____
Nancy Hudson
Secretary and Treasurer,
Upper Peninsula Bear Houndsmen Association

# EXHIBIT S

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Action No. 13-00186 (BAH)** |
| v. | ) ) | |
| KENNETH SALAZAR, SECRETARY OF THE INTERIOR, et al. | ) ) ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| HUNTER CONSERVATION COALITION | ) ) | |
| Applicant Defendant-Intervenors. | ) | |

**DECLARATION OF MIKE THORMAN**
**ON BEHALF OF**
**THE MICHIGAN HUNTING DOG FEDERATION**
**(member of the Hunter Conservation Coalition)**

## DECLARATION OF MIKE THORMAN

I, Mike Thorman, being duly sworn according to law, upon my oath, depose and say:

1.      I am the Legislative Liaison of the Michigan Hunting Dog Federation (MHDF), which is a supporter of the U.S. Sportsmen's Alliance (USSA) and U.S. Sportsmen's Alliance Foundation (USSAF).

2.      MHDF's mission is to protect the ability of houndsmen to free-cast (without leashes) their hunting dogs.  The organization monitors legislation for anything that may impact hunting dogs, or dogs generally.  We work with the state's Department of Natural Resources, the state legislature, and other government organizations on issues regarding wildlife management, including wolf management issues.  MHDF is compromised of over 1500 individual members and 54 dog organizations.

3.      I live in and hunt within the Western Great Lakes area.  I am also on the Wolf Advisory Council and Wolf Round Table in Michigan.

4.      I am an experienced hunter, trapper, and houndsman, and I enjoy taking my dogs out on hunts.  I train and use dogs to assist me when I hunt in the Western Great Lakes area.  I house these dogs on my property.  I hunt a variety of wildlife with my dogs, including bobcats, coyotes, bear, and other animals.

5.      Our MHDF members also hunt a variety of wildlife.  We value a balanced approach to wildlife management and believe that all animals need to be managed.  The wolf population is healthy and growing; there is no reason that they should be listed on the endangered or threatened species list.  MHDF also supports affirming the delisting of wolves, because we greatly value the ability to protect our dogs from wolf attacks.

6.      We believe that some wolves and packs are more prone to aggressive behavior, and we support plans to consider problem wolf reports as a factor in determining the areas open to wolf hunts in Michigan.  This is not possible if the wolves are again listed as endangered or threatened under the Endangered Species Act as a result of this case.  The wolf population should be controlled to ensure that prey species populations are also balanced.  Our members are also concerned that an unchecked wolf population will result in more competition among wolves/packs and other animals for territory, which may cause an increase in wolf attacks on domestic animals, hunting dogs, and livestock.  Our members believe that it is important to manage the wolf population to mitigate these attacks, but it is also vitally important to preserve the ability to defend our animals, which would be prohibited if wolves were re-listed.  Relisting would substantially decrease our ability to enjoy hunting for food and recreation.

7.      I, like my fellow houndsmen, love and care for my dogs deeply.  We have also invested a great deal of time, money, and attention to training our hunting dogs.  If the gray wolf remains delisted from the list of endangered or threatened species, I have a better opportunity to protect my hunting dogs.  If the Plaintiffs are successful and the gray wolf is returned to such list, I will be severely limited in my ability to protect my dogs from wolves due to ESA prohibitions against "take."

8.      The ability to protect my dogs is very important to me.  Without an ability to protect my dogs, I cannot enjoy hunting to its full extent.

9.      I believe that placing the gray wolf back on the list of endangered or threatened species is unwarranted and completely unnecessary considering the current population level of the species.

10.     I submit this declaration in support of the Motion to Intervene filed by the USSAF and other similar organizations.  I respectfully request that the Court grant the Motion to Intervene.

Executed under penalty of perjury in _____Attica_____, Michigan, on _____4-19_____, 2013.


