# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) | Civil Action No. 1:13-cv-00186-BAH |
| Plaintiffs, | ) ) | [PROPOSED] **SCHEDULING ORDER** |
| v. | ) ) | |
| SALLY JEWELL,[1] et al., | ) ) | |
| Defendants. | ) ) ) | |

The Court hereby **ORDERS** the following:

Subject to and pursuant to the Parties' representations in the Joint Report and Proposed Briefing Schedule, Plaintiffs shall provide at least seven days written notice to the Parties prior to bringing any motion for temporary or preliminary injunctive relief;

Federal Defendants may manually lodge the Administrative Record in electronic format (CD or DVD) and not in paper format;

The following deadlines shall apply to the lodging of and motions regarding the Administrative Record (if any);

| | |
|---|---|
| Federal Defendants lodge Administrative Record | 6/17/2013 |
| Plaintiffs informally object to contents of Administrative Record | 7/15/2013 (if needed) |
| Plaintiffs move to compel completion of the Administrative Record or to supplement the Record with extra-record documents | 8/1/2013 (if needed) |

If motions to compel completion/supplement the record are filed, briefing on cross motions for summary judgment shall be stayed pending resolution of those motions.  In this circumstance, the Parties shall file a proposed briefing schedule within ten days after the Court resolves any motions to compel completion/supplement the record.

---

1 Sally Jewell is substituted automatically. *See* Fed. R. Civ. P. 25(d).

If no motions to compel completion/supplement the record are filed, the Parties proposed alternative schedules to govern summary judgment briefing in this case, but agreed on the following dates, which are adopted as follows, with page limits in parenthesis:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment and Memorandum in Support | 8/1/2013 (45 pages) |
| Federal Defendants file Opposition/Cross Motion for Summary Judgment | 9/12/2013 (45 pages) |

The Court hereby adopts the following schedule and page limits for the remaining dates in the briefing schedule, as indicated by the notation below. The Parties shall have leave to seek an enlargement of the page limits indicated in parenthesis below, but shall endeavor to present such a request as a stipulation.

_____ *The Court adopts Schedule I*

| | |
|---|---|
| Proposed Defendant-Intervenors file Opposition/Cross-Motion for Summary Judgment | 9/19/2013 (____ pages) |
| Plaintiffs file combined Opposition/Reply | 10/3/2013 (60 pages) |
| Federal Defendants file Reply | 10/24/2013 (35 pages) |
| Proposed Defendant-Intervenors file Reply | 10/31/2013 (__ pages) |
| Plaintiffs file Joint Appendix per LCvR 7(n) | 11/14/2013 |

_____ *The Court adopts Schedule II*

| | |
|---|---|
| Proposed Defendant-Intervenors file Opposition/Cross-Motion for Summary Judgment | 9/12/2013 |
| Plaintiffs file combined Opposition/Reply | 10/3/2013 (60 pages) |
| Federal Defendants/proposed Defendant-Intervenors file Reply | 10/24/2013 (35 pages) |
| Plaintiffs file Joint Appendix per LCvR 7(n) | 11/7/2013 |

3

Dated:

**IT IS SO ORDERED**:

_____
U.S. District Court Judge