**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | **Civil Action No. 13-00186 (BAH)** |
| | ) | |
| v. | ) | |
| | ) | |
| SALLY JEWELL, | ) | |
| SECRETARY OF THE INTERIOR, et al. | ) | |
| | ) | |
| | ) | |
| Federal Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HUNTER CONSERVATION COALITION | ) | |
| | ) | |
| Applicant Defendant-Intervenors. | ) | |

**HUNTER CONSERVATION COALITION'S L.Cv.R. 7.1 DISCLOSURES OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

## Disclosure of Corporate Affiliation Interests and Financial Interests

Case: <u>The Humane Society of the United States v. Sally Jewell</u>, no. 1:13-cv-00186 (BAH) in the U.S. District Court for the District of the District of Columbia.

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for <u>the entities listed in footnote 1</u>[1], certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>these entities</u> which have any outstanding securities in the hands of the public.

NONE

These representations are made in order that judges of this court may determine the need for recusal.

DATED this 22nd day of April, 2013.     BIRCH HORTON BITTNER & CHEROT


 /s/ James H. Lister
**James H. Lister**
D.C. Bar # 447878
William P. Horn
D.C. Bar # 375666
Carissa D. Siebeneck
D.C. Bar # 1007526
Birch Horton Bittner and Cherot, PC
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC  20036
Telephone: (202) 659-5800
Facsimile (202) 659-1027
jlister@dc.bhb.com
whorn@dc.bhb.com
csiebeneck@dc.bhb.com
*Attorneys for Proposed Defendant-Intervenors:*
*U.S. Sportsmen's Alliance Foundation;*
*Wisconsin Bear Hunters Association;*
*Michigan United Conservation Clubs;*
*Wisconsin Bowhunters Association;*
*Upper Peninsula Bear Houndsmen Association;*
*Michigan Hunting Dog Federation; and*
*Rocky Mountain Elk Foundation*

---

[1] U.S. Sportsmen's Alliance Foundation (USSAF), Wisconsin Bear Hunters Association, Michigan United Conservation Clubs, Wisconsin Bowhunters Association, Upper Peninsula Bear Houndsmen Association, Michigan Hunting Dog Federation, and Rocky Mountain Elk Foundation.

## Disclosure of Corporate Affiliation Interests and Financial Interests

Case: <u>The Humane Society of the United States v. Sally Jewell</u>, no. 1:13-cv-00186 (BAH) in the U.S. District Court for the District of the District of Columbia.

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for <u>National Rifle Association of America</u>, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the <u>National Rifle Association of America</u> which have any outstanding securities in the hands of the public.

NONE

These representations are made in order that judges of this court may determine the need for recusal.

DATED this 22nd day of April, 2013.

<u> /s/ Christopher A. Conte</u>
**Christopher A. Conte**
D.C. Bar # 430480
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org
*Attorney for Proposed Defendant-Intervenor*
*National Rifle Association of America*

**Disclosure of Corporate Affiliation Interests and Financial Interests**

Case: The Humane Society of the United States v. Sally Jewell, no. 1:13-cv-00186 (BAH) in the U.S. District Court for the District of the District of Columbia.

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Safari Club International, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Safari Club International which have any outstanding securities in the hands of the public.

NONE

These representations are made in order that judges of this court may determine the need for recusal.

DATED this 22nd day of April, 2013.

/s/Anna M. Seidman
**Anna M. Seidman**
D.C. Bar # 417091
Douglas S. Burdin
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202)-543-8733
Facsimile: (202)-543-1205
aseidman@safariclub.org
*Attorneys for Proposed Defendant-Intervenor*
*Safari Club International*