**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Civil Action No. 13-00186 (BAH)** |
| v. | ) ) | |
| KENNETH SALAZAR, SECRETARY OF THE INTERIOR, et al. | ) ) ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| HUNTER CONSERVATION COALITION | ) ) | |
| Applicant Defendant-Intervenors. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:    The clerk of the court and all parties of record

I, John I. Kittel, am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for the ROCKY MOUNTAIN ELK FOUNDATION, INC. and MICHIGAN UNITED CONSERVATION CLUBS.

Date:  May  9, 2013                    /s/  John I. Kittel
                                        John I. Kittel, Esq.
                                        U.S.D.C. for D.C. Bar No. WI0030
                                        Mazur & Kittel, PLLC
                                        30665 Northwestern Hwy., Ste. 175
                                        Farmington Hills, MI 48334
                                        Tel:  (248) 432-8000
                                        Fax  (248) 432-8010
                                        jkittel@mazur-kittel.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties to this matter.

Date:  <u>May  9, 2013</u>                              <u>/s/  John I. Kittel</u>
                                                             John I. Kittel, Esq.
                                                             U.S.D.C. for D.C. Bar No. WI0030
                                                             Mazur & Kittel, PLLC
                                                             30665 Northwestern Hwy., Ste. 175
                                                             Farmington Hills, MI 48334
                                                             Tel:  (248) 432-8000
                                                             Fax  (248) 432-8010
                                                             jkittel@mazur-kittel.com