AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| The Humane Society of the United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:13-cv-00186 (BAH) |
| Kenneth Salazar, Secretary of the Interior, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Michigan and Michigan Department of Natural Resources, Defendant Intervenors                    .

Date:      05/21/2013

/s/  Stephen D. Thill
*Attorney's signature*

Stephen D. Thill (Mich. Bar No. P75808)
*Printed name and bar number*

525 West Ottawa
6th Floor, G. Mennen Williams Building
P.O. Box 30755
Lansing, Michigan   48909
*Address*

thills@michigan.gov
*E-mail address*

(517) 373-7540
*Telephone number*

(517) 373-1610
*FAX number*