IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States, Born Free, USA, Help Our Wolves Live, and Friends of Animals And Their Environment,<br><br>          Plaintiffs,<br><br>  vs.<br><br>Sally Jewell, Secretary of the Interior, United States Department of the Interior, and United States Fish and Wildlife Service,<br><br>          Defendants. | 13-CV-0186-BAH |

**UNOPPOSED MOTION TO PARTICIPATE AS AMICUS CURIAE BY THE MINNESOTA DEPARTMENT OF NATURAL RESOURCES**

The Minnesota Department of Natural Resources ("MNDNR"), through its undersigned counsel, hereby move the Court, pursuant to Federal Rules of Civil Procedure 5 and 7 for leave to participate as Amicus Curiae in this proceeding. MNDNR also has contemporaneously filed a legal memorandum in support of this motion.

In accordance with LCR 7(m), MNDNR states that the required discussion between counsel for MNDNR and counsel for the parties has occurred. Counsel for Plaintiffs do not oppose this motion. Counsel for the federal Defendants take no position on this motion. Counsel for Intervenor-State Defendants do not oppose the motion.

Counsel for the Intervenor-Hunter Conservation Coalition supports the motion. Therefore, this motion is unopposed.

Dated: June 5, 2013.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/**David P. Iverson**

David P. Iverson
Assistant Attorney General
Atty. Reg. No. 180944

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 757-1466
Fax: (651) 297-1235
dave.iverson@ag.state.mn.us

ATTORNEY FOR THE MINNESOTA
DEPARTMENT OF NATURAL
RESOURCES