IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States, Born Free, USA, Help Our Wolves Live, and Friends of Animals And Their Environment, | 13-CV-0186-BAH |
| Plaintiffs, | |
| vs. | |
| Sally Jewell, Secretary of the Interior, United States Department of the Interior, and United States Fish and Wildlife Service, | |
| Defendants. | |

# DECLARATION OF EDWARD K. BOGGESS

I, Edward K. Boggess, do upon personal knowledge declare as follows:

1. I am the Director of the Division of Fish and Wildlife for the Minnesota Department of Natural Resources ("MNDNR"). My office is at 500 Lafayette Road, St. Paul, Minnesota 55155-4020.

2. I have been employed by MNDNR since April 5, 1982. I have been the Director of the Division of Fish and Wildlife since January 10, 2011. Prior to that time, I was: Deputy Director of the Division of Fish and Wildlife from November 1, 2006 to January 9, 2011; MNDNR Fish and Wildlife Policy Section Chief from June 2004 to October 2006; MNDNR Assistant Chief of Wildlife from June 2001 to June 2004; and

MNDNR Wildlife Program Manager from February 1990 to June 2001.  I hold a B.S. degree in Fisheries and Wildlife Biology and an M.S. degree in Wildlife Biology from Iowa State University.  I have been a member of The Wildlife Society since 1972 and a Certified Wildlife Biologist since 1979.

3. As Director, my responsibilities include oversight of the agency's management of the State's fish and wildlife resources and the public's use of fish and wildlife, including fishing, hunting, and trapping.  Relevant to the matter before this Court, the Division carries out research and management programs affecting all State fish and wildlife and their habitat.

4. Included within my responsibilities is oversight of MNDNR's research and management of wolves within the State.  I supervise MNDNR staff members whose responsibilities include monitoring the wolf population, implementing the State management of the wolf since its 2012 removal from the list of protected animal species maintained under the federal Endangered Species Act ("ESA"), and planning, implementation, and oversight of the wolf hunting and trapping season.  I am also very familiar with the history of wolf population in Minnesota, as well as the listing and subsequent delisting of the species by the above-Defendant U.S. Fish and Wildlife Service ("USFWS"), and MNDNR's preparation and implementation of the Minnesota Wolf Management Plan.

5. Along with my staff, I was involved in the planning and preparation of the Petition to Delist the Minnesota Gray Wolf from the List of Endangered or Threatened

Species Under the Endangered Species Act, dated March 15, 2010, filed with Ken Salazar, Secretary of the Interior, U.S. Department of the Interior, a Defendant in the above-captioned matter, by Mark Holsten, then-Commissioner of MNDNR. This Petition was the first of a series of petitions that ultimately contributed to the removal of the western Great Lakes wolf population from the ESA list of protected species effective January 27, 2012.

6. MNDNR has participated in gray wolf recovery planning and implementation efforts of the USFWS for more than thirty-five years. This includes participation in the preparation of the federal wolf Recovery Plan for the western Great Lakes region. Minnesota's wolf population has served as the foundation of the wolf recovery efforts in the eastern United States since the wolf's original listing in 1974. Since its listing, the population of wolves in Minnesota has burgeoned, exceeding the population goal set by the USFWS in the Recovery Plan for over two decades.

7. MNDNR has historically and continues to have programs in place to study and monitor the wolf population within the State. MNDNR has committed itself to ensuring the long-term survival of the wolf in Minnesota and to resolving conflicts between wolves and humans. In anticipation of the federal delisting of wolves, the MNDNR worked with the Minnesota Legislature to pass a wolf management bill in 2000, which included a five-year waiting period after delisting before a wolf hunting and trapping season would be implemented. In addition, MNDNR completed a comprehensive Minnesota Wolf Management Plan in 2001. The Plan included provisions

for population monitoring, management and control of problem wolves, management of wolf habitat and prey, enforcement of laws restricting take of wolves, public education, and increased staffing for wolf management and research. It also included the five-year waiting period put in place by the Minnesota Legislature. At that time, all population recovery criteria for western Great Lakes wolves, as established in the federal wolf Recovery Plan, had been meet and delisting by the federal government was expected by 2003.

8. MNDNR, in cooperation with other agencies, has carried out wolf population monitoring in the State for several decades, typically at ten-year intervals. To be consistent with federal monitoring guidelines, the survey frequency was increased to five-year intervals, starting with the winter of 2007/2008. MNDNR is at this time completing its winter of 2012/2013 survey and analyzing the collected data. MNDNR also conducts annual evaluations of moose and deer populations in Minnesota, important prey species for wolves.

