IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United
States, Born Free, USA, Help Our
Wolves Live, and Friends of
Animals And Their Environment,

        Plaintiffs,

vs.

Sally Jewell, Secretary of the
Interior, United States Department of
the Interior, and United States Fish
and Wildlife Service,

        Defendants.

**CERTIFICATE OF SERVICE**

Case No. 13-CV-0186-BAH

I hereby certify that on June 6, 2013, a copy of the following documents were filed with the Clerk of Court via email to *dcd_cmecf@dcd.uscourts.gov*:

1. Unopposed Motion to Participate as Amicus Curiae by the Minnesota Department of Natural Resources;
2. Memorandum in Support of Unopposed Motion to Participate as Amicus Curiae by the Minnesota Department of Natural Resources;
3. Declaration of Edward K. Boggess; and
4. [Proposed] Order.

Dated: June 6, 2013.

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/**David P. Iverson**
David P. Iverson
Assistant Attorney General
Atty. Reg. No. 180944

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 757-1466
Fax: (651) 297-1235
dave.iverson@ag.state.mn.us

ATTORNEY FOR MINNESOTA
DEPARTMENT OF NATURAL RESOURCES