IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States, Born Free, USA, Help Our Wolves Live, and Friends of Animals And Their Environment, | 13-CV-0186-BAH |
| Plaintiffs, | |
| vs. | |
| Sally Jewell, Secretary of the Interior, United States Department of the Interior, and United States Fish and Wildlife Service, | |
| Defendants. | |

**ORDER GRANTING THE MINNESOTA DEPARTMENT OF NATURAL RESOUCES AMICUS CURIAE STATUS**

The above-entitled matter was submitted to this Court upon the motion of he Minnesota Department of Natural Resources, ("MNDNR") for leave to participate as *Amicus Curiae* pursuant to Rules 5 and 7 of the Federal Rules of Civil Procedure. MNDNR also has contemporaneously filed a legal memorandum and declaration in support of this motion.

In accordance with LCR 7(m), MNDNR consulted with counsel for the Plaintiffs, federal Defendants, and Intervenor-Defendants. All parties state that their clients do not object to this motion.

Accordingly, it is hereby Ordered that:

1. MNDNR's Unopposed Motion to Participate as *Amicus Curiae* is GRANTED;

2. MNDNR shall file its *Amicus* memorandum seven (7) days after the filing of federal Defendants Memorandum in Opposition to Plaintiffs Motion for Summary Judgment.

Dated: _____ .        BY THE COURT

_____
HON. BERYL A. HOWELL
United States District Judge