# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, et al.,<br><br>  Defendants. | Civil Action No. 1:13-cv-00186-BAH<br><br>**FEDERAL DEFENDANTS' NOTICE OF LODGING** |

Notice is hereby provided to the Court and the parties that, today, the Federal Defendants filed with this Court a certified copy of the Administrative Record of the U.S. Fish and Wildlife Service regarding the Final Rule which appears at 76 Fed. Reg. 81,666 (Dec. 28, 2011). Due to the volume of documents comprising the administrative record, the record was manually filed pursuant to LCvR 5.4(e), "Exceptions to Requirement of Electronic Filing" ("(1) Exhibits or attachments that (A) exceed 500 pages (including administrative records and records of state court proceedings). . . ."); Supp. to the Local Rules, Part I, Section II.F (May 2013). The Federal Defendants provided the Administrative Record to the Court on two DVDs. A copy of the record certification and the record indices are included on the DVDs. In addition, copies of the DVDs are being sent to counsel for Plaintiffs, Defendant-Intervenors, and Amicus Curiae.

Dated: June 17, 2013

On Behalf of the Federal Defendants:

ROBERT G. DREHER,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON,
Assistant Chief

/s/ *Andrea Gelatt*
ANDREA GELATT, Trial Attorney

1

MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0388
Fax: (202) 305-0275
andrea.gelatt@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record. I also certify that I caused to be served copies of the Administrative Record on counsel for the parties to this case.

*/s/ Andrea Gelatt*
Andrea Gelatt