**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>       Plaintiffs,<br><br>       v.<br><br>Kenneth Salazar, Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>       Defendants. | Civil Action No. 13-00186<br><br>**ERRATA TO MOTION FOR CHANGES TO CURRENT SCHEDULING ORDER [DKT. 22]** |

      Plaintiffs submit this Errata to the Motion for Changes to Current Scheduling Order [Dkt. 22], filed on July 9.  Filed with this Errata is a modified Motion for Changes to Current Scheduling Order.  This Errata and Modified Motion deletes the sentence from page 4 of Docket 22 that reads: "At the time of this filing, Plaintiffs' counsel had not heard back from the state

intervenor-defendants from Minnesota." The reason for this deletion is that the state of Minnesota has only been granted amicus status, and is not a party to the action, and therefore its consent is not required pursuant to the Court's Standing Order. Accordingly, all parties have consented to the requested change in the Scheduling Order.

Dated:  July 9, 2013                                      By:

                                      /s/ *Bruce A. Wagman*
                                      Bruce A. Wagman, Admitted *pro hac vice*
                                      bwagman@schiffhardin.com
                                      SCHIFF HARDIN LLP
                                      One Market, Spear Street Tower
                                      Thirty-Second Floor
                                      San Francisco, CA  94105
                                      (415) 901-8700
                                      (415) 901-8701 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing *Errata to Motion for Changes to Current Scheduling Order* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered to receive electronic notice of filings pursuant to the Court's CM/ECF system.

Dated:  July 10, 2013                  By:

                                        /s/ *Bruce A. Wagman*
                                        Bruce A. Wagman, Admitted *pro hac vice*
                                        bwagman@schiffhardin.com
                                        SCHIFF HARDIN LLP
                                        One Market, Spear Street Tower
                                        Thirty-Second Floor
                                        San Francisco, CA  94105
                                        (415) 901-8700
                                        (415) 901-8701 (facsimile)

35026-0010
SF\320719683.1