**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>        Plaintiffs,<br><br>      v.<br><br>Kenneth Salazar, Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>        Defendants. | Civil Action No. 13-00186<br><br><br>**MOTION FOR CHANGES TO CURRENT SCHEDULING ORDER [DKT. 22]** |

**MOTION FOR CHANGES TO CURRENT SCHEDULING ORDER**

Pursuant to the Court's Standing Order 6, and for good cause shown, Plaintiffs respectfully request that dates in the Scheduling Order set by the Court on May 7, 2013, be modified.

i.  The Court's original Scheduling Order, adopted upon consideration of the parties' Joint Report and Proposed Briefing Schedule [Dkt. 13], set out the following dates:

Plaintiffs shall notify informally the federal defendants of any objection to the contents of the Administrative Record, if necessary, by July 15, 2013.

Plaintiffs shall move to compel completion of the Administrative Record or to supplement the Administrative Record with extra-record documents, if necessary, by August 1, 2013.

Plaintiffs shall file a Motion for Summary Judgment (up to 45 pages) by August 1, 2013.

The federal defendants shall file any Opposition/Cross-Motion for Summary Judgment (up to 45 pages) by September 12, 2013.

Defendant intervenors shall each file any Opposition/Cross-Motion (up to 45 pages) by September 19, 2013.

Plaintiffs shall file a combined Opposition/Reply (up to 60 pages) responding to the arguments of both the federal defendants and defendant intervenors by October 3, 2013.

The federal defendants shall file a Reply (up to 35 pages) by October 24, 2013.

The defendant intervenors shall file any Replies (up to 25 pages) by October 31, 2013.

The plaintiffs shall file a Joint Appendix by November 14, 2013.

If the plaintiffs intend to bring a motion for temporary injunctive relief or a preliminary injunction, the plaintiffs shall provide 7 days written notice before bringing any such motion to allow time for the parties to meet and confer to establish a briefing schedule for submission jointly to the Court.

ii.  There have been no previous extension of time or continuances granted to any party in this action.

iii.  The original Scheduling Order was adopted before Plaintiffs received the Administrative Record in this matter.  The Administrative Record in this action is approximately 36,000 pages, requiring an extended and extensive review which Plaintiffs' counsel must undertake, and which cannot be accomplished in the original time allocated.  Additionally, Plaintiffs' counsel is currently involved in two time-sensitive matters which were unanticipated and which are occupying far more time than expected.

      iv.  Granting the motion will move all deadlines in this administrative review action, and will not prejudice any of the parties, but will give all the best opportunity for a complete consideration of the facts and law involved.

      v.  The proposed changes in dates in the current Scheduling Order are indicated below in **bold underline**, next to the currently-set dates:

Plaintiffs shall notify informally the federal defendants of any objection to the contents of the Administrative Record, if necessary, by July 15, 2013.  **Proposed change to August 23**

Plaintiffs shall move to compel completion of the Administrative Record or to supplement the Administrative Record with extra-record documents, if necessary, by August 1, 2013.  **Proposed change to September 6**

Plaintiffs shall file a Motion for Summary Judgment (up to 45 pages) by August 1, 2013.  **Proposed change to September 6**

The federal defendants shall file any Opposition/Cross-Motion for Summary Judgment (up to 45 pages) by September 12, 2013.  **Proposed change to October 18**

In order to minimize duplication in arguments with the federal defendants, the defendant intervenors shall each file any Opposition/Cross-Motion (up to 45 pages) by September 19, 2013.  **Proposed change to October 25**

Plaintiffs shall file a combined Opposition/Reply (up to 60 pages) responding to the arguments of both the federal defendants and defendant intervenors by October 3, 2013.  **Proposed change to November 12**

The federal defendants shall file a Reply (up to 35 pages) by October 24, 2013 .  **Proposed change to December 10**

The defendant intervenors shall file any Replies (up to 25 pages) by October 31, 2013.  **Proposed change to December 17**

The plaintiffs shall file a Joint Appendix by November 14, 2013.  **Proposed change to January 6**

      vi.  Plaintiffs' counsel contacted all opposing counsel by email, and has received consent to the changed dates from (1) the named federal defendants, (2) the several non-governmental organization intervenor-defendant groups, and (3) the State of Michigan, the Michigan Department of Natural Resources, and the State of Wisconsin.

Based on the foregoing, Plaintiffs respectfully request that the Court adopt the new Scheduling Order for this action.

Dated:  July 10, 2013                              By:

/s/ *Bruce A. Wagman*
Bruce A. Wagman, Admitted *pro hac vice*
bwagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
(415) 901-8700
(415) 901-8701 (facsimile)


Ralph Henry, D.C. Bar No. 982586
rhenry@humanesociety.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

*Attorneys for Plaintiffs The Humane Society of the United States; Born Free, USA; Help Our Wolves Live ("HOWL"); and Friends of Animals and Their Environments ("FATE")*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *Motion for Changes to Current Scheduling Order* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered to receive electronic notice of filings pursuant to the Court's CM/ECF system.

Dated:  July 10, 2013            By:

          /s/ *Bruce A. Wagman*
          Bruce A. Wagman, Admitted *pro hac vice*
          bwagman@schiffhardin.com
          SCHIFF HARDIN LLP
          One Market, Spear Street Tower
          Thirty-Second Floor
          San Francisco, CA  94105
          (415) 901-8700
          (415) 901-8701 (facsimile)

35026-0010
SF\320719774.1