**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>                    Plaintiffs,<br>          v.<br><br>Sally Jewell,[1] Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>                    Defendants. | Civil Action No. 13-00186-BAH<br><br>**PLAINTIFFS' MOTION FOR**<br>**SUMMARY JUDGMENT**<br><br>**[ORAL ARGUMENT REQUESTED]** |

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, Plaintiffs hereby move for summary judgment on all counts in their Complaint [ECF No. 1] on the grounds that

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Sally Jewell, Secretary of Interior, is automatically substituted for her predecessor in office.

there are no material factual issues in dispute and Plaintiffs are entitled to judgment as a matter of law.

As set forth in Plaintiffs' accompanying Memorandum of Points and Authorities, Defendants' decision to remove federal Endangered Species Act ("ESA"), 16 U.S.C. § 1531 *et seq.*, protections from gray wolves in the Great Lakes region violates the ESA and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2). *See* Endangered and Threatened Wildlife and Plants; Revising the Listing of the Gray Wolf (Canis lupus) in the Western Great Lakes, 76 Fed. Reg. 81,666 (Dec. 28, 2011).

This Motion for Summary Judgment is supported by the accompanying Memorandum of Points and Authorities and declarations filed herewith, the pleadings and filings in this action, and the administrative record [ECF No. 21].

Pursuant to Local Civil Rule 7(f), Plaintiffs respectfully request an oral hearing on Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

Dated:  September 6, 2013

By: */s/ Bruce A. Wagman*
Bruce A. Wagman, Admitted *pro hac vice*
bwagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
(415) 901-8700
(415) 901-8701 (facsimile)

Ralph Henry, D.C. Bar No. 982586
rhenry@humanesociety.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

*Attorneys for Plaintiffs The Humane Society of the United States; Born Free, USA; Help Our Wolves Live ("HOWL"); and Friends of Animals and Their Environments ("FATE")*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing **Plaintiffs' Motion for Summary Judgment** was today served via the Court's CM/ECF system on all counsel of record.

                                  */s/ Bruce A. Wagman*
                                  Bruce A. Wagman, Admitted *pro hac vice*
                                  Attorneys for Plaintiffs

35026-0010
SF\320789239.1