# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sally Jewell[1], Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>    Defendants. | Civil Action No. 13-00186<br><br>**DECLARATION OF ROBERT WALIGORA** |

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Sally Jewell, Secretary of Interior, is automatically substituted for her predecessor in office.

I, Robert Waligora, declare as follows:

1. I reside in St. Louis Park, Minnesota, and have lived in Minnesota for nearly forty years.

2. I am a founding member of Friends of Animals and Their Environment ("FATE").

3. FATE, a Minnesota non-profit organization established in 1976, is committed to the protection and preservation of Minnesota wildlife. FATE, which has approximately 200 members and supporters, advocates on behalf of animals, and in particular wolves, through public education and political lobbying. Members of FATE enjoy monitoring and observing animals in the wild, including wolves.

4. I have a personal commitment to ensuring the recovery of the gray wolf and the protection of its habitat. I have heard wolves while camping alone in the Boundary Waters of northern Minnesota more than once. The first time, in 1979, I was forced by twilight to push a canoe through a nearly-dry remote creek, walk over sphagnum moss, and camp on a rocky outcrop of a small lake. Wolves began calling very close to me. It was an experience that I will never forget. The second time, in 2004, I listened to wolves howl at twilight from my campsite on Smoke Lake. I have seen wolf scat and seen wolf prints while portaging. I have portaged and camped, often alone, during 25 trips into the Boundary Waters between 1975 and 2012, and plan to continue these trips in the future. More than any other species, wolves are the animals I hope to experience when I camp and hike.

5. I have also visited on many occasions, and intend to continue to visit, forests, parks, and other areas in Minnesota, northern Wisconsin, and northern Michigan that provide habitat for the gray wolf. Some of the areas that I have visited and intend to continue to visit include the Boundary Waters, Itasca State Park, the Bemidji lake area, Porcupine Mountain Wilderness Area (in the UP) and Nicollet National Forest (in Wisconsin). I have also visited areas in the West that contain wolf habitat or potential wolf habitat, including Rocky Mountain National Park, Yellowstone National Park, Grand Teton National Park, and Theodore Roosevelt

National Monument. While visiting these areas, I seek out opportunities to see wolves and other wildlife. I also enjoy hiking, photography, camping, and other pursuits. I am injured by the decision of the U.S. Fish and Wildlife Service ("FWS") to strip the protections of the Endangered Species Act from gray wolves in the Great Lakes because my opportunities to experience wolves in the wild will be greatly reduced.

6.  My interest in and appreciation for wolves and their conservation began as early as 1974. I have been involved in efforts to protect wolves since then. My work with FATE on behalf of wolves has included work on various other lawsuits against the Department of Interior. One was brought in 1978 to stop a large-scale wolf-killing program in the name of livestock control and the other in 1983 to stop a wolf hunting season. Both were successful. More recently, I have been involved in litigation in 2007 and 2009 challenging the FWS's decisions to remove federal protections from gray wolves in the Great Lakes. These efforts were also successful and returned federal protections to wolves. I have also attended public hearings on wolves and lobbied in the Minnesota legislature. I have written many letters-to-the-editor and editorials on behalf of wolves. I have lobbied in the Minnesota Legislature to prevent the adoption of a management plan that would have been harmful to wolves. I have made public presentations on behalf of the wolf and appeared on radio and televisions shows discussing wolf protection.

7.  I believe that individual wolves have intrinsic value, and I am deeply disturbed by the knowledge that the FWS has removed the Great Lakes wolf population from the endangered species list. In Minnesota, the FWS's decision has resulted, and will continue to result, in expanded opportunities for landowners, state predator controllers, and others to lethally take wolves. It has also resulted in the hunting and trapping of wolves for sport. In fact, even though the state management plan contained a five-year moratorium on the recreational killing of wolves, state official rushed to repeal this moratorium and allow the trophy hunting and trapping of wolves immediately following the delisting of wolves by the FWS, which resulted in the deaths of over 400 wolves. Minnesota officials took such action despite previously promising in

the state's wolf management plan that the state would not allow the recreational killing of wolves for five years following federal delisting. And by returning the gray wolf to state management in Wisconsin and Michigan, FWS is now allowing the lethal control of these intelligent, beautiful, and social animals. This killing hurts me because I moved to Minnesota in part to be close to wild areas and wolves. I was proud that – this one time – a governmental body that is supposed to represent me, did operate on my behalf and the FWS aimed to restore wolves to remaining feasible habitats. However, the FWS has lost its sense of mission for wolves. It is especially distressing to me that although history has shown that wolves are critically impacted by antiquated and excessive actions, Minnesota, Wisconsin, and Michigan are allowing unnecessary lethal control activities and trophy hunting. Wolves are a vital part of the food chain that existed before western culture ever entered the scene, and it upsets me that these animals are being killed under state management.

8. The benefits that I derive from the wolf, and would derive but for the FWS's failure to adequately protect the wolf, have been, are being, and will continue to be harmed by the FWS's failure to comply with its statutory duty to ensure the survival and recovery of the wolf. The FWS's decision to delist the gray wolf, and the return of wolves to state management, will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the FWS's violations of the Endangered Species and the Administrative Procedure Act offends me and will continue to deprive myself and other FATE members of the recreational, scientific, and aesthetic benefits derived from this species.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25 day of August, 2013 at 9:04 pm.

_____
Robert Waligora

35026-0010
SF\320758709.1