**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>            Plaintiffs,<br><br>      v.<br><br>Sally Jewell[1], Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>            Defendants. | Civil Action No. 13-00186<br><br>**DECLARATION OF<br>LINDA HATFIELD** |

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Sally Jewell, Secretary of Interior, is automatically substituted for her predecessor in office.

I, Linda Hatfield, declare as follows:

1. I reside in Minneapolis, Minnesota, and have lived in Minnesota all my life.

2. I am a long time member of HOWL, or Help Our Wolves Live. I served on the HOWL board since the mid-1980s. Harriet Lykken was the long standing Executive Director. In 2001, Harriet Lykken retired and I succeeded her as HOWL's director.

3. HOWL was formed in 1969 as an informal group seeking to influence the Minnesota legislature to oppose the wolf bounty. Although the bounty fund had been cut off in 1965 by a governor's veto, there was constant pressure from northern Minnesota farmers, politicians, hunters, and trappers to reinstate the bounty. At that time wolves were totally unprotected and could be shot or trapped as "varmints" without restriction. In 1971, HOWL was incorporated as a non-profit charitable organization in the State of Minnesota, with its principal place of business in Minneapolis. HOWL consists entirely of volunteer members and has remained a strong voice for wolves and other wild species, such as the lynx and wolverine, since its incorporation. HOWL's mission is to be an advocate for the protection and preservation of the gray wolf, lynx, wolverine, and other endangered or threatened species of a predatory nature. HOWL uses education and science to discourage cruelty to wild species caused by human ignorance.

4. As HOWL's director, I regularly submit comments to government agencies concerning proposed actions that would affect the gray wolf, lynx, wolverine, and other wild species and their habitats.

5. I am also a member of The Humane Society of the United States ("HSUS") and Born Free, USA. I have worked as a volunteer with both these organizations for many years on wolf, lynx, and other wildlife issues for many years.

6. Born Free USA, originally founded in 1968, is a national non-profit organization working to alleviate the unnecessary suffering of wild animals in captivity, rescue individual

animals in need, protect wildlife – including highly endangered species – in their natural habitats, and encourage compassionate conservation globally. Born Free USA has tens of thousands of members and supporters living throughout the country. Born Free USA's work includes monitoring and studying the impacts of agency actions on animals, including wolves and other carnivores. One of Born Free USA's principal campaigns focuses on wildlife protection, and Born Free USA uses education and other methods to protect wild animals and their habitats. Born Free USA regularly submits comments to governmental agencies concerning proposed actions that would affect animals. Born Free USA publishes a magazine and maintains a website for its members and the general public, and it regularly disseminates information concerning the treatment of wild animals, including government decisions that affect animals. In recent years, Born Free USA has been actively involved in efforts aimed at wolf protection and recovery.

7. I have a personal commitment to ensuring the recovery and maintaining protection of the gray wolf and its habitat. Even though I live in the Twin Cities, I spend much of my vacation time hiking in northern Minnesota. I like to hike in remote areas on and off the Superior Hiking Trail. I mostly hike within the Superior National Forest and the state parks in the northern part of the state. While hiking and visiting those areas, I sometimes stop and take time to do pencil illustration. I also like to take photographs. The opportunity to view wolves and other wildlife is my main reason to hike trails in the northern part of the state. On a couple of occasions I've seen wolves while hiking. I also like to look for tracks, and this past winter, while hiking in Tettgouche State Park, I came upon lynx and wolf tracks.

8. Other members of HOWL also enjoy hiking and camping and they too hope to see wildlife, and most importantly, wolves.

9. I frequently attend wolf conferences and wolf workshops. Learning about wolves is very important to me.

10. As long as I can remember, I've had a deep compassion and appreciation for all animals. However, those animals that live in the wild hold a deeper place within my inner core. The wolf, as a top predator of great importance to the ecosystem, has been a strong focus of mine

35026-0010
SF\320758709.1

for most of my adult life. But the world hasn't always been kind to the wolf and the wolf remains a villain in the view of many people. I couldn't sit back and do nothing so I started to work on wolf protection issues. I continue to be an advocate for the wolf through HOWL, by presenting information and talking to the public, writing comments, and learning more about the wolf and its importance to the balance of the ecosystem so I can continue to educate others.

