## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>        Plaintiffs,<br><br>      v.<br><br>Sally Jewell[1], Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>        Defendants. | Civil Action No. 13-00186<br><br><br>**DECLARATION OF<br>NANCY WARREN** |

I, Nancy Warren, declare as follows:

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Sally Jewell, Secretary of Interior, is automatically substituted for her predecessor in office.

1.      I am a member of The Humane Society of the United States ("HSUS").

2.      I live at 20349 Smith's Bend Road, Ewen, Michigan where I am a full time resident. I first visited the Western Upper Peninsula during the fall of 1982, and instantly fell in love with the area because of its abundance of wildlife. My husband and I purchased a small parcel of land in 1990 and now own 281 acres along the South Branch of the Ontonagon River. In December 2009, we completed a transaction, begun in 2005, which placed all our land under a perpetual conservation easement, with the primary focus of improving wildlife habitat. This includes 23 acres restored as wetlands.  Our property has become a haven for waterfowl, marsh birds and amphibians.  It serves as a refuge for turtles and an oasis for other wildlife, including deer, bear, bobcat, coyote and wolves and a source of solitude for me, knowing it will be protected forever.  I have a personal commitment to ensuring the recovery of the gray wolf and the protection of its habitat. Nearly all my spare time is devoted to working on behalf of wolves and aiding in their recovery.

3.      I strongly believe that education is paramount to the survival of the wolf. As a volunteer, I have travelled thousands of miles, conducting hundreds of educational programs over the years at schools and for the general public. I also coordinate the work of other volunteer speakers by disseminating factual information and assist them researching issues needed for their talks. I also designed my own puppet show to teach young children about wolves. My interest and knowledge of wolves has been enhanced by reading many books, publications, research papers, and by attending workshops and conferences each year. I have met with and discussed issues with researchers and professional biologists. For over ten years I volunteered my time conducting Hunter Outreach in both Michigan and Wisconsin. This entailed visiting with hunters during the firearm deer season and providing them information about wolves and local pack

- 2 -

territories. From 1995 through 2012, I was a Wisconsin Volunteer Carnivore Tracker,

conducting tracking surveys within assigned blocks and recording evidence of wolf and other

carnivores. I stopped this volunteer work because of Wisconsin's aggressive wolf hunting and

trapping season. Additionally, I prepared and presented information about my volunteer efforts at

a World Wolf Conference and Midwest Wolf Stewards Conference.

4.      Throughout the years I have been a strong advocate for the protection of wolves

in the Great Lakes Region.  My wolf-related accomplishments include: speaking at public

hearings; speaking before the Michigan Natural Resources Commission and requesting that the

Michigan Wolf Management Plan be adopted by the DNR Director; providing testimony at

legislative hearings; serving on the Michigan Wolf Roundtable; serving on the Michigan Wolf

Management Advisory Committee; meeting with the Ontonagon County Prosecutor and District

Court Judge; writing to and speaking personally with Michigan Legislators. I have been pro-

active countering misinformation about wolves by responding to numerous articles published in

both magazines and newspapers and have worked with editors of several newspapers

encouraging them to publish information promoting the positive aspects of wolves and

conducted many live radio interviews.

5.      I am inspired to continue my work on behalf of wolves, in part, because of my

many encounters with wolves, some of which I have described below.  I consider it a privilege to

observe them in the wild and am elated every time I see or hear a wolf. I first heard the howl of a

wild wolf in 1991, in the heart of the Ottawa National Forest, while canoeing the South Branch

of the Ontonagon River. It will always remain one of my favorite memories. Since that time, a

pack of wolves has claimed a portion of our property as part of its territory, and I have developed

relationships with these wolves. For example, I came to know the alpha female by her unique

quivering howl and the way she avoided walking through puddles. We have seen wolves cross

our field; witnessed a wolf pursue deer; investigated two kill sites and recorded many pictures of

wolves with a trail camera. (Attached to this declaration as Exhibit A is a photograph that was

taken recently with the trail camera). It is always a thrill to find tracks and scat on our property

but has been particularly rewarding to be awakened at night by their howls. I was saddened when

a car hit and killed one of these wolves but I was even more upset when two of these wolves

were illegally shot. A local man was prosecuted for one of the incidents, involving a yearling

pack member. I attended every court hearing, heard the man change his story and was frustrated

when the Judge refused to impose even the minimum penalty. Also disturbing is the fact that our

resident wolf pack has become less vocal and it is now rare that we hear them howl. I have

developed a strong attachment to these animals, and I would be deeply saddened if additional

members of our resident wolf pack were killed without justification under state management.

This pack is part of Wolf Management Unit B where wolf hunting will begin November 15,

2013. Having wolves on our property is very important to my husband and me. Subjecting our

resident wolf pack to state management negatively impacts our use and enjoyment of our

property, and the conservation purpose for which we maintain it.

