**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC  20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA  95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN  55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN  55415,<br><br>        Plaintiffs,<br><br>        v.<br><br>Sally Jewell,[1] Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC  20240,<br><br>        Defendants. | Civil Action No. 13-00186-BAH<br><br>**[PROPOSED] ORDER** |

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Sally Jewell, Secretary of Interior, is automatically substituted for her predecessor in office.

- 2 -

## [PROPOSED] ORDER

This matter is before the Court upon Plaintiffs' motion for summary judgment in the above-captioned case.

Having considered Plaintiffs' motion and the entire record in this case, and for good cause shown, it is hereby

ORDERED that Plaintiffs' motion is GRANTED; and it is further DECLARED that the Final Rule "Endangered and Threatened Wildlife and Plants; Revising the Listing of the Gray Wolf (Canis lupus) in the Western Great Lakes," promulgated at 76 Fed. Reg. 81,666 (Dec. 28, 2011) (the "Final Rule"), violates the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 *et seq.*, its implementing regulations, the DPS Policy, the Administrative Procedure Act, 5 U.S.C. § 706(2), and this Court's 2008 remand order in *Humane Society of the United States v. Kempthorne*, 579 F. Supp. 2d 7 (D.D.C. 2008); and it is further

ORDERED that the Final Rule is hereby vacated and remanded to the United States Fish and Wildlife Service for further proceedings consistent with the Court's Opinion; and it is further

ORDERED that the protections of the ESA shall be immediately restored to the wolves in the Great Lakes region in accordance with the regulatory scheme as it existed prior to the Final Rule.

It is SO ORDERED.

Dated:_____                             _____
                                                                                    Hon. Beryl A. Howell
                                                                                    United States District Judge

- 3 -

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS

Pursuant to Local Civil Rule 7(k), Plaintiffs have notified counsel of record in this matter of **Plaintiffs' Proposed Order** via the CM/ECF notification system:

Andrea Gelatt
U.S. DEPARTMENT OF JUSTICE
ENRD
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044-7611
(202) 305-0388
Email: andrea.gelatt@usdoj.gov
Attorneys for Defendants Sally Jewell, U.S. Department of Interior, and Fish and Wildlife Service

Cynthia R. Hirsch
WISCONSIN DEPARTMENT OF JUSTICE
Environmental Protection Unit
17 West Main Street
P. O. Box 7857
Madison, WI 53707
(608) 266-8987
Fax: (608)266-2250
Email: hirschcr@doj.state.wi.us
Thomas James Dawson , III
WISCONSIN DEPARTMENT OF JUSTICE
17 West Main Street
P. O. Box 7857
Madison, WI 53707
(608) 266-8987
Email: dawsontj@doj.state.wi.us
Attorneys for Intervenor-Defendants State of Wisconsin and Wisconsin Department of Natural Resources

James Hardwick Lister
BIRCH HORTON BITTNER AND CHEROT
1155 Connecticut Avenue
Suite 1200
Washington, DC 20038
(202) 659-5800
Email: jlister@dc.bhb.com
Attorneys for Intervenor-Defendants U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunters Association, Michigan United Conservation Clubs, Wisconsin Bowhunters Association, Upper Peninsula Bear Houndsmen Association, Michigan Hunting Dog Federation, and Rocky Mountain Elk Foundation

Pamela J. Stevenson
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Natural Resources/Environmental Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
Email: stevensonp@michigan.gov
Stephen D. Thill
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Environment, Natural Resource and Agriculture Division
525 West Ottawa Street
6th Floor William Building
Lansing, MI 48933
(517) 373-7540
Email: thills@michigan.gov
Attorneys for Intervenor-Defendants State of Michigan and Michigan Department of Natural Resources

Anna Margo Seidman
SAFARI CLUB INTERNATIONAL
501 Second Street, NE
Washington, DC 20002
(202) 543-8733
Fax: (202) 543-1205
Email: aseidman@safariclub.org
Attorneys for Intervenor-Defendant Safari Club International

Christopher A. Conte
NATIONAL RIFLE ASSOCIATION
11250 Waples Mill Road
Floor 5N
Fairfax, VA 22030
(703) 267-1166
Fax: (703) 267-1164
Email: cconte@nrahq.org
Attorneys for Intervenor-Defendant National Rifle Association of America

35026-0010
SF\320789188.1

- 2 -

John I. Kittel
MAZUR & KITTEL, PLLC
30665 Northwestern Highway
Suite 175
Farmington Hills, MI 48334
(248) 432-8000
Fax: (248) 432-8010
Email: jkittel@mazur-kittel.com
Attorneys for Intervenor-Defendants Michigan
United Conservation Clubs and Rocky Mountain Elk
Foundation

David Peter Iverson
OFFICE OF THE MINNESOTA ATTORNEY
GENERAL
445 Minnesota Street
Bremer Tower, Suite 1800
St. Paul, MN 55101-2134
(651) 757-1466
Fax: 651-297-1235
Email: dave.iverson@ag.state.mn.us
Attorneys for Amicus Minnesota Department of
Natural Resources