## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> S.M.R. JEWELL, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:13-cv-00186-BAH

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR STAY OF BRIEFING DUE TO LAPSE IN APPROPRIATIONS**

## MOTION FOR A STAY OF EXISTING SCHEDULE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of briefing in the above-captioned case.

1.      At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the federal defendants. The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of summary judgment briefing and all remaining deadlines in this case until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court within two business days of when Congress has appropriated funds for the Department.  The Government requests

1

that, at that point, all current deadlines for the parties (i.e., the summary judgment briefing deadlines and Plaintiffs' requirement to file an appendix) be extended the same number of days as the length of the stay due to the lapse in appropriations, with the understanding that the stay will terminate once the lapse in appropriations ends.

5.      Pursuant to Local Rule 7(m), counsel for Federal Defendants conferred with Plaintiffs' counsel, and Plaintiffs do not oppose the relief requested herein.

6.      Counsel for all Defendant-Intervenors stated that their clients have no objection to this motion. Counsel for Amicus the State of Minnesota also does not object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.


Dated: October 1, 2013                    On Behalf of the Federal Defendants:

                                          ROBERT G. DREHER,
                                          Acting Assistant Attorney General
                                          SETH M. BARSKY, Chief
                                          KRISTEN L. GUSTAFSON,
                                          Assistant Chief

                                          /s/ *Andrea Gelatt*
                                          ANDREA GELATT, Trial Attorney
                                          U.S. Department of Justice
                                          Environment & Natural Resources Division
                                          Wildlife & Marine Resources Section
                                          Ben Franklin Station
                                          P.O. Box 7611
                                          Washington, DC 20044-7611
                                          Phone: (202) 305-0388
                                          Fax: (202) 305-0275
                                          andrea.gelatt@usdoj.gov