# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, et al.,<br><br>　　　Defendants. | Civil Action No. 1:13-cv-00186-BAH<br><br>[PROPOSED] **ORDER GRANTING STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The Court hereby **ORDERS** the following:

This case is hereby **STAYED** until Congress appropriates funds for the Department of Justice. Federal Defendants shall notify the Court within two business days of the Congressional appropriation of funds for the Department. At that time, all current deadlines for the parties (i.e., briefing deadlines and the requirement to file an Appendix) shall be extended the same number of days as the length of the stay due to the lapse in appropriations.

Dated:

**IT IS SO ORDERED**:　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

1