# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, et al.,<br><br>　　　　Defendants. | Civil Action No. 1:13-cv-00186-BAH<br><br>**Notice of Restoration of Appropriations and Motion for Briefing Schedule** |

　　　　On October 1, 2013, Federal Defendants requested a stay of the litigation due to the lapse in appropriations for Federal Defendants in this case.  The Court granted the requested stay, and ordered the parties to present an agreed schedule to amend the scheduling order. Minute Order October 1, 2013.Federal Defendants committed to notify the Court and the parties after Congress appropriated funds for the operation of these agencies. On October 17, 2013, the President of the United States signed legislation restoring appropriations to the Department of Justice and the Federal Defendants in this case.

　　　　Pursuant to the Court's order, Federal Defendants hereby move the Court to adopt the schedule set forth below. All parties in the litigation have represented to counsel for Federal Defendants that they agree to this schedule for the remaining dates in the litigation.

**Proposed Briefing Schedule.**

| | |
|---|---|
| Federal Defendants file Opposition/Cross Motion for Summary Judgment | 12/4/2013 |
| Defendant-Intervenors file Opposition/Cross-Motion for Summary Judgment | 12/11/2013 |
| Plaintiffs file combined Opposition/Reply | 1/10/2014 |

1

| | |
|---|---|
| Federal Defendants file Reply | 2/5/2014 |
| Defendant-Intervenors file Reply | 2/12/2014 |
| Plaintiffs file Joint Appendix per LCvR 7(n) | 3/4/2014 |

Dated: October 18, 2013.

On Behalf of the Federal Defendants:

ROBERT G. DREHER,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON,
Assistant Chief

/s/ *Andrea Gelatt*
ANDREA GELATT, Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7369
(202) 305-0210 | Fax: (202) 305-0275
andrea.gelatt@usdoj.gov
Attorneys for Federal Defendants