# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, et al.,<br><br>     Defendants. | Civil Action No. 1:13-cv-00186-BAH<br><br>**[PROPOSED] ORDER GRANTING BRIEFING SCHEDULE IN LIGHT OF RESTORATION OF APPROPRIATIONS** |

The Court hereby **ORDERS** the following dates will govern the remaining briefing in this litigation:

| | |
|---|---|
| Federal Defendants file Opposition/Cross Motion for Summary Judgment | 12/4/2013 |
| Defendant-Intervenors file Opposition/Cross-Motion for Summary Judgment | 12/11/2013 |
| Plaintiffs file combined Opposition/Reply | 1/10/2014 |
| Federal Defendants file Reply | 2/5/2014 |
| Defendant-Intervenors file Reply | 2/12/2014 |
| Plaintiffs file Joint Appendix per LCvR 7(n) | 3/4/2014 |

Dated:

**IT IS SO ORDERED**:  _____
                                          U.S. District Court Judge

1