**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) | Civil Action No. 1:13-cv-00186-BAH |
| Plaintiffs, | ) ) | |
| v. | ) ) | [PROPOSED] **ORDER** |
| S.M.R. JEWELL, et al., | ) ) | **Granting Federal Defendants' Cross-Motion for Summary Judgment and** |
| Defendants. | ) ) | **Denying Plaintiffs' Motion for Summary** |
| | ) | **Judgment** |

The Court hereby **ORDERS** the following: Having considered all the pleadings and the administrative record, the Court hereby **DENIES** Plaintiffs' motion for summary judgment and **GRANTS** Federal Defendants' cross-motion for summary judgment. This case is dismissed with prejudice and all parties shall bear their own costs and fees. The Clerk shall issue a final judgment consistent with this order.

Dated:

**IT IS SO ORDERED**:                                             _____

U.S. District Court Judge