# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, et al.,<br><br>　　　Defendants. | Civil Action No. 1:13-cv-00186-BAH<br><br>[PROPOSED] **ORDER**<br>**Granting Federal Defendants' Cross-Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment** |

The Court hereby **ORDERS** the following: Having considered all the pleadings and the administrative record, the Court hereby **DENIES** Plaintiffs' motion for summary judgment and **GRANTS** Federal Defendants' cross-motion for summary judgment. This case is dismissed with prejudice and all parties shall bear their own costs and fees. The Clerk shall issue a final judgment consistent with this order.

Dated:

**IT IS SO ORDERED**:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge