UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE
UNITED STATES, et al.,

    Plaintiffs,

    v.                                    Case No. 13-0186 (BAH)

SALLY JEWELL, Secretary of the
Interior, et al.,

    Defendants.

and

STATE OF WISCONSIN, et al.,

    Intervenor Defendants,

### AFFIDAVIT OF BRADLEY M. KOELE

STATE OF WISCONSIN    )
                              ) ss
COUNTY OF ONEIDA     )

    BRADLEY M. KOELE, being first duly sworn on oath, deposes and says:

    1.    I have been the Wildlife Damage Specialist in the Wisconsin Department of Natural Resources (WDNR) Bureau of Wildlife Management since 2007, and I have been employed by WDNR since 2001. Prior to being appointed as Wildlife Damage Specialist, I worked for the WDNR as the

Assistant Big Game Specialist.  Prior to my professional career with WDNR I attended the University of Wisconsin-Stevens Point College of Natural Resources where I graduated in 2001 with a bachelor degree in Resource Management.

2. I make this affidavit on the basis of my own personal knowledge and based on the WDNR files I have created or that I maintain as the Wildlife Damage Specialist.

3. Attached hereto as Exhibit A are two tables representing wolf damage payment summary and wolf complaints and verified losses in Wisconsin.

4. As the Wildlife Damage Specialist part of my job responsibilities includes administration of the state's wolf depredation program as outlined in s. 29.888 Wis. Stats and Wis. Admin. Code § NR 12, Subchapter III.  I have been responsible for administering the wolf depredation program since 2012.

5. The WDNR enters into a Cooperative Service Agreement with The Wildlife Services Division of the U.S. Department of Agriculture's Animal and Plant Health Inspection Unit (APHIS-WS) to implement the wolf depredation program.  Services provided by APHIS-WS include responding to wolf complaints by the public, verifying depredations by conducting onsite investigations, and implementing lethal control when wolves are not federally listed.

6.     The delisting of wolves by the U.S. fish and Wildlife Service in January 2012 was extremely important and beneficial to Wisconsin's wolf depredation management program.  Prior to the delisting, the WDNR or cooperators were un-able to implement any lethal control for depredating wolves and had to rely strictly on non-lethal abatement options in attempt to minimize losses by wolves.  For lethal control the Federal delisting allowed; 1) the WDNR to issue Wolf Removal Permits to livestock owners that had livestock depredated within the last two years or lived within a mile of a wolf depredation and had livestock at risk, 2) On private land, the landowner, lessee or occupant of the land to shoot wolves that are in the act attacking, biting, or wounding domestic animals, as allowed under Wis. Admin. Code § NR 19.25(a), and 3) lethal control of wolves at depredation sites by the WDNR or its agent APHIS-WS.  Through these lethal control options 76 wolves were removed from wolf depredation sites in 2012 and from January 1, 2013 through October 3, 2013 56 wolves have been removed from depredation sites in 2013.

7.     Under Wis. Stat. § 29.888 the WDNR must provide compensation for death or injury caused by wolves to livestock, hunting dogs, or pets. Since 1985 the WDNR has paid $1,588,594.36 in compensation for death or injury to livestock, hunting dogs, or pets that were verified to be caused by wolves. In 2013, the WDNR paid $139,174.31 in compensation for damages caused by

wolves in 2012, when lethal control of depredating wolves was an option. This compares to $155,063.27 the WDNR paid in 2011 and $214,794 in 2012 for wolf depredations that occurred in 2011 when lethal control of depredating wolves was not an option because wolves were federally listed as endangered. (Exhibit A, Table 1).

8. Since the delisting of wolves, the number of wolf complaints verified by APHIS-WS and the number of farms with verified losses have decreased. (Exhibit A, Table 2).

9. Of the 15 farms APHIS-WS lethally removed depredating wolves from in 2012; as of October 3, 2013 only 4 have had wolves removed from them in 2013 because of additional wolf depredations.

Dated this 6th day of December, 2013.

**/s/ Bradley M. Koele**
BRADLEY M. KOELE

Subscribed and sworn to before me
this 6th day of December, 2013.

