UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

THE HUMANE SOCIETY OF THE
UNITED STATES, et al.,

    Plaintiffs,

    v.                                            Case No. 13-0186 (BAH)

SALLY JEWELL, Secretary of the
Interior, et al.,

    Defendants.

and

STATE OF WISCONSIN, et al.,

    Intervenor Defendants,

---

AFFIDAVIT OF LAURA L. KOLESIK

---

STATE OF WISCONSIN    )
                                ) ss
COUNTY OF DANE        )

    LAURA L. KOLESIK, being first duly sworn on oath, deposes and states:

    1.    She is the Cost Accounting and Reporting System (CARS) System Accountant in the Wisconsin Department of Natural Resources Bureau of Finance.

2. That she personally prepared and attests to the accuracy of the following copies of official Department Records.

    a. A true and correct copy of a summary by state fiscal year of wolf recovery and management expenditures from state fiscal year 2006 through state fiscal year 2013 is attached as Exhibit A. The data is presented for each wolf activity code by type of expenditure, by general funding source, and by specific funding source.

    b. A true and correct copy of a summary by state fiscal year of wolf damage and depredation claims from state fiscal year 2006 though state fiscal year 2013 is attached as Exhibit B. The data is presented for each wolf activity code by type of expenditure, by general funding source, and by specific funding source.

Dated this 6th day of December, 2013.

                                              **/s/ Laura l. Kolesik**
                                              LAURA L. KOLESIK

Subscribed and sworn to before me
this 6th day of December, 2013.

**/s/ Laurie J. Ross**
Notary Public, State of Wisconsin
My Commission: July 20, 2014

**WOLF RECOVERY EXPENDITURES**     *FISCAL YEAR 2005-2006*

| ACTV CODE: | **ERAJ** | **ERAN** | **ERCC** | **EREW** | **ERDI** | **EROT** | **EROU** | **TOTAL** |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION: | TWA GIFTS | CHEQUAMAGON NATIONAL FOREST - WOLF | CENTRAL WI WOLF MONITORING | TIMBER WOLF GIFTS | TIMBER WOLF - PR | HISTORICAL WOLF TERRITORY-CWCP | MINN STYLE WOLF SURVEY-CWCP | |
| PERM SALARY | $1,312.34 | $5,239.88 | $4,530.64 | $604.12 | $133,391.49 | | | $145,078.47 |
| PERM FRINGES | $567.57 | $2,225.43 | $1,857.83 | $175.56 | $47,377.54 | | | $52,203.93 |
| LTE SALARY | $181.80 | $4,858.98 | $4,314.02 | $524.86 | $39,222.30 | $437.38 | $2,130.76 | $51,670.10 |
| LTE FRINGES | $50.09 | | $1,188.11 | $8.23 | $12,025.54 | $199.71 | $319.15 | $13,790.83 |
| SUPPLIES | $114.89 | $2,121.68 | $6,329.68 | $904.35 | $106,797.81 | $75.61 | | $116,344.02 |
| **TOTALS** | **$2,226.69** | **$14,445.97** | **$18,220.28** | **$2,217.12** | **$338,814.68** | **$712.70** | **$2,449.91** | **$379,087.35** |

| | ERAJ | ERAN | ERCC | EREW | ERDI | EROT | EROU | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Federal | | 6,204.82 | | | 278,515.87 | 362.54 | 1531.89 | 286,615.12 |
| Natural Heritage | 61.14 | 231.20 | 352.47 | 39.39 | | | | |
| General Fd Match Grant | 269.75 | 1,020.05 | 1,555.09 | 173.79 | | | | 3,018.68 |
| Voluntary Payments | 1,697.70 | 6,420.58 | 9,788.34 | 1,093.92 | 24,017.79 | 141.73 | 598.87 | 43,758.93 |
| SEG-Gen Prog Ops | 198.10 | 569.32 | 6,524.38 | 51.99 | 36,281.02 | 208.43 | 319.15 | 44,152.39 |
| Endangered Resource Gifts | | | | 858.03 | | | | 858.03 |
| **Total** | **2,226.69** | **14,445.97** | **18,220.28** | **2,217.12** | **338,814.68** | **712.70** | **2,449.91** | **379,087.35** |

**WOLF RECOVERY EXPENDITURES**
*FISCAL YEAR 2006-2007*

| ACTV CODE: | **ERAN** | **ERCC** | **EREW** | **ERDI** | **TOTAL** |
|---|---|---|---|---|---|
| DESCRIPTION: | CHEQUAMAGON NATIONAL FOREST - WOLF | CENTRAL WI WOLF MONITORING | TIMBER WOLF GIFTS | TIMBER WOLF - PR | |
| PERM SALARY | | $6,856.83 | $1,356.55 | $136,211.39 | $144,424.77 |
| PERM FRINGES | | $3,191.61 | $628.68 | $58,132.74 | $61,953.03 |
| LTE SALARY | | $8,816.13 | | $46,214.84 | $55,030.97 |
| LTE FRINGES | | $2,431.58 | | $12,856.13 | $15,287.71 |
| SUPPLIES | $8,245.71 | $4,810.03 | $1,017.68 | $136,846.22 | $150,919.64 |
| **TOTALS** | **$8,245.71** | **$26,106.18** | **$3,002.91** | **$390,261.32** | **$427,616.12** |
| Federal | 8,000.00 | | | 272,184.58 | 280,184.58 |
| General Fd Match Grant | | | | | 0.00 |
| Voluntary Payments | 245.71 | 15,501.96 | 1,737.87 | 100,796.71 | 118,282.25 |
| SEG-Gen Prog Ops | | 10,604.22 | 247.53 | 17,280.03 | 28,131.78 |
| Endangered Resource Gifts | | | 1,017.51 | | 1,017.51 |
| **Total** | **8,245.71** | **26,106.18** | **3,002.91** | **390,261.32** | **427,616.12** |

