UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

THE HUMANE SOCIETY OF THE UNITED STATES, et al.,

Plaintiffs,

v.

Case No. 13-0186 (BAH)

SALLY JEWELL, Secretary of the Interior, et al.,

Defendants,

and

STATE OF WISCONSIN, et al.,

Intervenor Defendants.

---

AFFIDAVIT OF DAVID M. MACFARLAND

---

STATE OF WISCONSIN )
) ss
COUNTY OF ONEIDA )

DAVID M. MACFARLAND, being first duly sworn on oath, deposes and says:

1. I am a wildlife ecologist currently employed by the Wisconsin Department of Natural Resources (WDNR) in the position of Large Carnivore Specialist. I have held this position from April, 2013. I am chair of the WDNR wolf advisory committee. I was employed by the WDNR as Wolf, Bear

and Furbearer Research Scientist from February, 2010 – April, 2013. I hold a BS in Environmental Science from Messiah College (2000), a MS in Conservation Biology and Sustainable Development from the University of Wisconsin (2005) and a PhD in Wildlife Ecology from the University of Wisconsin (2009).

2. I make this affidavit based on my personal knowledge, review of the scientific literature, and based on the files that I have created or that I maintain as the WDNR Large Carnivore Specialist.

3. Attached hereto as Exhibit A are three tables representing pack and lone wolf summaries, wolf morality and wolf harvest information in Wisconsin, and a figure showing wolf distribution in Wisconsin. Attached hereto as Exhibit B is a list of literature I have relied on and cited throughout my affidavit.

4. Wolves were removed from the Federal Endangered Species List on January 27, 2012. The original population level at which delisting would be considered was 100 wolves in Wisconsin and Michigan combined for a period of at least five years. This population level was first achieved in 1994 and has remained above the delisting level since that time. In April 2012 WDNR estimated the minimum count state wolf population to be 815-880 individuals based on a territory mapping with telemetry method (Exhibit A, p. 1; Exhibit B, #6). Thus the Wisconsin population alone, independent of MI, was over 8 times the delisting goal at the time of delisting.

5. Wisconsin's wolf management program is guided by the 1999 wolf management plan (Exhibit B, #5). This plan identifies a population objective of 350 wolves. If this objective is achieved, Wisconsin's population, independent of MI, will remain 3½ times above the delisting level for the combined population.

6. 2011 Wisconsin Act 169 was enacted on April 2, 2012 designating wolves as a game species. Wolf harvest was initiated on October 15, 2012. The WDNR Natural Resources Board set the 2012 quota at 201 of which 116 were available to state-licensed hunters and trappers. A total of 117 wolves were harvested from 6 wolf harvest units (Exhibit A, p. 5).

7. In April 2013 WDNR estimated the minimum count state wolf population to be 809-834 individuals based on a territory mapping with telemetry method (Exhibit A, p. 2; Exhibit B, #6). This estimate includes 15 non-territorial dispersing individuals.

8. WDNR personnel recorded 230 wolf mortalities in the period April 15, 2012 – April 14, 2013 (Exhibit A, p. 3) which represents a wolf population monitoring year. Management actions (harvest and depredation control) were the primary mortality sources representing a combined 78.7% (n=181) of observed mortalities. The 2013 minimum population count was 0.74% below the 2012 count suggesting the mortality levels associated with WDNR management actions did not significantly impact wolf population abundance. The high proportion of management-directed mortalities provides

the WDNR the ability to mitigate unanticipated change in future non-management-directed mortality rates through regulatory changes and quota adjustments. The WDNR retains the ability to reduce management-directed mortality rates from 2012 levels if unintended population decline is observed in the future.

9. The WDNR Natural Resources Board set the 2013 harvest quota at 275 of which 251 are available to state licensed hunters and trappers. The 2013 wolf season begins on October 15, 2013 and will continue through February 28, 2014 or until harvest units are closed upon quota fulfillment.

