UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

THE HUMANE SOCIETY OF THE
UNITED STATES, et al.,

      Plaintiffs,

      v.                              Case No. 13-0186 (BAH)

SALLY JEWELL, Secretary of the
Interior, et al.,

      Defendants,

and

STATE OF WISCONSIN, et al.,

      Intervenor Defendants,

---

AFFIDAVIT OF ADRIAN P. WYDEVEN

---

STATE OF WISCONSIN    )
                            ) ss
COUNTY OF ASHLAND    )

    ADRIAN P. WYDEVEN, being first duly sworn on oath, deposes and says:

    1.    I am a Wildlife Biologist within the Wildlife Ecology Section in the Bureau of Wildlife Management for the Wisconsin Department of Natural Resources (WDNR).   I headed up the Wisconsin wolf recovery and management program for the WDNR from July 1, 1990, through February 9,

2013.   I have been employed by WDNR since 1982 and previously held positions as Wildlife Manager (1982 to 1990) in Shawano, Appleton, and Oshkosh, Wisconsin. I currently work as a wildlife biologist specializing in management of forest habitat for wildlife out of the WDNR office in Ashland, Wisconsin and continue to serve on the WDNR technical wolf committee, and assist with wolf surveys.

2.      I have a Bachelor of Science Degree from University Wisconsin-Stevens Point in Biology and Wildlife Management (1976), and a Master of Science Degree from Iowa State University (Ames) in Wildlife Ecology (1979), and have been a Certified Wildlife Biologist with The Wildlife Society since 1993.

3.      Attached hereto as Exhibit A is a list of literature I have relied on and cited throughout my affidavit.

4.      I have authored and co-authored 60 technical articles on wolf ecology and management including 28 in peer review journals and book chapters, and recently was senior editor on a book on wolf management and co-authored 6 of the 21 chapters. (Exhibit A, #17)

5.      Recently I co-authored an assessment of the eastern wolf (*Canis lycaon)* with Richard P. Thiel.  (Exhibit A, #9)

6.      I chaired the Wisconsin Scientific and Wolf Technical Committee from 1992 through 2013, and have served on an advisory committee for the

Timber Wolf Alliance (1991 to present), the Federal Eastern Gray Wolf Recovery Team, and as well as on panels or by myself advised on wolf management in Michigan, Minnesota, Oregon, Washington, NE US, Quebec, New Mexico, Northern Rocky Mountains, and Sweden.

7.      My comments reflect my understanding of wolf biology and ecology from 23 years of managing the state wolf population, discussion with numerous peers, and my understanding of the scientific literature

8.      The Federal delisting of wolves on 27 January 2012, marked the end of the recovery efforts for gray wolves in the Western Great Lake Distinct Population Segment (WGLDPS) and in Wisconsin, where I have observed the wolf population grow from 34 wolves in winter 1990, to 815-880 wolves in winter 2012.

9.      The wolf population level for considering federal delisting for the gray wolf population in the Great Lakes region was set at 100 wolves for Michigan and Wisconsin for a period of 5 years or more.   The Michigan-Wisconsin wolf population consisted of 111-118 wolves in 1994, and has been above 100 wolves ever since, having grown to 370-380 by 1999 when the delisting process could have started.   In 2013 the two state wolf population had grown to at least 1467 or nearly 15 times the minimum number required for federal delisting, and thus the 2012 delisting effort was well overdue.

This population is clearly not endangered nor is it likely to become endangered within the foreseeable future in a significant portion of its range.

10.    The Western Great Lakes Distinct Population Segments (WGLDPS) of gray wolves does represent a reasonable interacting population that is distinct and discrete from other gray wolf populations. The current occupied range within the DPS represents most of the suitable wolf habitat within the region as we have previously described (Exhibit A, #s 4, 5, 6 and 16), and about the only sizeable areas of suitable habitat still not occupied are in northern Lower Michigan. The remainder of the DPS includes a matrix of poor habitat that surrounds the core/occupied habitat and likely would be the maximum extent that most wolves would disperse out of the occupied range.

