IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE

Case Name:       The Humane Society of the United States, et al.
                 v.
                 Sally Jewell, et al.

Case No:         13-CV-0186-BAH

  I hereby certify that on December 11, 2013, a copy of the following documents were filed with the Clerk of the Court and served through the CM/ECF system upon all registered attorneys of record.

- MEMORANDUM OF POINTS AND AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
- AFFIDAVIT OF BRADLEY M. KOELE
- AFFIDAVIT OF LAURA L. KOLESIK
- AFFIDAVIT OF DAVID M. MACFARLAND
- AFFIDAVIT OF ADRIAN P. WYDEVEN

              s/ Cynthia R. Hirsch