# Exhibit 1

# Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY
OF THE UNITED STATES
and BORN FREE, USA and
HELP OUR WOLVES LIVE (HOWL)
and FRIENDS OF ANIMALS AND
THEIR ENVIRONMENT (FATE),

    Plaintiffs

v

SALLY JEWELL,
SECRETARY OF THE INTERIOR and
UNITED STATES DEPARTMENT OF
THE INTERIOR and UNITED STATES
FISH AND WILDLIFE SERVICE,

    Defendants

and

STATE OF MICHIGAN and
MICHIGAN DEPARTMENT
OF NATURAL RESOURCES,

    Defendant Intervenors.

Civil Action No. 1:13-cv-00186-BAH

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

## [PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Court hereby ORDERS the following: Having considered all the pleadings and the administrative record, the Court hereby GRANTS Federal Defendants' motion for summary judgment (Doc. 27) and DENIES Plaintiffs' motion for summary judgment (Doc. 24). This case is dismissed with prejudice and all parties shall bear their own costs and fees. The Clerk shall issue a final judgment consistent with this order.

Dated:

**IT IS SO ORDERED:**  _____
United States District Judge