# Exhibit 5

# Map of Wolf Management Units

# Wolf Management Units



*The remainder of Michigan is closed to all wolf hunting.*

**Legend**
- Open - Units A, B and C
- Closed - including areas not shown
- Highways, Major Roads
- County Boundaries

**Note:** The official and legal hunt unit boundaries are defined in Chapter XII of the Wildlife Conservation Order, which is available at www.michigan.gov/dnrlaws or by contacting the nearest DNR Customer Service Center.