IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States, Born Free, USA, Help Our Wolves Live, and Friends of Animals And Their Environment,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Sally Jewell, Secretary of the Interior, United States Department of the Interior, and United States Fish and Wildlife Service,<br><br>　　　　Defendants. | 13-CV-0186-BAH |

### SECOND DECLARATION OF EDWARD K. BOGGESS

I, Edward K. Boggess, do upon personal knowledge declare as follows:

1.　I am the Director of the Division of Fish and Wildlife for the Minnesota Department of Natural Resources ("MNDNR"). I have previously filed a declaration in the above-captioned matter in support of MNDNR's motion for amicus status [ECF No. 20].

2.　As Director of the Division of Fish and Wildlife, my responsibilities include oversight of the agency's management of the State's fish and wildlife resources and the public's use of fish and wildlife, including through fishing, hunting, and trapping. Relevant to the matter before this Court, the Division of Fish and Wildlife carries out research and management programs affecting all State fish and wildlife and their habitat.

3. Attached to this Declaration as Exhibit A is a copy of the MNDNR rules adopted on August 20, 2012, as published in the Minnesota State Register providing for the 2012-13 wolf hunting and trapping season. Attached to this Declaration as Exhibit B is a copy of the MNDNR rules adopted on September 3, 2013, as published in the Minnesota State Register providing for the 2013-14 wolf hunting and trapping season.

4. Minnesota assumed management authority of wolves in Minnesota on January 24, 2012, following the removal of the Minnesota wolf population from the Endangered Species Act ("ESA") threatened species list. After publication of the final rule by the United States Fish and Wildlife Service ("USFWS") on December 26, 2012, and in anticipation of delisting taking effect in late January, MNDNR informed the public on January 6, 2012, of its intention to hold a conservative, science-based wolf hunting and trapping season beginning in the fall or winter of 2012. This was done through a press conference in conjunction with MNDNR's Fish, Wildlife, Ecological, and Water Resources Roundtable. On January 25, 2012, MNDNR published a press release announcing its initial wolf season harvest proposal and stating that public comment would be solicited. MNDNR then began to work with the legislature to establish additional management authorities and also continued internal planning discussions to establish the details of the season.

5. Simultaneously with MNDNR's season planning, the 2012 Minnesota State Legislature considered provisions for a wolf season that were included in the "Game and Fish Bill" (HF2171/SF1943). Various public hearings were held and testimony on these provisions were given by numerous stakeholders, including the Minnesota Deer Hunters'

Association, Minnesota Cattlemen's Association, Minnesota Audubon, Minnesota Conservation Federation, the Humane Society of the United States, and individuals both supporting and opposing the hunting and trapping of wolves.

6. The Game and Fish Bill became law in May 2012. The law defined a wolf license, established fees for wolf licenses and license applications, created a wolf management and monitoring account in the MNDNR game and fish fund, established the opening day of the season, gave the Commissioner of MNDNR the authority to prescribe open seasons for wolves, establish quotas, designate areas where wolves could be taken, and establish possession limits and limits on the number of hunters and trappers that could take wolves.

7. After further consideration and with the guidance of the new State laws providing the legal structure for the season, MNDNR published a press release in May of 2012 describing the details of the proposed wolf season, including harvest targets, season structure, the application process, and registration. MNDNR then provided a thirty-day period for the public to provide on-line comments regarding the proposed season, especially seeking input on how the season was structured. MNDNR also received thousands of emails, telephone calls, and letters from the public regarding the proposed hunting and trapping season, many of which were used to refine the proposed season structure.

8. The 2012-13 wolf hunting and trapping season opened on November 3, 2012. A total of 6,123 wolf licenses were issued, which included licenses to military personnel. The wolf hunting and trapping season was closely monitored and highly

regulated to ensure distribution of the wolf take and that MNDNR harvest goals for the wolf take were actively managed. The wolf season was divided into three segments: an early hunting season that coincided with the firearm deer season; a late hunting season; and a concurrent late trapping season. MNDNR established a conservative total target harvest of 400 wolves. The wolf range was further divided into three zones, and each of these zones had independent target harvests for both the early and late seasons. Hunters and trappers were required to register wolves harvested by 10 p.m. the day of the harvest and were also required to monitor by telephone or internet the season progress and to check for any announcement of season closure when the target harvest by zone or season was reached. As target harvests for each zone were reached or projected to be reached, MNDNR closed the zones and provided notification of the closures  Minnesota conducts sustainable seasons for more than 50 species of game animals and the 2012 wolf season was the most intensively managed and monitored of any of the seasons MNDNR conducts.

9. Consistent with MNDNR's commitment in its Wolf Management Plan to continue efforts to monitor the wolf population by assessing wolf population genetics and health, MNDNR required successful hunters and trappers to bring harvested wolves to MNDNR offices for pelt tagging, the collection of additional harvest information such as location of harvest, and the collection of biological samples, including tooth, tissue, and female reproductive tract samples, for characterizing demographics of wolves taken during the season.

