# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States,
Born Free, USA, Help Our Wolves Live,
and Friends of Animals And Their
Environment,

           Plaintiffs,            **CERTIFICATE OF SERVICE**

    vs.            Case No. 13-CV-0186-BAH

Sally Jewell, Secretary of the Interior,
United States Department of the Interior,
and United States Fish and Wildlife
Service,

           Defendants.

I hereby certify that on , I caused the following documents:

1. Amicus Minnesota Department of Natural Resources' Memorandum in Support of Defendants' Cross Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment; and
2. Second Declaration of Edward K. Boggess.

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

*bwagman@schiffhardin.com*  *thills@michigan.gov*
*rhenry@hsus.org*  *aseidman@safariclub.org*
*andrea.gelatt@usdoj.gov*  *cconte@nrahq.org*
*hirschcr@doj.state.wi.us*  *jlister@dc.bhb.com*
*dawsontj@doj.state.wi.us*  *jkittel@mazur-kittel.com*
*stevensonp@michigan.gov*

|  |  |
|---|---|
| Dated:  December 11, 2013. | OFFICE OF THE ATTORNEY GENERAL<br>State of Minnesota<br><br>s/**David P. Iverson**<br>David P. Iverson<br>Assistant Attorney General<br>Atty. Reg. No. 180944<br><br>445 Minnesota Street, Suite 1800<br>St. Paul, Minnesota 55101-2134<br>Telephone:  (651) 757-1466<br>Fax:  (651) 297-1235<br>dave.iverson@ag.state.mn.us<br><br>ATTORNEY FOR MINNESOTA<br>DEPARTMENT OF NATURAL<br>RESOURCES |