**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    13-CV-00186-BAH<br>) |
| **SALLY JEWELL**, *et al.*, | )<br>) |
| Defendants. | ) |

## ORDER GRANTING THE ASSOCIATION OF FISH AND WILDLIFE AGENCIES *AMICUS CURIAE* STATUS

The above-entitled matter was submitted to this Court upon the motion of the Association of Fish and Wildlife Agencies ("Association") for leave to participate as an amicus curiae pursuant to Rules 5 and 7 of the Federal Rules of Civil Procedure. The Association also filed its proposed *amicus* brief with its motion.

In accordance with LCR 7(m), the Association consulted with counsel for the Plaintiffs, federal Defendants, and Intervenor-Defendants. Plaintiffs' counsel oppose the motion, while the Defendants' and Intervenor-Defendants' counsel do not oppose the motion.

After reviewing the Association's Motion and proposed brief, the Court finds that the Association has demonstrated an adequate interest in the case as well as indicated how its participation will aid the court in deciding the issues in the case. Therefore, it is hereby ORDERED that:

1. The Association's Motion to Participate as *amicus curiae* is GRANTED; and
2. The Association shall be permitted to participate as *amicus curiae* in this case.

DATED: _____                    BY THE COURT


                                        _____
                                        HON. BERYL A. HOWELL
                                        UNITED STATES DISTRICT JUDGE