Use the Tab key to move from field to field on this form.

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Humane Society of the United States,
et al.,

                                    )
                                    )
                                    )
                                    )
                      Plaintiff    )        Civil Action No.____13-CV-00186-BAH_____
          vs                        )
                                    )
Sally Jewell, et al.                )
                                    )
                                    )
                      Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __the Association of Fish and Wildlife Agencies__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __the Association of Fish and Wildlife Agencies__ which  have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_M. Carol Bambery_____
Signature

_Michigan Bar No. 37915_____          M. Carol Bambery_____
BAR IDENTIFICATION NO.                              Print Name

                                                    444 N. Capitol St. NW, Ste. 725_____
                                                    Address

                                                    Washington, DC 22201_____
                                                    City          State          Zip Code

                                                    202-624-7890_____
                                                    Phone Number