# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, et al.,<br><br>  Defendant,<br><br>and<br><br>HUNTER COALITION FOUNDATION,<br><br>  Defendant-Intervenor. | Civil Action No. 13-00186 (BAH)<br><br>[PROPOSED] ORDER<br>**Granting Hunter Conservation Coalition's Cross-Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment** |

The Court hereby **ORDERS** the following:  Having considered all the pleadings, motions, oppositions and replies submitted by the parties and the Administrative Record, the Court hereby **GRANTS** Hunter Conservation Coalition's Cross-Motion for Summary Judgment and **DENIES** Plaintiffs' Motion for Summary Judgment.

Dated:

**IT IS SO ORDERED:**

_____
U.S. District Court Judge