IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE

Case Name:	The Humane Society of the United States, et al.
v.
Sally Jewell, et al.

Case No:	13-CV-0186-BAH

    I hereby certify that on December 12, 2013, a copy of the following documents were filed with the Clerk of the Court and served through the CM/ECF system upon all registered attorneys of record.

- MEMORANDUM OF POINTS AND AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

s/ Cynthia R. Hirsch