Use the Tab key to move from field to field on this form.

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Humane Society of the United States, et al.,

    Plaintiff

vs

Sally Jewell, et al.

    Defendant

Civil Action No. __13-CV-00186-BAH____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __the Association of Fish and Wildlife Agencies__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Association of Fish and Wildlife Agencies__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*M. Carol Bambery*
Signature

_Michigan Bar No. 37915_____
BAR IDENTIFICATION NO.

M. Carol Bambery
Print Name

444 N. Capitol St. NW, Ste. 725
Address

Washington, DC 22201
City   State   Zip Code

202-624-7890
Phone Number