## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States<br>2100 L Street NW<br>Washington, DC 20037;<br><br>Born Free, USA<br>1122 S Street<br>Sacramento, CA 95811;<br><br>Help Our Wolves Live ("HOWL")<br>4901 Second Ave. South<br>Minneapolis, MN 55419;<br><br>Friends of Animals and Their Environment ("FATE")<br>3333 Alabama Ave.<br>St. Louis Park, MN 55415,<br><br>       Plaintiffs,<br><br>   v.<br><br>Sally Jewell, Secretary of the Interior,<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240;<br><br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240;<br><br>United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC 20240,<br><br>       Defendants. | Civil Action No. 13-00186-BAH<br><br><br>**PLAINTIFFS' FILING OF<br>PARTIES' AGREED JOINT<br>APPENDIX**<br><br><br>**[ORAL ARGUMENT REQUESTED]** |

## PARTIES' AGREED JOINT APPENDIX

In accordance with the Court's October 22, 2013 Minute Order and LCvR 7(n), Plaintiffs

hereby file the parties' agreed joint appendix.  The joint appendix contains copies of those

portions of the Administrative Record that are cited or relied upon in any of the parties'

memoranda in support of or in opposition to summary judgment.  An index to the parties' agreed

joint appendix is attached hereto as Exhibit 1.


Dated:  March 4, 2014

By:    */s/ Bruce A. Wagman*

Bruce A. Wagman, Admitted *pro hac vice*
bwagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
(415) 901-8700
(415) 901-8701 (facsimile)

Ralph Henry, D.C. Bar No. 982586
rhenry@humanesociety.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

*Attorneys for Plaintiffs The Humane Society of the United States; Born Free, USA; Help Our Wolves Live ("HOWL"); and Friends of Animals and Their Environments ("FATE")*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF

system on all counsel of record.


*/s/ Bruce A. Wagman*
Bruce A. Wagman, Admitted *pro hac vice*
Attorneys for Plaintiffs

**EXHIBIT 1**

Index to Parties' Agreed Joint Appendix

Case 1:13-cv-00186-BAH; *The Humane Society of the United States, et al., v. Jewell, et al.*