/s/ Mike Thorman_____
Mike Thorman
Legislative Liaison,
Michigan Hunting Dog Federation

# EXHIBIT T

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES *et. al.*,      Plaintiffs, <br><br> vs. <br><br> KEN SALAZAR, *et. al.*,      Defendants, <br><br> and <br><br> HUNTER CONSERVATION COALITION <br><br>      Proposed Defendant-Intervenor. | Case 1:13-cv-00186-BAH |

**DECLARATION OF RODNEY J. TRIEPKE**
**ON BEHALF OF ROCKY MOUNTAIN ELK FOUNDATION, INC.**

I, Rodney J. Triepke, do upon personal knowledge declare as follows:

1. I am the Chief Operating Officer of the Rocky Mountain Elk Foundation, Inc. ("RMEF").

2. RMEF is a nonprofit public benefit corporation incorporated in Montana, with its Headquarters and principal offices and place of business in Missoula, Montana. RMEF is a charitable organization that meets the conditions of Section 501(c)(3) of the Internal Revenue Code.

3. RMEF has more than 196,000 members, with over 4,737 members in Michigan, over 5,464 members in Minnesota and over 8,354 members in Wisconsin. RMEF's members include hunters, ranchers and other conservationists in Michigan, Minnesota and Wisconsin.

4.  RMEF's mission is to ensure the future of elk, other wildlife and their habitat.

5.  Since RMEF was created in 1984, it has permanently protected and enhanced more than 6.2 million acres of North America's most vital habitat for elk and other wildlife. This work includes land acquisitions, exchanges, conservation easements and improving habitat quality through stewardship projects such as prescribed burns, thinning, weed treatments, planting native vegetation, removing old barbed-wire fence and installing wildlife-friendly fence.

6.  RMEF has helped restore elk to their historic ranges in many areas of North America, including Michigan, Minnesota and Wisconsin.

7.  RMEF has helped support more than 460 research projects across 31 states and invested more than $6.8 million, along with an additional $26.1 million provided by RMEF partners, to expand the understanding of elk habitat use, nutrition, disease, genetics, population dynamics, predation, habitat management, reintroduction and economics.

8.  In Michigan, RMEF has helped permanently protect more than 1500 acres of key wildlife habitat valued at more than $3.1 million, and contributed more than $147,000 to help enhance more than 1300 additional acres over the past 28 years.

9.  In Minnesota, RMEF has helped permanently protect more than 943 acres of key wildlife habitat valued at more than $447,000, and contributed more than $228,000 to help enhance more than 26,100 additional acres over the past 28 years.

10. In Wisconsin, RMEF has helped permanently protect more than 1510 acres of key wildlife habitat valued at more than $2.8 million, and contributed more than $274,000 to help enhance more than 760 additional acres over the past 28 years.

11. RMEF has actively lobbied in support of delisting wolves once they met the delisting criteria in 2002 and has supported legislation to delist wolves from the Endangered Species Act, including support of Section 1713 of the Department of Defense and Full-Year Continuing Appropriations Act of 2011, P.L. 112-10.

12. RMEF's members live, recreate and hunt elk and other wildlife, and reside in Michigan, Minnesota, Wisconsin and all other States of the United States.

13. RMEF supports state management of wildlife.

14. RMEF members intend to participate in any Michigan, Minnesota and Wisconsin 2013 wolf seasons, and have concrete plans to hunt wolves in future wolf seasons. If Plaintiffs are successful in this proceeding, those wolf hunting opportunities will be lost to RMEF members.

15. RMEF members hunt and otherwise enjoy elk, deer and moose populations of Michigan, Minnesota and Wisconsin, including the local populations that are being adversely impacted by the large population of wolves.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.


Executed this __17_ day of _____April_____, 2013 in _____Missoula____, Montana.

By: /s/ Rodney J. Triepke_____
   Rodney J. Triepke
   COO, Rocky Mountain Elk Foundation, Inc.

# EXHIBIT U

## In Support of
## Hunter Conservation Coalition's
## Motion to Intervene
## Civil Action No. 13-00186 (BAH)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES *et. al.*,<br>　　　　Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, *et. al.*,<br>　　　　Defendants,<br><br>and<br><br>HUNTERCONSERVATION COALITION<br>　　　Proposed Defendant-Intervenor. | Case 1:13-cv-00186-BAH |

**DECLARATION OF LEE SWANSON**
**ON BEHALF OF ROCKY MOUNTAIN ELK FOUNDATION, INC.**

I, Harold L. Swanson, do upon personal knowledge declare as follows:

1.  I am a resident of the Township of Berry, located in Dane County, Wisconsin.

2.  I am retired, and formerly served as the President and CEO of the State Bank of Cross Plains

3.  I am 75 years old.

4.  I currently serve as the Chairman of the Rocky Mountain Elk Foundation.  I am a member of Badger Chapter the Rocky Mountain Elk Foundation, and have been for approximately 13 years.