9. The Minnesota Wolf Management Plan establishes a minimum population of 1,600 wolves to ensure long-term survival. This number is consistent with, and higher than, the federal Recovery Plan goal developed by the USFWS under the ESA of 1,251 to 1,400 wolves. There is no maximum goal. If the population falls under this minimum, MNDNR will take appropriate management actions to address the cause of the reduction and assure recovery to the minimum level in the shortest possible time.

10. The population estimate for gray wolves in Minnesota from the 2007/2008 survey was 2,921 animals, compared to an estimated 3,020 animals in 2003/2004 and 2,445 animals in 1997/1998. This indicates that over that 10-year period there was no significant change in the number or distribution of wolves in Minnesota. Few suitable areas in the State remain unoccupied by wolves supporting the conclusion of the USFWS of a fully recovered wolf population in Minnesota.

11. In 2007 and again in 2009, the wolf in Minnesota was removed from the list of species protected under the ESA by the USFWS upon a finding that the wolf had fully recovered and was no longer in need of federal protection. Consequently, the wolf was subject to State management during both time periods. On both occasions, the Minnesota Wolf Management Plan was implemented without any detrimental impact on the continued viability of Minnesota's wolf population.

12. In anticipation of the removal of the wolf population from the protections of the ESA, and recognizing the near-ten-year delay in delisting since population recovery goals were met due to frequent legal challenges, the Minnesota Legislature in 2011 amended Minn. Stat. § 97B.645, subd. 9 (2010), by removing the requirement that a wolf hunting and trapping season be delayed by five years after delisting. 2011 Minn. Laws 1st Sp. Sess. ch. 2, art. 5, § 1. As noted above, this five-year waiting period was first adopted by the Legislature in 2000 and was incorporated within the Minnesota Wolf Management Plan in 2001.

13. Minnesota assumed management authority for wolves in Minnesota on January 27, 2012, following the removal of the Minnesota western Great Lakes wolf population by the USFWS from the protected species list. In January 2012, MNDNR presented a preliminary wolf hunting and trapping season proposal to the public and the Minnesota Legislature. Additional authority and direction for management of a wolf season was passed by the Legislature and signed into law by the Governor of Minnesota in May 2012. The 2012-13 wolf hunting and trapping season was split into two parts. The early season began on November 3, 2012, and coincided with the firearms deer season, except in the east-central wolf zone where MNDNR closed the season earlier because the harvest was met. The late season opened on November 24, and was scheduled to close on January 31, 2013 or when a total harvest goal of 400 wolves was met. A total of 6,000 wolf hunting and trapping licenses were offered and over 23,000 people applied. The overall harvest target was met and the season was closed on January 4, 2013.

14. This level of wolf harvest was conservative and was well below the estimated number of wolves that may be taken from a wolf population without causing a negative population trend. The harvest was closely monitored by MNDNR. Registration of wolves by hunters and trappers was required to be done the same day of harvest. Season progress was tracked in "real time" so that harvest of wolves could be monitored through the season and the season could be closed when harvest targets were reached or harvest projections indicate the target harvest would be attained. Harvested animals were

required to be presented to MNDNR allowing staff to collect biological data for population monitoring.

15. Other provisions of the Minnesota Wolf Management Plan are currently being implemented by MNDNR. These include wolf damage management, population monitoring, research, enforcement, and education.

16. Plaintiffs in the above-captioned action have made certain allegations regarding Minnesota's capabilities to sustainably manage its resident wolf population. *See, e.g.,* Plaintiffs' Complaint for Declaratory and Injunctive Relief at ¶ 3 (Minnesota "rushed to repeal this [5-year] moratorium"); ¶ 99 ("current range of the wolf will actually shrink under overly hostile state management plans designed to precipitously reduce wolf populations to minimal levels"); ¶ 100 ("financially strapped states cannot afford to implement vital aspects of their management plans"); ¶ 103 (states exhibit an "unwillingness to protect the wolves and even a hostility towards them"); ¶ 111 ("state management also increases the risk that disease will decimate wolf populations"). MNDNR asks this Court for the opportunity to participate in the above-captioned matter as an amicus curiae in order to provide the Court with an accurate representation of Minnesota's wolf management goals, activities, and their impact on the continued viability of the gray wolf within the state. MNDNR believes that this unique perspective will benefit the Court's consideration of those allegations specifically raised by Plaintiffs regarding Minnesota's wolf management activities.

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Dated: May 14, 2013.                             s/Edward K. Boggess
                                                 EDWARD K. BOGGESS