11. I was a member of the Minnesota Wolf Round Table in the summer of 1998. I did not represent HOWL, because Harriet Lykken and Karlyn Berg were the HOWL reps, but served as a representative for FATE, Friends of Animals and Their Environment. Unfortunately, the Minnesota Wolf Round Table had more representatives interested in killing the wolf than it did interested in the welfare of this animal.

12. I am deeply upset by the actions the Fish and Wildlife Service ("FWS") has taken in removing Endangered Species Act ("ESA") protection of the Great Lakes wolves. In my view, the FWS is pandering to those who have an interest in killing this animal rather than keeping or maintaining protection for the wolf. The FWS's decision has, and will continue to, result in expanded lethal opportunities for landowners, state predator controllers, hunters, trappers, and others who just want to kill the wolf. The FWS's decision now gives control to the states. Minnesota's wolf management scheme plan is lacking in many respects and is unnecessarily hostile to wolves. For example, Minnesota's state plan allows predator controllers to be paid a $150 bounty for each wolf killed. Yet the bounty on wolves was one of the main reasons that caused the demise of the wolf. The FWS should not allow history to repeat itself. And to see history repeat itself is most distressing because this decision to delist and turn management over to the states will lead to the deaths of many individual animals. It will disturb and cause stress to wolf family members (pack members), which will cause a decline to the population.

13. The attitudes towards wolves on the part of Minnesota state agencies and officials have only gotten worse since delisting. For example, after delisting, the state rushed to enact laws to allow the trophy hunting of wolves, ignoring its prior promises that the state would not allow such activity for five years following delisting (under the theory that indiscriminate,

widespread killing of a species that was just stripped of ESA protections, was bad conservation management and would cause population declines). It is happening in other states in the Great Lakes were the FWS delisted wolves as well. At the last Midwest Wolf Stewards Conference, held in the Upper Peninsula ("UP") of Michigan in April of 2013 which I attended, there was much less science involved and more negative, anti-wolf attitudes presented. For instance, at this conference, there was a big push for hunting and most of the presenters started out their power point with a picture of themselves and their wolf kill. I believe that these actions will generate unfounded hostility towards wolves that will only lead to more wolf slaughter. Yet, as I drove through the UP to get to the conference, I saw hundreds of deer and was reminded that, as a top predator, wolves have a very important ecological role. I believe the ecosystems of the UP, Michigan, and the entire Great Lakes region would benefit from more wolves to keep a balance in nature.

14.     I believe that all wolves have value – inherent value – not just the species as a whole, but as individual animals. The pack structure is very complex and has a social order. Actually, it is a family of individuals and each and every wolf within the family/pack has a job/role to insure the success and keep the matrix of the pack. The pack includes the dominant alpha breeding park and their offspring of various ages, known as subordinates. On occasion, a pack will accept an outside subordinate to join. Also within the pack's structure there is a low ranking member known as peripheral or omega wolf. This wolf has an important role in that it helps keep the pack structure intact. It acts as a "scapegoat," allowing aggression to be dispersed and frustrations vented. Therefore, the loss of any member to a wolf's family/pack non-nature related would greatly harm this complex social order.

15.     In addition to causing harm to the complex social order of wolf packs, the death of individual wolves – whether at the hands of government agents or private persons – harms me and other members of HOWL. Every wolf that is killed decreases the chance that I could observe wolves in the wild. Moreover, I am harmed emotionally by the thought of these wolves suffering in traps or being chased down and shot. Now that federal protection is removed, every wolf in

Minnesota faces a greater likelihood of being shot and trapped under the liberal killing rules in the Minnesota Wolf Management Plan. It is distressing to me to know that the wolf whose tracks I observed last winter faces a much higher chance of being killed under state management. I would feel much better if federal protection to wolves was restored.

16.     There are many benefits that HOWL members and I receive from the wolf – its beauty, its predatory value, its importance to the ecological framework, and to the wolf itself. Other HOWL members and I are harmed by the FWS's decision to remove the ESA protection of wolves. The FWS is failing to adequately protect the wolf. Under the delisting decision, wolves are being harmed and will continue to be harmed. HOWL members and I do not want harm to come to wolves for it will harm all of us. The decision to remove ESA protection benefits those who have an interest in hunting this animal as a trophy or trapping this animal for its fur, or just killing it because it's there. This past season, this lead to over 400 wolves being killed. Such killing will continue unless ESA protections are returned to wolves.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

28 day of August, 2013 at Minneapolis, Minnesota.

_____
Linda Hatfield

35026-0010
SF\320758709.1