      6. Once, while inspecting wolf and deer tracks, I heard a noise in the brush, glanced

up and watched two wolves cross within a few yards of where I was standing. Each stepped into

the road, gave me a piercing stare and continued on its way; my only regret was I didn't have my

camera. I often visit that area, just hoping for another glance. Another time, I observed a wolf

walking along a railroad grade and stopped to watch it. Eagles were feeding on a road-killed deer

nearby. The wolf approached the carcass slowly and deliberately, then suddenly pounced on the

carcass, causing the eagles to take flight. The wolf merely walked away and waited for the eagles

to return. While the eagles returned to feed, the wolf stalked and pounced again with the same

results. I watched the wolf do this three times before it gave up and continued its walk along the

grade. I take great joy from these opportunities to experience wolves. Under state management of

wolves, I will have fewer of these experiences, causing harm to my enjoyment of wolves.

7.      A few years ago, while out for a drive, my husband and I paused at a river

crossing to investigate some coyote tracks.  While there, we watched as deer ran from the woods.

A few minutes later, a wolf appeared, followed by another, and another. A total of five wolves

crossed our path.  I have seen wolves at this location on several other occasions, sometimes in

groups and sometimes a lone wolf.

8.      This past spring, a friend visited from New York City.  She mentioned that she

hoped to see a wolf in Michigan.  The following day, as we turned off my road, on our way to

the Midwest Wolf Conference, there stood a wolf in the field.  It looked our way, glanced over

its shoulder and trotted away.  We often talk about our experience and the thrill of seeing this

wolf.

9.      The territory of these and other wolves is precariously close to a livestock

producer who has stated at a public hearing that he is fervent to kill wolves on his property.  He

is featured on an Internet video that promotes the killing of wolves, and in one image he is

holding a dead wolf while giving a "thumbs up" to the camera. He also displays a bumper sticker

on his vehicle that reads "*Michigan Wolves, Smoke A Pack A Day.*" This producer, who is known

to have poor animal husbandry practices (carcasses not buried, improper care of guard donkeys,

absentee landowner) is responsible for 64% of all head of cattle in the entire Upper Peninsula

lost to wolves.  Within WMU B, 73% of all livestock depredation events over the past three

years have taken place at this property.  Many wolves have already been killed in control actions

but now that management of wolves has turned over to the State of Michigan, these wolves are at an even greater risk. I enjoyed seeing these wolves, and hope to see them cross my path again. I would be deeply saddened by their death, and I am worried because these beautiful animals may now be killed without adequate justification by private landowners and through recreational hunting allowed under Michigan law.  Hunting wolves within WMU B, where I live, is misguided and unwarranted.  The reasons Michigan DNR has given to support the hunt are proving to be greatly exaggerated.  I am upset by the thought that I will see dead wolves being displayed on vehicles or wounded wolves that have been unjustifiably harmed under state management.

10.    I have also watched wolf pups near Mass City, Michigan eat raspberries along the road and heard them howl with the adults. (Attached to this declaration as Exhibit B is a photo of one of these pups that I took). Bear houndsmen training their dogs ignored the warnings of US Forest Service employees and the local DNR Conservation Officer and released their dogs on public land in the same area where others and I often saw these pups. After wolves killed their first dog, these houndsmen continued to release their dogs in the same area until six dogs were killed in five separate incidents, all within a one-mile radius. This group of individuals is vocal in their opposition to wolves and has an equally vocal contingent of supporters. As I explain below, Michigan law allows private individuals to kill wolves "preying upon" dogs. Because hunters with dogs frequent this area, members of the wolf pack that I see and hear in this area may be killed under state management. It would be very difficult for me to learn that these wolves had been killed because hunters knowingly and unwisely place their dogs at risk by choosing to take their hunting dogs into wolf rendezvous sites.

11.    I have visited on many occasions, and intend to continue to visit, forests, parks,

and other areas in Michigan, Wisconsin, Minnesota, Arizona and other regions that provide habitat for wolves. I have observed captive wolves at the International Wolf Center, Wildlife Science Center (Minnesota) and Wolf Park (Indiana) and have observed wild wolves in Wisconsin, Minnesota, Yellowstone National Park and Canada.  While visiting these areas, I enjoy wildlife viewing, hiking, photography, camping, and other pursuits. Searching for, seeing tracks and scar, and viewing wolves is an important part of my life. Delisting will result in the unnecessary killing of wolves and will seriously reduce my opportunities to see wolves, hear them and find their tracks.

12.     My concern for wolves is not just for the population as a whole. I believe that individual wolves have inherent value, and I am upset that the FWS has removed the Great Lakes wolf population from the endangered species list. Since delisting, hundreds of wolves have been killed in the Great Lakes under state management, by hunters, trappers, and private landowners, and I am sickened by the thought of and bracing for the news of unnecessary wolf kills in Michigan. While I support the Michigan Wolf Management Plan and the removal of problem wolves by the Michigan DNR, some Michigan legislation undermines the past efforts of Michigan DNR and contradicts its scientifically sound management plan. For example, PA 487 signed by the Governor December 27, 2012, allows for the payment of missing livestock, with simply a notarized statement by the producer, if there was a prior verified depredation event. This law will artificially increase the number of depredations, leading to the death of more wolves.