**/s/ Carrie Stoltz**
Notary Public, State of Wisconsin
My Commission: 06/14/2015

Table 1:

**Wisconsin Annual Wolf Damage Payment Summary**

| Cal Year | Calves $ | # | Missing Calves $ | # | Cattle $ | # | Cattle Vet $ | # | Hounds $ | # | Hound Vet $ | # | Pet Dogs $ | # | Pet Vet $ | # | Deer $ | # | Sheep $ | # | Horse/Donkey $ | # | Llama $ | # | Pig $ | # | Goat $ | # | Chickens $ | # | Turkey $ | # | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 200.00 | 2 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **200.00** |
| 86 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **0.00** |
| 87 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 2,500.00 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **2,500.00** |
| 88 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **0.00** |
| 89 | 400.00 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **400.00** |
| 90 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 2,500.00 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **2,500.00** |
| 91 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 187.55 | 2 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 851.00 | 115 | **1,038.55** |
| 92 | 80.00 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 300.00 | 1 | 0.00 | 0 | 0.00 | 0 | 304.00 | 10 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **684.00** |
| 93 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 1,000.00 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 600.00 | 6 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **1,600.00** |
| 94 | 900.00 | 2 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 5,000.00 | 2 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 225.00 | 25 | **6,125.00** |
| 95 | 1,500.00 | 6 | 0.00 | 0 | 0.00 | 0 | 9.75 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **1,509.75** |
| 96 | 2,040.00 | 8 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 9,500.00 | 4 | 175.45 | 2 | 0.00 | 0 | 203.37 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **11,918.82** |
| 97 | 3,600.00 | 9 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 8,250.00 | 5 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **11,850.00** |
| 98 | 2,198.00 | 5 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 6,200.00 | 6 | 225.82 | 2 | 0.00 | 0 | 716.34 | 2 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **9,340.16** |
| 99 | 13,471.82 | 26 | 5,724.00 | 12 | 0.00 | 0 | 0.00 | 0 | 8,750.00 | 5 | 201.65 | 1 | 500.00 | 1 | 162.00 | 1 | 55,250.00 | 29 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 220.00 | 44 | 0.00 | 0 | **84,279.47** |
| 00 | 3,030.00 | 7 | 475.00 | 1 | 0.00 | 0 | 0.00 | 0 | 1,350.00 | 1 | 0.00 | 0 | 750.00 | 2 | 0.00 | 0 | 13,000.00 | 3 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 25.00 | 4 | 0.00 | 0 | **18,630.00** |
| 01 | 2,308.96 | 4 | 12,694.08 | 21 | 0.00 | 0 | 0.00 | 0 | 28,150.00 | 13 | 378.20 | 1 | 0.00 | 0 | 71.00 | 1 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 3,731.90 | 66 | 120.00 | 8 | **47,454.14** |
| 02 | 7,125.00 | 11 | 0.00 | 0 | 3,500.00 | 1 | 429.00 | 2 | 22,000.00 | 11 | 151.60 | 1 | 500.00 | 1 | 238.00 | 3 | 8,100.00 | 5 | 2,453.50 | 27 | 10,000.00 | 2 | $0.00 | 0 | $3,500.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **54,497.10** |
| 03 | 6,950.00 | 12 | 1,450.00 | 2 | 2,400.00 | 2 | 0.00 | 0 | 12,550.00 | 7 | 332.21 | 1 | 0.00 | 0 | 1,549.68 | 3 | 1,200.00 | 1 | 1,425.00 | 11 | 2,250.00 | 1 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **30,106.89** |