| Appropriation Title | | | | | | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | | | | 0.00 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | | | | | 0.00 | 116 | 1(fe) | Endangered Resources |
| General program operations--state funds | | 535.28 | 247.53 | 4,693.03 | 5,475.84 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds | | | | | 0.00 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds | | 10,068.94 | | 12,587.00 | 22,655.94 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases and fees | 245.71 | 15,501.96 | 1,737.87 | 100,796.71 | 118,282.25 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry | | | | | 0.00 | 166 | 1(mv) | Forestry |
| General program operations--federal funds | 8,000.00 | | | 272,184.58 | 280,184.58 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | 1,017.51 | | 1,017.51 | 183 | 1(gr) | Endangered Resources |
| Totals | **8,245.71** | **26,106.18** | **3,002.91** | **390,261.32** | **427,616.12** | | | |

**WOLF RECOVERY EXPENDITURES**
***FISCAL YEAR 2007-2008***

| ACTV CODE: | *ERAN* | *ERCC* | *EREW* | *ERDI* | *TOTAL* |
|---|---|---|---|---|---|
| DESCRIPTION: | CHEQUAMAGON NATIONAL FOREST - WOLF | CENTRAL WI WOLF MONITORING | TIMBER WOLF GIFTS | TIMBER WOLF - PR | |
| PERM SALARY | | $9,727.67 | | $155,737.77 | $165,465.44 |
| PERM FRINGES | | $3,366.13 | | $77,217.96 | $80,584.09 |
| LTE SALARY | | | | $60,551.78 | $60,551.78 |
| LTE FRINGES | | | | $15,042.00 | $15,042.00 |
| SUPPLIES | $8,000.00 | $2,507.55 | $1,984.00 | $117,563.26 | $130,054.81 |
| **TOTALS** | **$8,000.00** | **$15,601.35** | **$1,984.00** | **$426,112.77** | **$451,698.12** |
| Federal | 8,000.00 | 1,209.22 | | 349,191.19 | 358,400.41 |
| General Fd Match Grant | | 15.07 | | 5,115.34 | 5,130.41 |
| Voluntary Payments | | 35.48 | | 10,106.64 | 10,142.12 |
| SEG-Gen Prog Ops | | 14,341.58 | | 61,699.60 | 76,041.18 |
| Endangered Resource Gifts | | | 1,984.00 | | 1,984.00 |
| **Total** | **8,000.00** | **15,601.35** | **1,984.00** | **426,112.77** | **451,698.12** |

| Appropriation Title | | | | | | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | | | | 0.00 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | | 15.07 | | 5,115.34 | 5,130.41 | 116 | 1(fe) | Endangered Resources |
| General program operations--state funds | | 30.86 | | 19,547.20 | 19,578.06 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds | | | | 163.06 | 163.06 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds | | 14,310.72 | | 41,989.34 | 56,300.06 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases and fees | | 35.48 | | 10,106.64 | 10,142.12 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry | | | | | 0.00 | 166 | 1(mv) | Forestry |
| General program operations--federal funds | 8,000.00 | 1,209.22 | | 349,191.19 | 358,400.41 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | 1,984.00 | | 1,984.00 | 183 | 1(gr) | Endangered Resources |
| Total | **8,000.00** | **15,601.35** | **1,984.00** | **426,112.77** | **451,698.12** | | | |

# WOLF RECOVERY EXPENDITURES
## *FISCAL YEAR 2008-2009*

| ACTV CODE: | *ERCC* | *EREW* | *ERDI* | *TOTAL* |
|---|---|---|---|---|
| DESCRIPTION: | CENTRAL WI WOLF MONITORING | TIMBER WOLF GIFTS | TIMBER WOLF -PR | |
| PERM SALARY | $6,623.04 | | $135,544.67 | $142,167.71 |
| PERM FRINGES | $3,020.61 | | $60,842.16 | $63,862.77 |
| LTE SALARY | | | $53,853.19 | $53,853.19 |
| LTE FRINGES | | | $24,373.65 | $24,373.65 |
| SUPPLIES | $2,258.59 | $2,304.84 | $126,393.56 | $130,956.99 |
| **TOTALS** | **$11,902.24** | **$2,304.84** | **$401,007.23** | **$415,214.31** |

| | | | | |
|---|---|---|---|---|
| Federal | 510.01 | | 319,992.80 | 320,502.81 |
| Voluntary Payments | 176.71 | | -48,487.77 | -48,311.06 |
| SEG-Gen Prog Ops | 11,215.52 | | 129,502.19 | 140,717.71 |
| Endangered Resource Gifts | | 2,304.84 | | 2,304.84 |
| **Total** | **11,902.24** | **2,304.84** | **401,007.22** | **415,214.30** |

Note on cell D16: According to Edie G. in FN, ACTV ERDI in appr. 163 was over-transferred in FY09 by $48,487.