10. WDNR personnel consulted with the Van Deelen lab at the University of Wisconsin Department of Forest and Wildlife Ecology to assess the likely impacts of harvest on the wolf population. Population modeling conducted by the Van Deelen lab estimates one-year population reduction of 3.4-22.6% (median 12.72%) if the total 2013 quota of 275 is achieved, other mortality rates remain at historic levels and depredation control results in removal of 10% of the wolf population (unpublished data). This model predicts the wolf population will be 595 (95% CI: 512-677) in 20 years if harvest and mortality rates (percent of the population) remain constant. Thus current 2013 harvest rates (percent of the population) are not predicted to result in the WI population going below ESA listing thresholds if continued for 20 years. It is important to note that harvest quotas (absolute number) will be adjusted annually in response to changes in population abundance

and management objectives. It is also important to note that if projections prove to be inaccurate or unanticipated population decline is observed the WDNR will respond with adjustments in management actions including harvest rates as the agency has demonstrated in its management of other carnivore species.

11. Wolf habitat suitability was most recently modeled in the Great Lakes DPS by Mladenoff et. al (Exhibit B, #2). This model identifies road density and agricultural land use as the 2 primary drivers of wolf habitat suitability with suitability negatively associated with both variables. Wolves currently occupy nearly all high suitability habitat identified in Minnesota, Wisconsin and the Upper Peninsula of Michigan by the Mladenoff model. Analysis of wolf population growth data shows a density dependent reduction in growth rates (Exhibit B, #4). Reduced population growth rate is likely partially explained by reduced availability of unoccupied suitable habitat.

12. Wolves have a naturally high dispersal ability in both number of dispersers and distance dispersed (Exhibit B, #1). Straight line dispersal distances as great as 1,092 km have been recorded and WI wolf dispersal of 689 km has been recorded (Exhibit B, #3). This dispersal ability provides wolf populations with a high re-colonization potential as evidenced by the re-colonization of Wisconsin and Michigan from Minnesota. Wisconsin wolves have been documented to disperse as far as Indiana (689 km minimum distance) and Michigan wolves as far as Missouri (720 km minimum

distance) (Exhibit B, #3). During the last period of post-delisting monitoring (12 March 07 – 30 June 08) 17 wolf dispersal events were recorded. The majority of these events (15) were radio collared animals which represent a sub-set of the full population. In the 2013 monitoring period, a period when wolves were not listed under the ESA, 15 dispersing animals were observed (Exhibit A, p. 2). Wisconsin's population monitoring methods are not optimized to detect dispersal events and this number likely represents an underestimate during the time period. The social structure and ecology of wolves ensures dispersal events will occur independent of the federal listing status of the population.

13. Licensed hunters and trappers registered 219 wolves as of December 5, 2013 as part of Wisconsin's 2013-14 wolf season. Zone specific registration and closure status is indicated in Table 4. (Exhibit A, p. 4)

Dated this 9th day of December, 2013.

**/s/ David M. MacFarland**
DAVID M. MACFARLAND

Subscribed and sworn to before me
this 9th day of December, 2013.

**/s/ Marc Jeffrey Pennucci**
Notary Public, State of Wisconsin
My Commission: 02/23/2014.

**Table 1.** *Pack and lone wolf summaries for Wisconsin in winter 2011-2012.*

| Management Zone | | # of Packs | # of Wolves in Packs | Loners | Total # of Wolves | # of radio monitored Wolves | Average pack territory[a] ($mi^2$) |
|---|---|---|---|---|---|---|---|
| **1** | Off Reservations | *154* | *573-612* | *12* | *585-624* | *34* | |
| | On Reservations | 8 | 34-35 | 1 | 35-36 | 5 | |
| | Total | 162 | 607-647 | 13 | 620-660 | 39 | 48.5 N=37 |
| **2** | Off Reservations | *32* | *119-135* | *0* | *119-135* | *6* | |
| | On Reservations | 0 | 0 | 0 | 0 | 0 | |
| | Total | 32 | 119-135 | 0 | 119-135 | 6 | 33.8 N=6 |
| **3** | *Off Reservations* | *18* | *64-73* | *5* | *69-78* | *2* | |
| | On Reservations | 1 | 5 | 1 | 6 | 1 | |
| | Total | 19 | 69-78 | 6 | 75-84 | 3 | 17.3 N=2 |
| **4** | Off Reservations | 0 | 0 | 1 | 1 | 0 | |
| | On Reservations | 0 | 0 | 0 | 0 | 0 | |
| | Total | 0 | 0 | 1 | 1 | 0 | - |
| **Statewide** | Off Reservations | ***204*** | ***756-820*** | ***18*** | ***774-838*** | 42 | |
| | On Reservations | 9 | 39-40 | 2 | 41-42 | 6 | |
| | Total | 213 | 795-860 | 20 | 815-880 | 48 | 45.2 N=45 |
| | | | | | | | |
| **Outside WI** | | 1 | 3 | 1 | 4 | 0 | - |