11.    Only 2 known wolves from occupied wolf range in Wisconsin and Upper Michigan have been detected south of the DPS, and none have been detected traveling west of the DPS. Several have moved north of the DPS into Ontario, Canada where habitat is contiguous with the WGLDPS and only is separated by international border, and existence of a different management system.  The two wolves that traveled south of the WGLDPS included a 2-year old male dying in Missouri in Fall 2001, after a straight-line move of 720 km (450 miles) from western Upper Michigan/ northern Wisconsin (Exhibit A, #10).  A yearling male was found dead in eastern Indiana in spring 2003

after a straight-line move of 689 km (430 miles) from central Wisconsin (Exhibit A, #10). The Missouri wolf made its dispersal at a time when the wolf population was 249 in Michigan and 257-259 in Wisconsin.  The Indiana wolf dispersal occurred at a time when the wolf population was 335-353 in Wisconsin.   Additional moves outside the DPS have not been detected in recent times despite having 2-3 times as many wolves in the region, and having many more collared wolves in the air.  Clearly such moves are highly unusual and it is unlikely two members of the opposite sex could encounter each other south or west of the DPS and begin colonizing new areas, even under the extremely high levels of protection of Endangered Species Act (ESA).   Most areas outside the current occupied wolf range in the DPS outside of the Upper Michigan area are not suitable wolf range and  while wolves are likely to continue to disperse throughout potions of this matrix, little chance exists for colonizing new areas much outside current occupied range, regardless of federal listing.

12.    During the period when wolves were previously delisted in 2007-2008 and controls were being applied to the Wisconsin wolf population, wolves continued to disperse throughout the state and disperser were detected in Adams, Dane, Dodge, Grant,  Iowa, Sauk, Shawano, and Winnebago Counties, outside of existing wolf range.  Since the delisting in January 2012, dispersing wolves have been detected in Columbus, Crawford,

Dane, St. Croix, Walworth, and Waushara counties outside of wolf range, and a radio-collared wolf from central Wisconsin traveled to Jo Daviess County in northwest Illinois. Thus it appears with delisting wolves will continue to disperse extensively across the state and portions of the DPS.

13.    The WGLDPS of gray wolves is also unique from a genetic perspective.  Several biologists and scientists have begun referring to wolves in the region as Great Lakes wolves to distinguish them from other gray wolves, or eastern wolves (*Canis lycaon)* or red wolves (*Canis rufus).* But there is confusion on distinguishing the Great Lakes wolves from eastern wolves and some authors lump them together, while others list them as two species or subspecies.  Recent genetic assessment of western Great Lakes Wolves have been done by Koblmuller et al. (Exhibit A, #3), Fain et al. (Exhibit A, #2), Wheeldon (Exhibit A, #12), Wheeldon and White (Exhibit A, #13), Wheeldon et al. (Exhibit A, #14), and  vonHoldt et al. (Exhibit A, #11). The WDNR has provided samples to both the Fain et al. and Wheeldon et al studies. While Koblmuller et al. (Exhibit A, #3), and vonHoldt et al. (Exhibit A, #11) argue that wolves in the Great Lakes region are just a variety of gray wolf, Koblmuller et al. does indicate it is a unique ecotype. Fain et al. (Exhibit A, #2) and Wheeldon et al. (Exhibit A, #14), both present evidence that gray wolves in the Western Great Lakes have hybridized with eastern wolves.  Wheeldon (Exhibit A, #12), and Wheeldon et al. (Exhibit A, #14)

argue that the western Great Lakes wolf population is one admixed population, while Fain et al. (Exhibit A, #2) believe wolves can be separated into those that are mostly gray wolves, those that are mostly hybrids and those that are mostly eastern wolves. But such distinctions are not evident in the field, and 4 of the 23 packs sampled by Wheeldon (Exhibit A, #12) had genetic signatures of the two species represented by different individuals within pack.

14.    Wheeldon and White (Exhibit A, #13) and Fain et al (Exhibit A, #2) demonstrate that the genetic mix within the Western Great Lakes wolves has existed since historical times and perhaps since the ice age.  Although there have been some genetic shifts, the admixed population of the Western Great Lakes has been present for a long time, and they represent the wolf listed under the ESA in 1974 as "The Eastern Timber Wolf".   Because of confusion over wolf subspecies taxonomy, the federal classification changed to all gray wolves listed as endangered throughout the lower 48 states, except threatened classification for the Minnesota population in 1978.  At the time of the reclassification it was not known that Great Lakes wolves were a genetic mix of eastern and gray wolves.  The wolves protected in Minnesota spread eastward to occupy northern Wisconsin and Upper Michigan, as has been confirmed by genetic analysis by Wheeldon (Exhibit A, #12), and Fain et al. (Exhibit A, #2), and the observed dispersal patterns of wolves readily

moving across the region, appearing to be well connected within the occupied range of the three state area (Exhibit A, #10)