10. MNDNR closed the season statewide on January 3, 2013, at which time 413 wolves had been taken by hunting and trapping. Attached to this Declaration as Exhibit C is a document titled "2012 Minnesota Wolf Season Report," dated July 5, 2013, prepared by MNDNR summarizing the 2012-13 wolf hunting and trapping season.

11. The 2013-14 wolf hunting and trapping season opened November 9, 2013, and at the time of this Declaration is currently underway. A total of 3,300 wolf licenses were issued. MNDNR established a conservative total target harvest of 220 wolves. The structure of the hunting and trapping season is essentially the same as that used for the 2012-13 season, with slight modification. Again, hunters and trappers must register wolves on the day of the harvest, monitor the season progress for announcements of season closure, and bring harvested wolves to MNDNR offices for collection of data and biological samples.

12. Consistent with its Wolf Management Plan, MNDNR has invested extensive resources, including staff for research, monitoring, and law enforcement, to ensure the continued sustainability of the fully recovered Minnesota wolf population. MNDNR has designated three MNDNR conservation officers (peace officers) stationed in the State's wolf range as lead officers for implementation of the Wolf Management Plan and enforcement of State wildlife laws as they apply to wolves. MNDNR also has on its staff a Large Carnivore Specialist who is responsible for implementation of the Wolf Management Plan, including coordinating wolf management activities throughout the State. In addition, MNDNR employs a Wildlife Research Biologist who coordinates wolf population monitoring and research activities. These activities include several

annual wolf and furbearer trend surveys, MNDNR's periodic wolf population assessment, and most MNDNR wolf research projects. In addition, MNDNR's wolf-related activities are implemented by many other MNDNR staff as the need arises, such as the collection of data and biological samples at registration stations.

13. MNDNR has collected annual data on wolf population trends since the 1970s. These annual indices include fall carnivore scent station surveys and winter track surveys that monitor presence of wolves at standardized locations throughout wolf range, wolf depredation indices, and radio telemetry research. Since 1978, with only slight modifications thereafter, MNDNR has utilized a consistent method for periodically estimating both the number of wolves and the number of square miles occupied by wolves in Minnesota. These periodic wolf surveys have been conducted in 1978, 1988, 1998, 2003, 2007, and 2013, with future surveys continuing at five-year intervals as outlined in MNDNR's Wolf Management Plan. The methods used in these surveys have been described in published peer-reviewed scientific literature, and the data resulting therefrom have been utilized by the USFWS as their numeric metric for evaluating wolf population size in Minnesota in relation to federal recovery goals. These studies are funded in part by the dedicated wolf management and monitoring account created by State law.

14. Since 2007, MNDNR has conducted two comprehensive wolf population surveys and has conducted increased radio-collar monitoring and disease studies of the population. These studies have been conducted in several areas of the State of Minnesota and have been undertaken with the cooperation of other federal and tribal agencies. For

example, a two-year study that assessed the disease prevalence of wolves in Minnesota and additional radio-collar monitoring was undertaken in collaboration with the USFWS, the National Park Service, the United States Geological Survey, the Red Lake Band of Chippewa, and the Fond du Lac Band of Chippewa.  These activities have increased the distribution of radio-collar monitoring of wolves in Minnesota as well as increased population monitoring methodology.

15. In the winter of 2013, MNDNR undertook its five-year population survey as set forth in the Wolf Management Plan.  The survey yielded a population estimate of 2,211 wolves, approximately 700 wolves less than the 2007 survey estimate.  Because the survey occurred immediately after the wolf hunting and trapping season (which removed 413 wolves), MNDNR estimates that there were approximately 2,600 wolves prior to the 2012-13 season.  The population number represents a mid-winter, post-hunt population prior to the birth of wolf pups.  MNDNR has estimated that approximately 2,600 wolf pups were likely born in the spring of 2013, after the survey was completed.  Attached to this Declaration as Exhibit D is MNDNR's report titled "Distribution and Abundance of Wolves in Minnesota, 2012-13" reflecting the findings of the 2013 wolf population survey.

16. Since 1978, trapping of wolves in response to wolf depredations or threats to public safety, with no specific numeric constraint on the number of wolves that could be taken, was authorized under the ESA.  That program was managed federally; initially by USFWS and later by U.S. Department of Agriculture, Wildlife Services.  A similar depredation program has been continued by MNDNR since January 2012.  This includes

a directed predator control program whereby MNDNR-trained and certified controllers are authorized to take wolves within limited control areas designated by MNDNR. These controllers are paid directly by MNDNR. The depredation program that was in effect for the decades the wolf was listed under the ESA did not have a negative impact on recovery or sustainability of Minnesota's wolf population as a whole. MNDNR will manage the current wolf depredation program implemented pursuant to State law and consistent with MNDNR's Wolf Management Plan to reduce conflicts between wolves and humans and in a manner that provides for the long-term sustainability of wolf populations in the State.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746

Dated: December 11, 2013.                    /s/ Edward K. Boggess
                                                                               EDWARD K. BOGGESS