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|------------------|------------------------|
| A | 001 | 1992/01/01 | Federal Recovery Plan for the Eastern timber Wolf | 000001A - 000074A |
| B | 003 | 1997/12/15 | Michigan Gray Wolf Recovery and Management Plan | 000080A - 000152A |
| C | 004 | 1999/10/27 | Wisconsin Wolf Management Plan | 000153A - 000286A |
| D | 005 | 2001/02 | Minnesota Wolf Management Plan | 000287A - 000366A |
| E | 006 | 2008/02 | Post-delisting Monitoring Plan for the Western Great Lakes Distinct Population Segment of the Gray Wolf | 000367A - 000394A |
| F | 007 | 2008/07/10 | Michigan Wolf Management Plan (Revised) | 000395A - 000490A |
| G | 008 | 2008/12/12 | Solicitor's opinion Subject: U.S. Fish and Wildlife Service Authority under Section 4(c)(1) of the Endangered Species Act to Revise Lists of Endangered and Threatened Species to "Reflect Recent Determinations | 000491A - 000509A |
| H | 014 | 2009/11/20 | North American Wolf Recovery Structured Decision Making Project – Report | 000806A - 000888A |
| I | 015 | 2010/03/15 | Minnesota DNR Letter from Mike Holsten, Commissioner, to Secretary Salazar RE: Petition to Delist the Minnesota Gray Wolf from the List of Endangered or Threatened Species Under the Endangered Species Act dated March 15, 2010 | 000889A - 000896A |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|-------------------|------------------------|
| J | 018 | 2010/04/27 | Letter from Secretary Matthew Frank, WI DNR to Secretary Salazar: Petition to de-list the Gray Wolf in the State of Wisconsin and Joinder in the March 15, 2010 Petition of the State of Minnesota to Delist the Minnesota Gray Wolf from the List of Endangered or Threatened Species Under the Endangered Species Act | 000936A - 000954A |
| K | 020 | 2010/05/18 | Letter from Bill Horn, Law Offices of Birch, Horton, Bittner and Cherot, received by USFWS on May 18, 2010 RE: Petition of the U.S. Sportsmen's Alliance, Wisconsin Bear Hunters Association, Dairyland Committee of Safari Club International Chapters of Wisconsin, National Wild Turkey Federation of Wisconsin, Whitetails of Wisconsin, and Wisconsin Firearms Owners, Ranges, Clubs and Educators, Inc. to Remove Great Lakes Area Gray Wolves from the Lists of Threatened and Endangered Species | 000956A - 000966A |
| L | 029 | 2010/06/29 | Letter from Lawrence Rudolph of Safari Club International addressed to Secretary Salazar and Director Gould dated June 16, 2010 RE: Petition to Remove the Wolves of the Great Lakes from the Lists of Endangered and Threatened Species Under Authority of the Endangered Species Act | 001054A - 001069A |
| M | 030 | 2010/06/30 | Response Letter from Lynn Lewis to Lawrence Rudolf of Safari Club International acknowledging receipt of Petition | 001070A |
| N | 044 | 2010/11/15 | Public comments submitted on 90-day Findings on 4 Wolf Delisting Petitions | 001320A plus public comments |
| O | 047 | 2010/11/22 | Draft of proposed WGL DPS delisting rule | 001324A |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|------------------|------------------------|
| P | 053 | 2010/11/28 | Proposed WGL Delisting Draft dated 28 November 2010 | 001680A |
| Q | 056 | 2010/12/02 | Proposed WGL DPS Delisting Draft dated 2 December, 2010 | 001956A |
| R | 058 | 2010/12/02 | Email From: Trick To: Ragan. Subject: WI DNR Updates to State Wolf Management Plan? | 002206A |
| S | 059 | 2010/12/03 | Email From: Ragan To: Constantino. Subject: Proposed Rule to Identify and Delist a WGL DPS of Gray Wolves, 01:51 PM. Attachments: Proposed WGL DPS Delisting_Draft 12-3- 2010_For Wo and FSOL Prelim Review; References for 2010 Proposed Rule; Package BP_delisting proposal | 002207A |
| T | 060 | 2010/12/03 | Proposed WGL DPS Delisting Draft dated 3 December, 2010, for WO Preliminary review, includes Ragan edits; 249 pp. Attachment to 12/3/2010 email Subject: Proposed Rule to Identify and Delist a WGL DPS of Gray Wolves, 01:51 PM | 002208A |
| U | 061 | 2010/12/03 | References for 2010 proposed rule_ for 12/3/2010 draft.  20 pp. Attachment to 12/3/2010 email Subject: Proposed Rule to Identify and Delist a WGL DPS of Gray Wolves, Date: 12/03/2010 01:51 PM | 002457A - 002476A |
| V | 062 | 2010/12/03 | Information Memorandum for the Director on proposed delisting of gray wolves in the WGL. 2 pp. Attachment to 12/3/2010 email Subject: Proposed Rule to Identify and Delist a WGL DPS of Gray Wolves | 002477A - 002478A |
| W | 063 | 2010/12/03 | Proposed WGL DPS Delisting Draft dated 3 December, 2010, for WO Preliminary review, clean | 002479A |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|------------------|-----------------------|
| X | 066 | 2010/12/07 | Letter from Senator Klobuchar to Ken Salazar regarding expediting process to delist wolves in WGL | 002732A |
| Y | 067 | 2010/12/07 | Email From: Lewis To: TJ Miller; Ragan; Holm; Parham. Subject: Follow-up Wolf Meeting | 002733A - 002744A |
| Z | 078 | 2010/12/09 | Letter from Tom Strickland, Assistant Secretary for Fish and Wildlife and Parks to Senator Klobuchar | 002769A |
| AA | 079 | 2010/12/09 | Email From: Holm To: Ragan; Parham; Traxler; Lewis. Subject: FYI: gray wolf letter | 002770A - 002779A |
| BB | 087 | 2010/12/10 | Email Chain From: Lewis To: Dingledine. Subject: Wolf, 03:08 PM. Attachments: Klobuchar news release; Midwest_NR_wolf_Dec10_2010 | 002821A - 002822A |
| CC | 092 | 2010/12/14 | Email From: Constantino To: Ragan. Subject: Potential strategy for wolf proposal, 04:00 PM. Attachments: Components of Rule and Components of Rule.mc comments | 002831A - 002833A |
| DD | 099 | 2010/12/22 | Email From: Lewis To: TJ Miller; Ragan. Subject: Wolf delisting | 002846A - 002847A |
| EE | 101 | 2010/12/28 | Draft proposed rule with comments from Constantino. Attachment to 12/28/2010 email Subject: preliminary review of WGL DPS proposed delisting rule | 002849A; 002855A-002872A; 003082A-003087A |
| FF | 107 | 2011/01/07 | Email From: Constantino To: Ragan Subject: SPR review of current draft WGL delisting rule | 003107A - 003111A |