5.  I am also a member of Ducks Unlimited, Pheasants Forever, the Swamplover's Foundation, Prairie Enthusiasts, Wisconsin Wetlands, and the National Heritage Land Trust.

6.  I have hunted for over 60 years.  I began hunting in Illinois, and started hunting in Wisconsin in 1960.  In the Great Lakes region I have hunted in both Wisconsin and Minnesota, and over the years I have hunted many animals including ducks, geese, pheasants, deer, and grouse.

1

7.  I have been on at least a dozen elk hunting trips in states including Idaho, New Mexico and Arizona.

8.  I get enormous pleasure watching and listening to elk. I have travelled to watch and listen to the Clam Lake elk herd in Wisconsin on many occasions. This elk herd, located in the Chequamegon-Nicolet National Forest, is approximately one-half hour's drive from my cabin. I have helped in research efforts regarding the Wisconsin elk herd, including capture, collar and release activities in the Clam Lake area. I have supported efforts to reintroduce elk to Wisconsin, and am currently involved in efforts to revise the Wisconsin Elk Management Plan, including moving elk to another area approximately 150 miles south of current area.

9.  My cabin is located in wolf country, and I have observed wolves or signs of wolves in Wisconsin on many occasions. When calf elk catching, I have seen adult elk and calves that were predated on by wolves or bear.

10. I plan to continue to be involved in observing elk in Wisconsin, as well as the management and study of these elk

11. It is likely that there will soon be an opportunity to hunt elk in Wisconsin again . While serving as Chairman of RMEF, I do not think I will apply for the opportunity to hunt elk in Wisconsin, but may do so in the future. I will continue to hunt deer and other animals in Wisconsin.

12. I believe it is important for the State of Wisconsin and other States to be able to manage wolves as they manage other wildlife populations. If the plaintiff's prevail in this lawsuit, and wolves are placed back on the Endangered Species List, Wisconsin and other Great Lakes Regions states will not have all the tools to manage wolf populations. In turn, elk and other ungulate populations may decline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.

Executed this 17th day of April, 2013 in Cross Plains, Wisconsin.

By: /s/ Harold L. Swanson
     Harold L. Swanson

\

# EXHIBIT V

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES *et. al.*, <br>      Plaintiffs, <br><br> vs. <br><br> KEN SALAZAR, *et. al.*, <br>      Defendants, <br><br> and <br><br> HUNTER CONSERVATION COALITION <br><br>      Proposed Defendant-Intervenor. | Case 1:13-cv-00186-BAH |

**DECLARATION OF WILLIS JOSEPH BEER II**

I, Willis Joseph Beer II, do upon personal knowledge declare as follows:

1. I am a resident of the town of Bemidji, in Beltrami County, Minnesota.

2. I own an excavation company in Bemidji.

3. I am 43 years old.

4. I am currently a member of the Paul Bunyan Chapter the Rocky Mountain Elk Foundation. I am a life member of the Rocky Mountain Elk Foundation and have been a member since 1988, nearly 25 years.

5. I am also a life member of the National Rifle Association and a member of Ducks Unlimited, as well as several other sportsmen's groups in Minnesota.

6. I have hunted since I could walk. I hunted waterfowl and small game ever since I can remember and have hunted large game since I was able to get a license at age 12. My father taught me to hunt, and hunting has been an important part of our family for as long as I can remember.

7. I have hunted big game species in Alaska, Minnesota, Montana, Wyoming, Arizona, Colorado, New Mexico, Utah, Idaho, and Canada. I have hunted elk in

1

Montana, Idaho, Wyoming, Arizona, Colorado, New Mexico, Utah and Arizona. I am passionate about elk and elk hunting, which is why I am a member of the Rocky Mountain Elk Foundation.