13.     State laws (PA 290 and PA 318) allow any individual to kill a wolf "preying upon" livestock or dogs, without defining "preying upon."  Therefore, "preying upon" is subject to any interpretation.  These laws also allow for wolves to be "captured or removed," again,

without defining the terms. This could imply that any individual can trap or otherwise kill a wolf even if there is no imminent threat to livestock or dogs. The laws do not establish a penalty for killing a wolf determined by the Michigan DNR not to be "preying upon" the livestock or dog. Essentially, these laws allow anyone who claims a wolf is, was, or may be a threat, whether real or perceived, to legally kill it. The Michigan legislature also recently rushed through legislation (PA 520) to establish an open hunting season for wolves which will lead to even more wolf slaughter. I believe these laws seriously jeopardize Michigan wolves, and I am angered that wolves will be killed under these laws.  When 255,000 citizens challenged the law through the veto referendum process, legislators simply passed another law (PA 21) allowing the wolf hunt to proceed.

14.     Section 6.10.1 of the Michigan Wolf Management Plan states "… at least 27% of the wolf-depredation complaints submitted by Michigan residents in 2004 were prompted by depredation that were actually caused by dogs or coyote. Another 23% of the alleged wolf-depredation events reported in 2004 could not be attributed to a specific cause because the available physical evidence was insufficient."  The indiscriminate killing of wolves allowed under Michigan law, including its liberal depredation laws and declaring the wolf to be a game animal subject to sport hunting, can lead to the disruption of the pack structure, impact pack dynamics, cause an increase in depredation, and decrease my opportunities to view and hear wolves, both on my own property and on other lands. Further, the indiscriminate killing of wolves severely undermines the education and advocacy efforts to which I have dedicated myself for twenty years. I believe these laws seriously jeopardize Michigan wolves, and I am angered that wolves that have not actually caused depredations will be killed under these laws.

15.     Absent a hunting season, the Michigan wolf population has declined over the past

two years.  This is possibly due to control actions, possibly because the hunt in Wisconsin has

slowed immigration, meanwhile Michigan wolves still disperse into Wisconsin.  Hunting, now

allowed because of delisting, will be added mortality.  Although the 2013 hunting season is

being called, "conservative" by some within the Michigan DNR, there is already talk of

expanding the wolf hunt next year to include trapping and additional zones.

16.     I have been vocal in my opposition to the delisting of wolves and believe the

delisting was premature because irrational fears and myths about the wolf still exist. Negative

human attitudes towards wolves were one of the reasons why the gray wolf was nearly

eradicated, and under the Endangered Species Act this threat was never adequately addressed

prior to delisting.  I strongly believe that some of the individuals who support the passage of the

depredation and public hunt laws in Michigan, will now use any excuse to kill a wolf. WLUC, a

Marquette, Michigan TV station, routinely reports on wolf issues and viewers can post

comments to its website.  When it was reported that the Natural Resource Commission approved

a wolf hunting season, many anti-wolf comments  were posted including:

- *I LOVE WOLVES! ...I love them in stew. I love them in the ditch. I love them as a rug. The list goes on and on and on...*
- *Only wolves I like is a dead one!! Why move if we can hunt them? Kill the wolves!!*
- *We should be able to hunt 657, at least leave one for the wolf lovers.*
- *we killed em off for a reason the 1rst time ..THEY SUCK*
- *Now if the NRC would allow for a hippie tree hugger season we would be all set.*

Many anti-wolf Facebook pages, full of hatred and misinformation, have also been created.

One comment, in response to whether a collared wolf should be shot, was particularly disturbing.

The person responded that, *"theres fun in not returning it. like strapping it to a piece of foam or*

*wood and tossing it in a river...let them track that!"* The thought that wolves that I have worked

so hard to protect will now suffer and die at the hands of these individuals is very distressing to

me.  It is apparent that the delisting of wolves has not improved social tolerance. Additionally, wolves face other threats, including disease.  We were upset to learn that at least one wolf, (picture attached as Exhibit C) has been infected with mange.  I have first- hand knowledge of other area wolves with mange, including a black wolf.

17.     The Michigan Legislature, the Michigan Natural Resource Commission, local elected township and county officials, are overly influenced and swayed by the sentiments of these misguided individuals. Legislative decisions about wolf management are being made based on fear and misinformation rather than actual facts and sound science. Wolves should not have been delisted when the state management regime is not adequate to protect against the indiscriminate killing of wolves.  Decisions are being made by politicians and political appointees within the Department with a total disregard for peer-reviewed research.

18.     The benefits that I derive from the wolf, and would continue to derive but for the FWS's failure to adequately protect the wolf, have been and will continue to be irreparably harmed by the FWS's failure comply with its statutory obligations to protect the wolf. The FWS's decision to delist the gray wolf, and the return of wolves to state management, will lead to the unnecessary injury and deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. The FWS's delisting decision will therefore continue to deprive me and the HSUS, of the recreational, scientific, education, and aesthetic benefits derived from the wolf.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___3ᴿᴰ___ day of __September_, 2013 at ___Ewen, Michigan____

Nancy Warren
Nancy Warren

# EXHIBIT A

# EXHIBIT B



# EXHIBIT C