| 04 | 32,093.33 | 49 | 32,146.62 | 53 | 7,250.00 | 5 | 0.00 | 0 | 24,500.00 | 11 | 1,868.18 | 3 | 1,900.00 | 3 | 2,858.47 | 3 | 5,300.00 | 6 | 2,025.00 | 15 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **109,941.60** |
| 05 | 19,509.00 | 30 | 1,900.00 | 3 | 9,175.00 | 5 | 64.50 | 1 | 28,750.00 | 14 | 1,628.95 | 3 | 5,300.00 | 4 | 527.95 | 2 | 0.00 | 0 | 750.00 | 3 | 4,750.00 | 3 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **72,355.40** |
| 06 | 34,897.33 | 41 | 7,450.00 | 6 | 9,450.00 | 5 | 129.00 | 1 | 51,000.00 | 21 | 4,081.30 | 6 | 4,000.00 | 3 | 2,471.89 | 6 | 0.00 | 0 | 970.00 | 6 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 350.00 | 50 | 0.00 | 0 | **114,799.52** |
| 07 | 18,745.00 | 25 | 6,990.00 | 9 | 1,000.00 | 1 | 0.00 | 0 | 26,500.00 | 11 | 908.95 | 2 | 5,735.00 | 3 | 1,128.93 | 4 | 0.00 | 0 | 1,400.00 | 6 | 6,500.00 | 2 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **68,907.88** |
| 08 | 22,684.46 | 26 | 28,950.00 | 21 | 18,000.00 | 13 | 0.00 | 0 | 52,500.00 | 22 | 100.50 | 1 | 2,200.00 | 2 | 2,567.52 | 5 | 3,500.00 | 1 | 150.00 | 1 | 0.00 | 0 | $3,500.00 | 1 | $600.00 | 1 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **134,752.48** |
| 09 | 27,442.43 | 37 | 2,550.00 | 4 | 0.00 | 0 | 46.00 | 1 | 47,500.00 | 19 | 4,665.64 | 6 | 4,450.00 | 4 | 2,814.28 | 5 | 0.00 | 0 | 360.00 | 2 | 1,500.00 | 3 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0.00 | 0 | 0.00 | 0 | **91,328.35** |
| 10 | 28,936.50 | 38 | 28,900.00 | 25 | 27,325.00 | 18 | 0.00 | 0 | 44,651.00 | 19 | 1,779.65 | 4 | 8,730.00 | 6 | 6,146.36 | 11 | 55,000.00 | 6 | 1,225.00 | 6 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $150.00 | 1 | 0.00 | 0 | 0.00 | 0 | **202,843.51** |
| 11 | 36,207.00 | 46 | 20,994.00 | 25 | 22,231.00 | 15 | 414.82 | 2 | 37,000.00 | 15 | 3,240.25 | 4 | 1,250.00 | 2 | 401.20 | 2 | 20,000.00 | 2 | 8,850.00 | 43 | 2,000.00 | 1 | $500.00 | 1 | $0.00 | 0 | $1,975.00 | 11 | 0.00 | 0 | 0.00 | 0 | **155,063.27** |
| 12 | 13,990.00 | 17 | 190,702.00 | 257 | 719.00 | 1 | 0.00 | 0 | 7,500.00 | 3 | 108.16 | 1 | 1,000.00 | 1 | 0.00 | 0 | 0.00 | 0 | 150.00 | 1 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $625.00 | 1 | 0.00 | 0 | 0.00 | 0 | **214,794.16** |
| 13 | 22,958.00 | 33 | 95,519.20 | 115 | 6,200.00 | 8 | 0.00 | 0 | 14,000.00 | 6 | 0.00 | 0 | 0.00 | 0 | 87.11 | 1 | 0.00 | 0 | 135.00 | 1 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $275.00 | 1 | 0.00 | 0 | 0.00 | 0 | **139,174.31** |
| **Total** | **301,066.83** | **434** | **436,444.90** | **554** | **107,250.00** | **74** | **1,093.07** | **8** | **441,651.00** | **198** | **20,034.06** | **40** | **36,615.00** | **33** | **21,944.10** | **50** | **161,500.00** | **54** | **20,847.50** | **139** | **27,000.00** | **12** | **4,000.00** | **2** | **600.00** | **1** | **3,025.00** | **14** | **4,326.90** | **164** | **1,196.00** | **148** | **1,588,594.36** |

\# Indicates the number of that species depredated by wolves
Note: Totals indicate the number of animals and compensation paid in a calendar year which may or may not be the same year the depredation occurred.

Table 2:
Verified wolf complaints and number farms with verified losses from wolves, Years 2010 – August 16, 2013.

| Year | Number of Wolf Complaints Verified by USDA-APHIS | Number of Farms with Losses Verified by USDA-APHIS |
|---|---|---|
| 2010 | 125 | 47 |
| 2011 | 111 | 40 |
| 2012 | 95 | 32 |
| 2013 (Partial year data, Jan 1, 2013 – Aug 16, 2013) | 53 | 27 |