| Appropriation Title | | | | | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | | 7,258.77 | 7,258.77 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | | | 98,624.96 | 98,624.96 | 116 | 1(fe) | Endangered Resources |
| General program operations--state funds | | | | 0.00 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds | | | 634.56 | 634.56 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds | 11,215.52 | | 22,983.90 | 34,199.42 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases and fees | 176.71 | | -48,487.76 | -48,311.05 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry | | | | 0.00 | 166 | 1(mv) | Forestry |
| General program operations--federal funds | 510.01 | | 319,992.80 | 320,502.81 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | 2,304.84 | | 2,304.84 | 183 | 1(gr) | Endangered Resources |
| Total | **11,902.24** | **2,304.84** | **401,007.23** | **415,214.31** | | | |

105,883.73

# WOLF RECOVERY EXPENDITURES
## *FISCAL YEAR 2009-2010*

| ACTV CODE: | **ERAN** | **ERCC** | **ERCT** | **EREW** | **ERDI** | **TOTAL** |
|---|---|---|---|---|---|---|
| DESCRIPTION: | CHEQUAMAGON NATIONAL FOREST - WOLF | CENTRAL WI WOLF MONITORING | STOCKMUNSEE WOLF SURVEY | TIMBER WOLF GIFTS | TIMBER WOLF - PR | |
| PERM SALARY | | $12,685.62 | | $52.94 | $137,571.33 | $150,309.89 |
| PERM FRINGES | | $7,346.58 | | $23.38 | $77,658.36 | $85,028.32 |
| LTE SALARY | | | | $146.94 | $52,336.21 | $52,483.15 |
| LTE FRINGES | | | | $15.51 | $14,279.33 | $14,294.84 |
| SUPPLIES | $28,848.46 | $3,542.95 | $5,000.96 | $1,686.18 | $148,529.01 | $187,607.56 |
| | | | | | | |
| **TOTALS** | **$28,848.46** | **$23,575.15** | **$5,000.96** | **$1,924.95** | **$430,374.24** | **$489,723.76** |

| | ERAN | ERCC | ERCT | EREW | ERDI | TOTAL |
|---|---|---|---|---|---|---|
| Federal | 28,000.00 | 1,587.06 | | | 206,979.71 | 236,566.77 |
| General Fd Match Grant | | | | | 76,621.65 | 76,621.65 |
| General Program Ops-General Fund | | | | 72.45 | | 72.45 |
| General program operations--private and public sources | | | 5,000.00 | | | 5,000.00 |
| Voluntary Payments | 848.46 | 636.01 | 0.96 | | 128,139.72 | 129,625.15 |
| SEG-Gen Prog Ops | | 21,352.08 | | 166.32 | 18,633.16 | 40,151.56 |
| Endangered Resource Gifts | | | | 1,686.18 | | 1,686.18 |
| **Total** | **28,848.46** | **23,575.15** | **5,000.96** | **1,924.95** | **430,374.24** | **489,723.76** |

| Appropriation Title | ERAN | ERCC | ERCS | EREW | ERDI | TOTAL | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|---|---|
| Parks - General Program Operations | | | | 72.45 | | 72.45 | 103 | 1(ea) | Parks |
| Endangered resources--natural heritage inventory program | | | | | | 0.00 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | | | | | 76,621.65 | 76,621.65 | 116 | 1(fe) | Endangered Resources |
| General program operations--private and public sources | | | 5,000.00 | | | 5,000.00 | 136 | 1(mi) | Endangered Resources |
| General program operations--state funds | | | | | | 0.00 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds | | | | | | 0.00 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds | | 21,205.04 | | | 18,328.16 | 39,533.20 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, lease | 848.46 | 636.01 | 0.96 | 166.32 | 128,139.72 | 129,791.47 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry | | 147.04 | | | 305.00 | 452.04 | 166 | 1(mv) | Forestry |
| General program operations--federal funds | 28,000.00 | 1,587.06 | | | 206,979.71 | 236,566.77 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | | 1,686.18 | | 1,686.18 | 183 | 1(gr) | Endangered Resources |
| Total | **28,848.46** | **23,575.15** | **5,000.96** | **1,924.95** | **430,374.24** | **489,723.76** | | | |

**WOLF RECOVERY EXPENDITURES**
*FISCAL YEAR 2010-2011*

| ACTV CODE: | ERAN | ERCC | ERCS | EREW | ERDI | ERGW | ERHD | ERHO | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION: | CHEQUAMAGON NATIONAL FOREST - WOLF | CENTRAL WI WOLF MONITORING | Menominee Indian Tribe-WDNR Wolf Survey MOU | TIMBER WOLF GIFTS | TIMBER WOLF - PR | GIFTS-WOLF TRACKING PROGRAM | WOLF LIVESTOCK DEMO PROJECT | GREY WOLF TOLERANCE | |
| PERM SALARY | | $7,172.12 | | | $114,759.54 | | | | $121,931.66 |
| PERM FRINGES | | $4,266.88 | | | $67,691.00 | | | | $71,957.88 |
| LTE SALARY | | | | | $50,767.65 | | | | $50,767.65 |
| LTE FRINGES | | | | | $13,753.13 | | | | $13,753.13 |
| SUPPLIES | $28,002.75 | $1,784.76 | $10,048.36 | $964.42 | $119,629.21 | $850.00 | $50,688.78 | $27,206.50 | $239,174.78 |
| **TOTALS** | **$28,002.75** | **$13,223.76** | **$10,048.36** | **$964.42** | **$366,600.53** | **$850.00** | **$50,688.78** | **$27,206.50** | **$497,585.10** |