[a] Pack territory size is only calculated for packs with ≥20 radiolocations for the period 15 April 2011 to 14 April 2012.

**Table 2.** *Pack and lone wolf summaries for Wisconsin in winter 2012-2013.*

| Harvest Zone | | # of Packs | # of Wolves in Packs | Loners | Total # of Wolves | # of radio monitored Wolves | Average annual pack territory[a] (mi²) |
|---|---|---|---|---|---|---|---|
| 1 | Off Reservations | *83* | *323-338* | *3* | *326-341* | *29* | |
| | On Reservations | 4 | 15 | 0 | 15 | 2 | |
| | Total | 87 | 338-353 | 3 | 341-356 | 31 | 45.7 (n=20) |
| **2** | Off Reservations | *39* | *149-150* | *4* | *153-154* | *9* | |
| | On Reservations | 5 | 15 | 0 | 15 | 4 | |
| | Total | 44 | 164-165 | 4 | 168-169 | 13 | 54.3 (n=10) |
| **3** | *Off Reservations* | *31* | *102-105* | *2* | *104-107* | *5* | |
| | On Reservations | 0 | 0 | 0 | 0 | 0 | |
| | Total | 31 | 102-105 | 2 | 104-107 | 5 | 35.1 (n=5) |
| **4** | Off Reservations | 7 | 24 | 1 | 25 | 1 | |
| | On Reservations | 0 | 0 | 0 | 0 | 0 | |
| | Total | 7 | 24 | 1 | 25 | 1 | - |
| **5** | Off Reservations | 35 | 138-144 | 0 | 138-144 | 12 | |
| | On Reservations | 0 | 0 | 0 | 0 | 0 | |
| | Total | 35 | 138-144 | 0 | 138-144 | 12 | 18.3 (n=5) |
| **6** | Off Reservations | 10 | 28 | 5 | 33 | 1 | |
| | On Reservations | 0 | 0 | 0 | 0 | 0 | |
| | Total | 10 | 28 | 5 | 33 | 1 | - |
| **Statewide** | Off Reservations | ***205*** | ***764-789*** | ***15*** | ***779-804*** | 57 | |
| | On Reservations | 9 | 30 | 0 | 30 | 6 | |
| | Total | 214 | 794-819 | 15 | 809-834 | 63 | 43.1 (n=40) |
| | | | | | | | |
| **Outside WI** | | 2 | 6 | 3 | 9 | | - |

[a] Pack territory size is only calculated for packs with ≥20 radiolocations for the period 15 April 2012 to 14 April 2013