15.    The eastern wolf (*Canis lycaon)* was initially recommended to be listed as a separate species by Wilson et al. (Exhibit A, #15), based on DNA profiles of wolves in and adjacent to Algonquin Park in southern Ontario. Since that time DNA of eastern wolves have been found across eastern Canada to Manitoba and across the Western Great Lakes region.  Chambers et al. (Exhibit A, #1) reviewed the taxonomy of North American wolves from morphological and genetic analysis and support the existence of the eastern wolf as a distinct species.   Although Chambers (Exhibit A, #1) provide no maps of the range of the eastern wolf, they imply that it exist as distinct species in the Western Great Lakes region. They fail to recognize that the genetic signature of eastern wolves in this population may just be due to historical presence that has since hybridized with gray wolves.

16.    In our assessment of the status of the eastern wolf (Exhibit A, #9), we became convinced that eastern wolves only exist in relatively pure forms in southern Ontario and southern Quebec, especially in and around Algonquin Provincial Park.    Rutledge (Exhibit A, #7) supports this perspective and refers to Great Lakes wolves as "Grey Wolf hybrid animals (*Canis lupus x lycaon*)" or as "Great Lakes-Boreal Wolves".  Further Rutledge et al (Exhibit A, #8) indicate that vonHoldt et al. (Exhibit A, #11) were unable

to detect the presence of eastern wolves because they lumped Great Lakes wolves with 2 samples from Algonquin Park, thus obscuring possible eastern wolves with samples of animals with high presence of gray wolf DNA.

17.    From our assessment (Thiel and Wydeven (Exhibit A, #9)), we estimated the eastern wolf population was perhaps at about 1,000 animals in southern Ontario and southern Quebec, but I understand that more recent genetic assessments indicated the overall population may be as low as 500 living mostly in Ontario.

18.    At the current time it probably makes most sense to continue to refer to the Western Great Lakes population of wolves as gray wolves for the following reasons: 1) these wolves have been historically referred to as gray wolves; 2) despite the hybrid mix the population contains high content of gray wolf DNA; 3) behaviorally these wolves are more like gray wolves in that they do not breed with coyotes, readily kill prey larger than deer including elk (WI) and moose (Isle Royale & N MN), and generally do not disperse from their natal territory until 1 year old whereas eastern wolves may disperse as early as 5 month; 4) and considering Great Lakes wolves as eastern wolves obscures the fact that relatively pure genetic versions of eastern wolves do exist in only a small geographic area and are at low numbers that may require some major conservation consideration.   Thus the wolves in the

Western Great Lakes should be considered gray wolves or just called Great Lakes wolves.

19.    In general wolves in the WGLDPS have successfully recovered and are ready to be managed as a games species by the WDNR.  The WGLDPS is a meaningful biological population segment that will continue to operate as a metapopulation with delisting, sending dispersers throughout the DPS, but because of the long distance dispersers would need to travel through unsuitable habitat, it is unlikely many if any will be able to colonize new areas outside the DPS regardless of federal listing.  The wolf population in the WGLDPS is a gray wolf hybrid mix, but this was the genetic mix of the population that was listed in 1974 and 1978, and represents the current wolf population that has recovered within this region. This wolf population is clearly not endangered nor likely to become endangered within the foreseeable future in a significant portion of its range.

Dated this 6th day of December, 2013.


**/s/ Adrian P. Wydeven**
ADRIAN P. WYDEVEN

Subscribed and sworn to before me
this 6th day of December, 2013.

**/s/ Heather W. Schutte**
Notary Public, State of Wisconsin
My Commission: 02/05/2017.

1.  Chambers, S.M., S.R. Fain, B. Fazio, M. Amaral. 2012. An account of the taxonomy of North American wolves from morphological and genetic analysis. North American Fauna 77:1-67.  doi:10.3996/nafa.77.001

2.  Fain, S.R., D.J. Straughan, and B.F. Taylor. 2010. Genetic outcome of eastern timber wolf recovery in the western Great Lakes States. Conservation Genetics. 11:1747-1765

3.  Koblmuller, S., M. Nord, R.K. Wayne, and J.A. Leonard. 2009. Origin and status of the Great Lakes wolf.  Molecular Ecology 18:2313-2326.