| GG | 191 | 2011/02/14 | Proposed WGL DPS Delisting Draft dated 14 February, 2011, Preliminary review with multiple comments | 004151A - 004163A |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|------------------|------------------------|
| HH | 235 | 2011/03/07 | Notes from March 3, 2011, call with Mary Parkin, Marj Nelson, Rich Sayers, Anna Munoz, Lynn Lewis, TJ Miller and Laura Ragan to discuss SOL and DOJ comments on the preliminary review draft of the WGL wolf proposal | 005788A |
| II | 238 | 2011/03/07 | Email From: Ragan To: Lewis. Subject: Re: Wisconsin DNR Meeting - Agenda Items | 005804A - 005806A |
| JJ | 361 | 2011/04/19 | Email From: Deloria To: multiple individuals.  Subject: Western Great Lakes Wolf Proposal | 011347A |
| KK | 374 | 2011/05/03 | Letter from Michigan DNR to Director Gould requesting additional public hearings - dated 3 May, 2011 | 011379A |
| LL | 391 | 2011/05/05 | Federal Register dated  5 May, 2011; 50 CFR Part 17, Endangered and Threatened Wildlife and Plants; Proposed Rule To Revise the List of Endangered and Threatened Wildlife for the Gray Wolf (Canis lupus) in the Eastern United States, Initiation of Status Reviews for the Gray Wolf and for the Eastern Wolf (Canis lycaon); Proposed Rule | 011434A - 011494A |
| MM | 429 | 2011/06/21 | Attachment to email from Nancy Thomas Subject: Peer Review of Proposed Rule To Revise the List of Endangered and Threatened Wildlife for the Gray Wolf (Canis lupus) in the Eastern United States: WGLDPS Delisting 2011- NJThomas | 011652A - 011654A |
| NN | 440 | 2011/06/28 | Attachment to email Subject: Peer Review of Proposed Rule To Revise the List of Endangered and Threatened Wildlife for the Gray Wolf (Canis lupus) in the Eastern United States, 03:52 PM: Delisting review MECH 6-28-11 | 011709A - 011713A |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|-------------------|----------------------|
| OO | 451 | 2011/07/13 | Email from Nelson to TJ Miller, Ragan, Lewis, Martin Miller.  Subject: Rule Finalization Options.  9:02 AM.  Attachment:  Eastern Options for the Diretor | 011748A - 011749A |
| PP | 453 | 2011/07/18 | Draft Eastern Options for the Director for finalizing the decisions regarding the status of Wolves in the eastern states, with revision comments; | 011751A - 011752A |
| QQ | 455 | 2011/07/19 | Final for Discussion of Eastern Options for the Director for finalizing decisions regarding the status of Wolves in the eastern states, final version | 011755A - 011756A |
| RR | 469 | 2011/08/10 | Email From: Constantino To: TJ Miller.  Subject: Does R3 want to have a call tomorrow afternoon to discuss the schedule for completing the final rule for the WGL DPS delisting determination | 012024A - 012027A |
| SS | 472 | 2011/08/11 | Email From: Parham To: Ragan; Traxler.  Subject: Gl wolves | 012036A - 012041A |
| TT | 484 | 2011/08/18 | Submitted Manuscript with Copyright Material titled "An Account of the Taxonomy of North American Wolves from Morphological and Genetic Analyses' by: Steven M. Chambers, Steven R. Fain, Bud Fazio, Michael Amaral | 012080A – 012082A; 012257A – 012158A |
| UU | 485 | 2011/08/18 | Submitted Manuscript without Copyright Material titled "An Account of the Taxonomy of North American Wolves from Morphological and Genetic Analyses' by: Steven M. Chambers, Steven R. Fain, Bud Fazio, Michael Amaral | 012258A; 012265A - 012267A |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|-------------------|------------------------|
| VV | 499 | 2011/08/24 | Email attachment: USFWS News Release dated  25 August 2011, Fish and Wildlife Service Reopens Comment Period on Revising the List of Endangered and Threatened Wildlife for the Gray Wolf in the Eastern United States | 012468A - 012469A |
| WW | 504 | 2011/08/26 | Federal Register: Reopening Comment Period on Proposal to Delist WGL Wolf DPS | 012481A - 012483A |
| XX | 517 | 2011/09/21 | Summary of Wolf Delisting Comments that Address Taxonomy (through 9/20/2011) | 012512A |
| YY | 521 | 2011/09/25 | Email From: Peterson To: Ragan. Subject: Western Great Lakes Wolf Proposed Delisting - Peer Review, 11:47 AM. Attachments: R3 Peer Reviewer Instructions_delisting.doc (Attachment included elsewhere in record - 20110510 document) | 012769A - 012771A |
| ZZ | 522 | 2011/09/26 | Public comments received on the proposal revising the listing of the gray wolf in the western Great Lakes | 012772A plus public comment |
| AAA | 552 | 2011/11/03 | Email From: Stark To: Ragan. Subject: statute change & wheeldon comment, 10:43 AM. Attachments: 2011 Legislative changes for gray wolf.; Wheeldon et al..pdf | 014159A |
| BBB | 553 | 2011/11/03 | Attachment to email Subject: statute change & wheeldon comment | 014160A |
| CCC | 623 | 2011/12/16 | Email From: Stark To: Laura. Subject: WGL Wolf Final Delisting Rule, 03:12 PM; Attachments: Great Lakes Wolf Final Delist FAQs_draft 1216_MNedits.doc | 017384A - 017385A |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|-------------------|-----------------------|
| DDD | 624 | 2011/12/16 | Email attachment to Stark, Dan to Laura_Ragan Great Lakes Wolf Final Delist FAQs draft 12 16 MNedits | 017386A - 017392A |
| EEE | 629 | 2011/12/19 | List of References cited in 2011 Final Rule for the Wolf WGL DPS | 017406A - 017428A |
| FFF | 630 | 2011/12/19 | References cited in 2011 Final Rule for the Wolf WGL DPS - copies of references that are additional to those included in the administrative record for the 2007 final rule | 017755A - 017767A; 017796A - 017809A; 018270A - 018287A; 018605A – 018622A; 018631A – 018676A; 018838A – 018840A; 018868A – 018880A |
| GGG | 651 | 2012/01/03 | Federal Register Wolf WGL Delist 28 December, 2011 ( 81666 Federal Register / Vol. 76, No. 249 / Wednesday, December 28, 2011 / Rules and Regulations ) | 019730A - 019854A |
| HHH | 2007AR23 | 2005/03/28 | Chart showing 3 'Options' and 'Appeal'. Note says 'Briefing for Matt 3/28/05'.  1 p. with attached 1 page of maps of 2000 proposed and 2003 gray wolf DPSs | 115-116 |
| III | 2007AR25 | 2005/03/30 | Letter from Brian Schweitzer, Gov. of Montana, and Dirk Kempthorne, Gov. of Idaho, to Gale Norton.  Suggesting a meeting of five states to discuss lack of meaningful progress toward wolf delisting | 118-119 |