8.  My deer camp and where I hunt is in the heart of Minnesota wolf country.  I primarily hunt for deer in Minnesota, but I have often put in for elk tags in the state.  Because the lottery for elk tags in Minnesota is so limited, I haven't yet been able to draw an elk tag. If the elk herds were to grow in Michigan and Wisconsin I would put in for any hunting opportunities available.

9.  I often drive over 100 miles just to try and catch a glimpse of Minnesota's elk herds. Several times I have taken a plane and flown our elk range just to try and see the various herds.

10. I have been involved in helping restore elk in Minnesota and saving critical wildlife habitat in the United States and Canada by spending countless hours volunteering at RMEF banquets and various fundraising drives.

11. I often see wolves while I am deer hunting.  I have seen wolves chasing deer, and found areas where wolves have killed multiple deer. I have had wolves kill deer in our own yard.  I have also observed the decline of moose populations in Minnesota, to the point where there is no longer much of a moose hunting season in the state, due primarily to wolf predation.

12. I put in for elk tags in Minnesota almost every year they are offered, and I plan on continuing to do so.  While I have had the opportunity to hunt elk in western states where they are more plentiful, it would be something special to be able to hunt Minnesota elk.  I also plan on making more flights and trips to see elk in Minnesota's elk country.

13. If the plaintiff's prevail in this lawsuit, and wolves are placed back on the Endangered Species List, Minnesota and other Great Lakes states will be unable to manage wolf populations.  In turn, elk populations may decline, much like the moose populations have, and my opportunity to hunt or observe elk in the Great Lakes Region will be diminished.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.


Executed this 17th day of April, 2013 in Bemidji, Minnesota.

By: /s/ Willis Joseph Beer II
       Willis Joseph Beer II, RMEF Member

# EXHIBIT W

**In Support of
Hunter Conservation Coalition's
Motion to Intervene
Civil Action No. 13-00186 (BAH)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Action No. 13-00186 (BAH)** |
| v. | ) ) | |
| KENNETH SALAZAR, SECRETARY OF THE INTERIOR, et al. | ) ) ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| HUNTER CONSERVATION COALITION | ) ) | |
| Applicant Defendant-Intervenors. | ) | |

**DECLARATION OF SCOTT MEYER
ON BEHALF OF
THE WISCONSIN BEAR HUNTERS ASSOCIATION
(member of the Hunter Conservation Coalition)**

## DECLARATION OF SCOTT MEYER

I, Scott Meyer, being duly sworn according to law, upon my oath, depose and say:

1.      I am a member of the U.S. Sportsmen's Alliance Foundation (USSA) as well as the Wisconsin Bear Hunters Association (WBHA).  I live and hunt in Wisconsin, within the Western Great Lakes area.

2.      I have hunted for approximately 27 years.  Like many of my fellow WBHA members, I train and use dogs to assist me when I hunt.  I keep these dogs in a kennel on my property and use them in the Western Great Lakes area.

3.      On December 17, 2001 wolves attacked and killed one of my dogs.  These dogs were specially bred and trained for hunting and were valued at approximately $2,000 each.  Further, I love and care for my dogs deeply and watching them be attacked by wolves is an emotionally distressing occurrence.

4.      Removing the gray wolf from the list of endangered or threatened species provides me with a better opportunity to protect my dogs on and off of my property.  If the Plaintiff is successful and the gray wolf is returned to such list, I will be severely limited in my ability to protect my dogs from wolves due to ESA prohibitions against "take."

5.      The ability to protect my dogs is very important to me.  Without an ability to protect my dogs, I cannot enjoy hunting to its full extent.

6.      I believe that placing the gray wolf back on the list of endangered or threatened species is unwarranted and completely unnecessary considering the current population level of the species.

2

7.      I submit this declaration in support of the Motion to Intervene filed by the USSAF, the WBHA, and other similar organizations.  I respectfully request that the Court grant the Motion to Intervene.

Executed under penalty of perjury in _____Gleason_____,  Wisconsin,  on _____04/19_____, 2013.


/s/ Scott Meyer_____
Scott Meyer