| | ERAN | ERCC | ERCS | EREW | ERDI | ERGW | ERHD | ERHO | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Federal | 25,197.00 | 13,223.74 | | | 215,268.83 | | 50,688.78 | 26,486.50 | 330,864.85 |
| General Fd Match Grant | | | | | | | | | 0.00 |
| General Program Ops-General Fund | | | | | 151,316.46 | | | | 151,316.46 |
| General Program Ops-Program Revenue | | | 10,000.00 | | | | | | 10,000.00 |
| Voluntary Payments | 2,805.75 | 0.02 | 48.36 | | 15.24 | | | 720.00 | 2,869.37 |
| SEG-Gen Prog Ops | | | | | | | | | 0.00 |
| Endangered Resource Gifts | | | | 964.42 | | 850.00 | | | 1,814.42 |
| **Total** | **28,002.75** | **13,223.76** | **10,048.36** | **964.42** | **366,600.53** | **850.00** | **50,688.78** | **27,206.50** | **497,585.10** |

| Appropriation Title | ERAN | ERCC | ERCS | EREW | ERDI | ERGW | ERHD | ERHO | TOTAL | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Endangered resources -- general fund | | | | | 151,316.46 | | | | 151,316.46 | 116 | 1(fe) | Endangered Resources |
| General Program Ops-Program Revenue | | | 10,000.00 | | | | | | 10,000.00 | 136 | 1(mi) | Endangered Resources |
| Endangered resources--voluntary payments; sales, leases | 2,805.75 | 0.02 | 48.36 | | 15.24 | | | 720.00 | 3,589.37 | 163 | 1(fs) | Endangered Resources |
| General program operations--federal funds | 25,197.00 | 13,223.74 | | | 215,268.83 | | 50,688.78 | 26,486.50 | 330,864.85 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | | 964.42 | | 850.00 | | | 1,814.42 | 183 | 1(gr) | Endangered Resources |
| Total | 28,002.75 | 13,223.76 | 10,048.36 | 964.42 | 366,600.53 | 850.00 | 50,688.78 | 27,206.50 | 497,585.10 | | | |

**WOLF RECOVERY EXPENDITURES**
*FISCAL YEAR 2011-2012*

| ACTV CODE: | ERAN | ERCC | EREW | ERDI | ERDZ | ERHO | ERIW | ERWK | ERWL | WMDC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION: | CHEQUAMAGON NATIONAL FOREST - WOLF | CENTRAL WI WOLF MONITORING | TIMBER WOLF GIFTS | TIMBER WOLF - PR | Wolf Management - Section 4 | GREY WOLF TOLERANCE | Ho Chunk Nation, MOU, Wolf Surveys | Wolf Status Assessments, USFWS Task Order | Wolf Literature Review, USFWS Task Order 736 | TIMBER WOLF PROGRAM | |
| PERM SALARY | | $302.73 | | $134,800.05 | | | | | | | $135,102.78 |
| PERM FRINGES | | $138.44 | | $56,190.13 | | | | | | | $56,328.57 |
| LTE SALARY | | $112.81 | | $56,118.79 | | | | | | | $56,231.60 |
| LTE FRINGES | | $28.63 | | $14,002.02 | | | | | | | $14,030.65 |
| SUPPLIES | $7,642.93 | $311.79 | $60.00 | $152,377.13 | $61,270.55 | $86,175.76 | $5,410.63 | $9,130.72 | $5,039.31 | $528.52 | $327,947.34 |
| TOTALS | $7,642.93 | $894.40 | $60.00 | $413,488.12 | $61,270.55 | $86,175.76 | $5,410.63 | $9,130.72 | $5,039.31 | $528.52 | $589,640.94 |

| | ERAN | ERCC | EREW | ERDI | ERDZ | ERHO | ERIW | ERWK | ERWL | WMDC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal | 803.00 | | | 344,450.62 | 61,270.55 | 63,554.50 | | 9,130.72 | 5,000.00 | | 484,209.39 |
| General Fd Match Grant | | | | | | | | | | | 0.00 |
| General Program Ops-General Fund | | | | 69,037.50 | | 22,621.26 | | | | | 91,658.76 |
| General Program Ops-Program Revenue | | | | | | | 5,000.00 | | | | 5,000.00 |
| Voluntary Payments | 6,839.93 | 894.40 | | | | | 410.63 | | 39.31 | 528.52 | 8,712.79 |
| Endangered Resource Gifts | | | 60.00 | | | | | | | | 60.00 |
| Total | 7,642.93 | 894.40 | 60.00 | 413,488.12 | 61,270.55 | 86,175.76 | 5,410.63 | 9,130.72 | 5,039.31 | 528.52 | 589,112.42 |

| Appropriation Title | ERAN | ERCC | EREW | ERDI | ERDZ | ERHO | ERIW | ERWK | ERWL | WMDC | TOTAL | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Endangered resources -- general fund | | | | 69,037.50 | | 22,621.26 | | | | | 91,658.76 | 116 | 1(fe) | Endangered Resources |
| General Program Ops-Program Revenue | | | | | | | 5,000.00 | | | | 5,000.00 | 136 | 1(mi) | Endangered Resources |
| Endangered resources--voluntary payments; sales, lease | 6,839.93 | 894.40 | | | | | 410.63 | | 39.31 | 528.52 | 8,712.79 | 163 | 1(fs) | Endangered Resources |
| General program operations--federal funds | 803.00 | | | 344,450.62 | 61,270.55 | 63,554.50 | | 9,130.72 | 5,000.00 | | 484,209.39 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | 60.00 | | | | | | | | 60.00 | 183 | 1(gr) | Endangered Resources |
| Total | 7,642.93 | 894.40 | 60.00 | 413,488.12 | 61,270.55 | 86,175.76 | 5,410.63 | 9,130.72 | 5,039.31 | 528.52 | 589,640.94 | | | |