**Table 3**. *Wolf mortality in Wisconsin 15 April 2012 to 14 April 2013.*

| Cause of Death | Wolf Harvest Zones | | | | | | State Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **6** | | |
| **Human Caused Mortality** | | | | | | | | |
| Agency Control | 20[a] | | 22 | | | 4 | 46 | |
| Landowner Control | 11[b] | | 2 | | 1 | 4[a] | 18 | |
| Total Depredation Control | 31 | | 24 | | 1 | 8 | 64 | 28% |
| Harvested | 32[c] | 19 | 19 | 5 | 23[a] | 19 | 117 | 51% |
| Vehicle collision | 3[c] | 6 | 1 | 1[a] | 4 | 7 | 22 | 10% |
| Illegally killed | 7[c] | 2[a] | 5[a] | 1 | 4[b] | 2 | 21 | 9% |
| Capture related | | | | | | | 0 | |
| Unknown human caused | | | | | | | 0 | |
| *Total human caused* | *73* | *27* | *49* | *7* | *32* | *36* | ***224*** | ***97%*** |
| **Natural Mortality** | | | | | | | | |
| Disease / Injury | | | | | | | 0 | |
| Intra-specific aggression | | | 1[a] | | | | 1 | <1% |
| Euthanized (non-control) | | | | | | | 0 | |
| Unknown natural causes | 1[a] | | | | | | 1 | <1% |
| *Total natural causes* | *1* | *0* | *1* | *0* | *0* | *0* | ***2*** | ***1%*** |
| *Unknown causes* | *0* | *2* | *0* | *0* | *2* | *0* | ***4*** | ***2%*** |
| **Total Mortality** | **74** | **29** | **50** | **7** | **34** | **36** | **230** | |

1. [a]Includes 1 radio collared wolf
2. [b]Includes 2 radio collared wolves
3. [c]Includes 3 radio collared wolves
4. 21 radio collared wolf mortalities

**Table 4**. *Wolf harvest unit quota, registration, and closure status as of December 5th, 2013.*

| Zone | Quota | Registration | Closure Date and time |
|---|---|---|---|
| **1** | 76 | 77 | 10/30/13 19:00 |
| **2** | 28 | 29 | 10/23/13 15:00 |
| **3** | 71 | 37 | Open |
| **4** | 12 | 12 | 11/05/13 18:00 |
| **5** | 34 | 33 | 10/30/13 19:00 |
| **6** | 30 | 31 | 11/07/13 14:00 |
| **Total** | **251** | **219** | |

**Figure 1.** *Gray Wolf Distribution in Wisconsin: Winter 2012-2013*



1. Mech, L.D., L. Boitani. 2003. Wolf social ecology. pp. 1-34. *In* L.D. Mech, and L. Boitani. Wolves: Behavior, Ecology and Conservation. University of Chicago Press, Chicago, IL, USA. 448 pp.

2. Mladenoff, D.J., M.K. Clayton, S. D. Pratt, T.A. Sickley, and A.P. Wydeven. 2009. Change in occupied wolf habitat in northern Great Lakes Region. pp. 119-138. *in* A.P. Wydeven, T.R. Van Deelen, and E.J. Heske. Recovery of Gray Wolves in the Great Lakes Region of the United States: An Endangered Species Success Story. Springer, New York, NY, USA. 350 pp. http://landscape.forest.wisc.edu/PDF/Mladenoff_etal_2009_wolfhabitat.pdf

3. Treves, A., K.A. Marten, J.E. Wiedenhoeft, and A.P. Wydeven. 2009. Dispersal of gray wolf in the Great Lakes Region. pp. 191-204. *in* A.P. Wydeven, T.R. Van Deelen, and E.J. Heske. Recovery of Gray Wolves in the Great Lakes Region of the United States: An Endangered Species Success Story. Springer, New York, NY, USA. 350 pp.

4. Van Deelen, T.R. 2009. Growth characteristics of a recovering wolf population in the Great Lakes Region. pp. 139-153. . *in* A.P. Wydeven, T.R. Van Deelen, and E.J. Heske. Recovery of Gray Wolves in the Great Lakes Region of the United States: An Endangered Species Success Story. Springer, New York, NY, USA. 350 pp.

5. Wisconsin Department of Natural Resources. 1999. Wisconsin Wolf Management Plan. Madison: PUBL-ER-099 99, Wisconsin Department of Natural Resources. http://dnr.wi.gov/files/PDF/pubs/ER/ER0099.pdf

6. Wydeven, A.P., J.A. Wiedenhoeft, R.N. Schultz, R.P. Thiel, R.L. Jurewicz, B.E. Kohn, and T.R. Van Deelen. 2009. History, population growth, and management of wolves in Wisconsin. pp. 87-105. *in* A.P. Wydeven, T.R. Van Deelen, and E.J. Heske. Recovery of Gray Wolves in the Great Lakes Region of the United States: An Endangered Species Success Story. Springer, New York, NY, USA. 350 pp.