4.  Mladenoff , D. J., T. A. Sickley, R. G. Haight, and A. P. Wydeven. 1995. A regional landscape analysis and   prediction of favorable gray wolf habitat in the Northern Great Lakes region. Conservation Biology 9: 279-294.
    http://landscape.forest.wisc.edu/PDF/Mladenoff_etal1995_CB.pdf

5.  Mladenoff, D.J., R.G. Haight, T. A. Sickley, and A. P. Wydeven. 1997. Causes and implications of species restoration in altered ecosystems: A spatial landscape projection of wolf population recovery.  BioScience 47: 21-31
    http://landscape.forest.wisc.edu/PDF/Mladenoff_etal1997_BioScience.pdf

6.  Mladenoff, D.J., M.K. Clayton, S. D. Pratt, T.A. Sickley, and A.P. Wydeven. 2009. Change in occupied wolf habitat in northern Great Lakes Region. Pp. 119-138.  in A.P. Wydeven, T.R. Van Deelen, and E.J. Heske. Recovery of Gray Wolves in the Great Lakes Region of the United States: An Endangered Species Success Story. Springer, New York, NY, USA. 350 pp.
    http://landscape.forest.wisc.edu/PDF/Mladenoff_etal_2009_wolfhabitat.pdf

7.  Rutledge, L.Y. 2010. Evolutionary origins, social structure, and hybridization of the eastern wolf (Canis lycaon). PhD. Dissertation Trent University, Peterborough, Ontario, Canada 187 pp.

8.  Rutledge, L.Y., P.J. Wilson, C.F.C. Klutsch, B.R Patterson, and B.N. White. 2012. Conservation genomics in perspective: A holistic approach to understanding Canis evolution in North America.  Biological Conservation 155: 186-192.

9.   Thiel, R. P. and A. P. Wydeven. 2012.  Eastern Wolf (*Canis lycaon*) Status Assessment Report Covering East-Central North America. Report to USFWS August 2012, 81pp. http://www.fws.gov/midwest/wolf/aboutwolves/pdf/ThielWydevenEastern WolfStatusReview8August12.pdf

10.  Treves, A., K.A. Marten, J.E. Wiedenhoeft, and A.P. Wydeven. 2009. Dispersal of gray wolf in the Great Lakes Region. Pp. 191-204. *in* A.P. Wydeven, T.R. Van Deelen, and E.J. Heske. Recovery of Gray Wolves in the Great Lakes Region of the United States: An Endangered Species Success Story. Springer, New York, NY, USA. 350 pp.

11.  vonHoldt, B., J.P. Pollinger, D.A. Earl, J.C. Knowles, A.R. Boyko, H. Parker, E. Geffen, M. Pilot, W. Jedrzejewski, B. Jedrzejewski, V. Sidorovich, C. Greco, E. Randi, M. Musiani, R. Kays, C.D. Bustamonte, E.A. Ostrander, J. Novembre, and RK. Wayne. 2011. A genome-wide perspective on the evolutionary history of enigmatic wolf-like canids. Genome Research 21: 1294-1305.

12.  Wheeldon, T. 2009. Genetic characterization of *Canis* population in the western Great Lakes region. M.S. Thesis. Trent University, Peterborough, Ontario, Canada.

13.  Wheeldon, T., and B.N. White. 2009. Genetic analysis of historic western Great Lakes region wolf samples reveals early *Canis lupus / lycaon* hybridization.  Biology Letters 5:101-104.

14.  Wheeldon, T., B.R. Patterson, and B.N. White. 2010. Sympatric wolf and coyote populations of the western Great Lakes region are reproductively isolated. Molecular Ecology 19:4428-4440.

15.  Wilson, P.J., S. Grewal, I. D. Lawford, J. N. M. Heal,  A.G. Granacki, D. Pennock, J.B. Theberge, M. T. Theberge, D.R. Voigt, W. Waddell, R. E. Chambers, P.C. Paquet, G. Goulet, D. Cuff, and B.N. White. 2000. DNA profiles of the eastern Canadian wolf and the red wolf provide evidence for a common evolutionary history independent of the gray wolf. Canadian Journal of Zoology 78: 2156-2166

16.  Wydeven, A.P., D. J. Mladenoff, T. A. Sickley, B. E. Kohn, R. P. Thiel, and J. L. Hansen. 2001.  Road density as a factor in habitat selection by wolves and other carnivores in the Great Lakes. Endangered Species UPDATE 18: 110-114.
     http://landscape.forest.wisc.edu/PDF/Wydeven_etal2001_ESUpdate.pdf

17.  Wydeven, A.P., T.R. VanDeelen, and E. J. Heske. (eds.).  2009. Recovery of Gray Wolves in the Great Lakes Region of the United States: An Endangered Species Success Story. Springer, New York, NY, USA. 350pp.