| Exh. | AR Doc# | Date | Title/Description | Bates Ranges Included |
|------|---------|------|-------------------|------------------------|
| JJJ | 2007AR35 | 2005/04/11 | E-mail from Ron Refsnider to numerous USFWS personnel and Kristen Gustafson (DOJ).  Subject:  DRAFT Summary of Marymount Wolf Meeting & Options Paper. 1 p. with attachments:  Marymount 2005 Notes – draft 8.doc (5 pp.) and OPTIONS PAPER draft 4.doc (6 pp.) [Redacted] | 150-161 |
| KKK | 2007AR57 | (undated) 2005/07/06 | Title:  Thoughts on Delineating a Gray Wolf DPS for Recovered Wolves in the Midwest Following the Ruling by the Oregon District Court.  Prepared by Ron Refsnider | 228-231 |
| LLL | 2007AR58 | (undated) 2005/07/08 | Title:  Introductory Discussion on Drawing DPS boundaries for Gray Wolves …. | 232-233 |
| MMM | 2007AR228 | 2006/07 | All comments received during 3/27/06 to 6/26/06 comment period, with privacy redactions to letters 124 and 253 (pp. 152 and 513).  1139 pp.  [Redacted] | 7714 – 7719; 8248 - 8256 |

35026-0010

SF\320975034.1