## WOLF MANAGEMENT EXPENDITURES
### *FISCAL YEAR 2011-2012*

| ACTV CODE: | **WMDC** | **ERCC** | **TOTAL** |
|---|---|---|---|
| DESCRIPTION: | TIMBER WOLF PROGRAM | CENTRAL WI WOLF MONITORING | |
| PERM SALARY | $65,230.59 | $3,920.91 | $69,151.50 |
| PERM FRINGES | $18,422.79 | $1,951.46 | $20,374.25 |
| LTE SALARY | $463.54 | $92.28 | $555.82 |
| LTE FRINGES | $78.76 | $23.64 | $102.40 |
| SUPPLIES | $19,884.91 | $875.68 | $20,760.59 |
| **TOTALS** | **$104,080.59** | **$6,863.97** | **$110,944.56** |

| | WMDC | ERCC | TOTAL |
|---|---|---|---|
| Federal | | | 0.00 |
| General Fd Match Grant | | | 0.00 |
| General Program Ops-General Fund | | | 0.00 |
| General Program Ops-SEG | 104,080.59 | 6,863.97 | 110,944.56 |
| General Program Ops-Program Revenue | | | 0.00 |
| **Total** | **104,080.59** | **6,863.97** | **110,944.56** |

| Appropriation Title | *WMDC* | *ERCC* | *TOTAL* | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|
| General Program Ops-State Funds | 104,080.59 | 6,863.97 | 110,944.56 | 161 | 1(mu) | Wildlife Management |
| General Program Ops-Federal Funds | | | 0.00 | 181 | 1(my) | Wildlife Management |
| **Total** | **104,080.59** | **6,863.97** | **110,944.56** | | | |

**WOLF RECOVERY EXPENDITURES**
***FISCAL YEAR 2012-2013***

| ACTV CODE: | ERAN | ERDI | EREW | ERMW | WMDC | TOTAL |
|---|---|---|---|---|---|---|
| DESCRIPTION: | CHEQUAMAGON NATIONAL FOREST - WOLF | TIMBER WOLF - PR | TIMBER WOLF GIFTS | WOLF MORTALITY STUDY | TIMBER WOLF PROGRAM | |
| PERM SALARY | | $14,600.20 | | | $881.59 | $15,481.79 |
| PERM FRINGES | | $9,254.38 | | | $317.40 | $9,571.78 |
| LTE SALARY | | $12,539.06 | | | $449.69 | $12,988.75 |
| LTE FRINGES | | $3,182.42 | | | $114.13 | $3,296.55 |
| SUPPLIES | $10,851.41 | $66,094.19 | $813.27 | $9,094.46 | $511.44 | $87,364.77 |
| **TOTALS** | **$10,851.41** | **$105,670.25** | **$813.27** | **$9,094.46** | **$2,274.25** | **$128,703.64** |
| Federal | 8,000.00 | | | 9,094.46 | 1,075.22 | 18,169.68 |
| General Program Ops-General Fund | 2,851.41 | 105,670.25 | | | | 108,521.66 |
| General Program Ops-Program Revenue | | | | | | 0.00 |
| Voluntary Payments | | | | | 1,199.03 | 1,199.03 |
| Endangered Resource Gifts | | | 813.27 | | | 813.27 |
| **Total** | **10,851.41** | **105,670.25** | **813.27** | **9,094.46** | **2,274.25** | **128,703.64** |

| Appropriation Title | ERAN | ERDI | EREW | ERMW | WMDC | TOTAL | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | 23,854.58 | | | | 23,854.58 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | 2,851.41 | 81,815.67 | | | | 84,667.08 | 116 | 1(fe) | Endangered Resources |
| General Program Ops-Program Revenue | | | | | | 0.00 | 136 | 1(mi) | Endangered Resources |
| Endangered resources--voluntary payments; sales, leases and fees | | | | | 1,199.03 | 1,199.03 | 163 | 1(fs) | Endangered Resources |
| General program operations--federal funds | 8,000.00 | | | 9,094.46 | 1,075.22 | 18,169.68 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | 813.27 | | | 813.27 | 183 | 1(gr) | Endangered Resources |
| **Total** | **10,851.41** | **105,670.25** | **813.27** | **9,094.46** | **2,274.25** | **128,703.64** | | | |

# WOLF MANAGEMENT EXPENDITURES
## *FISCAL YEAR 2012-2013*

| ACTV CODE: | **WMDC** | **LEWF** | **LEWO** | **TOTAL** |
|---|---|---|---|---|
| DESCRIPTION: | TIMBER WOLF PROGRAM | USFWS & DNR WOLF INVESTIGATION | WOLF ENFORCEMENT | |
| PERM SALARY | $147,102.18 | $18,249.41 | $27,526.37 | $192,877.96 |
| PERM FRINGES | $68,878.71 | $10,089.30 | $13,515.98 | $92,483.99 |
| LTE SALARY | $73,813.25 | | | $73,813.25 |
| LTE FRINGES | $18,707.79 | | | $18,707.79 |
| SUPPLIES | $165,569.89 | $5,171.66 | $6,074.62 | $176,816.17 |
| **TOTALS** | **$474,071.82** | **$33,510.37** | **$47,116.97** | **$554,699.16** |

| | WMDC | LEWF | LEWO | TOTAL |
|---|---|---|---|---|
| Federal | 219,615.89 | 20,919.85 | | 240,535.74 |
| General Program Ops-General Fund | | | | 0.00 |
| General Program Ops-SEG | 254,455.93 | 12,590.52 | 47,116.97 | 314,163.42 |
| General Program Ops-Program Revenue | | | | 0.00 |
| **Total** | **474,071.82** | **33,510.37** | **47,116.97** | **554,699.16** |

| Appropriation Title | WMDC | LEWF | LEWO | TOTAL | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|---|
| General Program Ops-State Funds | 254,455.93 | 208.58 | 184.97 | 254,849.48 | 161 | 1(mu) | Wildlife Management |
| General Program Ops-Federal Funds | 219,615.89 | | | 219,615.89 | 181 | 1(my) | Wildlife Management |
| General Program Ops-State Funds | | 12,381.94 | 46,932.00 | 59,313.94 | 361 | 3(mu) | Law Enforcement |
| General Program Ops-Federal Funds | | 20,919.85 | | 20,919.85 | 381 | 3(my) | Law Enforcement |
| Total | **474,071.82** | **33,510.37** | **47,116.97** | **554,699.16** | | | |

# WOLF DAMAGE EXPENDITURES
## *FISCAL YEAR 2005-2006*

| ACTV CODE: | **ERDQ** | **TOTAL** |
|---|---|---|
| DESCRIPTION: | Wildlife Damage Claims | |
| PERM SALARY | 2,505.20 | $2,505.20 |
| PERM FRINGES | $803.12 | $803.12 |
| LTE SALARY | | $0.00 |
| LTE FRINGES | | $0.00 |
| SUPPLIES | 78,027.81 | $78,027.81 |
| **TOTALS** | **$81,336.13** | **$81,336.13** |

| | | |
|---|---|---|
| Federal | | 0.00 |
| Natural Heritage | | |
| General Fd Match Grant | | 0.00 |
| Voluntary Payments | 81,067.04 | 81,067.04 |
| SEG-Gen Prog Ops | 269.09 | 269.09 |
| Endangered Resource Gifts | | 0.00 |
| **Total** | **81,336.13** | **81,336.13** |

| Appropriation Title | | | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | - | | 109 1(fd) | Endangered Resources |
| Endangered resources -- general fund | | - | | 116 1(fe) | Endangered Resources |
| General program operations--state funds | 269.09 | 269.09 | | 161 1(mu) | Endangered Resources |
| General program operations--state funds | | - | | 161 1(mu) | Facilities & Lands |
| General program operations--state funds | | - | | 161 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases an | 81,067.04 | 81,067.04 | | 163 1(fs) | Endangered Resources |
| General program operations -- forestry | | - | | 166 1(mv) | Forestry |
| General program operations--federal funds | | - | | 181 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | - | | 183 1(gr) | Endangered Resources |
| Total | **81,336.13** | **81,336.13** | | | |

# WOLF DAMAGE EXPENDITURES
## *FISCAL YEAR 2006-2007*

| ACTV CODE: | **_ERDQ_** | **_TOTAL_** |
|---|---|---|
| DESCRIPTION: | Wildlife Damage Claims | |
| PERM SALARY | $3,076.21 | $3,076.21 |
| PERM FRINGES | $1,348.92 | $1,348.92 |
| LTE SALARY | $1,067.70 | $1,067.70 |
| LTE FRINGES | $26.94 | $26.94 |
| SUPPLIES | $125,366.52 | $125,366.52 |
| **TOTALS** | **$130,886.29** | **$130,886.29** |

| | | |
|---|---|---|
| Federal | | 0.00 |
| General Fd Match Grant | 125,365.58 | 125,365.58 |
| Voluntary Payments | 4,955.84 | 4,955.84 |
| SEG-Gen Prog Ops | 564.87 | 564.87 |
| Endangered Resource Gifts | | 0.00 |
| **Total** | **130,886.29** | **130,886.29** |

| Appropriation Title | | | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | 0.00 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | 125,365.58 | 125,365.58 | 116 | 1(fe) | Endangered Resources |
| General program operations--state funds | 564.87 | 564.87 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds | | 0.00 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds | | 0.00 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases and fees | 4,955.84 | 4,955.84 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry | | 0.00 | 166 | 1(mv) | Forestry |
| General program operations--federal funds | | 0.00 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | 0.00 | 183 | 1(gr) | Endangered Resources |
| Totals | **130,886.29** | **130,886.29** | | | |

$2,000 of damage payments for Osprey damage, all others wolf-related

# WOLF DAMAGE EXPENDITURES
## *FISCAL YEAR 2007-2008*

| | ACTV CODE: | **_ERDQ_** | **_TOTAL_** |
|---|---|---|---|
| | DESCRIPTION: | Wildlife Damage Claims | |
| | PERM SALARY | 1,727.68 | $1,727.68 |
| | PERM FRINGES | $712.89 | $712.89 |
| | LTE SALARY | | $0.00 |
| | LTE FRINGES | | $0.00 |
| | SUPPLIES | $87,157.28 | $87,157.28 |
| | **TOTALS** | **$89,597.85** | **$89,597.85** |

| | ERDQ | TOTAL |
|---|---|---|
| Federal | | 0.00 |
| General Fd Match Grant | 1.55 | 1.55 |
| General Program Ops-General Fund | 287.02 | |
| Voluntary Payments | 36,227.11 | 36,227.11 |
| SEG-Gen Prog Ops | 53,082.17 | 53,082.17 |
| Endangered Resource Gifts | | 0.00 |
| **Total** | **89,597.85** | **89,310.83** |

| **Appropriation Title** | ERDQ | TOTAL | **APPR** | **Alpha** | **Subprogram** |
|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | 0.00 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | 1.55 | 1.55 | 116 | 1(fe) | Endangered Resources |
| General program operations--state funds | 287.02 | 287.02 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds | | 0.00 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds | 53,082.17 | 53,082.17 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases and fees | 36,227.11 | 36,227.11 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry | | 0.00 | 166 | 1(mv) | Forestry |
| General program operations--federal funds | | 0.00 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | 0.00 | 183 | 1(gr) | Endangered Resources |
| Total | **89,597.85** | **89,597.85** | | | |

# WOLF DAMAGE EXPENDITURES
## *FISCAL YEAR 2008-2009*

| ACTV CODE: | ERDQ | TOTAL |
|---|---|---|
| DESCRIPTION: | Wildlife Damage Claims | |
| PERM SALARY | $2,436.93 | $2,436.93 |
| PERM FRINGES | $1,253.48 | $1,253.48 |
| LTE SALARY | | $0.00 |
| LTE FRINGES | | $0.00 |
| SUPPLIES | $119,848.66 | $119,848.66 |
| **TOTALS** | **$123,539.07** | **$123,539.07** |

| | | |
|---|---|---|
| Federal | | 0.00 |
| General Fd Match Grant | 119,848.66 | 119,848.66 |
| Voluntary Payments | 3,690.41 | 3,690.41 |
| SEG-Gen Prog Ops | | 0.00 |
| Endangered Resource Gifts | | 0.00 |
| **Total** | **123,539.07** | **123,539.07** |

| Appropriation Title | | | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|
| Endangered resources--natural heritage inventory program | | 0.00 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | 119,848.66 | 119,848.66 | 116 | 1(fe) | Endangered Resources |
| General program operations--state funds | | 0.00 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds | | 0.00 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds | | 0.00 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases and fees | 3,690.41 | 3,690.41 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry | | 0.00 | 166 | 1(mv) | Forestry |
| General program operations--federal funds | | 0.00 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | 0.00 | 183 | 1(gr) | Endangered Resources |
| Total | **123,539.07** | **123,539.07** | | | |

$11,690 of Willdlife Damage by Osprey in FY09

# WOLF DAMAGE EXPENDITURES
## *FISCAL YEAR 2009-2010*

|  | ACTV CODE: | *ERDQ* | *TOTAL* |
|---|---|---|---|
|  | DESCRIPTION: | Wildlife Damage Claims |  |
|  | PERM SALARY | $3,680.39 | $3,680.39 |
|  | PERM FRINGES | $2,141.39 | $2,141.39 |
|  | LTE SALARY |  | $0.00 |
|  | LTE FRINGES |  | $0.00 |
|  | SUPPLIES | $135,381.49 | $135,381.49 |
|  | **TOTALS** | **$141,203.27** | **$141,203.27** |

| | ERDQ | TOTAL |
|---|---|---|
| Federal |  | 0.00 |
| General Fd Match Grant | 135,381.49 | 135,381.49 |
| General Program Ops-General Fund |  |  |
| General program operations--private and public sources |  | 0.00 |
| Voluntary Payments | 5,821.78 | 5,821.78 |
| SEG-Gen Prog Ops |  | 0.00 |
| Endangered Resource Gifts |  | 0.00 |
| **Total** | **141,203.27** | **141,203.27** |

| Appropriation Title |  | *TOTAL* | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|
| Parks - General Program Operations |  | 0.00 | 103 | 1(ea) | Parks |
| Endangered resources--natural heritage inventory program |  | 0.00 | 109 | 1(fd) | Endangered Resources |
| Endangered resources -- general fund | 135,381.39 | 135,381.39 | 116 | 1(fe) | Endangered Resources |
| General program operations--private and public sources |  | 0.00 | 136 | 1(mi) | Endangered Resources |
| General program operations--state funds |  | 0.00 | 161 | 1(mu) | Endangered Resources |
| General program operations--state funds |  | 0.00 | 161 | 1(mu) | Facilities & Lands |
| General program operations--state funds |  | 0.00 | 161 | 1(mu) | Wildlife Management |
| Endangered resources--voluntary payments; sales, leases and fees | 5,821.78 | 5,821.78 | 163 | 1(fs) | Endangered Resources |
| General program operations -- forestry |  | 0.00 | 166 | 1(mv) | Forestry |
| General program operations--federal funds |  | 0.00 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants |  | 0.00 | 183 | 1(gr) | Endangered Resources |
| Total |  | **141,203.17** | **141,203.17** | | |

## WOLF DAMAGE EXPENDITURES
### *FISCAL YEAR 2010-2011*

| | ACTV CODE: | *ERDQ* | *ERIL* | TOTAL |
|---|---|---|---|---|
| | DESCRIPTION: | Wildlife Damage Claims | WOLF LIVESTOCK DEMO PROJECT | |
| | PERM SALARY | $3,604.45 | | $3,604.45 |
| | PERM FRINGES | $2,124.35 | | $2,124.35 |
| | LTE SALARY | | | $0.00 |
| | LTE FRINGES | | | $0.00 |
| | SUPPLIES | $129,156.00 | $78,126.50 | $207,282.50 |
| | **TOTALS** | **$134,884.80** | **$78,126.50** | **$213,011.30** |

| | | | |
|---|---|---|---|
| Federal | | 78,126.50 | **78,126.50** |
| General Fd Match Grant | 129,156.00 | | **129,156.00** |
| General Program Ops-General Fund | | | **0.00** |
| General Program Ops-Program Revenue | | | **0.00** |
| Voluntary Payments | 5,728.80 | | **5,728.80** |
| SEG-Gen Prog Ops | | | **0.00** |
| Endangered Resource Gifts | | | **0.00** |
| **Total** | **134,884.80** | **78,126.50** | **213,011.30** |

| **Appropriation Title** | *ERDQ* | *ERII* | TOTAL | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|
| Endangered resources -- general fund | 129,156.00 | | 129,156.00 | 116 | 1(fe) | Endangered Resources |
| General Program Ops-Program Revenue | | | 0.00 | 136 | 1(mi) | Endangered Resources |
| Endangered resources--voluntary payments; sales, leases | 5,728.80 | | 5,728.80 | 163 | 1(fs) | Endangered Resources |
| General program operations--federal funds | | 78,126.50 | 78,126.50 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | 0.00 | 183 | 1(gr) | Endangered Resources |
| Total | **134,884.80** | **78,126.50** | **213,011.30** | | | |

## WOLF DAMAGE EXPENDITURES
### *FISCAL YEAR 2011-2012*

| ACTV CODE: | **ERDQ** | **ERIL** | **TOTAL** |
|---|---|---|---|
| DESCRIPTION: | Wildlife Damage Claims | WOLF LIVESTOCK DEMO PROJECT | |
| PERM SALARY | $3,314.77 | | $3,314.77 |
| PERM FRINGES | $1,712.10 | | $1,712.10 |
| LTE SALARY | | | $0.00 |
| LTE FRINGES | | | $0.00 |
| SUPPLIES | $46,562.24 | $292,057.82 | $338,620.06 |
| **TOTALS** | **$51,589.11** | **$292,057.82** | **$343,646.93** |

| | ERDQ | ERIL | TOTAL |
|---|---|---|---|
| Federal | | 11,184.72 | **11,184.72** |
| General Fd Match Grant | 46,562.24 | 155,273.10 | **201,835.34** |
| General Program Ops-General Fund | | 125,600.00 | **125,600.00** |
| General Program Ops-Program Revenue | | | **0.00** |
| Voluntary Payments | 5,026.87 | | **5,026.87** |
| SEG-Gen Prog Ops | | | **0.00** |
| Endangered Resource Gifts | | | **0.00** |
| **Total** | **51,589.11** | **292,057.82** | **343,646.93** |

| Appropriation Title | **ERDQ** | **ERII** | **TOTAL** | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|
| Endangered resources -- general fund | 0.00 | 125,600.00 | 125,600.00 | 112 | 1(fb) | Endangered Resources |
| Endangered resources -- general fund | 46,562.24 | 155,273.10 | 201,835.34 | 116 | 1(fe) | Endangered Resources |
| General Program Ops-Program Revenue | | | 0.00 | 136 | 1(mi) | Endangered Resources |
| Endangered resources--voluntary payments; sales, leases | 5,026.87 | | 5,026.87 | 163 | 1(fs) | Endangered Resources |
| General program operations--federal funds | | 11,184.72 | 11,184.72 | 181 | 1(my) | Endangered Resources |
| Endangered resources program -- gifts and grants | | | 0.00 | 183 | 1(gr) | Endangered Resources |
| Total | **51,589.11** | **292,057.82** | **343,646.93** | | | |

## WOLF DAMAGE EXPENDITURES
### *FISCAL YEAR 2012-2013*

| ACTV CODE: | *WMWD* | *APWP* | *TOTAL* |
|---|---|---|---|
| DESCRIPTION: | WOLF DAMAGE & NUISANCE | WOLF DEPREDATION | |
| PERM SALARY | $20,352.02 | | $20,352.02 |
| PERM FRINGES | $9,910.52 | | $9,910.52 |
| LTE SALARY | $199.15 | | $199.15 |
| LTE FRINGES | $50.82 | | $50.82 |
| SUPPLIES | $78,541.97 | $139,174.31 | $217,716.28 |
| **TOTALS** | **$109,054.48** | **$139,174.31** | **$248,228.79** |

| | | | |
|---|---|---|---|
| Federal | | | 0.00 |
| General Fd Match Grant | | | 0.00 |
| General Program Ops-General Fund | | | 0.00 |
| General Program Ops-SEG | 109,054.48 | 139,174.31 | 248,228.79 |
| General Program Ops-Program Revenue | | | 0.00 |
| **Total** | **109,054.48** | **139,174.31** | **248,228.79** |

| Appropriation Title | *WMWD* | *APWP* | *TOTAL* | APPR | Alpha | Subprogram |
|---|---|---|---|---|---|---|
| General Program Ops-State Funds | 85,104.17 | | 85,104.17 | 161 | 1(mu) | Wildlife Management |
| General Program Ops-Federal Funds | | | 0.00 | 181 | 1(my) | Wildlife Management |
| Wolf Depredation Program | 23,950.31 | 139,174.31 | 163,124.62 | 585 | 5(fv) | Fish & Wildlife Aids |
| **Total** | **109,054.48** | **139,174.31** | **248,228.79** | | | |