# EXHIBIT A



# Recovery Plan
## For The
# EASTERN
# TIMBER
# WOLF

U.S. Fish and Wildlife Service

Twin Cities, Minnesota

000001A

# RECOVERY PLAN
# FOR THE

# EASTERN TIMBER WOLF

## Revised 1992

### Original Recovery Plan Approved June 5, 1978

Prepared by the Eastern Timber Wolf Recovery Team

for

Region 3, U.S. Fish and Wildlife Service

Twin Cities, Minnesota

Approved: _James C. Gritman_
Regional Director, U.S. Fish and Wildlife Service

Date: JAN 8 1 1992

000002A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

## DISCLAIMER PAGE

Recovery plans delineate reasonable actions which are believed to be required to recover and/or protect listed species. Plans are published by the U.S. Fish and Wildlife Service, sometimes prepared with the assistance of recovery teams, contractors, State agencies, and others. Objectives will be attained and any necessary funds made available subject to budgetary and other constraints affecting the parties involved, as well as the need to address other priorities. Recovery plans do not necessarily represent the views nor the official positions or approval of any individuals or agencies involved in the plan formulation, other than the U.S. Fish and Wildlife Service. They represent the official position of the U.S. Fish and Wildlife Service *only* after they have been signed by the Regional Director or Director as *approved*. Approved recovery plans are subject to modification as dictated by new findings, changes in species status, and the completion of recovery tasks.

      EASTERN TIMBER WOLF

RECOVERY PLAN

## ACKNOWLEDGEMENTS

The U.S. Fish and Wildlife Service gratefully acknowledges the efforts of the many individuals that have contributed their energy and time - official as well as personal - to the preparation of this recovery plan. We especially extend our appreciation to the current recovery team members, as well as former team members William Hickling, LeRoy Rutske, and Robert Linn, and recovery team consultants Tom Weise and John Mathisen. Ron Refsnider, staff biologist in the Endangered Species Division, Twin Cities, Minnesota, was instrumental in getting this recovery plan revised and finalized. Many other individuals have also assisted in this effort and we sincerely thank them all for their various contributions.

This document should be cited as follows:
U.S. Fish and Wildlife Service. 1992. *Recovery Plan for the Eastern Timber Wolf*. Twin Cities, Minnesota. 73 pp.

Additional copies may be purchased from

Fish and Wildlife Reference Service
5430 Grosvenor Lane, Suite 110
Bethesda, Maryland 20814
301-492-2603 or 1-800-582-3421

The fee for a recovery plan varies depending upon the number of pages in the plan.

    EASTERN TIMBER WOLF

RECOVERY PLAN

# SUMMARY

Current Status: The eastern timber wolf is a subspecies of the gray wolf and is listed as threatened in Minnesota and endangered throughout the remainder of its historic range in the eastern United States. A stable and growing population estimated at 1550 to 1750 wolves currently exists in Minnesota. Approximately 45 to 60 wolves comprise a second population in northern Wisconsin and the Upper Peninsula of Michigan. An additional thirteen or fourteen wolves are located in Isle Royale National Park, Michigan.

Habitat Requirements and Limiting Factors:  This subspecies cannot survive over the long term without (1) large tracts of wild land with low human densities and minimal accessibility by humans, and (2) the availability of adequate wild prey, largely ungulates and beaver. Currently, it is believed that there exists sufficient suitable habitat in Minnesota, Wisconsin, and Michigan to achieve the recovery criteria.

Recovery Objective: Delisting.

Recovery Criteria: At least two viable populations within the 48 United States satisfying the following conditions must exist: (1) the Minnesota population must be stable or growing, and its continued survival be assured, and (2) a second population outside of Minnesota and Isle Royale must be re-established, having at least 100 wolves in late winter if located within 100 miles of the Minnesota wolf population, or having at least 200 wolves if located beyond that distance. These population levels must be maintained for five consecutive years before delisting can occur. A Wisconsin-Michigan population of 100 wolves is considered to be a viable second population, because continued immigration of Minnesota wolves will supplement it demographically and genetically for the foreseeable future.

Reclassification Criterion: The Wisconsin wolf population should be reclassified to threatened status when the late-winter Wisconsin population is maintained at 80 wolves for three consecutive years. Reclassifying Michigan wolves also may be considered at that time.

   

EASTERN  TIMBER WOLF

RECOVERY PLAN

## Summary of Major Changes in this Revision:

1   The Plan describes the characteristics of a "viable population" of wolves at two levels of geographic isolation from the Minnesota population. (These characteristics were absent from the original 1978 Plan, but were added to it in 1981.) The Plan also specifies that populations must exhibit these characteristics for at least five consecutive years to be considered viable.

2   A Wisconsin wolf population of 80 or more for three successive years will allow reclassification to "threatened" in Wisconsin, and possible reclassification in Michigan.

3.   The importance of minimizing roads open to the public within wolf habitat is described and quantified in a "road density statement."

4.   The Plan recommends changes to the wolf depredation control program in Minnesota to allow non-lethal control of depredating wolves in Zone 1, and more timely action at sites of repeated depredations in Zones 4 and 5.

5.   Several changes to the Minnesota Wolf Management Zone boundaries are recommended to improve the original delineations. These recommendations stem from better information on habitat conditions and wolf numbers in portions of Zones 3, 4, and 5, and from the previous unwarranted inclusion of several communities and built-up areas within Zone 1.

6.   Areas in the southern and central Appalachian Mountains are no longer being considered for future eastern timber wolf reintroduction.

7   The list of factors that are critical threats to the long-term survival of the eastern timber wolf has been expanded to include diseases and parasites.

000006A

   

EASTERN  TIMBER WOLF

RECOVERY PLAN

## Summary of Major Actions Needed:

1.  Increase public education programs on wolf restoration.
2.  Monitor wolf populations, habitat conditions, and prey base.
3.  Maintain suitable habitat conditions and prey populations throughout recovery areas.
4.  Provide concerted law enforcement activities.
5.  Minimize losses of domestic animals due to wolf predation.
6.  Evaluate need and feasibility of restoring wolves to Maine-New Hampshire and/or New York.


Total Estimated Cost of Recovery:  $13,500,000


Estimated Date of Recovery:  2005

   

EASTERN  TIMBER WOLF

RECOVERY PLAN

## EASTERN TIMBER WOLF RECOVERY TEAM MEMBERS

| | |
|---|---|
| Ralph E. Bailey, Leader | 807 W. Fair Ave.<br>Marquette, MI 49855 |
| Peter Gogan | Voyageurs National Park<br>P.O. Box 50<br>International Falls. MN 56649 |
| L. David Mech | U.S. Fish & Wildlife Service<br>North Central Forest Experiment<br>Station<br>1992 Folwell Ave.<br>St. Paul, MN 55108 |
| Ronald F. Nicotera | Bureau of Endangered Resources<br>Wisconsin Dept. of Nat. Resources<br>Box 7921<br>Madison, WI 53707 |
| Mike Hathaway | U.S. Forest Service<br>Nicolet National Forest<br>Federal Building<br>68 South Stevens<br>Rhinelander, WI 54501 |
| Robert E. Radtke | 2411 Ninth Avenue<br>Lewiston, ID 83501 |
| David Schad | Section of Wildlife<br>Division of Fish and Wildlife<br>Department of Natural Resources<br>Box 20, 500 Lafayette Road<br>St. Paul, MN 55146 |
| Karl Siderits | White River National Forest<br>P.O. Box 948<br>Glenwood Springs, CO 81602 |

000008A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

## TABLE OF CONTENTS

Page

I.  INTRODUCTION ................................................................................. 10

A.  Wolf Biology and Life History ........................................................ 10

B.  Hybridization ................................................................................... 12

C.  Present Range and Population ........................................................ 13

D.  Range Restrictions ..........................................................................

E.  Critical Factors ....................................................................... 16

F.  Human Density and Accessibility - Road Density Statement. ............. 17

Distribution of roads .................................................................... 18

Risk of the expected human use of roads ................................... 18

Road design factors influencing human use of roads ............... 18

Road management ............................... 19

Road management guidelines ........... 19

G  Ecologically Sound Management .... ........................... 19

H  Wild Prey .......................................... ..... 20

I.  Public Education ................................ .... 22

J.  Parasites and Diseases ......... ............... 22

II.  RECOVERY

A  Objective ....... 23

Background ....................................................................

Viable Population ....................................... ....................... 24

Wolf population goals .............................................

Methods of achieving goals ..............................................

B.  Recovery Plan Outline

C.  Literature Cited ..................... ....................... 36

III. IMPLEMENTATION TABLE ................................................................. 42

   

EASTERN TIMBER WOLF

RECOVERY PLAN

**APPENDIX I**

**PAST, PRESENT, AND POTENTIAL EASTERN TIMBER WOLF RANGE** ......... 55

    Part 1 - Areas to be Investigated for Wolf Re-establishment

    Part 2 - Eastern Timber Wolf Area Status Map ...................... .......... 58

**APPENDIX II**

**SUMMARY OF BASIC DATA FROM FWS/USDA WOLF-LIVESTOCK DEPREDATION CONTROL PROGRAM IN MINNESOTA (1979-91)** .................... 59

**APPENDIX III**

**CRITICAL HABITAT AND MINNESOTA WOLF MANAGEMENT ZONES** ........ 68

    Map - Minnesota Wolf Management Zones....,............... .............. 72

    Map - Proposed Minnesota Wolf Management Zones.

000010A

      EASTERN TIMBER WOLF

RECOVERY PLAN

# INTRODUCTION

The eastern timber wolf (*Canis lupus lycaon*) of eastern North America is one of 32 subspecies or geographic races of the gray wolf, 24 of which originally inhabited North America (Mech 1970). An increasing number of taxonomists believe that too many subspecies of North American wolves are recognized, and that the present number should be reduced (Rausch 1953, Jolicoeur 1959, Kelsall 1968, Mech 1974a, Nowak 1983). Nevertheless, the latest published taxonomic revisions still recognize the eastern timber wolf as a separate subspecies.

Originally, the eastern timber wolf occurred throughout most of the eastern United States and southeastern Canada (Appendix 1). At present, the United States population remains only in Minnesota, Michigan and Wisconsin, comprising about three percent of its original range. The subspecies is still relatively common throughout most of its original Canadian range. In 1967 the eastern timber wolf was listed by the U.S. Secretary of the Interior as "endangered" in the United States. The Superior National Forest of Minnesota was closed to the taking of wolves in 1970, and in August 1974 the subspecies was legally protected by the Federal Endangered Species Act of 1973 (Public Law 93-205). Wolves had been protected by State law in Michigan since 1965 and in Wisconsin since 1957. Minnesota outlawed taking in 1974. In April 1978 the U.S. Fish and Wildlife Service (FWS) reclassified the eastern timber wolf in Minnesota as "threatened," and in 1985 the U.S. Court of Appeals upheld a lower court's decision outlawing the public harvest of wolves in Minnesota and reaffirming the FWS's responsibility for managing the subspecies.

## *Wolf Biology and Life History*

The following information about the eastern timber wolf was largely condensed from Mech (1970, 1974a), Rothman and Mech (1979), Fritts and Mech (1981), and Fuller (1989).

Eastern timber wolves generally weigh 50 to 100 pounds (23 to 46 kg.) as adults, with males generally heavier than females. They are usually a mixed gray, but a small percentage are black or white (Mech and Frenzel 1971). Most wolves live in family groups or packs consisting of two to eight members, although packs of up to 21 have been reported.

Each pack inhabits an area of 20 to 214 square miles (51 to 555 km$^2$) or more and tends to be territorial. There is a dominance hierarchy within each pack, and generally only the top ranking male and female breed, although there are exceptions (Packard et al. 1983). Pups are produced from early April through early May, and under good conditions litter sizes average four to seven (Mech 1970, Fuller 1989). Some offspring

000011A

   

EASTERN  TIMBER WOLF

remain with the pack, and others leave the territory as they mature. These independent animals become lone wolves and either live nomadically over areas of 1,000 square miles (2,500 km$^2$) or more, or disperse out of the area, sometimesmoving more than 500 miles (800 km) (Fritts 1983). If they find a member of the opposite sex and suitable range that is not occupied by other wolves, they may settle into a territory, mate, and begin their own pack.

Generally the prey of eastern timber wolves consists of white-tailed deer (*Odocoileus virginianus*), moose (*Alces alces*),and beaver (*Castor canadensis*), but wolves will also take domestic animals including dogs, sheep and cattle (Appendix II). Several studies indicate that generally the old, sick, weak, or disabled prey are most vulnerable to wolf predation. Generally, wolves are not instrumental in causing prey declines. However, in a portion of Minnesota the wolf has been implicated in accentuating a deer decline that apparently began as a result of deteriorating habitat and a series of hard winters (Mech 1977a, Mech and Karns 1977). By 1989, however, this deer herd was well on the way to recovery (Nelson and Mech 1986, and Mech, unpublished data).

Some humans resent the wolf's predation on livestock and big game and persecute wolves because of it, despite State and Federal protective laws (Weise et al. 1975). However, most citizens of Michigan (Hook and Robinson 1982, Kellert 1990) and Minnesota (Kellert 1985, 1986) —including hunters, trappers, and farmers—hold a positive attitude toward wolves and consider them a valuable asset. Nevertheless, according to Kellert's (1986) survey conducted in 1984, more than 30% of Minnesota farmers, hunters and trappers, and 26% of northern county respondents indicated they might shoot a wolf even though it would be illegal.

Wolves kill livestock in Minnesota each year, primarily in Zones 4 and 5 (Appendix III). Although these depredations may bring hardships to a few individual ranchers, on the average such losses are low. Approximately five cattle are claimed lost per 10,000, and approximately twelve sheep per 10,000, in wolf range per year (Fritts 1982). From 1979 through 1991, the total number of farms that sustained verified wolf depredations on livestock has varied from 9 to 55 per year which is an average of 27 farms per year. The Minnesota Department of Agriculture has paid compensation for livestock killed by wolves averaging $26,762 per year (Appendix II). The FWS conducted a highly directed wolf control program from 1979 to 1985, and in 1986, the program was transferred to the United States Department of Agriculture's Animal and Plant Health Inspection Service, Animal Damage Control Program (ADC). Some 6 to 42 wolves were killed in the control program during the period from 1979 through 1985, with an average of 26 wolves killed per year. Since that period the numbers of depredation complaints, verified complaints, and wolves killed have increased significantly. The number of wolves killed has increased annually, from 31 in 1986 to 91 in 1990, followed by a decrease to 54 in 1991. This is an average of 60 during this period. In these same six years the number of farms experiencing verified livestock losses to wolves has varied from 25 to 55, and averaged 38 per year. An average of two dogs were verified as having been killed by wolves annually from 1986 through 1988;

   

EASTERN TIMBER WOLF

the average decreased to ten dogs for the years 1989 through 1991 (Paul 1992, in Appendix II).

It is interesting to note that since 1974, after total legal protection (except for wolves taken illegally and those killed for livestock-depredation control), wolf depredations on livestock only began significantly increasing about 1988 (Fritts et al. in press). Generally, year-to-year depredations seem to be primarily a function of winter weather conditions. The milder a winter, the greater the amount of wolf depredations on livestock the following summer. This may indicate that wolves take livestock as secondary prey when deer fawns, their primary summer prey, are less vulnerable due to better prenatal nutrition (Mech et al. 1986b, Fritts et al. in press).

According to Goldman (1944), the reduction of the eastern timber wolf population in the United States was caused by: (1) intensive human settlement of the land, (2) direct conflict with domestic livestock, (3) a lack of understanding about the animal's ecology and habits, (4) fears and superstitions about the animal, and (5) overzealous control programs designed to exterminate it, and (6) perceived competition for deer and moose.

Now that the wolf's range has been reduced, parasites and diseases may become more significant mortality factors. This is especially true of heartworm (*Dirofilaria immitis*), canine parvovirus (CPV), and Lyme disease, which are new to the eastern timber wolf. Heartworm has gradually spread northward, probably via southern dogs brought to northern dog trials, and has been found in three Minnesota wolves (Mech and Fritts 1987, and Mech, unpublished). CPV is a new disease infecting Minnesota and Wisconsin wolves and can be fatal (Mech et al. 1986, Goyal et al. 1986). In addition, serological evidence of Lyme disease has been found in Minnesota wolves (Thieking et al. 1991) and Isle Royale wolves (Peterson unpublished data). At present, not enough is known about any of these conditions to predict their effects on wolf populations, but conceivably they could become important. Recent evidence from Minnesota indicates that over half of the variation in annual pup production and a third of the variation in wolf population change in the Superior National Forest is attributable to CPV (Mech and Goyal, in prep.). These findings imply that CPV could be important in limiting isolated or disjunct wolf populations such as those in Wisconsin and Michigan.

### Hybridization

Genetic analyses of 86 wolves from Minnesota indicate that more than half of the population have mitochondrial DNA (mtDNA) derived from coyotes (Lehman et al. 1991). Because mtDNA is inherited only matrilineally, this situation could only have resulted from male wolves having crossed with female coyotes an unknown number of years ago and the matrilineal offspring having survived to the present. The data also indicate that the sample of Minnesota specimens resulted from at least two hybridizations.

   

EASTERN TIMBER WOLF

RECOVERY PLAN

Mitochondrial DNA is believed to only affect the function of mitochondria, and unlike genes in the nucleus, apparently has no effect on the morphology or behavior of individuals. Mitochondrial DNA gene flow can occur in the near absence of nuclear gene flow, and preliminary analyses of nuclear DNA from the wolves with coyote mtDNA indicate no substantial difference between wolves with coyote mtDNA and those with wolf mtDNA (R. K. Wayne, pers. comm.). However, the presence of coyote-derived mtDNA in wolves does show that hybridization between the two species did take place. Furthermore, skull characteristics of canids found in eastern Ontario in the early 1970's indicated such hybridization, presumably to a much greater degree, has taken place there, as well (Kolenosky and Standfield, 1975).

Due to changes in habitat, human habitation patterns and development, populations of wolves may become increasingly disjunct. This tendency may increase chances for wolf-coyote contact and thus hybridization. Although there appears to be no such problem in Minnesota, Wisconsin, or Michigan at present, authorities must be alert to detect any hybridization that may take place, and to evaluate its significance to wolf recovery efforts. While hybridization does pose some threat to the integrity of wolf populations, research to date indicates that it has not been a common occurrence within the United States and is not a significant problem at this time.

### Present Range and Population

At present, the eastern timber wolf in the United States is restricted to the northwestern corner of its original range, an area contiguous to the Canadian population and one of short growing season, rocky outcrops, muskeg, infertile soil, and low human density. The value of much of the wolf's present range for livestock production varies from zero to moderately good. Within this region, the approximate number of wolves remaining in specific areas correlates well with the low density of humans in those areas (Weise et al. 1975).

In the Upper Peninsula of Michigan Hendrickson et al. (1975) estimated the presence of at least six wolves during the early 1970's and postulated that the existence of wolves was due to sporadic breeding and immigration of wolves from Minnesota and Ontario. A total of 16 wolves were recovered in the Upper Peninsula between 1960 and 1986 (Thiel and Hammel 1988). All of the nine wolf carcasses recovered in Upper Michigan between 1967 and 1980 were found in counties adjacent to Ontario or Wisconsin, and seven of the nine were males (Thiel, unpublished data). During 1990 there were an estimated six wolves in Michigan's Upper Peninsula. In Isle Royale National Park, Lake Superior, 12-50 wolves have inhabited about 210 square miles since 1949, with the population estimated at 14 wolves in 1991 (R.O. Peterson, pers. comm.).

In Wisconsin four to six breeding packs of wolves are located in the northwest along the Minnesota border, and six to eight breeding packs exist in the north-central part of

000014A

   

EASTERN TIMBER WOLF

the State. Additionally, small numbers of lone wolves inhabit northeastern Wisconsin adjacent to Michigan. Known wolf numbers in Wisconsin have fluctuated between 15 and 40 in recent years and in 1991 were estimated at a minimum of 40 wolves in 12 packs (Wydeven 1991).

Northern Minnesota, being contiguous with the Canadian population, harbors the most wolves, but the wolf distribution there is complex. When the eastern timber wolf was placed on the Federal endangered species list, little was known about the status of the animal in Minnesota. In 1955 the wolf's range in Minnesota included 12,000 square miles (30,720 km²), andthere were an estimated 300 to 400 wolves on 7,000 square miles (17,900 km²) of the major wolf range (Stenlund 1955). Cahalane (1964) estimated that 350 to 700 individuals inhabited Minnesota in 1964, and their numbers were considered to be stable or decreasing. Since that time intensive research has been conducted on the wolf in that State, and a clearer picture of the animal's status and ecology there has emerged (Mech and Frenzel 1971; Mech 1972, 1973, 1974b, 1975, 1986; Van Ballenberghe and Mech 1975; Van Ballenberghe et al. 1975; Seal et al. 1975; Fritts and Mech 1981; Berg and Kuehn 1982; Fuller 1989).

Two northeast areas of primary wolf range have been delineated in Minnesota, including Zone 1, comprised of 4,462 square miles (11,423 km²), and Zone 2, comprised of 1,864 square miles (4,772 km²); one northwest area of primary range, Zone 3 comprising 3,501 square miles (8,963 km²); and one area of peripheral range, Zone 4 comprising 20,901 square miles (53,507 km² (Appendix III). A more precise analysis indicates a total range of 23,398 square miles (59,900 km²) occupied by breeding packs of wolves (Mech et al. 1988a). In 1978 the Secretary of the Department of Interior designated Zones 1, 2, and 3 as critical habitat under the Endangered Species Act.

The northeast part of the primary wolf range, which includes most of the Superior National Forest (SNF) and its officially designated wilderness, the Boundary Waters Canoe Area Wilderness (BWCAW), appeared to be supporting as many wolves as it could in 1971-72. At that time it contained an estimated 400 wolves, or one wolf per 10 square miles (26 km²) (Mech 1973). Since then, however, the wolf population in the 800 square-mile (2,000-km²) intensive sampling area of the Forest declined to about one wolf per 15 square miles (38 km²) in 1984-85 (Mech 1986), due to a drastic decline in numbers of deer (Mech and Karns 1977), although by 1989 both deer and wolves were increasing again (Mech unpublished data). Indications are that the number of wolves in the rest of the Forest has fluctuated similarly, although not necessarily to the same degree.

In the northwest section of primary range wolf numbers had been low but increased after 1974, probably as a result of the legal protection afforded by the Endangered Species Act of 1973. In spring 1977 there was an estimated one wolf per 13 square miles (33 km²) in a 1,000 square-mile (2,600 km²) census area (Fritts and Mech

   

EASTERN  TIMBER WOLF

1981). Prey populations appear to be adequate there to support more wolves, and wolf numbers increased in the late 1970's (S. H. Fritts, unpublished data).

The peripheral range generally lies south of the primary range, includes a much higher density of roads, farms, and other human activities and constructions, and is highly accessible. There are few, if any, areas in the peripheral range that are not within 3 miles (5 km) of developed roads. The mean density of wolves in the peripheral range is lower, and the population is more variable than in the primary range (Berg and Kuehn 1982; Fuller 1988; Berg 1986; Fritts, unpublished data).

Because of the more settled nature of the peripheral range and the potential for wolf-human conflicts there, attempts to maximize wolf numbers should be restricted to the primary range, and wolf populations in theperipheral range should be held to an average of one wolf per 50 square miles (128 km$^2$).

The variable and dynamic nature of wolf densities throughout various parts of northern Minnesota makes it difficult to arrive at an accurate statewide estimate of wolf numbers. In 1976 Mech (1976) estimated that there were 1,000 to 1,200 wolves in Minnesota, and in 1979 Berg and Kuehn (1982) estimated 1,235. These numbers are greater than the estimate of 500 to 1,000 made by Mech and Rausch (1975), but the new estimates were based on considerably more data than were available to those authors when their estimate was derived in 1973. By 1989 the statewide wolf population had increased to an estimated 1,550 to 1,750 animals (Fuller et al. in press).

Just south and west of the peripheral wolf range is an area of greater accessibility and human density, including a high proportion of intensively farmed areas (Zone 5). Wolves dispersing from either the primary or the peripheral range find their way into this farming country, and many of them are killed. By 1989, wolf populations had begun to colonize this zone (Fuller et al. in press).

### Range Restrictions

Apparently the illegal and/or accidental human kill of wolves has minimized their increase in Michigan and Wisconsin (Henrickson et a 1975, Weise et al. 1975, Robinson and Smith 1977, Thiel 1985) and in the agricultural and highly settled regions of Minnesota. Such exploitation, along with government depredation-control, probably also slows saturation of the peripheral range and any increase in Minnesota. Through 1965, when records were available in Minnesota, an average of about 190 wolves per year were bountied there, and for many years an additional 50 to 60 were taken annually by State DNR employees. From 1965 when the bounty was removed,

   

EASTERN  TIMBER  WOLF

RECOVERY PLAN

through August 1974[1], a comparable number of animals are thought to have been taken each year. From 1974 through 1977, wolves were not killed by the state or Federal government, but from 1978 through 1991, 6 to 91 were destroyed annually by the Federal government (Fritts 1982, Fritts et al. in press, Paul 1992).

Despite an annual kill of perhaps 20 to 30 percent of the estimated number of wolves in Minnesota in earlier years, there was no noticeable decline in the statewide population. This should not be surprising, because it has been demonstrated that annual mortality of 28 percent (Fuller 1989, Keith 1983, Peterson et al. 1984) to 50 percent (Mech 1970:64, Ballard and Stephenson 1982, Ballard et al. 1987) can be sustained by healthy, productive wolf populations. Conversely, the breeding potential of wolf populations with adequate prey is such that without mortality the population could double each year.

On the other hand, total legal protection of the wolf since 1974 has not led to a massive increase in wolves in non-forested areas as some people had feared. From 1974 through about 1978 there has been evidence of a repopulation of semi-wilderness areas adjacent to existing wolf populations, both in Zone 4 of Minnesota and in Wisconsin. In addition, during the last ten years some wolves have repopulated brushy agricultural areas in the north end of Zone 5. While their numbers have been reduced through depredation control activities, livestock depredation problems are still occurring there, indicating that depredation control activities or other wolf population reduction measures may need to be increased and/or initiated in this area.

Conceivably, illegal taking of wolves in accessible areas could be preventing repopulation of such areas. However, it is also possible that dispersing wolves from forested wilderness areas might tend to shun more open, settled areas. Then, if the few that do venture there are killed, this could explain the lack of further repopulation in many such areas despite total protection.

## Critical Factors

Five main factors are critical to the long-term survival of the eastern timber wolf: (1) large tracts of wild land with low human densities and minimal accessibility by humans, (2) ecologically sound management, (3) availability of adequate wild prey, (4) adequate understanding of wolf ecology and management, and (5) maintenance of populations that are either free of, or resistant to, parasites and diseases new to wolves or are large enough to successfully contend with their adverse effects.

---

Exact figures are not available, but these estimates were developed using the numbers of wolves killed in the Minnesota animal damage control program that replaced the bounty.

   

Development has multiple effects on wolves: (1) increased human presence increases the chance of direct killing of wolves, (2) although undocumented, unnatural structures, sounds, and smells might deter wolves from inhabiting an area, (3) artificial corridors such as paved roads, powerlines, fences along interstate highways and railroads may prevent or minimize dispersal (Mech, unpublished data; Thiel, unpublished data), (4) increased human presence increases chances of introducing new diseases and parasites to wolves via pets (Mech and Fritts 1987), and (5) reduced prey species abundance and diversity reduce wolf food supply.

### Human Density and Accessibility
### (Road Density Statement)

No where in the United States is there an area where the eastern timber wolf will not be affected by human activity. Because of the diversity of human attitudes, there will always be differences of opinion about the wolf (Kellert 1986). Wherever people reside in wolf country, they will have domestic livestock and/or pets that may be subject to wolf attack. Thus, the combination of the other four critical factors listed above becomes highly important.

In the long run, public education about the wolf, and the preservation of large tracts of wild land with low human densities and minimal accessibility will best help preserve the wolf.

Human activity and exploitation (legal and illegal) of wildlife increases with accessibility (Holbrook and Vaughan 1985, Van Dyke et al. 1986). This is especially true of wolves, which are strongly affected by roads in the following ways: (1) direct mortality via vehicles, (2) allowing access by hunters and trappers, some of whom deliberately and/or accidentally kill wolves, and (3) in the case of major highways, barriers to dispersal.

Studies in Wisconsin, Michigan, Ontario, and Minnesota indicate that wolf populations usually fail to sustain themselves in areas where rural roads open to the public have densities exceeding 0.93 linear miles of road per square mile of land (0.56 km/km²) (Thiel 1985, Jensen et al. 1986; Mech et al. 1988a). Wolf populations in the upper Great Lakes region are generally restricted to large blocks of land which are below this critical road density threshold (Thiel 1985; Jensen et al. 1986; Mech et al. 1988a). However, where areas of public road densities as high as 1.2 mile per square mile (0.72 km/km²) or higher occur adjacent to large roadless regions inhabited by wolves, such as in the Superior National Forest and near the Chippewa National Forest of Minnesota, these higher road density areas can support wolves under some conditions (Mech 1989; Fuller, unpublished data). Nevertheless, the desired future state is to manage average public road densities so as not to exceed 1 mile per square mile (0.6 km/km²) in the designated recovery areas in Michigan and Wisconsin, and in parts of Minnesota where road density is limiting wolf recovery.

000018A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

To be effective, low densities of roads open to the public must be maintained over sufficiently large areas to allow wolves to meet their biological needs free from adverse human disturbance. Logically, the smallest area to be maintained below threshold would be the amount of land required to sustain the needs of a pack, the basic breeding unit of every wolf population. In Minnesota and Wisconsin wolf pack territories range from 20 to 214 square miles (50 to 555 km$^2$) (Mech 1973; Fritts and Mech 1981; Berg and Kuehn 1982; Fuller 1989; Thiel, unpublished data). Territories tend to be larger in some colonizing populations (Fritts and Mech 1981).

However, a single pack does not constitute a minimum viable population. Although the concept of minimum viable population is still evolving, clearly it would require far more than one family of wolves to reach any such population. Providing for a genetically healthy, self-sustaining population of wolves will require that much larger areas be maintained at below threshold road density levels. Mech (in Henshaw 1979:430) and Soule (1980:163) estimated that a minimum of 4,000 to 5,000 square miles (10,360 to 12,950 km$^2$) would be necessary to support a viable population of wolves (See also p. 23). Where below-threshold regions of this magnitude do not exist, management should be directed at maintaining below-threshold conditions in areas of at least 100 square miles (256 km$^2$) which could contain at least two adjacent wolf packs.

Although the actual public road density threshold for healthy, self-sustaining wolf populations is still unknown and probably varies depending on conditions, two principles for guiding road development can be given. These principles are based on known effects of roads on wolves: (1) the more access provided to wolf range, the more detriment there will be to wolves, (2) the higher grade (i.e. standard) the road is, the more access it will provide.

Based on these guidelines, governmental units seeking to promote wolf conservation should minimize road development and road upgrading. Of greatest importance is the minimizing of new roads. The difference between a new road and any type of existing road is far greater than the difference between one grade of road and another. Significant increases in road quality standards, while not necessarily increasing overall road densities per se, may have a similar affect.

There are many pertinent variables which should be considered in evaluating the existing or proposed road density in a given area as it pertains to wolves. These factors include:

*Distribution of roads.* Where the roads are located in a given area may affect habitat use by wolf prey. Consideration should also be given to road location in relation to wolf dens and rendezvous sites. The layout of roads in a management unit may also influence wolf movements.

*Risk of the expected human use of roads.* An open, low-standard woods road may have greater potential human impact on wolves than a national forest highway.

000019A

   

EASTERN TIMBER WOLF

Lightly travelled woods roads could have high risk to wolves if they are travelled primarily by people seeking to trap or shoot coyotes or wolves.

*Road design factors influencing human use of roads.* The types of vehicle use on the road, whether logging truck, automobile, 3-wheeled vehicles or snowmobile, all constitute a different potential threat by humans to wolves. The risk to wolves differs with each road. The location of the existing road, or of the road to be constructed in relation to habitat types more-or-less utilized by wolves, are factors which may be very relevant in the evaluation of roads and their impact on wolves.

*Road management.* The maintenance of an open road and the seasonal closure are important considerations in increasing or decreasing human access into an area. Road management may differ from road to road or area to area depending on the risk to wolves.

Integration of many of these road variables in a land-use plan is the key to effectively providing for wolf recovery. Biologists and land-management personnel must consider the environmental variables affecting wolf numbers in a given area along with the variables of road design and use to accurately prescribe a suitable road-management program. This type of evaluation and the recognition that access provides risk to wolves through human activities is necessary for wolf recovery.

*Road Management Guidelines:* Within designated critical habitat, or areas of potential habitat needed to achieve recovery plan objectives, the following road management guidelines should be considered by landowners and land management agencies:

1. Ensure that the average density of roads *open to public vehicles* does not exceed 1 mile per square mile (0.6 km/km$^2$) in sufficiently large areas to allow wolves to meet their biological needs in suitable wolf habitat. The types of roads important in this regard are permanent roads requiring routine maintenance that are accessible year-round by 2-wheel-drive vehicles. Included are the following: Primary, Secondary, Arterial, Collector, Local All-Weather, Federal-State-County Highways, Bituminous Concrete, Soil Aggregate, Graded and Drained, and/or U.S. Forest Service Traffic Service Levels, A, B, and C (USDA Forest Service, 1986 and undated).

2. Review management plans and existing road systems for opportunities to close or revegetate roads that are not needed for public use.

3. Close temporary and low standard roads as soon as their intended purpose has been achieved.

4. On Federal, State, industrial, and private lands, consider wolf habitat requirements. Identify areas of suitable habitat where road densities can be managed to achieve recovery objectives. Recognize these in current and future land management plans.

000020A

   

## Ecologically Sound Management

Ecologically sound management includes (1) protection where needed to help restore the eastern timber wolf to areas of its original range and to preserve a naturally functioning population that can serve as a living museum, as a scientific subject, and as a reservoir to repopulate adjacent areas; (2) depredation control where wolves are killing domestic animals; (3) restocking of wolves into suitable areas of their former range, when feasible; (4) continued research and monitoring of wolf populations; and (5) provision of adequate prey diversity and numbers through habitat and population management and reintroductions where appropriate.

The FWS recommends that in Michigan and Wisconsin, and in Zone 1, 2, 3, and 4 of Minnesota (Appendix III), strict protection should be afforded the wolf. Legal protection, however, is only as effective as the public acceptance of laws and regulations needed for wolf management, and the degree of law enforcement devoted to it. Law enforcement is especially needed during fall and winter hunting and trapping seasons, generally September through March. Besides more rigorous and timely enforcement of the laws actually protecting the wolf, additional enforcement is also necessary to insure that vehicles, including off-road vehicles, be kept off roads restricted against their use. Even the regular presence of law enforcement agents in wolf areas is a valuable deterrent to violations.

In all Minnesota Wolf Management Zones, however, government wolf depredation control should be applied in documented cases of depredations on livestock and pets where there is a likelihood that additional depredations will occur. Because livestock raising in the primary range (Zones 1, 2, and 3) is minimal, little taking of wolves there isanticipated. Zone 5 is not suitable for wolves. Wolves found there should be eliminated by any legal means.

The need for a possible exception to the policy of complete protection in Minnesota Zones 2 and 3 (except for livestock-depredation control) activities, is recognized, however. During a series of severe winters a wolf population can contribute strongly to the depletion of local deer herds (Mech and Karns 1977), and then itself be forced to decrease (Mech 1977b, 1986). Therefore, to help ensure that deer populations, and thus wolf numbers, remain high, the FWS believes that if over any 3-year period deer numbers decline below those necessary to support one wolf per 10 square miles (26 km$^2$) in Zones 2 or 3 consideration should be given to artificially reducing wolf numbers there until the deer herd recovers. Such reduction of wolves is not currently legal, but under such conditions this measure might be biologically appropriate. The possibility that deer numbers might drop because of habitat changes or weather conditions, and corrective action must be taken in the form of controlling or reducing wolf numbers, should be considered.

The same principle could also be applied to Zone 1. However, the FWS believes that the value of this Zone for allowing wolf numbers to fluctuate naturally outweighs the

000021A

   

advantage of trying to maintain wolves there at maximum densities. The only wolf control permitted in Zone 1 should be livetrapping and translocation of wolves following verified incidents of depredation on lawfully present domestic animals.

### Wild Prey

The wolf is dependent upon a continual supply of deer, moose and beaver. Thus, one of the most important aspects of this plan is to maintain habitat in a high carrying capacity for prey. The most feasible method of doing this is through commercial and noncommercial timber sales and habitat improvement projects for these species. Such programs require temporary roads, but these can later be obliterated or gated. In protected areas such as Voyageurs National Park or the Boundary Waters Canoe Area where timber sales are prohibited or restricted the prescribed use of fire may produce the mosaic of habitats necessary for a diversity of prey species.

Good deer habitat consists of a high percentage of early forest successional types, especially shade-intolerant species, plus a scattering of forest openings on primarily summer range. Winter range requires adequate shelter with good overhead crown cover. White cedar is best, hemlock is good, and balsam fir is fair. To maintain high density deer herds this winter range should have adequate and suitable browse species intermixed with the cover or along edges.

This plan proposes the use of forest cuttings and prescribed burning to periodically set back forest succession to improve deer and moose habitat. Much of this can be done through commercial cutting developed from sound silvicultural and wildlife management prescriptions. Where commercial sales are not possible subsidized cutting may be called for. These subsidized cuttings and the costs of prescribed burning may be high, butbesides helping the wolf and its prey, such improvements will benefit many other species of wildlife as well as consumptive and non-consumptive users of wildlife. Wildlife managers and foresters must work together in carrying out these practices.

Timber harvesting is compatible with the achieving of wolf population objectives and can be done while following road density guidelines. In areas where wolf numbers are limited because of high road density any new roads required for habitat management or timber harvest should be closed when the management or harvest is completed to comply with road management guidelines. Alternatively, new roads could be left open to the public while adjacent older roads are closed to achieve the same road density goals.

It is also possible that under extreme circumstances, such as a series of severe winters, it may be biologically sound to temporarily reduce or prohibit harvesting of various prey species. Members of the Recovery Team have detected local public sentiment in favor of this approach as applied to deer, beaver, and moose. The intent of this sentiment was not to benefit the wolf but rather to help increase the numbers of

000022A

   

the herbivores, and ultimately to benefit the humans that harvest them. However, restricted harvesting when prey numbers are below the carrying capacity of their range would also help benefit the wolf.

To bolster the prey base of the Minnesota wolf population, the FWS recommends considering re-establishment of the woodland caribou (*Rangifer tarandus*) as an alternate prey species. A remnant caribou herd inhabited Minnesota as recently as 1937 (Moyle 1965), and a large amount of bog habitat similar to that in which the last herds lived is still present throughout much of northern Minnesota. With one more species of potential prey in various local areas, the Minnesota wolf population would be less subject to decline if other prey species decreased. Of special interest as caribou habitat is the Little Saganaga Lake area of the Superior National Forest. Voyageurs National Park is also currently conducting a caribou habitat suitability assessment for the Park area. If a caribou re-establishment program is undertaken some local wolf control might be necessary in early years to foster the effort.

## Public Education

Because of the degree of misunderstanding about wolf ecology, population dynamics, and management, the Recovery Plan in 1975 recommended concerted efforts at public information and education.

Since then much popular attention has been given the wolf via magazines, newspapers, radio, and television. In addition, the Science Museum of Minnesota developed the 8,000 square-foot "Wolves and Humans" exhibit which was displayed in St. Paul, Yellowstone Park, Boise, Boston, New York City, Fort Worth, Washington, Miami, Ottawa, St. Louis, Green Bay, Seattle, Bozeman, Davis, Vancouver, and Albuquerque, and has so far been viewed by about two million people. The exhibit will return to Minnesota, and it will be housed permanently in an International Wolf Center proposed to openin Ely in May of 1993. The Center was designed specifically for the exhibit and for a variety of other wolf education activities.

Nevertheless, as surveys by Kellert (1986, 1990) indicate, considerable misinformation still exists among several segments of the Minnesota and Michigan population. Thus, concerted information and education are still strongly needed.

## Parasites and Diseases

As stated earlier, in recent years a number of new diseases and parasites have been clearly documented as occurring in wolf populations in Minnesota, Wisconsin, and Michigan. Heartworm, CPV, and Lyme disease each have the potential to become limiting factors acting upon survival, reproduction, and dispersal of large numbers of wolves, and thus may determine the fate of isolated wolf populations. Wolf

000023A

  

EASTERN TIMBER WOLF

RECOVERY PLAN

populations will be able to survive only if they are somehow able to contend with these new threats.

000024A

   

# Part II: RECOVERY

## Objective

The primary objective of the Recovery Plan for the Eastern Timber Wolf is to maintain and reestablish viable populations of the eastern timber wolf in as much of its former range as is feasible.

Recovery of the eastern timber wolf will be achieved when the following two criteria are met (see also page 25): (1) the survival of the wolf in Minnesota is assured, and (2) at least one viable population (as defined below) of eastern timber wolves outside Minnesota and Isle Royale in the contiguous 48 states of the USA is re-established.

When condition 1 is met and there are 80 wolves (based upon late winter counts) in Wisconsin for a minimum of three consecutive years, the eastern timber wolf should be downlisted to threatened in Wisconsin. At that time consideration may also be given to the downlisting of the Michigan wolf population.

## Background

The Plan's basic approach to eastern timber wolf recovery is, and has always been, to try to ensure that there be at least two viable populations of wolves within the historic range in the United States. The requirement for more than a single recovery population stems from the basic concept of conservation biology that a species can never be assumed to be secure from extinction if only a single population exists. The possibility of disease, loss of prey species, catastrophic habitat modifications, etc., adversely impacting a single population must be recognized and minimized during recovery planning. The only satisfactory means of reducing the threat of extinction from an unexpected catastrophe is to ensure that more than a single population is established prior to declaring the species recovered. U.S. Fish and Wildlife Service recovery plans, in general, require multiple secure and viable populations prior to consideration of delisting.

The Eastern Timber Wolf Recovery Team has always recognized that the Minnesota population represents a viable population. In fact, the Team's earliest action was to recommend the downlisting of the Minnesota wolf population from endangered to threatened, which was accomplished in 1978. The Recovery Team would like to have several wolf populations prior to recommending delisting, but settled on two as the minimal acceptable number.

From a conservation biology standpoint, ideal multiple recovery populations should: (1) be completely separated from each other so as to eliminate the possibility of

000025A

   

transmission of disease, parasites, etc., from one population to the other, thereby potentially transferring a catastrophe, and (2) be close enough to allow a low level of exchange of genes between them so as to maintain maximum genetic diversity in all populations if they are very small.

These two ideal characteristics are frequently incompatible, and compromises usually are necessary to arrive at realistic locations for establishing multiple recovery populations. These compromises adopt three approaches:

1. Establish completely separate, but small, recovery populations, and supplement their genetic diversity by transplanting animals from one to another at appropriate intervals;

2. Establish completely separate, but larger, recovery populations with sufficient founders so that genetic diversity is likely to be maintained without immigration;

3. Foster the establishment of small, but nearby, semi-isolated populations that can experience natural immigration of individuals and their genetic material.

Although the 1978 Recovery Plan specifies the need for two viable populations (including the Minnesota population) it did not specify the characteristics of the second population. In 1981 (letter from Ralph E. Bailey, Eastern Timber Wolf Recovery Team Leader, to Harvey K. Nelson, Regional Director, U.S. Fish and Wildlife Service, Twin Cities, Minnesota, dated September 15, 1981; memorandum from Assistant Regional Director (SE) to holders of the Eastern Timber Wolf Recovery Plan, dated October 19, 1981) the Eastern Timber Wolf Recovery Team clarified this. It recommended adopting either of the latter two approaches listed above by characterizing "viable population" in two different ways: (1) A population of at least 200 wolves established at a distance greater than 200 miles from the Minnesota population (e.g. northern New York or northern Maine) is believed to be large enough to be viable, as well as to have sufficient genetic diversity, to exist indefinitely in total isolation from any other wolfpopulation. (2) A smaller population (greater that 100 wolves) in Wisconsin/Michigan, closely tied to the Minnesota population will be able to remain viable, and by occasional immigration of Minnesota wolves, will retain sufficient genetic diversity to cope with environmental fluctuations. Because the immigration corridor between the Minnesota and Wisconsin/Michigan populations is narrow, the team believes the threat of disease transmission is at an acceptably low level for this second situation.

## Viable Population

A viable population of eastern timber wolves outside of Minnesota must meet one of the following two descriptions, based upon late winter counts:

1. An isolated eastern timber wolf population in the United States must average at least one wolf per 50 square miles (a self-sustaining population of at least 200 wolves) distributed within a minimum area of at least 10,000 contiguous



square miles (25,600 km²) of suitable habitat over a period of five successive years, or

2. An eastern timber wolf population in the United States, located within 100 miles (160 km) of a self-sustaining wolf population (as described in item 1), must average at least one wolf per 50 square miles (128 km²) or consists of 100 wolves distributed within an area of at least 5,000 contiguous square miles (12,800 km²) of suitable habitat over a period of five consecutive years. These 100 wolves do not have to be evenly distributed.

A number of factors are considered essential to maintain viable populations of the eastern timber wolf:

1. The presence of large tracts of wild land with low human densities and minimal accessibility,

2. The use of ecologically sound management,

3. The availability of adequate wild prey,

4. Adequate understanding of wolf ecology and management, and

5. The ability of wolves to withstand new diseases such as canine parvovirus, Lyme disease, and heartworm.

In addition, genetic variability is essential to maintaining a healthy, self-sustaining population. Minimum-viable-population estimates are highly subjective, based on different combinations of assumptions, upon which reasonable biologists will disagree. The FWS judges that a healthy, self-sustaining wolf population should include at least 100 interbreeding wolves. This level is considered essential to maintain an acceptable level of genetic diversity.

Therefore, the FWS considers that the eastern timber wolf will be "recovered" and removed from the Federal list of threatened and endangered plants and animals when the survival of the wolf in Minnesota is assured, and at least one viable population outside of Minnesota and Isle Royale in the contiguous 48 states is re-established. The assurance of wolf survival in Minnesota assumes that (1) the provisions of this Plan for the Minnesota wolf population will be kept in effect subsequent to delisting, and that (2) protection of essential areas (Zone 1, 2 and 3 in Minnesota) is assured. Pages 28-31 reflect the considerations needed to ensure adequate protection.

In addition, the 1988 amendments to the Endangered Species Act mandate that species which have recovered and been removed from the threatened or endangered species list must be monitored for a minimum of five years following the delisting. Should the wolf population fall below the levels prescribed in this plan, the wolf shall be re-listed as a threatened or endangered species, using the emergency re-listing procedure, if necessary. Prior to completing the delisting of the eastern timber wolf a detailed monitoring plan must be developed and agreed to by the cooperating and responsible agencies, and funding sources for the monitoring must be identified.

000027A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

## Wolf population goals

Federal and state natural resource management agencies have established population goals for specific areas to facilitate planning at the management level (Table 1). Other land managing agencies, in consultation with the FWS, are encouraged to similarly develop goals for areas within their jurisdiction. These goals, in total, exceed what is required for recovery and delisting of the eastern timber wolf.

## Methods of Achieving Goals

This plan addresses the five factors critical to the perpetuation of the eastern timber wolf outlined above, through the following main objectives: (1) ensuring the survival of the animal in Minnesota by highly regulated management, including complete protection in Zone 1 (except for livetrapping and transplanting to reduce depredation problems), and by extensive improvement of the habitat of its prey in Zones 2-4, and (2) attempting to re-establish at least one viable population of eastern timber wolves outside Minnesota and Isle Royale. Both will require an intensive public education campaign designed to enlighten the public about the ecology and management of the wolf.

Because wolves have survived for so long in Minnesota despite bounties and year-around hunting and trapping, there may be a question as to why any restrictions need now be placed on the taking of the wolf. However, future circumstances are unpredictable and those that now exist could change drastically. For example, widespread industrialization, mineral exploitation, and general development could threaten much of the wolf's remaining range, making protective regulations increasingly significant to the populations left. Additional roads, railroads, power lines, mines, and tourist facilities could further carve up much of northern Minnesota. This would disrupt the natural repopulation of depleted areas by wolves and promote higher human densities which could compete with wolves for their wild prey. A conservative approach should be taken when one is dealing with threatened or endangered populations.

In addition to management actions, a strong research effort is also needed. This should provide better understanding of wolf ecology, predation, population dynamics, dispersal, and causes of range restriction and mortality including parasites and diseases, as well as of the effects of development on wolf populations. Research into re-establishment of wolves or augmenting low wolf populations is also desirable.

Because there is so much misinformation disseminated about the wolf (Van Ballenberghe 1974) by both pro and anti-wolf advocates, it is imperative that a strong public information program be continued to explain wolf ecology and management. The expected result will be a greater public understanding and acceptance of an ecologically sound, scientific wolf management program.

000028A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

**TABLE 1:** Eastern timber wolf population goals for planning purposes- Year 2000

| MINNESOTA... | | 1251-1400 |
|---|---|---|
| | *No. Packs* | *No. Wolves* |
| Chippewa National Forest....... | 5 | 40 |
| Superior National Forest........ | 50 | 400 |
| Voyageurs National Park........ | 3-4 | 20-30 |
| Rice Lake National Wildlife Refuge....... | 1 | 5 |
| Agassiz National Wildlife Refuge....... | 1 | 6 |
| State & county owned lands........ | None set | None set |
| Private lands, including industrial forests........ | None set | None set |
| **WISCONSIN**........ | | .80 |
| | *No. Packs* | *No. Wolves* |
| Chequamegon National Forest........ | 2 | 20 |
| Nicolet National Forest........ | 2 | 20 |
| State & county owned lands........ | None set | None set |
| Private lands, including industrial forests........ | None set | None set |
| **MICHIGAN.**........ | | 80-90 |
| | *No. Packs* | *No. Wolves* |
| Ottawa National Forest........ | 4 | 24 |
| Hiawatha National Forest[1]........ | 1 | 6 |
| Isle Royale National Park[2]........ | 3-4 | 20-30 |
| Pictured Rocks National Lakeshore........ | None set | None set |
| State & county owned lands........ | None set | None set |
| Private lands, including industrial forests........ | None set | None set |

*Total Planning Goals for Lake States*          1411-1570

Recovery plan goals for Minnesota by Zone:

| Zone | Numerical Goal |
|---|---|
| Zone 1: 1 per 10-15 square miles | 297-446 |
| Zone 2: 1 per 10 square miles | 186 |
| Zone 3: 1 per 10 square miles | 350 |
| Zone 4: 1 per 50 square miles | 418 |
| Zone 5: no wolves | 0 |
| **Total** | **1251-1400** |

---

1 *This is a joint planning goal for Hiawatha National Forest and Seney National Wildlife Refuge*

2 *The Isle Royale population does not count toward achieving this recovery criterion*

---

000029A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

For the present, it is important to remember that the wolf is controversial, so it is likely there will be local opposition to any attempt to re-establish the animal or afford it measures of protection. Similarly there will be opposition from other quarters in efforts to control the animal, although control may be necessary for the good of the wolf itself in certain areas. If wolf re-establishment is accomplished, regulated taking of the animal undoubtedly will be necessary in the restored range sooner or later (Mech 1979).

For those reasons, it is imperative that re-establishment of the wolf be undertaken only after a great deal of thought, background research, planning, and consultation with local people—lay individuals as well as professionals. It must also be realized from the beginning that such investigations may indicate that re-establishment of the wolf may not be prudent.

Nevertheless, it is important to explore all possibilities and to give the highest priority throughout this entire recovery plan to the biological and ecological considerations. They are the only ones that will be significant 100 years from now.

### Recovery Plan Outline

Primary Objective: Maintain and re-establish viable populations of the eastern timber wolf in as much of its former range as is feasible

1    *Insure perpetuation of the eastern timber wolf population at levels optimum to the various parts of its present Minnesota range (optimum level includes biological carrying capacity and compatibility with humans): Zone 1, to fluctuate naturally; Zones 2 and 3, 1 wolf per 10 mi$^2$; Zone 4, 1 wolf per 50 mi$^2$; Zone 5, no wolves.*

11    Monitor Minnesota wolf population distribution and status statewide

    111  Survey canid trappers and Minnesota DNR field personnel for information on wolf distribution at least every five years

    112  Radio-track and observe wolves in sample study areas during at least one winter every five years to accurately determine local wolf densities

    113  Monitor wolf populations annually in Zone 1 to determine the extent of normal population fluctuations under near natural conditions

        113-1  Maintain a wolf population with sufficient members wearing active radio-collars

        113-2  Aerially radio-track and observe radio-collared wolves to obtain annual counts of pack sizes

12    Monitor status of diseases and parasites in Minnesota wolf population annually

    121  Obtain blood and fecal samples from wolves taken during livestock-depredation control and live-trapped for research

000030A

  

122 Check wolf condition, parasite load, and disease exposure through laboratory analyses of specimens collected

123 Examine wolves found dead and determine cause of death

13 Obtain accurate information about wolf survival, mortality causes, productivity, ecology, behavior, and relations with prey under various weather conditions and phases of wolf population cycle in Zone 1.

131 Continue research on wolf ecology, behavior, and genetics

132 Continue research on the ecology, behavior, and habitat requirements of deer, moose, and beaver

14 Provide large tracts of wild land with low human densities and minimal access in Zones 1, 2, and 3

141 Evaluate effects of changing current Minnesota Wolf Management Zone boundaries as recommended in Appendix III, or a modification of those recommendations, to better reflect past and present habitat conditions and increased knowledge of wolf habitat usage. (See also task 182.)

141-1 Obtain current data on land use, highways, forest cover, ownership, and human population density for current management Zones and proposed modified Zones.

141-2 Prepare economic analysis of the impacts of any proposed new critical habitat, and carry out rule-making

142 Maintain road densities in Zones 1, 2, and 3 at present levels or reduce them to below-threshold levels (one road mile/mi$^2$ or 0.6 km/km$^2$) (See Road Density Statement, p. 17)

143 Further study the relationship of human access by type, volume, and periodicity on wolf behavior, survival, and distribution

144 Encourage land-use regulations in Zones 1, 2, and 3 that minimize accessibility and intensive commercial development

145 Require federal agencies to prepare environmental assessments and/or environmental impact statements to evaluate project impacts on the wolf and initiate Section 7 consultation on Federal activities

146 Encourage habitat management compatible with wolf ecology

147 Discourage, in Zones 1, 2, and 3, building of permanent roads, adverse development, settlement, and the destruction, disturbance, or other adverse modification of habitat that might reduce wolf populations or restrict their recovery

15 Maintain or increase prey populations in all zones by habitat improvement or other appropriate management practices

151 Inventory forest acreage to determine conifer-hardwood composition in age classes and vegetation types

152 Promote adequate hardwood and conifer composition in age classes and types to provide for maintenance or improvement of forest diversity

000031A

  

152-1 Promote logging practices to provide adequate supply, distribution, and age classes of hardwoods, with emphasis on aspen and birch

152-2 Design and carry out prescribed burning and other site preparation practices to stimulate hardwood and conifer regeneration, especially aspen and birch where possible

152-3 Create and maintain well dispersed permanent openings

153 Increase forest/wildlife coordination on the Superior National Forest and Chippewa National Forest to promote use of the forest plan standards and guidelines to increase habitat inventory analysis and habitat manipulation

154 Encourage other public forest management agencies to develop forest/wildlife coordination programs

155 Determine the degree to which lower than optimum prey populations are the result of habitat deficiencies and/or overhunting

156 Re-establish woodland caribou in suitable range, if feasible

156-1 Review past feasibility studies and conduct new ones if necessary

156-2 Establish a task force to plan caribou re-establishment

156-3 Arrange with Canada to provide caribou

156-4 Radio-tag, release, and monitor caribou to determine survival, behavior, and habitat use

156-5 Locally and temporarily reduce wolf density to assist in caribou establishment, if necessary

16 Provide concerted law enforcement in all zones

161 Inform the public regarding illegality of killing wolves by posting signs and through the media immediately before hunting season

162 Respond quickly and openly to any report of illegal killing of wolves

163 Increase law enforcement officers before and during hunting seasons

17 Regulate harvest of prey species in all zones to insure sufficient surplus for wolf population needs

171 Monitor wolf population

172 Monitor prey populations

173 Reduce harvest of deer, moose, and/or beaver if harvesting is demonstrated to be a cause of less than optimum numbers of wolves

18 Minimize domestic animal losses from wolf predation

181 Continue allowing the taking by authorized government (State or Federal) employees of individual wolves killing domestic animals

182 Refine the depredation control program regulations to further reduce depredation problems while avoiding adversely affecting the Minnesota wolf population

182-1 Evaluate effects of changing current Zone boundaries as recommended in Appendix III, or a modification of those recommendations, to better reflect past and present habitat

000032A

   

conditions and increased knowledge of wolf habitat usage. (See task 141.)

182-2  Carry out rule-making process for any changes resulting from task 182-1, and for tasks 182-3, 182-4, and 182-5.

182-3  Initiate livetrapping and translocation of Zone 1 wolves following verified incidents of depredations on lawfully present domestic animals where there is a likelihood of additional depredation occurring.

182-4  Initiate preventive depredation control of wolves in Zone 4 where a history of verified wolf depredations has been established in at least three of the last six years and depredation is likely to recur. Wolf trapping will be restricted to locations within one-half mile of the previous depredation site.

182-5  Initiate similar preventive depredation control of wolves in Zone 5 if no other legal means of controlling wolf populations there is established. Wolf trapping will be restricted to locations within five miles of the previous depredation site.

183  Encourage ranchers to obey laws requiring proper disposal of livestock carcasses

184  Enforce livestock carcass disposal laws

185  Encourage ranchers to keep livestock in or near barns until young are produced

186  Study factors affecting wolf-livestock depredations

187  Encourage Minnesota Department of Agriculture to continue its program of compensation for livestock that are killed by wolves

188  Initiate a program of Federal compensation to owners of domestic animals verified as having been killed by wolves.

19     Promote efforts to educate the public about wolves

191  Encourage media to accurately report news about wolves

192  Publish research findings and provide to the media

193  Support the development and activities of public education organizations such as the International Wolf Center

194  Develop and initiate an educational program on wolf natural history and ecology for grade schools and high schools

195  Develop and initiate an adult education program on wolf natural history and ecology

2     *Enhance and re-establish a viable wolf population in Michigan (excluding Isle Royale) and Wisconsin*

21     Protect and enhance existing wolf populations to restore a viable population of at least 100 wolves in Wisconsin and Michigan

211  Continue monitoring numbers, status, and distribution of wolves in Wisconsin, and begin monitoring in Michigan

211-1  Maintain population of radio-tagged wolves

000033A

   

211-2   Aerially radio-track and census radioed wolves and their packs

212   Continue monitoring disease exposure and parasite loads annually and develop treatments where necessary

    212-1   Collect blood and fecal samples from live-trapped wolves

    212-2   Have laboratory analyses conducted of specimens collected

    212-3   Develop vaccine for canine parvovirus useful with wild wolves

213   Have each wolf found dead necropsied for cause of death

214   Conduct concerted law enforcement

    214-1   Inform the public regarding illegality of killing wolves by posting signs and through the media immediately before hunting season

    214-2   Respond quickly and openly to illegal killing of wolves

    214-3   Increase law enforcement before and during hunting seasons

215   Manage recovery areas to provide open (non-gated) road densities at or below threshold levels (see Road Density statement, p. 17).

    215-1   Enter into cooperative agreements with interested agencies, landowners, and resource-user groups to manage access wherever possible to meet road-density guidelines

    215-2   Manage roads within recovery areas to meet road density standards

    215-3   Continue research on road density wolf mortality

216   Analyze, summarize, and publish existing data about Wisconsin-Michigan wolf population

217   Conduct research on wolf population in the peripheral area of Minnesota, in the St. Mary's river area of Ontario in proximity to Wisconsin and Michigan, and in other areas to identify habitat components of "dispersal corridors" and to ascertain the rate of interchange of individuals between these regions.

Determine where wolf re-establishment is ecologically sound and may occur naturally or may be accomplished through a transplant

    221   Consult vegetation and ownership maps, land use maps and plans, and local biologists to define and select suitable areas for re-establishment

    222   Determine potential prey densities in the selected areas

    223   Determine human densities and use patterns in the selected areas

    224   Determine possible impact of re-establishment on public health

    225   Estimate effect of re-establishing wolves on other wildlife and domestic animals

    226   Select most inaccessible areas with adequate food supply and minimum human population

23   Gain public support for re-establishing the eastern timber wolf

    231   Obtain cooperation from appropriate State and Federal agencies

    232   Obtain support of local people

000034A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

232-1  Assess public attitudes and contact selected individuals and key groups for support

232-2  Publish facts of situation in news media

233  Inform key legislators and gain their support

234  Develop management practices, including the potential taking of problem animals, to be applied when wolf populations are re-established (These should be agreed upon and announced before re-establishment takes place)

235  Hold public meetings and seek support

236  Determine legal implications if transplants are proposed

237  Conduct intensive public education campaign via organizations such as the Timber Wolf Alliance (See item #19)

24  Stock wolves in new areas if wolf populations are not rebuilding naturally

241  Obtain permits from appropriate State and Federal agencies

242  Obtain disease-free wolves from nearest substantial population

242-1  Arrange for appropriate agency in Minnesota, Ontario, or Quebec to provide wolves

242-2  Prescribe manner and season of live-trapping and handling of wolves

242-3  Provide holding pens in capture area

242-4  Examine, ear-tag, radio-tag, and vaccinate wolves

243  Deliver wolves to release point

243-1  Arrange shortest and most direct flight

243-2  Tranquilize wolves

244  Effect non-traumatic release of wolves

244-1  Select appropriate release sites

244-2  Build appropriate pens in release sites

244-3  Hold wolves on release site for 6 months

244-4  Feed wolves local wild prey

244-5  Allow wolves to leave pens at will after 6 months

244-6  Consider providing carcasses of wild prey near release site

25  Monitor restocking efforts and population levels in new areas; collect appropriate research data to refine each subsequent reintroduction

251  Train local biologists to radio-track

252  Radio-track transplanted wolves daily for first week and at intervals of twice per week for next 2 months and appropriate intervals thereafter

26  Close coyote seasons during big game season in wolf area

27  Develop and implement plans for habitat improvement and maintenance for appropriate prey species to maintain wolf populations

000035A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

3   Continue management to perpetuate natural conditions for the eastern timber wolf on Isle Royale National Park, Michigan

   31   Continue to provide complete protection

   32   Permit natural fires to run their course

   33   Continue research on wolf ecology

4   Re-establish wolf population in Adirondack Mountains (New York), northwestern Maine/adjacent New Hampshire, and/or northeastern Maine

   41   Determine where re-establishment is ecologically sound

      411   Consult vegetation and ownership maps, land use maps and plans, and local biologists to define and select all suitable areas for transplant

      412   Determine potential prey densities in the selected areas

      413   Determine human densities and use patterns in the selected areas

      414   Determine possible impact of transplants on public health

      415   Estimate effect of establishing wolves on other wildlife and domestic animals

      416   Select most inaccessible areas with adequate food supply and minimum human population

   42   Gain public support for re-establishing the eastern timber wolf

      421   Obtain cooperation from appropriate State and Federal agencies

      422   Obtain support of local people

         422-1   Contact selected individuals and key groups for support

         422-2   Publish facts of situation in news media

      423   Obtain approval of key legislators

      424   Develop management practices to be applied when wolf populations are re-established (These should be agreed upon and announced before transplants take place)

      425   Hold public meetings and seek support

      426   Determine legal implications of transplant

      427   Conduct intensive public education campaign (See item #19)

   43   Stock wolves in new areas

      431   Obtain permits from appropriate State and Federal agencies

      432   Obtain disease-free wolves from nearest viable population

         432-1   Arrange for appropriate agency in Minnesota, Ontario, or Quebec to provide wolves

         432-2   Prescribe manner and season of live-trapping and handling of wolves

         432-3   Provide holding pens in capture area

         432-4   Examine, ear-tag, radio-tag, and vaccinate wolves

      433   Deliver wolves to release point

000036A

   

EASTERN  TIMBER WOLF

RECOVERY PLAN

433-1  Arrange shortest and most direct fligh:

433-2  Tranquilize wolves

434  Effect non-traumatic release of wolves

434-1  Select appropriate release sites

434-2  Build appropriate pens in release sites

434-3  Hold wolves on release site for 6 months

434-4  Feed wolves local wild prey

434-5  Allow wolves to leave pens at will after 6 months

434-6  Consider providing carcasses of wild prey near release site

44   Monitor restocking efforts and population levels in new areas

441  Train local biologists to radio-track

442  Radio-track transplanted wolves daily for first week and at intervals of twice per week for next 2 months and appropriate intervals thereafter

45   Close coyote seasons during big game season in wolf area

46   Develop and implement plans for habitat improvement and maintenance for appropriate prey species to maintain wolf populations

5    *Create a Coordination Committee of state and Federal representatives to implement the Eastern Timber Wolf Recovery Plan*

000037A

   

# LITERATURE CITED

BALLARD, W. B., AND R. O. STEPHENSON. 1982. Wolf control - take some and leave some. *Alces* 18:276-300.

BALLARD, W. B., J. S. WHITMAN, AND C. L. GARDNER. 1987. Ecology of an exploited wolf population in southcentral Alaska. *Wildl. Monogr.* 98. 54pp.

BERG, W. E. 1986. Gray wolf occurrence on the Chippewa National Forest, 1985-1986. Spec. Rep. Chippewa National Forest. 8 pp.

BERG, W. E., AND D. W. KUEHN. 1982. Ecology of wolves in north-central Minnesota. Pages 4-11. *In:* F. H. Harrington and P. C. Paquet (eds.) *Wolves of the world.* Noyes Publ., Park Ridge, N.J. 474pp.

CAHALANE, V. H. 1964. A preliminary study of distribution and numbers of cougar, grizzly and wolf in North America. N.Y. Zool. Soc. 12pp.

FRITTS, S. H. 1982. Wolf depredation on livestock in Minnesota. U. S. Fish Wildl. Serv. Resour. Publ. 145. 11 pp.

FRITTS, S. H. 1983. Record dispersal by a wolf from Minnesota. *J. Mammal.* 64(1):166-167.

FRITTS, S. H., AND L. D. MECH. 1981. Dynamics, movements, and feeding ecology of a newly protected wolf population in northwestern Minnesota. *Wildl. Monogr.* 80:1-79.

FRITTS, S. H., W. J. PAUL, L. D. MECH, AND D. P. SCOTT. In press. Wolf-livestock conflicts in Minnesota, 1975-1986. U.S. Fish and Wildlife Service Tech. Report.

FULLER, T. K. 1989. Population dynamics of wolves in north-central Minnesota. *Wildl. Monogr.* 105. 41 pp.

FULLER, T. K., W. E. BERG, G. L. RADDE, M. S. LENARZ, AND G. B. JOSELYN. In Press. A history and current estimate of wolf distribution and numbers in Minnesota. *Wildl. Soc. Bull.* 20.

GOLDMAN, E. A. 1944. The wolves of North America, Part II. Classification of wolves. The American Wildlife Institute, Washington, D.C. 389-636.

GOYAL, S. M., L. D. MECH, R. A. RADEMACHER, M. A. KHAN, U. S. SEAL. 1986. Antibodies against canine parvovirus in wolves of Minnesota: A serologic study from 1975 through 1985. *J. Am. Vet. Med. Assoc.* 189:1092-1094.

HENDRICKSON, J., W. L. ROBINSON, AND L. D. MECH. 1975. Status of the wolf in Michigan, 1973. *Amer. Midl. Nat.* 94(1):226-232.

000038A

    EASTERN TIMBER WOLF

HENSHAW, R. E. 1979. Reintroduction of wolves in the wild. Pages 420-444 In: E. Klinghammer (ed..) *The behavior and ecology of wolves.* Garland Press. N.Y.

HOLBROOK, H. T. AND M. R. VAUGHAN. 1985. Influence of roads on turkey mortality. J. Wildl. Mgmt. 49(3):611-614.

HOLMES, R. 1988. Correspondence to J. Gritman. May 3, 1988. MN DNR files.

HOOK, R. A., AND W. L. ROBINSON. 1983. Attitudes of Michigan citizens toward predators. Pages 382-394. In: F. H. Harrington and P. C. Paquet (eds.) *Wolves of the world.* Noyes Publ., Park Ridge, N.J. 474pp.

HOSKINSON, R. L., AND L. D. MECH. 1976. White-tailed deer migration and its role in wolf predation. J. Wildl. Mgmt. 40(3):429-441.

JENSEN, W. F., T. K. FULLER, AND W. L. ROBINSON. 1986. Wolf distribution on the Ontario-Michigan border near Sault Ste. Marie. Can. Field Nat. 100:363-366.

JOLICOEUR, P. 1959. Multivariate geographical variation in the wolf *Canis lupus* L. Evolution 13:283-299.

KEITH, L. B. 1983. Population dynamics of wolves. Pages 66-77. In: L. N. Carbyn (ed.) *Wolves in Canada and Alaska.* Proc. Canadian Wolf Workshop; Can. Wildl. Service, Ottawa.

KELLERT, S. R. 1985. The public and the timber wolf in Minnesota. Unpublished report. Yale University School of Forestry and Environmental Studies, New Haven, Connecticut. 175 pp.

KELLERT, S. R. 1987. The public and the timber wolf in Minnesota. Proc. N. Am. Wildl. Nat. Res. Conf. 51:193-200.

KELLERT, S. R. 1990. Public Attitudes and Beliefs about the Wolf and its Restoration in Michigan. Unpublished report. Yale University School of Forestry and Environmental Studies, New Haven, Connecticut. 126 pp.

KELSALL, J. P. 1968. The migratory barren ground caribou of Canada. Can. Wildl. Serv. Queen's Printer, Ottawa, 340 pp.

KOLENOSKY, G. B. AND R. O. STANDFIELD. 1975. Morphological and ecological variation among gray wolves (*Canis lupus*) of Ontario, Canada. pp. 62-72. In: M. W. Fox (ed.), *The Wild Canids.* Van Nostrand Reinhold, N. Y. 508 pp.

LEHMAN, N., A. EISENHAWER, K. HANSEN, L. D. MECH, R. O. PETERSON, P. J. P. GOGAN, AND R. K. WAYNE. 1991. Introgression of coyote mitochondrial DNA into sympatric North American gray wolf populations. Evolution 45:104-119.

MECH, L. D. 1970. *The Wolf.* Natural History Press, Doubleday Publishing Co.; N.Y. 389 pp.

MECH, L. D. 1972. Spacing in a wolf population. Bull. Ecol. Soc. Am. 53(2):19.

000039A

   

MECH, L. D. 1973. Wolf numbers in the Superior National Forest of Minnesota. USDA Forest Service Research Paper NC-97. North Central Forest Experiment Station; St. Paul, MN.10 pp.

MECH, L. D. 1974a. *Canis lupus*. Mammalian Species No. 37:1-6. Am. Soc. Mammal.

MECH, L. D. 1974b. Current techniques in the study of elusive wilderness carnivores. Proc. XIth Int. Congr. Game Biol. pp. 315-322.

MECH, L. D. 1975. Disproportionate sex ratios of wolf pups. *J. Wildl. Mgmt.* 39(4):737-740.

MECH, L. D. 1976. pp. 50-52 in Eastern Timber Wolf Recovery Plan. U.S. Fish and Wildlife Service, Twin Cities, MN.

MECH, L. D. 1977a. Population trend and winter deer consumption in a Minnesota wolf pack. pp. 55-83. *In:* R. L. Phillips, and C. Jonkel (eds.). Proc. 1975 Predator Symposium Montana Forest and Conservation Experiment Station, Missoula. 268 pp.

MECH, L. D. 1977b. Productivity, mortality and population trend in wolves from northeastern Minnesota. *J. Mammal.* 58(4):559-574.

MECH, L. D. 1979. Some considerations in re-establishing wolves in the wild. pp. 445-457. *In:* E. Klinghammer (ed.). *The behavior and ecology of wolves.* Garland STPM Press, N.Y. 588 pp.

MECH, L. D. 1986. Wolf numbers and population trend in the Superior National Forest, 1967-1985. USDA Forest Service Research Paper NC-270. North Central Forest Experiment Station; St. Paul, MN. 6 pp.

MECH, L. D. 1989. Wolf population survival in an area of high road density. *Am. Midl. Nat* 121:387-389.

MECH, L. D., AND L. D. FRENZEL, JR. 1971. Ecological studies of the timber wolf in northeastern Minnesota. USDA Forest Service Research Paper NC-52. North Central Forest Experiment Station; St. Paul, MN. 62 pp.

MECH, L. D., AND S. H. FRITTS. 1987. Parvovirus and heartworm found in Minnesota wolves. End. Sp. Tech. Bull XII No. 5-6.

MECH, L. D., AND S. M. GOYAL. In prepartion. Canine parvovirus effect on wolf population change and pup survival. North Central Forest Experiment Station; St. Paul, MN.

MECH, L. D., AND P. D. KARNS. 1977. Role of the wolf in a deer decline in the Superior National Forest. USDA Forest Service Research Report NC-148. North Central Forest Experiment Station; St. Paul, MN. 23 pp.

MECH, L. D., AND R. A. RAUSCH. 1975. Status of the wolf in North America, 1973. pp. 83-88. *In:* D. H. Pimlott (ed.) Proc. first meeting of IUCN-SSC Wolf Specialist Group (Stockholm). IUCN Supplementary Paper No. 43.

MECH, L. D., S. M. GOYAL, C. N. BOTA, AND U. S. SEAL. 1986. Canine parvovirus infection in wolves (*Canis lupus*) from Minnesota. *J. Wildl. Dis.* 22(1):104-106.

MECH, L. D., S. H. FRITTS, G. RADDE, AND W. J. PAUL. 1988a. Wolf distribution in Minnesota relative to road density. *Wildl. Soc. Bull.* 16:85-87.

MECH, L. D., S. H. FRITTS, AND W. J. PAUL. 1988a. Relationship between winter severity and wolf depredations on domestic animals in Minnesota. *Wildl. Soc. Bull.* 16:269-272.

MOYLE, J. B. (Ed.). 1965. Big Game in Minnesota. Minn. Dept. Cons. Tech. Bul. No. 9. 231 pp.

NELSON, M. E., AND L. D. MECH. 1986. Deer population in the central Superior National Forest, 1967-1985. USDA Forest Service Research Paper NC-271. North Central Forest Experiment Station; St. Paul, MN. 8 pp.

NOWAK, R. M. 1983. A perspective on the taxonomy of wolves in North America. pp. 10-19. *In:* L. Carbyn (ed.). Proc. Can. Wolf Workshop, Can. Wildl. Serv., Ottawa.

PACKARD, J. M., L. D. MECH, AND U. S. SEAL. 1983. Social influences on reproduction in wolves. pp. 78-85. *In:* L. Carbyn (ed.). Proc. Can. Wolf Workshop, Can. Wildl. Serv., Ottawa.

PAUL, W. J. 1992. Wolf depredation on livestock in Minnesota, annual update of statistics - 1991. Unpublished report by USDA Animal and Plant Health Inspection Service, Animal Damage Control; Grand Rapids, Minnesota. 8pp.

PETERSON, R. O., J. D. WOOLINGTON, AND T. N. BAILEY. 1984. Wolves of the Kenai Peninsula, Alaska. Wildlife Monograph No. 88. 52pp.

RAUSCH, R. L. 1953. On the status of some arctic mammals. *Arctic* 6:91-148.

ROBINSON, W. L., AND G. J. SMITH. 1977. Observations on recently killed wolves in upper Michigan. *Wildl. Soc. Bull.* 5:25-26.

ROTHMAN, R. J., AND L. D. MECH. 1979. Scent-marking in lone wolves and newly formed pairs. *Anim. Behav.* 27:750-760.

SEAL, U. S., L. D. MECH, AND V. VAN BALLENBERGHE. 1975. Blood analyses of wolf pups and their ecological and metabolic interpretation. *J. Mammal.* 56(a):64-75.

SOULE, W. E. 1980. Thresholds for survival: maintaining fitness and evolutionary potential. pp. 151-169. *In:* W. E. Soule and B. A. Wilcock. (eds.) *Conservation biology.* Sinauer Assoc. Inc., Sunderland, Mass. 395 pp.

STENLUND, M. H. 1955. A field study of the timber wolf (*Canis lupus*) in the Superior National Forest. Minn. Dept. Cons. Tech. Bull. No. 4. 55 pp.

THIEKING, A., S. M. GOYAL, R. F. BEY, K. I. LOKEN, L. D. MECH, AND R. P. THIEL. In press. Seroprevalence of Lyme disease in Minnesota and Wisconsin wolves. *J. Wildl. Dis.* .

   

EASTERN TIMBER WOLF

RECOVERY PLAN

THIEL, R. P. 1985. The relationship between road densities and wolf habitat suitability in Wisconsin. *Am. Midl. Nat.* 113:404-407.

THIEL, R. P. AND J. H. HAMMILL. 1988. Wolf specimens in Upper Michigan, 1960-1986. *Jack-Pine Warbler* 66(4):149-153.

USDA, Forest Service, R-9. 1986. National forest roads for all uses. Eastern Region, Milwaukee WI. 17 pp.

USDA, Forest Service. Undated. Nicolet National Forest Roads. Nicolet National Forest Rhinelander, WI. 28 pp.

VAN BALLENBERGHE, V. 1974. Wolf management in Minnesota: An endangered species case history. Trans. N. Amer. Wildl. Nat. Res. Conf. 39:313-320.

VAN BALLENBERGHE, V., AND L. D. MECH. 1975. Weights, growth and survival of timber wolf pups in Minnesota. *J. Mammal.* 56(1):44-63.

VAN BALLENBERGHE, V., A. W. ERICKSON, D. BYMAN. 1975. Ecology of the timber wolf in northeastern Minnesota. *Wildlife Monographs* No. 43. 44 pp.

VAN DYKE, F. G., R. H. BROCKE, H. G. SHAW, B. B. ACKERMANN, T. P. HEMKER, AND F. G. LINDZEY. 1986. Reaction of mountain lions to logging and human activity. *J. Wildl. Mgmt.* 50(1):95-102.

WEISE, T. F., W. L. ROBINSON, R. A. HOOK, AND L. D. MECH. 1975. An experimental translocation of the eastern timber wolf. Audubon Conserv. Rept. No. 5. U.S. Fish and Wildlife Service, Twin Cities, Minn. 28 pp.

WYDEVEN, A. P. 1991. Wisconsin's forty wolves. International Wolf 1(3):20.

000042A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

# PART III: IMPLEMENTATION TABLE

## INTRODUCTION

The Implementation Table that follows outlines actions and estimated costs for the recovery program. It is a guide for meeting the objectives discussed in Part II of this Plan. This schedule indicates task priorities, task numbers, task descriptions, duration of tasks, the responsible agencies, and lastly, estimated costs. These actions, when accomplished, are anticipated to bring about the recovery of the eastern timber wolf and protect its habitat. It should be noted that the Plan, and thus the Implementation Table, represent an attempt to plan for all reasonably foreseeable circumstances. Therefore, it may not be necessary to carry out all the describe activities, or spend all the identified funds.

000043A

    EASTERN TIMBER WOLF

RECOVERY PLAN

# EXPLANATION OF DEFINITIONS AND ACRONYMS USED IN TABLE

## Recovery Task Priority Numbers

Priority 1 - An action that must be taken to prevent extinction or to prevent the species from declining irreversibly.

Priority 2 - An action that must be taken to prevent a significant decline in species population/habitat quality, or some other significant negative impact short of extinction.

Priority 3 - All other actions necessary to provide for full recovery of the species.

## Acronyms & Definitions

| | | |
|---|---|---|
| ADC | | Animal Damage Control Program, U.S. Department of Agriculture |
| County | | County or local land planning/land use agencies |
| CWS | | Canadian Wildlife Service |
| DES | | Division of Endangered Species, U.S. Fish and Wildlife Service |
| DNR's | | Departments of Natural Resources in Minnesota, Michigan, and Wisconsin; also includes other units of state governments which have authority to conserve endangered species, such as the New York State Department of Environmental Conservation |
| LE | - | Division of Law Enforcement, U.S. Fish and Wildlife Service |
| MIDNR | - | Michigan Department of Natural Resources |
| MNDOA | - | Minnesota Department of Agriculture |
| MNDNR | - | Minnesota Department of Natural Resources |
| NPS | - | National Park Service |
| Private | - | Private organizations involved in wolf conservation activities |
| Refuges | - | Division of Refuge Management, U.S. Fish and Wildlife Service |
| Region 3 | - | FWS Region 3, covering the Michigan, Minnesota, and Wisconsin wolf recovery and law enforcement activities |
| Region 5 | - | FWS Region 5, covering the Mid-Atlantic and New England wolf recovery and law enforcement activities |
| Region 8 | - | FWS Region 8, handling FWS eastern timber wolf research projects |
| USFS | - | U.S. Forest Service, U.S. Dept. of Agriculture |
| WIDNR | - | Wisconsin Department of Natural Resources |

PART III   IMPLEMENTATION TABLE FOR THE EASTERN TIMBER WOLF RECOVERY PLAN

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURATION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REG | FWS PROGRAM | OTHER | FY-92 | FY-93 | FY-94 | |
| 3 | 11 | Monitor Minnesota wolf population, distribution and status | ongoing | | | MNDNR USFS | 115 | 125 | 135 | |
| 3 | 111 | Survey canid trappers, DNR field personnel | every 5 years | 8 | Research | MNDNR | | | | costs included under 11 |
| 3 | 112 | Radio-track in sample areas to determine local densities | every 5 years | 8 | Research | USFS | | | | costs included under 11 |
| 2 | 113 | Monitor annually in zone 1 | ongoing | 8 | Research | USFS | | | | costs included under 11 |
| 2 | 12 | Monitor status of disease and parasites in Minnesota wolves | ongoing | 8 | Research | ADC | 15 | 17.5 | 20 | |
| 3 | 121 | Obtain blood & fecal samples from depredation control & wolves trapped for research | ongoing | 8 | Research | ADC | | | | costs included under 12 |
| 2 | 122 | Check wolf condition, parasite load, & disease exposure via lab. analysis of specimens collected | ongoing | 8 | Research | ADC MNDNR | | | | costs included under 12 |
| 3 | 123 | Necropsy all wolves found dead | ongoing | 8 | Research | MNDNR | | | | costs included under 12 |
| 3 | 13 | Obtain accurate information about wolf survival, mortality causes, productivity, ecology, behavior, and relations with prey under various weather conditions and phases of wolf population cycle in zone 1 | ongoing | 8 | Research | USFS | 270 | 283 | 297 | |
| 2 | 131 | Continue research on wolf ecology, behavior, and genetics | ongoing | 8 | Research | USFS | | | | costs included under 13 |
| 2 | 132 | Continue research on the ecology, behavior, and habitat requirements of deer, moose, and beaver | ongoing | 8 | Research | USFS MNDNR | | | | costs included under 13 |
| 2 | 14 | Provide large tracts of wild land with low human densities and minimal access in zones 1, 2, and 3 | ongoing | 3 | DES | USFS MNDNR NPS | 25 | 30 | 35 | costs shown are only for monitoring and evaluating proposed land use changes |

000045A

Page 44

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REG | FWS PROGRAM | OTHER | FY-92 | FY-93 | FY-94 | |
| 2 | 141 | Evaluate effects of changing current Minnesota Wolf Management Zone boundaries as recommended in Appendix III, or a modification of those recommendations, to better reflect past and present habitat conditions and increased knowledge of wolf habitat usage | 2 years | 3 | DES | MNDNR MNDOA USFS NPS | | | | Costs to be determined |
| 2 | 141-1 | Obtain current data on land use, highways, forest cover, ownership, and human population density for existing management zones and proposed zone modifications | 1 year | 3 | DES | USFS NPS MNDNR MNDOA | | | | Costs to be determined |
| 2 | 141-2 | Prepare economic analysis of any proposed new critical habitat designation; carry out rule-making | 2 years | 3 | DES | USFS NPS MNDNR MNDOA | | | | costs to be determined |
| 2 | 142 | Maintain road densities in zones 1, 2, and 3 at present levels or reduce them to levels below threshold levels | ongoing | 3 | DES | USFS MNDNR NPS | | | | costs included in 14 |
| 3 | 143 | Further study the relationship of human access by type, volume, and periodicity on wolf behavior, survival, and distribution | ongoing | 8 | Research | USFS NPS | 50 | 60 | 70 | |
| 3 | 144 | Encourage land-use regulations in zones 1, 2, and 3 that minimize accessibility and intensive commercial development | ongoing | 3 | DES | MNDNR USFS NPS County | | | | costs included in 14 |
| 3 | 145 | Require federal agencies to prepare environmental assessments and/or environmental impact statements to evaluate project impacts on the wolf and initiate Section 7 consultations | ongoing | 3 | DES | MNDNR | | | | costs included in 14 |
| 2 | 146 | Encourage habitat management compatible with wolf ecology | ongoing | 3 | DES | USFS MNDNR | | | | costs included in 14 |

000046A

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY FWS REG | FWS PROGRAM | OTHER | COST FY-92 | FY-93 | FY-94 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 147 | Discourage, in zones 1, 2, and 3, building of permanent roads, adverse development, settlement, and the destruction, disturbance, of other adverse modification of habitat that might reduce wolf populations or restrict their recovery. | ongoing | 3 | DES | USFS MNDNR NPS | | | | costs included in 14 |
| 3 | 15 | Maintain or increase prey populations in all zones by habitat improvement or other appropriate management practices | ongoing | 3 | DES | USFS MNDNR NPS | 200 | 215 | 235 | |
| 3 | 151 | Inventory forest acreage to determine conifer-hardwood composition in age classes and vegetation types | --- | | | USFS MNDNR | | | | costs included in 15 |
| 3 | 152 | Promote adequate hardwood and conifer compositions in age classes and types to provide for maintenance or improvement of forest diversity | ongoing | | | USFS MNDNR | | | | costs included in 15 |
| 3 | 153 | Increase forest/wildlife coordinations on the Superior NF and Chippewa NF to promote the use of the forest plan standards and guidelines to increase habitat inventory analysis and habitat manipulation | ongoing | | | USFS MNDNR | | | | costs included in 15 |
| 3 | 154 | Encourage other public forest management agencies to develop forest/wildlife coordination programs | ongoing | 3 | DES | USFS MNDNR | | | | costs included in 15 |
| 3 | 155 | Determine the degree to which lower than optimum prey populations are the result of habitat deficiencies and/or overhunting | --- | | | MNDNR | | | | costs included in 15 |
| 3 | 156 | Re-establish woodland caribou in suitable range, if feasible | 5 years | 3 | DES | USFS MNDNR | | | | costs to be determined |
| 2 | 16 | Provide concerted law enforcement in all zones | ongoing | 3 | LE | MNDNR | 60 | 65 | 70 | |
| 2 | 161 | Inform the public regarding illegality of killing wolves by posting signs and through the media immediately before hunting season | ongoing | 3 | LE | MNDNR | | | | costs included in 16 |

000047A

Page 46

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS | | OTHER | FY-92 | FY-93 | FY-94 | |
| | | | | REG | PROGRAM | | | | | |
| 2 | 162 | Respond quickly and openly to any report of illegal killing of wolves | ongoing | 3 | LE | MNDNR | | | | costs included in 16 |
| 2 | 163 | Increase law enforcement officers before and during hunting seasons | ongoing | 3 | LE | MNDNR | | | | costs included in 16 |
| 3 | 17 | Regulate harvest of prey species in all zones to ensure sufficient surplus for wolf populations needs | ongoing | | | MNDNR | | | | costs included in 11 |
| 3 | 171 | Monitor wolf population | ongoing | 8 | Research | MNDNR USFS | | | | costs included in 11 |
| 3 | 172 | Monitor prey populations | ongoing | 8 | Research | MNDNR USFS | | | | costs included in 11 |
| 3 | 173 | Reduce harvest of deer, moose, and/or beaver if harvesting is demonstrated to be a cause of less than optimum numbers of wolves | if needed | | | MNDNR | | | | no additional cost |
| 3 | 18 | Minimize domestic animal losses from wolf predation | ongoing | 3 | DES | ADC MNDNR | 125 | 135 | 150 | costs based upon current depredation control regulations |
| 3 | 181 | Continue allowing the taking by authorized government (state or federal) employees of individual wolves killing domestic animals | ongoing | 3 | DES | ADC | | | | costing included in 18 |
| 3 | 182 | Refine depredation control program regulations to reduce depredation problems while avoiding adversely affecting the wolf population | 2 years | 3 | DES | ADC | 10 | 7 | - | |
| 3 | 182-1 | Evaluate effects of adjusting current zone boundaries based upon habitat suitability | 1 year | 3 | DES | ADC | | | | See task 141. Costs included there. |
| 3 | 182-2 | Carry out rule-making process for any changes resulting from task 182-1, and for tasks 182-3, 182-4, and 182-5 | 2 years | 3 | DES | | | | | No additional cost |
| 3 | 182-3 | Initiate livetrapping and translocation in zone 1 for verified depredation incidents | ongoing | | | ADC | - | 5 | 6 | Begin after finalizing regulations; see 182-2 |
| 3 | 182-4 | Initiate preventive depredation control in zone 4 at locations where ongoing depredation problems are verified | ongoing | | | ADC | - | 10 | 12 | Begin after finalizing regulations; see 182-2 |

000048A

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURATION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS REG | FWS PROGRAM | OTHER | FY-92 | FY-93 | FY-94 | |
| 3 | 182-5 | Initiate preventive depredation control in zone 5 if no other legal means of control is established | ongoing | | | ADC | - | 10 | 12 | Begin after finalizing regulations; see 182-2 |
| 3 | 183 | Encourage ranchers to obey laws requiring proper disposal of livestock carcasses | ongoing | | | ADC MNDOA MNDNR | 2 | 2 | 2 | |
| 3 | 184 | Enforce livestock carcass disposal law | ongoing | | | MNDOA | 2 | 2 | 2 | |
| 3 | 185 | Encourage ranchers to keep livestock in or near barns until young are born | ongoing | | | MNDOA | 2 | 2 | 2 | |
| 3 | 186 | Study factors affecting wolf-livestock depredations | | 8 | Research | | 75 | 60 | 85 | |
| 3 | 187 | Encourage Minnesota Department of Agriculture to continue its program of compensation for livestock that are killed by wolves | ongoing | 3 | DES | MNDNR MNDOA | 40 | 42 | 0 | State program should continue if federal program is not initiated |
| 3 | 188 | Initiate a program of federal compensation to owners of domestic animals verified as having been killed by wolves | ongoing | 3 | DES | ADC | -- | -- | 50 | |
| 3 | 19 | Promote efforts to educate the public about wolves | ongoing | 3 | DES | DNR's Private USFS | 50 | 55 | 60 | |
| 3 | 191 | Assist media in accurately reporting news about wolves | ongoing | 3 8 | DES Research | DNR's USFS | | | | costs included under 19 |
| 3 | 192 | Publish research findings and provide to the media | ongoing | 8 | Research | DNR's USFS | | | | costs included under 19 |
| 3 | 193 | Support the development and activities of public education organizations such as the International Wolf Center | ongoing | 3 8 | DES Research | DNR's Private USFS | | | | International Wolf Center startup funding appropriated by MN Legislature in 1990 |
| 3 | 194 | Develop and initiate an educational program on wolf natural history and ecology for grade schools and high schools | ongoing | 3 8 | DES Research | DNR's USFS Private | 50 | 25 | 25 | |

000049A

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS REG | FWS PROGRAM | OTHER | FY-92 | FY-93 | FY-94 | |
| 3 | 195 | Develop and initiate an adult education program on wolf natural history and ecology | ongoing | 3 8 | DES Research | DNR's USFS Private | 50 | 25 | 25 | |
| 3 | 21 | Protect and enhance existing wolf populations to restore a viable population of at least 100 wolves in Wisconsin and Michigan (outside of Isle Royale) | ongoing | 3 3 8 | DES Refuges Research | USFS NPS WIDNR MIDNR | | | | |
| 3 | 211 | Continue monitoring numbers, status, and distribution of wolves in Wisconsin and Michigan using radio-telemetry | annually | 3 8 | DES Research | USFS WIDNR MIDNR | 100 | 115 | 130 | |
| 3 | 212 | Continue monitoring disease exposure and parasite loads and develop treatments | annually | 8 | Research | WIDNR MIDNR | 5 | 5 | 5 | Canine parvovirus vaccine developed |
| 3 | 213 | Have each wolf found dead necropsied | ongoing | 8 | Research | DNR's | 1 | 1 | 1 | |
| 3 | 214 | Conduct concerted law enforcement | ongoing | 3 | LE | DNR's | 10 | 10 | 10 | see number 16 |
| 3 | 215 | Manage recovery areas to provide open (non-gated) road densities at or below threshold levels | ongoing | 3 | Refuges | USFS WIDNR MIDNR | 100 | 110 | 120 | costs included in 215 |
| 3 | 215-1 | Enter into cooperative agreements with interested agencies, landowners, and resource-user groups to manage access wherever possible to meet road-density guidelines | ongoing | 3 | DES | WIDNR MIDNR | | | | |
| 3 | 215-2 | Manage roads within recovery areas to meet road density standards | ongoing | 3 | Refuges | USFS DNR's Private County | | | | costs included in 215 |
| 3 | 215-3 | Continue research on road density and wolf mortality | ongoing | 8 | Research | USFS DNR's | | | | costs included in 215 |
| 3 | 216 | Analyze, summarize and publish existing data about Wisconsin-Michigan wolf population | annually | 3 | DES | WIDNR MNDNR | 7 | 8 | 9 | |

000050A

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS | | OTHER | FY-92 | FY-93 | FY-94 | |
| | | | | REG | PROGRAM | | | | | |
| 3 | 217 | Conduct research on wolf population in the peripheral areas of Minnesota, in the St. Mary's River Area of Ontario in proximity to Wisconsin and Michigan, and in other areas to identify habitat components of "dispersal corridors" and to ascertain the rate of interchange of individuals between these regions | 5 years | 8 | Research | USFS MIDNR MIDNR MNDNR WPS CWS | 60 | 65 | 70 | |
| 3 | 22 | Determine where wolf re-establishment is ecologically sound and may occur naturally or may be accomplished through a transplant | 3 years | 3 | DES | USFS WIDNR MIDNR | 50 | 55 | 60 | |
| 3 | 221 | Consult vegetation and ownership maps, land use maps and plans, and local biologists to define and select suitable areas for re-establishment | ?? | 3 | DES | USFS WIDNR MIDNR | | | | costs included in 22 |
| 3 | 222 | Determine potential prey densities in the selected areas | | 3 | DES | USFS DNR's | | | | costs included in 22 |
| 3 | 223 | Determine human densities and land use patterns in the selected areas | | 3 | DES | USFS DNR's | | | | costs included in 22 |
| 3 | 224 | Determine possible impact of re-establishment on public health | | 3 | DES | DNR's | | | | costs included in 22 |
| 3 | 225 | Estimate effect of re-establishing wolves on other wildlife and domestic animals | | 3 | DES | DNR's | | | | costs included in 22 |
| 3 | 226 | Select most inaccessible areas with adequate food supply and minimum human population | | 3 | DES | DNR's | | | | costs included in 22 |
| 3 | 23 | Gain public support for re-establishing the eastern timber wolf | | 3 | DES | DNR's | 100 | 110 | 120 | |
| 3 | 231 | Obtain cooperation from appropriate State and Federal agencies | | 3 | DES | DNR's | | | | costs included in 23 |
| 3 | 232 | Obtain support of local people | | 3 | DES | DNR's | | | | costs included in 23 |
| 3 | 232-1 | Assess public attitudes and contact selected individuals and key groups for support | | 3 | DES | DNR's | | | | costs included in 23 |
| 3 | 232-2 | Publish facts of situation in news media | | 3 | DES | DNR's | | | | costs included in 23 |

000051A

Page 50

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS | | OTHER | FY-92 | FY-93 | FY-94 | |
| | | | | REG | PROGRAM | | | | | |
| 3 | 233 | Inform key legislators and gain their support | | 3 | DES | DNR's | | | | costs included in 23 |
| 3 | 234 | Develop management practices, including the potential taking of problem animals, to be applied when wolf populations are re-established | | 3 | DES | DNR's | | | | These should be agreed upon and announced before re-establishment takes place. Costs to be determined. |
| 3 | 235 | Hold public meetings and seek support | | 3 | DES | DNR's | | | | costs to be determined |
| 3 | 236 | Determine legal implications if transplants are proposed | | 3 | DES | DNR's | | | | costs to be determined |
| 3 | 237 | Conduct intensive public education campaign via organizations such as the Timber Wolf Alliance | | 3 | DES | DNR's | | | | see item 19; costs to be determined |
| 3 | 24 | Stock wolves in new areas if wolf populations are not rebuilding naturally | | 3 | DES | DNR's | | | | costs to be determined |
| 3 | 241 | Obtain permits from appropriate State and Federal agencies | | 3 | DES | DNR's | | | | costs to be determined |
| 3 | 242 | Obtain disease-free wolves from nearest substantial population | | 3 | DES | DNR's | | | | costs to be determined |
| 3 | 243 | Deliver wolves to release point | | 3 | DES | DNR's | | | | costs to be determined |
| 3 | 244 | Effect non-traumatic release of wolves | | 3 | DES | DNR's | | | | costs to be determined |
| 3 | 25 | Monitor restocking efforts and population levels in new areas; collect appropriate research data to refine each subsequent reintroduction | | 3 8 | DES Research | DNR's | | | | costs to be determined |
| 3 | 251 | Train local biologists to radio-track | | 8 | Research | DNR's | | | | costs to be determined |
| 3 | 252 | Radio-track transplanted wolves daily for first week and at intervals of twice/week for next 2 months and appropriate intervals thereafter | | 8 | Research | DNR's | | | | costs to be determined |
| 3 | 26 | Close coyote seasons during big game season in wolf areas | | | | DNR's | | | | costs to be determined |

000052A

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURATION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS REG | PROGRAM | OTHER | FY-92 | FY-93 | FY-94 | |
| 3 | 27 | Develop and implement plans for habitat improvement and maintenance for appropriate prey species to maintain wolf populations | | 3 | DES | DNR's USFS | 300 | 360 | 420 | |
| 3 | 3 | Continue management to perpetuate natural conditions for the eastern timber wolf on Isle Royale National Park, Michigan | ongoing | | | NPS | | | | No additional cost |
| 3 | 31 | Continue to provide complete protection | ongoing | | | NPS | | | | No additional cost |
| 3 | 32 | Permit natural fires to run their course | ongoing | | | NPS | | | | No additional cost |
| 3 | 33 | Continue research on wolf ecology | ongoing | | | NPS | | | | No additional cost |
| 3 | 41 | Determine where re-establishment is ecologically sound in the Adirondack Mountains, N.Y. and Maine/New Hampshire | | 3 5 | DES | DNR's | 100 | 110 | 120 | 4.. series tasks to be initiated if WI/MI wolf population is failing |
| 3 | 411 | Consult vegetation and ownership maps, land use maps and plans, and local biologists to define and select all suitable areas for wolf transplants | | 3 5 | DES | DNR's | | | | Included in 41 |
| 3 | 412 | Determine potential prey densities in the selected areas | | 3 5 | DES | DNR's | | | | Included in 41 |
| 3 | 413 | Determine human densities and land use patterns in the selected areas | | 3 5 | DES | DNR's | | | | Included in 41 |
| 3 | 414 | Determine possible impact of transplants on public health | | 3 5 | DES | DNR's | | | | Included in 41 |
| 3 | 415 | Estimate effect of establishing wolves on other wildlife and domestic animals | | 3 5 | DES | DNR's | | | | Included in 41 |
| 3 | 416 | Select most inaccessible areas with adequate food supply and minimum human population | | 3 5 | DES | DNR's | | | | Included in 41 |
| 3 | 42 | Gain public support for re-establishing the eastern timber wolf | | 3 5 | DES | DNR's | 150 | 160 | 175 | |
| 3 | 421 | Obtain cooperation from appropriate State and Federal agencies | | 3 5 | DES | DNR's | | | | Included in 42 |
| 3 | 422 | Obtain support of local people | | 3 5 | DES | DNR's | | | | Included in 42 |

000053A

| PRIOR-ITY # | TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS | | OTHER | FY-92 | FY-93 | FY-94 | |
| | | | | REG | PROGRAM | | | | | |
| 3 | 423 | Obtain support of key legislatures | | 3 5 | DES | DNR's | | | | Included in 42 |
| 3 | 424 | Develop management practices to be applied when wolf populations are re-established | | 3 5 | DES | DNR's | | | | These should be agreed upon and announced before transplants take place.  Costs included in 42 |
| 3 | 425 | Hold public meetings and seek support | | 3 5 | DES | DNR's | | | | Included in 42 |
| 3 | 426 | Determine legal implications of transplant | | 3 5 | DES | DNR's | | | | Included in 42 |
| 3 | 427 | Conduct intensive public education campaign | | 3 5 | DES | DNR's | | | | Included in 42 see item 19 |
| 3 | 43 | Stock wolves in new areas | | 3 5 | DES | DNR's | | | | To be determined |
| 3 | 431 | Obtain permits from appropriate State and Federal agencies | | 3 5 | DES | DNR's | | | | To be determined |
| 3 | 432 | Obtain disease-free wolves from nearest viable population | | 3 5 | DES | DNR's | | | | To be determined |
| 3 | 433 | Deliver wolves to release point | | 3 5 | DES | DNR's | | | | To be determined |
| 3 | 434 | Effect non-traumatic release of wolves | | 3 5 | DES | DNR's | | | | To be determined |
| 3 | 44 | Monitor restocking efforts and population levels in new areas | | 3 5 | DES | DNR's | | | | To be determined |
| 3 | 441 | Train local biologists to radio-track | | 8 | Research | DNR's | | | | To be determined |
| 3 | 442 | Radio-track transplanted wolves daily for first week and at intervals of twice/week for next 2 months and appropriate intervals thereafter | | 3 5 8 | DES DES Research | DNR's | | | | To be determined |
| 3 | 45 | Close coyote seasons during big game season in wolf area | | | | DNR's | | | | No additional cost |

000054A

| TASK # | TASK DESCRIPTION | TASK DURAT-ION (YRS.) | RESPONSIBLE PARTY | | | COST ESTIMATES ($1,000's) | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | FWS | | OTHER | FY-92 | FY-93 | FY-94 | |
| | | | REG | PROGRAM | | | | | |
| 3 / 46 | Develop and implement plans for habitat improvement and maintenance for appropriate prey species to maintain wolf populations | | 5 | DES | DNR's | 500 | 600 | 700 | |
| 3 / 5 | Create a Coordination Committee of state and Federal representatives to implement the Eastern Timber Wolf Recovery Plan | ongoing | 3 | DES | DNR's NPS USFS | 15 | 17 | 19 | |

000055A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

## APPENDIX I

## PAST, PRESENT, AND POTENTIAL EASTERN TIMBER WOLF RANGE

Part 1.   Areas to be investigated in the Eastern States for Eastern Timber Wolf Re-establishment Possibilities

Part 2.   Eastern Timber Wolf Area Status Map

000056A

    

EASTERN TIMBER WOLF

RECOVERY PLAN

*Part 1*

### Areas to be Investigated for Eastern Timber Wolf Re-establishment

In that part of the United States from which the eastern timber wolf has been extirpated, several areas deserve serious investigation as potential reintroduction sites.

The FWS recognizes the desirability of establishing and maintaining separate, viable population centers of the eastern timber wolf. Such a distribution gives greatest protection against catastrophic loss of the last remaining population segments and best assures the perpetuation of this (or any) endangered species.

The FWS also recognizes that vastly insufficient information exists concerning the ecological and social realities of reintroducing the eastern timber wolf into areas from which it has been extirpated for a considerable length of time. Prior to any reintroduction, thorough studies are needed that would determine the status of prey species, the adequacy of habitat factors such as available space and long-term food supplies, the probable effects on other wildlife populations in the area, the probable effect on domestic animals that may exist in or near the area under study, the probable reaction of local human residents of the surrounding area, and the chances that the eastern timber wolf could survive human antagonists.

The FWS is certain that any reintroduction scheme will fail unless the majority of the local human population is desirous of such action, and this will, in most instances, require that local residents be completely apprised of the facts concerning the nature of the eastern timber wolf as a species, and the facts concerning the procedures for making the reintroduction and the probable effects of such a reintroduction. In general, it is recommended that biological/ecological studies be performed prior to investigations into social reactions and education attempts. If an area is ecologically unsuited to a wolf reintroduction, there is little point in trying to convince local human populations that a reintroduction would be a proper move. This is not to say that local populations should not be informed about ecological studies that may be undertaken or contemplated—all segments of the program should be completely open to public scrutiny at all times.

All of the areas recommended for further study have been selected on the basis of (a) low or very low human population levels within the area, (b) large blocks of public lands characterizing the areas (except much of the land in Maine), and (c) favorable input from the states which were identified in the original version of the Recovery Plan as areas to be investigated. Correspondence received from the states since the original Recovery Plan was approved and distributed has led the FWS to delete some of the originally proposed study areas of Maine, the White Mountains, and the central and

000057A

   

southern Appalachians from areas to be considered for re-establishment potential. Public sentiment, local conflicting wolf/livestock and wolf/hunter-trapper interests, and efforts to reintroduce the red wolf to the Great Smokey Mountains have eliminated those areas from current consideration. The remaining areas selected as sites for potential wolf populations are outlined on the map that follows:

A. *Eastern Maine.* Consisting of about 2,500 square miles, much of this area is uninhabited on a permanent basis.

B. *Northwestern Maine and Adjacent New Hampshire.* This area is more than 11,300 square miles with a very low human population and includes Maine's Baxter State Park. Most of the land is privately owned.

C. *The Adirondack Forest Preserve Area of Northern New York.* Most of this area is occupied by the Adirondack State Forest Preserve, consists of approximately 9,375 square miles, and has a low human density.

D. *Upper Peninsula of Michigan.* While this area of some 15,000 square miles does contain residual wolf population elements, population strength is marginal at best. One transplant attempt in 1974 indicated that, biologically and ecologically, such transplants are possible, but it also showed that the wolf was socially unacceptable to many residents at that time, since all four transplanted wolves died of human causes (Weise et al. 1975). Further studies that would narrow the selection of transplant sites (National Forests, National Lakeshore, private lands, etc.) are needed. The Michigan DNR has recognized the potential for augmentation and/or reintroduction. In 1989 a survey of Upper Michigan deer hunters indicated that 80% of them favor wolf reintroduction (Kellert 1990). In the summer of 1991 the first breeding pack of wolves in 30 years was documented in the Upper Peninsula.

E. *Northern Wisconsin.* This is an area containing large amounts of public lands but sparse human population, and where wolves once lived in relative abundance. Currently a population of 30-50 wolves inhabits portions of northern Wisconsin. The Wisconsin Department of Natural Resources has assigned a biologist to inventory the habitat and monitor the population. Efforts are underway by the Wisconsin Department of Natural Resources to provide for the maintenance and subsequent enhancement of the population.

000058A



EASTERN TIMBER WOLF



000059A

    **EASTERN TIMBER WOLF**

**RECOVERY PLAN**

# APPENDIX II

## SUMMARY OF BASIC DATA FROM FWS/USDA WOLF-LIVESTOCK DEPREDATION CONTROL PROGRAMS IN MINNESOTA 1979-1991

(from Paul, W.J. 1992, unpublished USDA report)

000060A

U.S. Department of Agriculture
Animal and Plant Health Inspection Service
Animal Damage Control

WOLF DEPREDATION ON LIVESTOCK IN MINNESOTA
ANNUAL UPDATE OF STATISTICS - 1991

William J. Paul
USDA, APHIS, ADC
717 NE 4th Street
Grand Rapids, MN 55744

Depredation by wolves (Canis lupus) on livestock and poultry in Minnesota is a problem for some producers. A small percentage of the farms in the wolf range are affected annually and a few of these farms suffer substantial monetary loss in a given year. From 1976 through 1991, the number of farms suffering verified wolf depredations ranged from 9 to 55 ($\bar{x}$ = 27) per year out of about 7,200. From 1977 through 1991 the highest cattle losses claimed by farmers were 0.47 per 1,000 available in 1990; the highest sheep losses claimed were 2.66 per 1,000 available in 1981. A state program which compensates farmers for livestock destroyed by wolves has paid an average of $26,762 per year from 1978 through 1991 (range = $14,444 to $43,664). Claims of losses (especially of calves) sometimes include missing animals. Misidentification by farmers in the wolf range in distinguishing wolf depredation from coyote (Canis latrans) depredation has magnified the view of wolves as livestock predators. Most losses occur in summer when livestock are released to graze in open and wooded pastures. Some animal husbandry practices, such as calving in forested or brushy pastures and disposal of livestock carcasses in or near pastures, are believed to contribute to instances of wolf depredation. The number of wolves captured on U.S. Fish and Wildlife Service depredation-control programs from 1976 through 1985 and the U.S. Department of Agriculture depredation-control program from 1986 through 1991 has ranged from 15 to 95 ($\bar{x}$ = 49) per year. Trapping that is initiated against depredating wolves soon after losses have occurred, coupled with improvements in animal husbandry practices, has potential for reducing both livestock losses and the number of wolves that need to be taken. However, the interface of these predators and livestock in Minnesota will necessitate the continued removal of depredating wolves.

000061A

SUMMARY OF BASIC DATA FROM FWS LIVESTOCK DEPREDATION CONTROL PROGRAM, 1979-85

| | 1979 | 1980 | 1981 | 1982 | | | |
|---|---|---|---|---|---|---|---|
| Total complaints received | 31 | 47 | 97 | 76 | 79 | 69 | 77 |
| Complaints received involving livestock | 29 | 40 | 86 | 65 | 69 | 59 | 70 |
| Total complaints verified[1] | 16 | 28 | 60 | 34 | 40 | 35 | 39 |
| No. complaints involving livestock that were verified | 15 | 26 | 58 | 32 | 36 | 29 | 36 |
| % of total complaints that were verified | 51.6 | 59.6 | 61.8 | 44.7 | 50.6 | 50.7 | 50.6 |
| No. complainants | 23 | 31 | 67 | 60 | 63 | 53 | 58 |
| No. farms where livestock (excluding dogs) were verified lost by FWS | 12 | 17 | 38 | 27 | 28 | 19 | 27 |
| Domestic animals claimed lost to wolves to FWS | 7 cows, 98 calves, 1 sheep, 3 chickens, 1 dog | 10 cows, 45 calves, 73 sheep, 56 turkeys, 1 foal, 2 dogs | 6 cows, 60 calves, 242 sheep, 725 turkeys, 10 geese, 8 goats, 1 pig, 100 guineas, 4 dogs | 4 cows, 54 calves, 27 sheep, 434 turkeys, 1 goose, 4 goats, 6-20 pigs, 2 dogs | 17 cows, 82 calves, 45 sheep, 127 turkeys, 2 goats, 284 pigs, 1 horse, 5 dogs | 1 bull, 4 cows, 4 yrl, 37 calves, 161 sheep, 296 turkeys, 1 goat, several pigs, 1 horse, 12 guineas, 17 dogs | 1 bull, 14 cows, 1 yrl, 62 calves, 149 sheep, 120 turkeys, 1 goat, 1 horse, 50 guineas, 6 chickens, 5 dogs |
| Domestic animals verified by FWS as lost to wolves | 5 cows, 12 calves, 1 sheep, 1 chicken, 1 dog | 4 cows, 12 calves, 56 sheep, 56 turkeys, 1 foal, 1 dog | 6 cows, 24 calves, 110 sheep, 571 turkeys, 6 geese, 3 dogs | 1 cow, 23 calves, 12 sheep, 50 turkeys, 2 pigs, 2 dogs | 3 cows, 32 calves, 29 sheep, 127 turkeys, 6 pigs, 1 horse, 4 dogs | 1 cow, 1 yrl, 8 calves, 92 sheep, 294 turkeys, 3 pigs, 1 horse, 1 guinea, 6 dogs | 3 cows, 1 yrl, 19 calves, 75 sheep, 1 goat, 2 dogs |
| Complaints trapped | 15 | 28 | 54 | 37 | 39 | 25 | 41 |
| Wolves captured | 15 | 26 | 42 | 24 | 49 | 47 | 36 |
| Wolves killed | 6 | 21 | 29 | 20 | 42 | 36 | 31 |

[1] A verified complaint is one in which FWS determines that wolves have killed or maimed one or more domestic animals as evidenced by
(1) observing wounded animals or remains of animals killed and
(2) finding evidence of wolf involvement.

Other useful facts
1.  Total farms in Minnesota wolf range - 12,230 (1979)
2.  Total cattle in Minnesota wolf range - 234,000 (1979)
3.  Total sheep in Minnesota wolf range - 91,000(1979)
4.  Estimated no. wolves in Minnesota - 1,200; population increasing in some areas, decreasing in others, but general population about stable.

William J. Paul
U.S. Fish & Wildlife Service
North Central Experiment Station
University of Minnesota
1861 Hwy 169 East
Grand Rapids, MN 55744

000062A

SUMMARY OF BASIC DATA FROM USDA WOLF-LIVESTOCK DEPREDATION CONTROL PROGRAM IN MINNESOTA, 1986-89

| | 1986 | 1987 | 1988 | 1989 |
|---|---|---|---|---|
| Total complaints received | 59 | 65 | 86 | 81 |
| Complaints received involving livestock | 54 | 54 | 74 | 81 |
| Total complaints verified[1] | 30 | 38 | 50 | 58 |
| No. complaints involving livestock that were verified | 29 | 33 | 45 | 49 |
| % of total complaints that were verified | 50.8 | 58.5 | 58.1 | 58.0 |
| No. complainants | 50 | 56 | 72 | 87 |
| No. farms where livestock (excluding dogs) were verified lost by USDA | 25 | 30 | 35 | 41 |
| Domestic animals claimed lost to wolves to USDA | 1 bull, 6 cows<br>4 yrl, 52 calves<br>36 sheep<br>481 turkeys<br>1 goat<br>1 horse<br>1 chicken<br>2 dogs | 5 cows,<br>3 yrl, 40 calves,<br>24 sheep,<br>1903 turkeys<br>8 goats<br>1 horse<br>5 pigs, 7 geese<br>2 dogs | 3 cows,<br>7 yrl, 60 calves<br>112 sheep<br>301 turkeys<br>3 geese, 1 duck<br>17 chickens<br>15-20 dogs, 1 cat | 1 bull, 7 cows<br>5 yrl., 57 calves<br>73 sheep<br>2,031 turkeys<br>2 horses<br>1 goat<br>20 geese<br>14 dogs |
| Domestic animals verified by USDA as lost to wolves | 4 cows, 3 yrl<br>19 calves<br>13 sheep<br>285 turkeys<br>1 goat<br>1 dog | 4 cows, 1 yrl<br>19 calves,<br>9 sheep<br>1,753 turkeys<br>5 pigs, 1 goose<br>2 dogs | 2 cows, 1 yrl<br>28 calves<br>68 sheep<br>251 turkeys<br>15 chickens, 1 duck<br>3 dogs | 1 bull, 5 cows<br>3 yrl., 31 calves<br>47 sheep<br>1,636 turkeys<br>1 goat<br>10 dogs |
| Complaints trapped | 31 | 34 | 52 | 51 |
| Wolves captured | 31 | 45 | 64 | 95 |
| Wolves killed | 31 | 43 | 59 | 81 |

[1] A verified complaint is one in which USDA determines that wolves have killed or maimed one or more domestic animals as evidenced by (1) observing wounded animals or remains of animals killed and (2) finding evidence of wolf involvement.

William J. Paul
U. S. Department of Agriculture
APHIS - Animal Damage Control
717 NE 4th Street
Grand Rapids, MN 55744

Other useful facts

1. Total farms in Minnesota wolf range - 7,200 (1982)
2. Total cattle in Minnesota wolf range - 232,000 (1986)
3. Total sheep in Minnesota wolf range - 16,000 (1986)
4. Estimated no. wolves in Minnesota - 1,200; population increasing in some areas, decreasing in others, but general population about stable.

000063A

SUMMARY OF BASIC DATA FROM USDA WOLF-LIVESTOCK DEPREDATION CONTROL PROGRAM IN MINNESOTA, 1990-91

| | 1990 | 1991 |
|---|---|---|
| Total complaints received | 149 | 133 |
| Complaints received involving livestock | 125 | 117 |
| Total complaints verified[1] | 76 | 55 |
| No. complaints involving livestock that were verified | 65 | 49 |
| % of total complaints that were verified | 51.0 | 41.4 |
| No. complainants | 124 | 117 |
| No. farms where livestock (excluding dogs) were verified lost by USDA | 55 | 42 |
| Domestic animals claimed lost to wolves to USDA | 13 cows<br>3 yrl, 92 calves<br>222 sheep<br>1,186 turkeys<br>4 horses<br>10 geese, 4 ducks<br>28 chickens<br>16 dogs, 20 cats | 5 cows<br>5 yrl, 95 calves<br>205 sheep<br>1,216 turkeys<br>1 horse, 2 goats<br>2 llamas, 12 geese<br>10 ducks, 9 chickens<br>11 dogs |
| Domestic animals verified by USDA as lost to wolves | 2 cows<br>35 calves<br>112 sheep<br>693 turkeys<br>1 goose, 3 chickens<br>11 dogs, 2 cats | 3 cows<br>2 yrl, 30 calves<br>31 sheep<br>977 turkeys<br>1 goat, 5 geese<br>2 ducks, 9 dogs |
| Complaints trapped | 55 | 46 |
| Wolves captured | 91 | 63 |
| Wolves killed | 91 | 54 |

[1] A verified complaint is one in which USDA determines that wolves have killed or maimed one or more domestic animals as evidenced by (1) observing wounded animals or remains of animals killed and (2) finding evidence of wolf involvement

Other useful facts
1. Total farms in Minnesota wolf range - 7,200 (1982)
2. Total cattle in Minnesota wolf range - 232,000 (1986)
3. Total sheep in Minnesota wolf range - 16,000 (1986)
4. Estimated no. wolves in Minnesota - 1,750; population increasing

William J. Paul
U.S. Department of Agriculture
APHIS - Animal Damage Control
717 NE 4th Street
Grand Rapids, MN 55744

000064A

000065A

Compensation paid by Minnesota Department of Agriculture for livestock destroyed by wolves

| Calendar Year | No. claims made | No. claims paid | No. farmers to which claims paid | Amount paid | Losses authorized for payment |
|---|---|---|---|---|---|
| 1977[a] | 10 | 7 | 7 | $ 8,667.50 | 1 cow, 16 calves, 17 ewes, 76 lambs |
| 1978 | 28 | 25 | 19 | 22,482.08 | 6 cows, 69 calves, 8 ewes, 29 lambs, 124 turkeys |
| 1979 | 23 | 23 | 15 | 20,773.22 | 9 cows, 48 calves[b], 15 ewes, 8 lambs, 2 goats, 5 ducks |
| 1980 | 32 | 32 | 22 | 20,459.00 | 6 cows, 20 calves, 36 ewes, 72 lambs, 1 colt, 1 horse, 56 turkeys |
| 1981 | 62 | 62 | 38 | 38,605.60 | 9 cows, 2 yrl., 24 calves, 57 ewes, 205 lambs, 2 pigs, 582 turkeys, 43 geese, 15 ducks, 100 chickens |
| 1982 | 36 | 34 | 29 | 18,971.04 | 1 cow, 1 yrl., 30 calves, 7 ewes, 12 lambs, 640 turkeys |
| 1983 | 37 | 34 | 27 | 24,868.66 | 2 cows, 8 yrl., 38 calves, 1 horse, 18 ewes, 11 lambs, 293 pigs, 127 turkeys |

cont.

Page 64

Compensation paid by Minnesota Department of Agriculture for livestock destroyed by wolves

| Calendar Year | No. claims made | No. claims paid | No. farmers to which claims paid | Amount paid | Losses authorized for payment |
|---|---|---|---|---|---|
| 1984 | 33 | 31 | 18 | $19,457.74 | 1 bull, 3 cows, 3 yrl., 24 calves, 1 horse, 2 bucks, 24 ewes, 82 lambs, 1 pig, 296 turkeys |
| 1985 | 46 | 45 | 28 | 23,558.50 | 1 bull, 12 cows, 1 yrl., 30 calves, 1 buck, 42 ewes, 77 lambs |
| 1986 | 33 | 32 | 25 | 14,444.19 | 4 cows, 4 yrl., 22 calves, 10 ewes, 14 lambs, 481 turkeys |
| 1987 | 45 | 44 | 32 | 24,233.64 | 5 cows, 2 yrl., 25 calves, 10 ewes, 4 lambs, 1,817 turkeys, 5 pigs |
| 1988 | 50 | 49 | 30 | 28,109.90 | 4 cows, 5 yrl., 41 calves, 32 ewes, 47 lambs, 292 turkeys, 15 chickens, 1 duck |
| 1989 | 77 | 76 | 40 | 43,663.92 | 1 bull, 6 cows, 3 yrl., 52 calves, 13 ewes, 32 lambs, 1,866 turkeys |
| 1990 | 84 | 82 | 51 | 42,739.04 | 8 cows, 3 yrl., 50 calves, 1 buck, 64 ewes, 63 lambs, 1,170 turkeys, 4 ducks |
| 1991 | 51 | 38<br>11 (pending) | 24<br>8 (pending) | 26,485.25<br>( 5,811.86 still pending) | 1 cow, 1 yrl., 31 calves, 11 ewes, 31 lambs, 986 turkeys, 1 goat<br>----------------<br>3 cows, 8 calves, 4 ewes, 9 lambs, 31 turkeys, 4 geese, 3 ducks, 7 chickens still pending |

a Figures for 1977 probably underrepresent losses because of the 1 July starting date and low public awareness of the program.

b About 35 of these calves were only missing; no remains were found, nor was there evidence that they had been killed by wolves even though wolves may have been near the farm.

000066A



Total number of wolves captured and number removed from the population by livestock-depredation control programs in Minnesota, 1970-1991. All wolves captured on the Minnesota directed control program were killed. Data for 1970-74 represent State fiscal years. Four wolves captured in late summer 1974 are included in fiscal year 1974. Data for 1975-91 represent calendar years.



INDICES TO WOLF–LIVESTOCK DEPREDATION

000068A

Indices to recent wolf depredations on livestock in Minnesota based on reports received by the U. S. Fish and
Wildlife Service (FWS) from 1975 through 1985 and the U. S. Department of Agriculture (USDA) from 1986 through
1991. Minnesota Department of Agriculture data are not included. Total number of complaints received are all
complaints received involving wolves and livestock, regardless of whether wolves killed a livestock individual.
Number of complaints verified are the number of instances in which FWS or USDA investigation of a complaint
produced evidence that wolves had killed or injured livestock. Each year after 1975 more than one complaint
was verified at some farms. In 1975 the FWS had only a minor program (two trappers and no publicity), but
enlarged its staff and publicity in 1976.

   

EASTERN TIMBER WOLF

RECOVERY PLAN

# APPENDIX III

## CRITICAL HABITAT AND
## MINNESOTA WOLF MANAGEMENT ZONES
## CURRENT AND PROPOSED BOUNDARIES

000069A

   

### CRITICAL HABITAT AND
### MINNESOTA WOLF MANAGEMENT ZONES
### CURRENT AND PROPOSED BOUNDARIES

Minnesota Wolf Management Zones 1, 2, and 3, indicated in Appendix III, plus Isle Royale National Park, are considered to be critical habitat for the survival and recovery of the eastern timber wolf. These areas provide the space for normal growth and movement of established pack units and will supply sufficient food and cover for the assured survival of the species.

Obviously, any human activity that restricts or reduces the carrying capacity of prey species will ultimately affect the wolf adversely. The maintenance of the present forest products industry and its expansion, therefore, is encouraged. Activities or programs that provide forest/ wildlife management should be encouraged. Activities that permanently remove forest cover are to be discouraged, such as road building, mining, resort development, and major reservoir construction. State and Federal agencies should be encouraged to purchase in-holdings in their project areas. Where opportunities exist to expand these areas through purchase, it should be done.

Because of the diverse conditions within each zone, proposed developments would have a varying degree of significance. Each must be appraised in relation to the specific site for which it is proposed.

It is especially important to note that any single development may not in itself significantly degrade an area as wolf habitat, but that each would contribute to the ultimate unsuitability of the area for wolf survival. This cumulative effect must always be considered in evaluating the potential harm of any development in critical habitat.

All proposed Federal and State actions or programs requiring an Environmental Impact Statement in accordance with Section 202C of the Environmental Policy Act of 1969 (P.L. 91-190) should include an analysis of the impact of the project proposal on the eastern timber wolf. Projects requiring an environmental assessment should include an appraisal of its impact on the eastern timber wolf and measures to mitigate these impacts.

### Recommended Changes

Since critical habitat was originally designated for the eastern timber wolf it has become apparent that some of the designated areas were, and continue to be, less suitable for long-term occupancy by wolves. It has also been recognized that, at the time of management zone delineation, certain areas of Zone 1 were too excessively subjected to the pressures of human development to be properly considered a wolf sanctuary. Furthermore, additional land use data now available for portions of Zones 3



and 4 show some areas to be more like Zone 5 in many ways, while another part of Zone 4 (much of the Chippewa National Forest) is similar to zone 3. Therefore the following maps detail changes, recommended by the Recovery Team, to currently designated Critical Habitat and to Minnesota Wolf Management Zone boundaries.

The changes are summarized as follows:

1. Corrections should be made to the Zone 1 boundary to exclude areas which were, at the time of original designation, and continue to be, relatively densely populated by humans. These changes will move out of Zone 1 all of Ely, Winton, Isabella, the area surrounding Burntside Lake, Grand Marais, and a strip of land one-half mile in width extending inland from the Lake Superior shoreline. These areas will become Zone 2, with the exception of the land along Lake Superior and around Grand Marais which will become Zone 4.

2. Zone 4 between the Red Lake Indian Reservation, Highway 2 west of Bemidji, and the northwestern boundary of the Chippewa National Forest should become Zone 5. A small portion of adjacent southwestern Zone 3 surrounding Northome should similarly be considered for reclassification to Zone 5.

3. All portions of the Chippewa National Forest north of Highway 2 should be redesignated from Zone 4 to Zone 3. In addition, the strip of land located north of the Chippewa National Forest and south of the current zone 3 boundary also should be redesignated as zone 3. This land is bounded on the north by State Highway 1, on the south by the north boundary of the Chippewa National Forest, on the east by State Highway 6, on the west by State Highway 46, and includes approximately 50 square miles.

4. A portion of Zone 5 southeast of Hinckley contains suitable wolf habitat and serves as part of the immigration corridor between Minnesota and Wisconsin-Michigan wolf populations. This area should be designated as Zone 4. The areas to be considered for such designation are St. Croix State Park and adjacent lands which are predominantly under State and Federal ownership.

000071A

   

EASTERN TIMBER WOLF

RECOVERY PLAN

## MAPS OF CURRENT AND PROPOSED CRITICAL HABITAT AND MINNESOTA WOLF MANAGEMENT ZONES

000072A

EASTERN  TIMBER WOLF

RECOVERY PLAN

Estimated Zone Sizes
(square miles)

Zone 1:   4,46?
Zone 2:   1,86?
Zone 3:   3,50?
Zone 4:  20,901

**Current Wolf Management Zones**

000073A



EASTERN TIMBER WOLF

RECOVERY PLAN

Estimated Zone Sizes
(square miles)

Zone 1:   4,309
Zone 2:   1,992
Zone 3:   4,554
Zone 4: 19,131

**Proposed Wolf Management Zones**

Page 73

☆ U.S. GOVERNMENT PRINTING OFFICE: 1992 656-579

000074A

# EXHIBIT B

# Michigan Gray Wolf
# Recovery and Management Plan

December 15, 1997

Prepared by the Michigan Gray Wolf Recovery Team

for the

Michigan Department of Natural Resources

Lansing, Michigan

Approved: _____

K. L. Cool, Director

Michigan Department of Natural Resources

Date: _____

000080A

# Michigan Gray Wolf Recovery and Management Plan

**MICHIGAN GRAY WOLF RECOVERY TEAM**

Gray wolves have increased in number in the Upper Peninsula in recent years through natural immigration and reproduction.  Several agencies and groups have mandates and interests in wolf management and protection.   The need for a unified and coordinated wolf recovery and management effort was recognized.   To this end, former Department of Natural Resources Director Roland Harmes appointed an interagency recovery team with the assignment to develop a gray wolf recovery and management plan through public and agency involvement.

**Thomas F. Weise, Team Leader**
**Department of Natural Resources**

**Curtis M. Bacon**
**Department of Natural Resources**

**Michael E. DeCapita**
**U. S. Fish and Wildlife Service**

**Lisa A. Dlutkowski**
**Great Lakes Indian Fish and Wildlife Commission**

**Robert A. Evans**
**U. S. Forest Service**

**Jim H. Hammill**
**Department of Natural Resources**

**John Hendrickson**
**Department of Natural Resources**

**Don Howlett**
**U. S. Forest Service**

**Brian Kenner**
**National Park Service**

**George E. McLaughlin**
**U. S. Forest Service, Retired**

**Jack G. Oelfke**
**National Park Service**

**Michael L. Paluda**
**Department of Natural Resources**

**Michael G. Tansy**
**U. S. Fish and Wildlife Service**

000081A

# Michigan Gray Wolf Recovery and Management Plan

## ACKNOWLEDGMENTS

The Michigan Gray Wolf Recovery Team thanks the many people who participated in the 15 public wolf forums and for their contributions to the development of this plan.  We thank the agency personnel and the moderators who assisted with the public forum meetings.

The Team thanks Department of Natural Resources (DNR) employees Eve Rolandson and Ann Wilson for their special talents in wolf education and outreach, for their attendance at Team meetings, and for their contributions to the plan.  Dr. Stephen Schmitt, DNR Wildlife Veterinarian, assisted in preparation of the wolf health sections.  Lori Sargent, Laura Hebert, Mike Austin, and Kraig Kurroch assisted in preparation of the maps.  Computer files for the preparation of the wolf habitat map were provided by Dave Mladenoff, University of Wisconsin-Madison, and Ted Sickley, University of Minnesota-Duluth.

A special thanks to Sheri Badder, DNR Wildlife Division in Lansing, for her computer and editing skills, for preparing and sending out Team correspondence, and for assisting with the preparation and development of materials for public forums, Team mailings, and public mailings.

Thanks are due to the Wildlife Division staff in Marquette and Lansing for developing the Team mailing list and for sending information to over 800 addresses on the list.

We thank the International Wolf Center and artist Joan Clements-Ouelette for granting us permission to use her artwork on the cover.

Primary funding for the development and preparation of the plan was provided through Federal Endangered Species E-1 grants and from citizen contributions to the Nongame Wildlife Fund on their income tax forms.

000082A

# Michigan Gray Wolf Recovery and Management Plan

## SUMMARY

Gray wolves have increased in the Upper Peninsula of Michigan due to natural immigration from Wisconsin, Ontario, and Minnesota and through production of pups in Michigan.  The 1996-97 winter population was estimated at 112 wolves in at least 20 packs distributed across the Upper Peninsula, and 24 wolves in three packs on Isle Royale.

The main factors affecting long-term survival and management of wolves in Michigan are the abundance and distribution of wild prey species, the level of human-caused wolf mortality, and the ability of wolves to move between areas of suitable wolf habitat.

The plan is designed to involve natural resource management agencies and Michigan residents in restoring and managing wolves through a cooperative approach.  Fifteen public forums held by the Recovery Team found that over 90 percent of the attendees supported wolf restoration in Michigan.

The Plan summarizes wolf biology, history, status and distribution.  It includes sections on public attitudes, goals, education, monitoring, wolf habitat, prey relationships, diseases, protection, depredation, and research.

**Wolf Population Goals**

The wolf restoration goals are presented at three levels.  No wolf introductions are recommended or needed.

The **federal recovery plan goal** will be achieved when there is a combined population of 100 wolves in Michigan and Wisconsin for a period of five consecutive years.  At this level the wolf will be recommended for removal from endangered status on the Federal Endangered and Threatened Species List and changed from endangered to threatened status on the Michigan Endangered Species List.  When wolves are downlisted from endangered states, lethal wolf control may be allowed in some localized areas in special circumstances, such as repeated livestock depredations.  When a **minimum sustainable population** is achieved in the Upper Peninsula for a period of five consecutive years, the wolf can then be removed from the Michigan Endangered Species List.

**Fully occupied range** cannot be quantified now but is defined as the upper limit of wolf numbers that is compatible with human land use practices and human tolerance.  Wolf numbers and human attitudes need to be closely monitored as the wolf population increases to determine this cultural carrying capacity. When this level  is determined and attained, it may be necessary to stabilize the wolf population.

000083A

# Michigan Gray Wolf Recovery and Management Plan

**Recovery and management strategy**

1. Public support is vital for the long-term survival of wolves in Michigan. Information and education efforts designed to exchange information with Michigan residents are essential and need to receive a high priority.

2. Wolf population monitoring is needed to measure progress toward restoration, to determine limiting factors, and to direct management at all wolf population levels.

3. Adequate wolf habitat now exists in the Upper Peninsula to meet the population goals. However, the survival of wolves and other species with large home ranges is best assured by maintaining some large tracts of land with relatively low human densities and accessibility. Future land management will require careful planning at the landscape level to maintain sufficient quantity and proper distribution of suitable wolf habitat.

4. Large area closures or extensive road closures solely for wolf protection are not needed. Some restrictions on land use are recommended around wolf home sites (dens and pup rendezvous sites) to protect pups. Year-around protection is recommended within a 5 chain (100 m) radius of home sites. Seasonal protection is recommended within a 5-40 chain (100-800 m) radius of home sites from March 1 to July 31.

5. Wolves are expected to have a negligible effect on prey species. Some reduction in deer numbers is possible in local areas where declining deer habitat is coupled with severe winters. Existing deer management programs and commercial timber cutting will provide adequate populations of prey species for wolves and still provide adequate deer numbers for hunters and viewers.

6. Wolf protection will be achieved through coordinated law enforcement and by working cooperatively with tribal leaders, landowners, hunters, trappers, and livestock farmers to ensure wolf protection.

7. Wolf depredation on livestock will be minimized by providing assistance in developing preventive measures and ameliorated by seeking to provide compensation through private funding sources for livestock losses caused by wolves. Wolves that are likely to cause repeated depredations will be trapped and relocated, or lethally controlled when *the federal recovery plan goal* has been attained.

8. Research on Michigan wolves should be directed toward coordinated Great Lakes regional efforts and problems of concern in Michigan.

9. A wolf steering committee should be appointed by the DNR to direct the annual and long-term aspects of the Plan.

10. The Plan should be reviewed in five years, or at the time federal reclassification is proposed.

000084A

# Michigan Gray Wolf Recovery and Management Plan

**TABLE OF CONTENTS**

**MICHIGAN GRAY WOLF RECOVERY TEAM** ...................................................................ii

**ACKNOWLEDGMENTS**.......................................................................................................iii

**SUMMARY** .............................................................................................................................iv

**1. INTRODUCTION**..............................................................................................................1

    **1.1 PURPOSE**.......................................................................................................................1

    **1.2 LEGAL STATUS**...........................................................................................................1

**2. WOLF BIOLOGY AND ECOLOGY** ...............................................................................2

    **2.1 DESCRIPTION** ............................................................................................................2

    **2.2 SOCIAL STRUCTURE AND BEHAVIOR**.................................................................3

    **2.3 REPRODUCTION AND MORTALITY** .....................................................................5

    **2.4 WOLF FOOD HABITS** ...............................................................................................6

**3. WOLVES IN MICHIGAN**................................................................................................6

    **3.1 HISTORY AND CURRENT DISTRIBUTION**..........................................................6

    **3.2 ISLE ROYALE** ...........................................................................................................10

        3.21 History...................................................................................................................10

        3.22 Future Management And Direction.......................................................................11

**4. ATTITUDES OF MICHIGAN RESIDENTS TOWARD WOLVES**................................12

000085A

# Michigan Gray Wolf Recovery and Management Plan

**4.1 1990 PUBLIC ATTITUDE SURVEY** .................................................................................. 12

**4.2 1993 PUBLIC WOLF FORUMS** ...................................................................................... 14

## 5. RECOVERY GOALS ...................................................................................................... 16

**5.1 *Federal Recovery Plan Goal*** ...................................................................................... 16

**5.2 *Minimum Sustainable Population*** .............................................................................. 17

**5.3 *Fully Occupied Range*** .............................................................................................. 18

## 6. WOLF MANAGEMENT ................................................................................................ 20

**6.1 EDUCATION AND INFORMATION** ................................................................................ 20

6.11 Develop A Coordinated Information And Education Plan ................................................ 20
6.12 Develop Materials For Specific Educational Needs ....................................................... 20
6.13 Maintain Public Contact ............................................................................................ 21
6.14 Public Presentations And Events ................................................................................ 21
6.15 Training For Agency Personnel .................................................................................. 23

**6.2 WOLF POPULATION RESEARCH AND MONITORING** .................................................... 23

6.21 Monitoring .............................................................................................................. 23
6.22 Research ................................................................................................................. 25

**6.3 WOLF HABITAT MANAGEMENT** ................................................................................ 27

6.31 Access Management ................................................................................................. 27
6.32 Home Site Management ............................................................................................ 28
6.33 Habitat Corridors/Linkage Zones .............................................................................. 30
6.34 Area Closures ......................................................................................................... 30
6.35 Critical Habitat ....................................................................................................... 30

**6.4 PREY SPECIES AND PREY MANAGEMENT** ................................................................... 31

6.41 Wolf Predation On Deer ........................................................................................... 31
6.42 White-tailed Deer Population Management ................................................................. 32
6.43 Deer Habitat Management ........................................................................................ 33
6.44 Moose, Beaver, And Other Species ........................................................................... 34

**6.5 WOLF PROTECTION** ................................................................................................ 35

6.51 Coordinated Law Enforcement ................................................................................. 35

000086A

# Michigan Gray Wolf Recovery and Management Plan

6.52 Hunter and Trapper Cooperation........................................................................36
6.53 Landowner Cooperation....................................................................................36
6.54 Agency Regulations .........................................................................................36

**6.6 DEPREDATION...................................................................................................37**
6.61 Policies And Programs In Minnesota and Wisconsin...........................................37
6.62 Michigan Action Plan for Depredation Complaints ..............................................37
6.63 Insurance.........................................................................................................39
6.64 Compensation ..................................................................................................39
6.65 Preventive Actions To Reduce Livestock Losses ...............................................40

**6.7 DISEASES AND PARASITES ............................................................................41**
6.71 Sarcoptic Mange ..............................................................................................42
6.72 Canine Parvovirus ............................................................................................42
6.73 Lyme Disease...................................................................................................42
6.74 Canine Heartworm Disease ..............................................................................43
6.75 Canine Distemper .............................................................................................43
6.76 Rabies .............................................................................................................43
6.77 Cystic Hydatid Disease .....................................................................................44

**6.8 WOLF INTRODUCTIONS....................................................................................44**

**6.9 CAPTIVE WOLVES AND WOLF–DOG HYBRIDS................................................44**
6.91 Wolf-dog hybrids ..............................................................................................44
6.91 Captive Wolves ................................................................................................46
6.92 Injured Wolves .................................................................................................46

**7. PLAN MONITORING AND REVIEW .......................................................................48**

**8. IMPLEMENTATION SCHEDULE ............................................................................49**

**9. LITERATURE CITED.............................................................................................50**

**10. APPENDICES .....................................................................................................54**

**APPENDIX 1. SUMMARY OF PUBLIC FORUM MEETINGS.......................................54**

**APPENDIX 2. DELISTING PROCEDURES ................................................................62**
Federal................................................................................................................62
State ...................................................................................................................62

000087A

Michigan Gray Wolf Recovery and Management
Plan

APPENDIX 3. RECOMMENDED HOME SITE MANAGEMENT.................................................................63

000088A

Michigan Gray Wolf Recovery and Management Plan

**LIST OF FIGURES**

**Figure 1.  Michigan Wolf Distribution, 1994-95.** ........................................................................ **9**

**Figure 2.  Michigan Wolf Habitat with 50 Percent and Greater Probability of Occupancy by Wolf Packs (Mladenoff  et al. 1995a)** .................................................................................. **19**

**LIST OF TABLES**

**Table 1.  Michigan Wolf Mortality From Wolves Recovered Between 1960-1997.** .................... **6**

**Table 2.  Confirmed Late Winter Wolf Numbers in the Upper Peninsula 1991-96.** ................... **8**

**Table 3.  Percent of Respondent Groups Supporting Upper Peninsula Wolf  Recovery.** ...... **12**

**Table 4. Percent Probability of Wolf Packs Occupying Habitat Areas in the Upper Peninsula (Mladenoff et al. 1995a).** ........................................................................................................ **18**

x

000089A

# Michigan Gray Wolf Recovery and Management Plan

## 1.   INTRODUCTION

### 1.1   PURPOSE

The purpose of this Plan is to provide a course of action that will ensure the long-term survival of a self-sustaining wild wolf population in Michigan.  It is written to encourage cooperation among agencies, communities, private and corporate landowners, special interest groups, and all Michigan residents.  The Plan conforms to the provisions of the federal Eastern Timber Wolf Recovery Plan, which includes Michigan (U. S. Fish and Wildlife Service 1992).

Federal recovery criteria have no specific requirement for the long-term viability of a Michigan wolf population.  The federal delisting is expected to occur as a result of a secure population in Minnesota and the presumed long-term viability of a joint Michigan-Wisconsin wolf population.  The federal endangered species act requires that the Fish and Wildlife Service, as a part of the delisting process, be able to ensure that the species is not likely to return to the list.  The implementation of this management plan demonstrates Michigan's intent, to the extent of its authority, to protect the wolf from adverse effects that could lead to a need for its relisting as a threatened or endangered species.

The Michigan Department of Natural Resources (DNR) led the development of this plan because of its primary responsibility and statutory authority for the management of resident wildlife species in the state.  Cooperating federal and tribal agencies have additional legal mandates and responsibilities for wolf management and protection.  The support of Michigan residents is essential to the long-term survival of wolves in the state.

### 1.2   LEGAL STATUS

The gray wolf is listed as endangered under Michigan Law (Part 365, Endangered Species Protection, of the Natural Resource and Environmental Protection Act, 1994 PA 451) and the federal Endangered Species Act (Public Law 93-205).  The DNR is

000090A

Michigan Gray Wolf Recovery and Management
Plan

responsible for administrating the state act and the U. S. Fish and Wildlife Service
(USFWS) is responsible for administering the federal act.

The wolf is afforded full protection under both acts by prohibiting the "taking" of
wolves. *Take* means to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture,
collect, or attempt to engage in any such conduct.

A violation of the state act constitutes a misdemeanor with fines up to $1,000,
imprisonment up to 90 days, or both.   A person convicted of illegally killing,
possessing, buying, or selling a gray wolf must also reimburse the state for the
$1,500 assessed value of the animal (Part 401, Wildlife Conservation, of the Natural
Resource and Environmental Protection Act, 1994 PA 451).

Maximum penalties under the federal act are $100,000 per individual or $250,000 for
corporations or organizations, with imprisonment of up to one year.  The federal act
also requires that agencies of the federal government avoid actions that are likely to
jeopardize the continued existence of or adversely modify designated critical habitat
of an endangered species.   Federal agencies must consult with the U. S. Fish and
Wildlife Service to assure that their actions are not likely to jeopardize the continued
existence of any endangered or threatened species, including wolves.

## 2.    WOLF BIOLOGY AND ECOLOGY

### 2.1    DESCRIPTION

The gray wolf *(Canis lupus)* is Michigan's largest member of the Canidae, or dog
family.  Other native Michigan canids are the coyote *(Canis latrans)*, red fox *(Vulpes
vulpes)*, and gray fox *(Urocyon cinereoargenteus)*.   Michigan's gray wolf is also
known as the eastern timber wolf, or simply timber wolf.   Previously Michigan's
wolves were included with the eastern timber wolf subspecies *Canis lupus lycaon*
(Young and Goldman 1944), but recent taxonomic studies have resulted in their
reclassification as the Great Plains subspecies *Canis lupus nubilus* (Nowak 1995).

000091A

# Michigan Gray Wolf Recovery and Management Plan

Wolves are large in comparison to coyotes, with body dimensions exceeding those of a fully grown German shepherd or Alaskan malamute. Male wolves are slightly larger than females. Weights of adult gray wolves range from 60-115 pounds (27-52 kg) and average about 75 pounds (34 kg). Wolves are about six feet (1.8 m) long from nose to the end of the tail. Adults stand 30-34 inches (75-85 cm) tall at the shoulder. The feet of wolves are large, with tracks measuring 3½-4 inches (9-10 cm) wide and 4½-5 inches (11-13 cm) long. Wolves have cheek tufts that make their faces appear wide and their heads large. Their tails are bushy and straight, not curled like most dogs.

Wolves are adapted for their role as the primary large mammal predator in cold and temperate climates. The dense underfur in their winter coats is protected by guard hairs that may be up to six inches (15 cm) long over the shoulder.

Wolves' skeletal and muscular structures make them well adapted to travel. They have tremendous stamina and often spend eight to ten hours a day on the move, primarily during early morning and evening. Even wolves on Isle Royale traveled an average of 31 miles (50 km) per day during the winter (Mech 1966).

## 2.2 SOCIAL STRUCTURE AND BEHAVIOR

Wolves are social animals and live in packs. The pack (two or more wolves traveling together, with evidence of breeding behavior) is the functional unit of wolf society. It is typically comprised of two lead or "alpha" animals, the current year's pups, siblings from previous litters, and occasionally other wolves that may or may not be related to the alpha pair. The alpha male and female normally are the only animals that breed, even though other pack members may be physiologically capable of reproduction. The alpha animals are thought to lead in decisions such as when and where to hunt and when it is time to move, rest, or find seclusion. The alpha female is believed to select the denning site. Pack size can range from two to 13 wolves but usually ranges from four to six (Mech and Frenzel 1971). Pack members may separate for short periods.

3

000092A

# Michigan Gray Wolf Recovery and Management Plan

Much of the time that the pack spends together is used to reinforce the intricate dominance hierarchy within the pack through structured greetings and body posturings.

In addition to sight, wolves communicate extensively through the senses of smell and hearing.  Scent marking is used to relay information among pack members and between packs.  Wolves place scent marks on objects in their territories and are able to discriminate olfactory cues among individual wolves.  Wolves howl  together as a pack, to separated pack members, and to other packs.   Depending environmental conditions, wolves apparently can hear other wolves howling four to six miles (6-10 km) away (Asa and Mech 1995).  Wolves howl in long, low tones without yapping.  Howling between packs and scent marking along territory edges are principle means of spacing in wild wolf populations.

As a result of spacing mechanisms, packs live in territories that are actively marked and defended.  Territory size depends upon the density of wolves and on the density and distribution of prey.  Sizes of individual wolf pack territories reported from the Great Lakes area ranged from 30 to 260 square miles (80-670 km$^2$) (Mech 1970, Mech and Hertel 1983) but generally range from 42 to 100 square miles (109-259 km$^2$) in Wisconsin and Minnesota (Wydeven et al. 1995, Fuller 1995).  One pack of five animals monitored in the Upper Peninsula in 1992-93 used an area of 310 square miles (800 km$^2$).

Some young wolves leave the pack and move into new areas when they begin to mature at one to four years of age.   New packs form when subordinate pack members disperse from the pack territory, find an animal of the opposite sex, claim and defend a territory, and eventually mate and produce offspring themselves.  Wolves are capable of dispersing several hundred miles from home territories.  One wolf moved over 500 miles (800 km) from Minnesota to Saskatchewan between January and October 1981 (Fritts 1983).  A male wolf captured as a pup near Ely, Minnesota in August 1991 was recaptured in Iron County, Michigan, in June 1994 (Mech et al. 1995).

000093A

# Michigan Gray Wolf Recovery and Management Plan

Wolves occur in rather low densities wherever they are found. One wolf per 10 square miles (1 wolf/26 km$^2$) is considered a high wolf density.

## 2.3   REPRODUCTION AND MORTALITY

Mating takes place in February, dens are dug in March, and pups are born in mid- to late April (Peterson 1977, Fuller 1989). Litter sizes can range from one to nine pups, but usually number four to six. Wolves are among the best examples in the animal world of population self-regulation. Packs in the Great Lakes region limit production of pups by allowing only the alpha pair to breed; packs may not breed during years when prey numbers are low. Pups are weaned at about nine weeks and moved to a rendezvous site (Section 6.32). As the pups grow, they are fed partially digested food brought to the den or rendezvous site and regurgitated from the stomachs of returning adults. All pack members feed and care for the pups. This activity strengthens the social bonds of dependence among pack members.

Up to 60 percent mortality may occur from disease and malnutrition during the period from birth to the time pups are able to travel with the rest of the pack at six to seven months of age. Mortality rates approximate 45 percent from six months to one year, and 20 percent between years one and two (Pimlott et al. 1969, Mech 1970, Mech and Frenzel 1971, Van Ballenberghe et al. 1975, Fritts and Mech 1981). Annual adult wolf mortality in Wisconsin averaged 39 percent during a period of decline, and 19 percent during a period of increase (Wydeven et al. 1995). Adults may live up to 13 years, although most die much sooner (Mech, pers. comm. 1996).

No animal habitually preys on the wolf, though pups may occasionally be taken by a bear or other predator. Both moose and deer have injured or killed wolves (Nelson and Mech 1985, Mech and Nelson 1989). Other natural mortality factors include accidents, malnutrition, starvation, parasites, diseases, and fatal encounters during territorial disputes between packs.

Between 1960 and 1987, 16 wolf specimens were recovered from the Upper Peninsula. Ten (63 percent) of the animals died as a direct result of human actions

000094A

(six shot, one trapped, and three struck by vehicles).  The cause of death in six animals could not be determined (Thiel and Hammill 1988).  Of 18 wolves recovered since 1989, six were struck by vehicles, three were trapped, seven died from mange, and two were shot.  Known Michigan wolf mortality is summarized in Table 1.

**Table 1.  Michigan Wolf Mortality From Wolves Recovered Between 1960-1997.**

| Cause of Death | Number of Wolves[1] |
|---|---|
| Vehicles | 9 |
| Illegally Shot | 8 |
| Accidentally Trapped | 4 |
| Disease | 7 |
| Undetermined | 6 |
| **Total** | **34** |
| [1]Isle Royale not included | |

### 2.4     WOLF FOOD HABITS

White-tailed deer (*Odocoileus virginianus*),  beaver (*Castor canadensis*), and small mammals are the primary prey species for gray wolves in Michigan.  Mandernack (1983) analyzed scats of Wisconsin wolves to determine the relative abundance of prey species in their diet.  Deer comprised 55 percent of the diet, beaver 16 percent, snowshoe hare (*Lepus americanus*) 10 percent, and other small mammals and miscellaneous items 20 percent.  He reported that beaver provide as much as 30 percent of a Wisconsin wolf's spring diet.  Previous studies in the Upper Peninsula found that wolves ate shrews, snowshoe hares, red squirrels, mice, one ruffed grouse, crayfish, and grass in addition to white-tailed deer (Stebler 1944, 1951).

### 3.     WOLVES IN MICHIGAN

### 3.1     HISTORY AND CURRENT DISTRIBUTION

The gray wolf has been part of Great Lakes fauna since the melting of the last glacier and as such is native to the land area we know as Michigan.  Wolf history in Michigan is similar to  that observed in the rest of the continental United States.

6

000095A

# Michigan Gray Wolf Recovery and Management Plan

The aboriginal people of present-day Michigan have always been spiritually connected to the wolf.  According to the Anishinabe or Ojibwa creation story, original man and his brother ma'iingun, the wolf, traveled together to name and visit all the plants, animals, and places on earth.  Later they were instructed by the Creator to walk their separate paths and that they both would be feared, respected, and misunderstood by the people that would join them on earth (Benton-Banai 1988).

Wolves occupied all of what is now Michigan at the time of European settlement. Settlers brought their wolf prejudices with them (Lopez 1978).  European werewolf mythology, fairy tales, and religious beliefs, along with views that wolves were incompatible with civilization, resulted in the persecution of wolves in Michigan.

Assisting the pattern of exploitation, the United States Congress passed a wolf bounty in 1817 in the Northwest Territories, which included what is now Michigan.  A wolf bounty was the ninth law passed by the First Michigan Legislature in 1838.  A wolf bounty continued until the period between 1922 and 1935, when a state trapper system was in effect.  The bounty was reinstated in 1935 and repealed in 1960, only after wolves were nearly eliminated from the state.  Michigan wolves were given complete legal protection in 1965.

By the time bounties were imposed in the 1800s, wolves were nearly gone from the southern Lower Peninsula and were absent from the entire Lower Peninsula by about 1935 (Stebler 1944).  In the more sparsely settled Upper Peninsula, the decline was less precipitous.  In 1956, the population was estimated at 100 individuals in seven major areas in the Upper Peninsula (Arnold and Schofield 1956). The Michigan wolf population was estimated at six animals in the Upper Peninsula in 1973; sporadic breeding and occasional immigration of wolves from more secure populations in Ontario and Minnesota were postulated as the factors that maintained a small population of wolves in the Upper Peninsula (Hendrickson et al. 1975).  It is likely that a few animals persisted in remote areas of the Upper Peninsula and that wolves were never extirpated from the state.

000096A

# Michigan Gray Wolf Recovery and Management Plan

Beginning about 1973, the wolf population in Minnesota began to expand southward from its northern range in the state.  In 1975, a pack of wolves occupied a territory in both Pine County, Minnesota, and Douglas County, Wisconsin (Thiel 1993).  This signified the beginning of re-occupation of their former range in Wisconsin.  Since 1975, the wolf population in Wisconsin has grown to over 100 animals occupying suitable habitat in the northern counties.  Wolves occupying the west and central Upper Peninsula are likely descendants of immigrants from Wisconsin (Thiel 1988) and Minnesota (Mech et al. 1995).  Those now found in the eastern Upper Peninsula are likely a result of wolves crossing the ice from Ontario at Whitefish Bay, along the St. Mary's River, and near northern Lake Huron islands (Jensen et al. 1986).

Only one wolf introduction has been attempted in Michigan.  All four of a pack of Minnesota wolves released in Marquette County in March 1974 died as a result of direct human activities between July and November 1974.  These wolves did not reproduce and did not contribute to the current wolf population (Weise et al. 1975).

Wolf numbers have increased in Michigan in recent years (Table 2).  The wolf population in Michigan during the winter of 1995-97 was estimated at 112 animals in at least 20 packs across the Upper Peninsula, plus 24 wolves in three packs on Isle Royale (Figure 1).

**Table 2.  Confirmed Late Winter Wolf Numbers in the Upper Peninsula 1991-96.**

| Year | Number of Wolves[1] | Number of Packs[1] |
|------|---------------------|--------------------|
| 1991 | 17 | 1 |
| 1992 | 21 | 1 |
| 1993 | 30 | 4 |
| 1994 | 57 | 8 |
| 1995 | 80 | 12 |
| 1996 | 116 | 12-20 |
| 1997 | 112 | 20+ |
| [1]Isle Royale wolves not included | | |

8

000098A

Michigan Gray Wolf Recovery and Management Plan

**Figure 1. Michigan Wolf Distribution, 1994-95.**



Michigan
Gray Wolf Distribution  1995

Current Wolf Areas

Upper Michigan

Lower Michigan

Lake Michigan

Isle Royale

Keweenaw

Houghton

Ontonagon

Gogebic

Baraga

Iron

Marquette

Alger

Dickinson

Delta

Menominee

Schoolcraft

Luce

Mackinac

Chippewa

Michigan Gray Wolf Recovery and Management
Plan

3.2    **ISLE ROYALE**

3.21    **History**

Isle Royale was established as a national park in 1931.  Protection of the
native flora and fauna became the primary management goal.  Prior to the
arrival of wolves and moose (*Alces alces*) on Isle Royale, the primary large
mammals were the woodland caribou (*Rangifer tarandus*), lynx (*Lynx
canadensis*), and coyotes.  Wolves first appeared on Isle Royale in the late
1940s, when a pair, or two lone wolves crossed the ice from either Minnesota
or Ontario.  There is no archeological evidence of wolves on the Island prior
to this period, although research is limited.  Wolves arrived on the Island to
find a substantial moose population, which became their primary food source.
A formal monitoring program of the moose and wolves began in 1958.

Wolf numbers have varied between 12 and 50; moose numbers ranged from
500 to 2,500.  The wolf and moose populations on the Island followed a
pattern of dynamic fluctuations, wherein high moose numbers—particularly
older moose—were followed by higher wolf numbers.  Wolves influenced
moose numbers predominantly through the direct killing of calves and have
remained the only consistent source of moose mortality on the Island.  The
moose-wolf population patterns held until a dramatic crash occurred in the
wolf population in the early 1980s, in which wolf numbers dropped from 50 to
14.  Wolf reproduction progressively declined during 1985-92; numbers
dropped to their lowest level—a dozen animals.  As the moose population
grew throughout the 1980s and 1990s, the wolf population failed to
correspondingly increase.  Although a possible outcome is a complete die-off
of the Isle Royale wolf population, the present population seems to be
thriving and increased to 24 animals in 1997.  The Isle Royale moose
population declined from 2,400 in 1995 to 500 in 1997 adding another
dimension to the Isle Royale wolf-moose relationship.

000099A

Michigan Gray Wolf Recovery and Management
Plan

### 3.22   Future Management And Direction

Management of the Isle Royale wolf population is guided by National Park
Service (NPS) policy, the federal wolf recovery plan, and ongoing research.
Concern over the decline of the wolf population in the late 1980s prompted
the convening of a group of scientists representing NPS management, wolf
ecologists, disease and genetics experts, and conservation biology
specialists to discuss the wolf decline.  They agreed over the short-term that
the wolf population in the Park should be allowed to proceed without
intervention (including no introduction of new animals) while undertaking
more intensive research directed at understanding the cause of the wolf
decline.   Intensive research, initiated in 1988, focused on three possible
causes for the wolf decline:  food shortage, disease, and genetic factors.
Uncertainty remains over the causes of the wolf decline.  Results from this
research suggest that canine parvovirus played an important role in the
population crash, which was clearly caused by high wolf mortality rather than
emigration.  High mortality in 1981-88 would have accelerated genetic decay
in the wolf population above the background rate arising from isolation.
Wayne et al. (1991) estimated that there has been a 50 percent loss of
genetic variability in Isle Royale wolves.  However, there remains uncertainty
surrounding the reasons for the wolf decline, particularly the role of genetics.
It is essential to closely follow the next generation of wolves in the mid- to late
1990s to better understand the population decline.

The results of ongoing research, especially attempts to define the causes of
the population decline, will play a major role in determining future
management options for the Isle Royale wolf population.   The NPS will
continue to encourage and support this research.

000100A

Michigan Gray Wolf Recovery and Management Plan

**4.     ATTITUDES OF MICHIGAN RESIDENTS TOWARD WOLVES**

**4.1     1990 PUBLIC ATTITUDE SURVEY**

A 1990 survey (Kellert 1990) conducted to determine the attitudes and opinions of Michigan residents found considerable interest and support for the wolf and its recovery in the Upper Peninsula (Table 3).  This study was contracted by the International Wolf Center in Ely, Minnesota, with support from the U. S. Forest Service, Michigan Department of Natural Resources, National Park Service, U. S. Fish and Wildlife Service, and Sigurd Olson Institute.  Data collection and analysis were done by Dr. Stephen Kellert of the Yale University School of Forestry and Environmental Studies, and HBRS, Inc., a social science research firm located in Madison, Wisconsin.

Study data were obtained through mail surveys to a random sample of 300 Upper Peninsula and 300 Lower Peninsula residents and special samples of 150 Michigan deer hunters, 150 Upper Peninsula trappers, and 150 Upper Peninsula farmers. The 22-page mail survey consisted of about 150 questions.

**Table 3.  Percent of Respondent Groups Supporting Upper Peninsula Wolf  Recovery.**

| Group | Support Percentage |
|-------|--------------------|
| Upper Peninsula residents | 64% |
| Lower Peninsula residents | 57% |
| Michigan deer hunters | 76% |
| Michigan trappers | 66% |
| Upper Peninsula farmers | 37% |

12

000101A

# Michigan Gray Wolf Recovery and Management Plan

Most respondents emphasized the wolf's existence as a native species and its ecological value as reasons for wanting to restore wolves in Michigan.  Substantial appreciation and goodwill toward the wolf were found among the general public, including most respondents from the Upper Peninsula and particularly deer hunters.  Most groups supported the view that they would be "proud to live in a state that had restored wolves."   Additionally, the general public sample groups agreed that "it would be wonderful to hear a wolf howl in the wild."  Most groups said they would very much like to visit an area where wolves could be found.

Michigan's deer hunters expressed the greatest support, outdoor recreational interest, and ecological appreciation, for the wolf of any group surveyed.  A majority of deer hunters and Upper and Lower Peninsula respondents favored banning coyote hunting during firearm deer season in areas where wolves are found.  Trappers were most knowledgeable about the wolf and its restoration.  The survey revealed concern on the part of livestock farmers toward wolf recovery.

A majority of the groups supported the reintroduction of wolves under a wolf recovery plan, should it be necessary to ensure the survival of wolves in Michigan.  Most groups agreed that if wolves are restored to Michigan, government officials should do all they can to keep them from becoming extirpated.  On the other hand, all the sample groups supported limiting the number of wolves in the Upper Peninsula if they became too numerous.  Generally, most groups did not support restrictions on mining, forestry, or recreation to permit wolf recovery.  There was widespread support among all survey respondents to provide farmers with more information on how to protect livestock as wolves are restored in Michigan.  The lower level of support among farmers surveyed strongly suggests the need for special efforts to work with them.  Most groups supported the capture and relocation of wolves as a management tool and as a strategy to control wolves that might kill livestock.

000102A

**4.2     1993 PUBLIC WOLF FORUMS**

Since public acceptance and support are essential for the long-term survival of a viable wolf population in Michigan, the first step in developing this Plan was for the Recovery Team to meet directly with Michigan residents to determine their concerns regarding wolf restoration in the state (Appendix 1).   A series of 15 public forums was held during March and April 1993.   Ten meetings were held in the Upper Peninsula and five in the Lower Peninsula.   Over 622 people attended the 15 meetings.   Twenty-nine written responses were received during the concurrent open written comment period.   Over 90 percent of the people speaking at the meetings or submitting written comments supported wolf recovery in Michigan.   Seven percent were opposed, and three percent were undetermined.   This level of support is higher than that reported previously (Weise et al. 1975, Hook and Robinson 1982, Kellert 1990).

Support for wolves included the notions that they are native to Michigan, are an integral component of our northern ecosystem, and that their recovery would help restore an ecological balance.   Many people expressed satisfaction in just knowing wolves are present in the state.   Tribal groups supported wolf recovery and urged protection for spiritual reasons.

Despite general support for wolves, some people expressed concern regarding the effect of wolf predation on deer.   There was some opposition to additional land use restrictions such as road closures and the establishment of wilderness areas or sanctuaries solely for wolf protection.   Some livestock producers had concerns about potential wolf depredation and urged compensation for losses caused by wolves.   Some hunters said that hunting license money should not be used to manage wolves.   A great deal of interest was expressed at the forums about wolf population goals, wolf distribution, and how wolves would be managed after recovery goals are met.   Most people supported restoration of the resident wolf population but did not favor an introduction program.

14

000103A

# Michigan Gray Wolf Recovery and Management Plan

Concern was expressed regarding the effects of diseases and parasites on wolf recovery.  Some felt that the ownership and increasing numbers of wolf-dog hybrids kept as pets would negatively affect recovery.

Public education and free information exchange between the agencies and the public were recognized as important factors in the long-term success of wolf recovery in Michigan.

15

000104A

Michigan Gray Wolf Recovery and Management
Plan

## 5.    RECOVERY GOALS

The goal is to establish and maintain a population of gray wolves in the Upper Peninsula at a level that assures wolf population sustainability and is consistent with available wolf habitat and compatible with human land use practices.  Since Isle Royale wolves are isolated from the rest of Michigan's wolves, they are not counted toward these recovery goals.

This Plan is directed at wolf recovery in the Upper Peninsula.  No wolf population goals have been established for the Lower Peninsula, and no wolves will be introduced there.  However, wolves are capable of crossing the ice into the northern Lower Peninsula during winter. Such movements of wolves into the northern Lower Peninsula will be detected through the wolf monitoring program.  Any wolves crossing into the Lower Peninsula would be protected under prevailing state and federal regulations.

Wolf restoration goals are presented at three levels.

### 5.1    *Federal Recovery Plan Goal*

In addition to the requirement that the survival of the wolf in Minnesota is assured, the following two wolf recovery conditions pertaining to Michigan wolves are described in the federal Eastern Timber Wolf Recovery Plan (U. S. Fish and Wildlife Service 1992).

1. When there are 80 wolves in Wisconsin (based on late winter counts) for a minimum of three consecutive years, the wolf can be recommended for downlisting to federally-threatened status in Wisconsin.  Although specific criteria were not defined, the federal plan requires that consideration be given to downlisting the Michigan wolf population to federally-threatened status at the same time.

The Recovery Team recommends that wolves should also be changed to federally threatened in Michigan if there are at least 50 wolves present in the Upper Peninsula during late winter counts during the same three consecutive years that there are 80 or more wolves in Wisconsin.

16

000105A

# Michigan Gray Wolf Recovery and Management Plan

Since the Wisconsin wolf population has been over 80 animals since 1995 and there have been over 50 wolves in the Upper Peninsula each year since 1994, they now can be reclassified to federally-threatened status.

2. Wolves will be considered recovered and removed from the federal endangered and threatened species list if the combined Wisconsin and Michigan winter wolf population is at least 100 animals for five consecutive years.

The combined Michigan and Wisconsin count exceeded 100 wolves in 1994, 1995, 1996, and 1997.  If these populations are sustained, wolves could be recommended for federal delisting as early as 1998.  Wolves should be changed to threatened status on the Michigan Endangered Species List when this federal delisting goal is met.

Lethal wolf control may be allowed in some localized areas in special circumstances, such as repeated livestock depredations, when wolves attain federally threatened status or when they are removed from the federal list.

## 5.2    *Minimum Sustainable Population*

The *federal recovery plan goal* depends on the continued immigration of wolves into Michigan.  However, factors in Ontario, Minnesota, and Wisconsin are outside the jurisdiction of Michigan and the long-term exchange of wolves with these populations cannot be assured.  Therefore, to meet the population viability goal and ensure their long-term survival in the state, Michigan wolves need to be considered as an isolated population, as defined in the Eastern Timber Wolf Recovery Plan.  This requires a minimum population of 200 wolves.

Wolves will be considered recovered in Michigan with a winter population of 200 wolves for five consecutive years.   The wolf should then be recommended for removal from the Michigan Endangered Species List. When the *minimal sustainable population* goal is  attained, the wolf should be considered for reclassification and regulation under the Michigan Wildlife Conservation Act.

17

000106A

Michigan Gray Wolf Recovery and Management
Plan

**5.3    *Fully Occupied Range***

Existing wolf habitat in the Upper Peninsula can easily support more than the 200 wolves set as the *minimum sustainable population* goal.  A recent analysis done at University of Minnesota-Duluth using road, prey, and human densities concluded that there is greater than 50 percent probability of wolves occupying 11,331 square miles (29,348 km$^2$) in the Upper Peninsula (Table 4, Figure 2).  Using these data, it is estimated that available habitat could support over 800 wolves (Mladenoff et al. 1995b).

**Table 4. Percent Probability of Wolf Packs Occupying Habitat Areas in the Upper Peninsula (Mladenoff et al. 1995a).**

| Percent Probability | Km$^2$ | Mi$^2$ |
|---|---|---|
| >95 | 13,032 | 5,032 |
| 75-95 | 9,972 | 3,850 |
| 50-74 | 6,344 | 2,449 |
| 25-49 | 4,448 | 1,717 |
| 10-24 | 2,712 | 1,047 |
| <10 | 5,476 | 2,114 |
| **Totals** | **41,984** | **16,209** |

The upper limit that is compatible with human land use practices and human tolerances *(cultural carrying capacity)* is unknown.  Wolf numbers and human attitudes must be closely monitored and evaluated to determine this level.

Some degree of wolf population stabilization or control is likely.  Agencies need to communicate with the public that some wolves will likely need to be killed under controlled conditions in the future.

18

000107A

Michigan Gray Wolf Recovery and Management Plan

Figure 2. Michigan Wolf Habitat with 50 Percent and Greater Probability of Occupancy by Wolf Packs (Mladenoff et al. 1995a).



000108A

19

## 6.    WOLF MANAGEMENT

Wolf management in Michigan will consist primarily of public communication and education along with wolf monitoring and protection.  The development of additional wolf habitat, or the development of new programs for prey management are not now needed to meet the recovery goals.  Based on the trend in wolf numbers, it is anticipated that wolves will continue to increase toward the wolf population goals.  However, the recovery of wolves in Michigan is not yet assured.  Monitoring is essential to estimate wolf numbers, to detect problems that may need research, and to indicate needed changes in wolf management.

### 6.1    EDUCATION AND INFORMATION

Public support and acceptance are essential for the long term-survival of wolves in Michigan.  Public education and communication need to receive a high priority.

#### 6.11    Develop A Coordinated Information And Education Plan

The best method to maintain support is to provide a free flow of information to and from people regarding wolves in Michigan.  Such an information exchange does not happen without planning.  Therefore a coordinated, long-term information and education plan needs to be developed.  This plan should be implemented and evaluated on an annual basis.

An information and education plan will be coordinated by the DNR and involve people from the appropriate state, federal, and tribal agencies, along with private organizations such as Timber Wolf Alliance (TWA), Timber Wolf Information Network (TWIN), Michigan United Conservation Clubs (MUCC), and other groups.  Coordination is important to prevent duplication of effort and to ensure that conflicting materials and outdated information are not being distributed.

#### 6.12    Develop Materials For Specific Educational Needs

000109A

# Michigan Gray Wolf Recovery and Management Plan

Appropriate printed materials, slide shows, videos, films, educational kits, and wolf displays will be developed or purchased and maintained for statewide use by agencies, schools, groups, and individuals.

The educational requirements for different interest groups and age levels necessitate the development of specific informational materials and products. Specific materials will be developed for diverse groups such as schools, general audiences, agencies, hunters, trappers, livestock owners, timber producers, and private landowners.

The Team supports the concept that a "code of conduct" be developed for use by those who want to observe wolves and for guides while leading field trips to see or hear wolves.  Such a code should be cooperatively developed, and initiated through private organizations such as TWIN, TWA, and the International Wolf Center (IWC).

## 6.13    Maintain Public Contact

A mailing list of interested people and groups will be maintained by the DNR and information distributed through the Natural Heritage Program newsletter. Special reports and information will be distributed through timely news releases and other media contacts.

## 6.14    Public Presentations And Events

Michigan needs to expand its recognition of Wolf Awareness Week held during late October in conjunction with the TWA, Wisconsin, and Minnesota.

Michigan will continue to work with private organizations in developing public education and information programs.  The TWA will be encouraged to maintain their volunteer speakers' bureau program that provides trained people to give public presentations or workshops for schools and other groups.  Organizations such as the TWA and TWIN will be encouraged to continue work in the Upper Peninsula and expand their programs to the Lower Peninsula.

000110A

Michigan Gray Wolf Recovery and Management Plan

Whenever feasible, members of the public and media will be invited and encouraged to participate in activities and projects involved with wolf management and education.

22

000111A

Michigan Gray Wolf Recovery and Management Plan

**6.15    Training For Agency Personnel**

Agencies need to provide periodic internal training for their personnel regarding wolf recovery and management. Agencies are encouraged to provide funding for representatives to attend regional wolf management meetings, to provide other appropriate training, and to purchase appropriate publications and educational materials.

**6.2    WOLF POPULATION RESEARCH AND MONITORING**

The primary monitoring goal is to measure the progress toward a *minimum sustainable population* in Michigan. Estimates of wolf numbers are based on winter counts during the January-to-March winter period. Annual monitoring needs to receive a high priority for a minimum of five years after federal delisting and at least until the *minimum sustainable population* goal is met.

The DNR will lead the cooperative wolf monitoring effort and seek funding and assistance from the other agencies to ensure that all agency mandates are met. This plan addresses monitoring through *the minimum sustainable population* level is achieved. Periodic surveys are recommended after this goal is met; methods and frequency will need to be determined. Monitoring programs need to be designed to provide scientifically valid results.

**6.21    Monitoring**

**6.211   Monitoring Objectives**

(1)    Estimate wolf numbers annually

(2)    Determine special management and protection needs

(3)    Estimate wolf productivity and mortality

(4)    Determine wolf distribution and delineate wolf territories

(5)    Determine wolf movements within pack territories

23

000112A

Michigan Gray Wolf Recovery and Management Plan

(6)    Locate home sites (dens and rendezvous sites)

(7)    Locate dispersal and migration corridors

(8)    Determine rate, direction, and success of wolf dispersal

## 6.212   Radio Telemetry

A population of radio-tagged wolves will be maintained until the *minimum sustainable population* level is  met.  Attempts will be made to radio-collar at least one member in each pack.   An emphasis should be placed on monitoring during the January-to-March winter period to help determine wolf numbers.

## 6.213   Winter Tracking Surveys

Annual  winter  tracking  surveys  should  be  continued  as  a complement to the aerial radio-telemetry surveys at least until the *minimum sustainable population* level is met.

## 6.214   Wolf Observation Reports

The development and wide distribution of wolf observation forms by the Department of Natural Resources have provided important new wolf  location  information.    This  inexpensive  method  to  obtain valuable information on wolf observations and to increase public interest and participation will be continued.

## 6.215   Wolf Health Monitoring

All dead wolves will be taken to the DNR Rose Lake Wildlife Research  Station  for  necropsy.    Necropsies  are  needed  to determine  the  cause  of  death  and  to  provide  information  on diseases, parasites, condition, age, reproductive status, and food habits.

000113A

Michigan Gray Wolf Recovery and Management Plan

All live wolves handled need to be examined and routine samples taken.   Blood, fecal samples, and skin scrapings will provide information on Lyme disease, heartworm, canine parvovirus, distemper, hepatitis, mange, parasites, and DNA structure.  Wolves handled will be vaccinated for canine distemper and canine parvovirus, and treated for parasites.

The DNR will coordinate the development of protocols for handling wolves and for collecting standard data and samples.

**6.22 Research**

A great deal of research has been done on wolves in the past 35 years in North America.   Much of this work has been done in Minnesota and Wisconsin and has direct application to Michigan.   Research on wolves in Michigan should be directed toward problems that are specific to Michigan and toward cooperative regional wolf research projects with Minnesota, Wisconsin, and Ontario, rather than duplicate previous research.   A great deal of information will be obtained on Michigan's wolves through the monitoring program.

### 6.221   Human Dimension Research

The success of wolf recovery depends on support from people who live in the Michigan wolf range.   Periodic attitude surveys and other methods to work closely with people are needed make sure that problems are identified and solved.

### 6.222   Data Management Coordination

An important aspect of wolf recovery and management in Michigan is the   integration of research and monitoring information into management practices.

25

000114A

Michigan Gray Wolf Recovery and Management Plan

Because of wolves' wide-ranging movements, they can be effectively managed only at the ecosystem level, with involvement by community planners, corporate and private land owners, and state, federal, and tribal land managers.   Information must be shared among these entities, particularly spatial data concerning habitats and land use.

Several landowners and managers are independently developing computer-based geographical information systems (GIS) for integrating and analyzing resource data.   Coordination of data development and database management is essential for effective ecosystem-level management.   Possibilities for coordination exist within current interagency efforts (e.g., the Eastern Upper Peninsula Ecosystem Management Group) as well as through state universities.   The agencies involved with gray wolf recovery should explore these possibilities in order to facilitate wolf management among land owners and managers.

### 6.223   Computer Models

Computer population and habitat simulation models are becoming more useful in predicting future outcomes under different assumptions.   These models can be especially useful if a GIS component is included.   It is recommended that new models be developed or existing models be adapted for use in Michigan.

### 6.224   Other Research

Other research needs, such as disease problems or disturbance factors, will become evident through the monitoring program and should be addressed as needed.

26

000115A

Michigan Gray Wolf Recovery and Management
Plan

### 6.3    WOLF HABITAT MANAGEMENT

Wolf habitat can be defined as a relatively large land area that provides an adequate prey base coincident with a degree of remoteness that offers wolves an opportunity to avoid people.

The elements of wolf habitat that need to be considered while assessing and planning land management activities include human access, disturbances at den and rendezvous sites, habitat corridors or linkage zones, area closures, protection of critical habitat, and habitat management for prey species.

At present, the majority of the Upper Peninsula is considered to be suitable wolf habitat (Figure 2).  The northern portion of the Lower Peninsula is less suited, due to higher human population densities and related land use activities.   However, there are areas in the northeastern Lower Peninsula that might provide suitable habitat for wolves that emigrate across the ice from Ontario or the Upper Peninsula.  The DNR is coordinating an ecosystem based landuse assessment and planning project that will provide a landscape look at various habitat types and provide more complete information on the suitability of the Lower Peninsula to support wolves.  The initial landscape assessment is expected to be completed by the Northern Lower Peninsula Ecosystem Planning Team by 1998.

The southern portion of the Lower Peninsula is unsuited to support wolves, due to even greater human development.

#### 6.31    Access Management

Wolves do best in areas with limited human access.  Several researchers reported that wolves have difficulty sustaining themselves in areas with average road densities greater than one mile of road per square mile (0.6 km/km$^2$) of land area (Thiel 1985, Jensen et al. 1986, Mech et al. 1988).  Along with increasing the probability of wolf-vehicle collisions, roads provide access that can lead to increased mortality due to illegal shooting and trapping (Mech 1977, Robinson and Smith 1977, Berg and Kuehn 1982).

A road as defined in the Eastern Timber Wolf Recovery Plan includes primary; secondary; arterial; collector; local all-weather; federal, state, and

27

000116A

county highways; bituminous concrete; soil aggregate; graded and drained; and/or U. S. Forest Service traffic service levels A, B, and C roads.

In addition to road densities, road standards can be significant.   Mech (1986b) found that where paved roads pass through wolf range, vehicle strikes constitute an important mortality factor.   A study is underway in Wisconsin (Kohn et al. 1991) to document the effect of the US-53 highway upgrading project on wolf mortality and dispersal, before, during, and after completion of the project.   Information from this study will be valuable in predicting the effects of such projects if proposed in Michigan.

There is recent evidence that wolves may be able to recolonize areas with greater densities of both roads and humans if people are generally tolerant of wolves (Mech 1993) or if it is adjacent to an extensive roadless area (Mech 1989).   In the Upper Peninsula, attitudes of most residents are becoming more supportive of wolf recovery (Section 4).   That being the case, it may not be as important to reduce existing road densities as it is to avoid increasing road densities or road standards much beyond their present levels.   If current road densities are at or below one lineal mile per square mile (0.6 km/km$^2$) in forested areas, land managers should attempt to contain road development at or below this level.   Temporary access roads constructed for resource management or research purposes should be closed as soon as their intended purpose has been achieved.

Roads may be closed or reduced for a variety of reasons not directly related to wolf management.   Among them are road construction and maintenance costs, erosion reduction, vandalism prevention, forest fragmentation reduction, and management for other species with large home ranges or other special requirements.

**6.32    Home Site Management**

The term "home site" refers to both dens and rendezvous sites.   Dens are dug by wolves to provide early protection for young pups since they are born

000117A

blind, deaf, and have difficulty in maintaining their body temperature for the first few days after birth.  Wolves may use the same den for six consecutive years or more (Fuller 1989).  Territories often have several den sites, but usually only one or two are used per year (Mech 1970).

Rendezvous sites are above ground areas where pups are taken after weaning and used until the pups have developed enough to travel with the pack.  Rendezvous sites become the focus of pack activity after denning.  They are usually located in open areas of grass or sedge near wetlands (Mech 1970).

Generally packs use a series of rendezvous sites (Mech 1970, Fuller 1989, Harrington and Mech 1982, Carbyn 1987) from mid-June to mid-September, but occupancy can start in mid-May and last through October (Van Ballenberghe et al. 1975, Fritts and Mech 1981).  The number of rendezvous sites used by a pack during one summer is usually four to six but can range from one to ten (Fuller 1989).  An area used as rendezvous site one year can be used as a den site the next year, and vice-versa (Peterson 1977).

Several studies (Joslin 1967, Stephenson 1974, Allen 1979) suggest that human disturbance can cause den abandonment or movements to new dens.  Wydeven and Schultz (1993) documented possible abandonment of dens and rendezvous sites in Wisconsin as a result of nearby road construction and logging activity.

Wydeven and Schultz (1993) developed guidelines for protection of wolf home sites in Wisconsin. The size of areas closed under these guidelines is small.  Normally only one to three dens and perhaps one or two rendezvous sites would need to be protected per territory.  For a wolf pack territory of 100 square miles (259 km$^2$), the area needing protection at each home site would be about eight acres (3 ha).  If four home sites were involved (two dens and two rendezvous sites), a total of 32 acres (13 ha), or about 0.05 percent, of the pack's territory would need total protection.

29

Michigan Gray Wolf Recovery and Management Plan

Since denning and pup rearing are activities critical to the well-being of wolves, protection from human disturbance is important. This is especially true now in Michigan, since wolf populations are low and recovery not yet assured. See Appendix 3 for home site protection recommendations.

### 6.33   Habitat Corridors/Linkage Zones

Increased fragmentation of wolf habitat due to human developments such as roads, residences, and commercial enterprises may lead to reduced capability of such areas to support wolves. It has been suggested that regional corridors, or "habitat linkage zones," are needed to allow wolves and other species to move through and live within areas influenced by human activities. This approach has been used for grizzly bears in the western United States (Servheen and Sandstrom 1993). We recommend that linkage zones be identified for Minnesota, Wisconsin, Michigan, and Ontario using geographic information systems to overlay various data layers such as human populations, prey populations, road densities, and forest cover types.

Because of the mixed state, federal, tribal, corporate, and private ownership of lands within linkage zones that cover such a large region, it is imperative that any such effort be cooperative. The Team supports the concept of linkage zones and urges participation by as many affected agencies and landowners as possible in their development.

### 6.34   Area Closures

Although protected areas provide refugia for wolves, it is not essential that sanctuaries or large tracts of wilderness areas be set aside solely for wolf management. Those areas that now exist should be maintained, and wolves need to be one of the components evaluated in establishing new reserved areas.

### 6.35   Critical Habitat

30

000119A

Isle Royale is classified as critical habitat for wolves under the Federal
Endangered Species Act.  No other critical wolf habitat has been considered
for Michigan.  Designation of critical habitat will end when Federal delisting
occurs.

### 6.4    PREY SPECIES AND PREY MANAGEMENT

#### 6.41    Wolf Predation On Deer

Wolves will have a negligible effect on deer numbers in the Upper Peninsula.
Each wolf will consume an estimated 15-18 deer per year (Mech 1977, Fuller
1995).  Like most predators, wolves are opportunistic hunters and will take
advantage of situations where food can be obtained with the least amount of
energy expended.  Many of the deer consumed by wolves will be scavenged
from deer dying of starvation, unrecovered during hunting season, or killed
by automobiles.  Others might be weakened by old age or be vulnerable
young of the year.  Of 238 deer carcasses examined in the Upper Peninsula
in late winter between 1932 and 1939, only 31 were taken by predators
(including five killed by dogs); other losses resulted from malnutrition,
parasites, diseases, accidents, and gunshot (Stebler 1944).  Studies in
Wisconsin have shown no differences in deer populations between similar
areas that have wolves and those where wolves are absent (Wisconsin DNR
1989).  Minnesota now has relatively high deer numbers and record wolf
numbers (Berg 1995).

Wolf predation could cause some local reductions in deer numbers or cause
some changes in deer distribution.  In one case on a 1,200 square mile
(3,000 km$^2$) study area in the interior Superior National Forest, wolf predation
was believed to be the major cause of the drastic decline of deer coupled
with declining deer habitat and a series of seven severe winters (Mech and
Karns 1977, Nelson and Mech 1981, Mech 1986a, Nelson and Mech 1986a,
1986b).  With relatively low deer numbers and contiguous wolf territories in
the central Superior National Forest, deer were most abundant along wolf

000120A

Michigan Gray Wolf Recovery and Management
Plan

pack territory edges (Hoskinson and Mech 1976, Rogers et al. 1980, and Nelson and Mech 1981). The highest winter predation rates occur with a combination of a long, severe winter and deep snow (Nelson and Mech 1986b).

### 6.42    White-tailed Deer Population Management

Deer numbers in the Upper Peninsula (UP) have fluctuated greatly in recent decades. The spring deer population in 1972 was estimated at 156,230, or 9.69 deer per square mile ($3.57/km^2$) (Ryel et al. 1972). With increased demand for wood products, an aggressive deer habitat improvement program, and moderate winter weather, the UP deer population increased through the 1980s and 1990s to a high of 595,879 deer (37 deer per square mile, 14 $deer/km^2$) in the spring of 1994 (Hill 1994).

Deer are not uniformly distributed throughout the Upper Peninsula. Populations are lowest in the northern regions close to Lake Superior (5 deer per square mile (2 $deer/km^2$) in Keweenaw County) and highest in the southern part of the Peninsula (>50 deer per square mile (>19 $deer/km^2$) in Menominee County). There are also seasonal changes in distribution and density, as deep snow and cold weather cause deer to move to winter yards dominated by coniferous cover. These yards constitute about 10 percent of the total land area.

The Michigan statewide deer population objective is 1.3 million deer. The UP portion of this objective is 375,000 deer (23 deer per square mile, 8 $deer/km^2$). The population now exceeds the winter carrying capacity. Upper Peninsula winter losses in 1993-94 were estimated at 81,516 deer (Hill 1994) and 198,785 in 1995-96. Historically, about half of the winter deer losses result from starvation. In addition, deer-vehicle accidents and crop damage are unacceptably high in some areas. In 1995, 8,558 deer-vehicle accidents were reported in the Upper Peninsula. In 1993, there were 213 permits issued to farmers for crop damage block permits, which resulted in the take

32

000121A

of 5,689 antlerless deer from farmlands during deer season, and 156 summer shooting permits were issued which took 1,640 deer out of season. Deer hunters killed an estimated 116,000 deer in the UP in 1995.

The deer population will be regulated primarily through deer hunting seasons. Efforts will be directed toward maintaining a healthy deer herd that is consistent with the carrying capacity of the range.

**6.43    Deer Habitat Management**

Adequate summer and winter habitat must be provided to maintain healthy deer populations.   Good summer habitat consists of a high percentage of shade intolerant, short-rotation tree species interspersed with forest openings.   Proper timber age-class distribution is important to provide life requirements for various wildlife species and to insure a continual supply of timber products.   Winter range consists of mature conifer cover such as hemlock (*Tsuga canadensis*) and northern white cedar (*Thuja occidentalis*) stands with brushy edges or adjacent stands of aspen (*Populus tremuloides, P. grandindentata*), lowland hardwoods, or sugar maple/yellow birch (*Acer saccharum/ Betula alleghaniensis*) with adequate regeneration to provide browse for deer.

The timber industry has a significant impact on Upper Peninsula forests and can have a positive effect on wolves.   Harvest by commercial timber sale is the preferred method of managing deer habitat.   Demand for timber products from both public and private lands is high.   In 1990, 2.2 million cords (8.0 million $m^3$) were cut in the Upper Peninsula.   Conservative projection of a two percent annual growth in the market means a demand for 2.7 million cords (9.8 million $m^3$) in the year 2000.

Since 1972 the Michigan Department of Natural Resources has actively managed deer habitat through the Deer Range Improvement Program. Under this Program $1.50 of each deer hunting license sold in the state is earmarked for deer habitat improvement or deer habitat acquisition.

000122A

Michigan Gray Wolf Recovery and Management
Plan

Approximately 150,000 acres (61,000 ha) of forested land have been treated in the Upper Peninsula to improve deer habitat. Major efforts are directed at creating and maintaining forest openings, increasing or maintaining short rotation species such as aspen and jack pine (*Pinus banksiana*), and regenerating coniferous cover in deer wintering areas. Cuttings in or next to deer yards are done in winter to provide browse.

The Hiawatha and Ottawa national forest plans provide for managing coniferous cover for wintering deer and for maintaining other forest types that benefit deer. National forest plans have designated about 256,000 acres (104,000 ha) on the Ottawa Forest and 64,000 acres (26,000 ha) on the Hiawatha Forest to be managed to provide habitat for bears, wolves, fishers, pine martens, and other large home range species. One objective for these areas is to maintain habitat for deer as a prey base for wolves, other predators, and scavengers.

Existing habitat programs and deer population objectives will maintain deer numbers at a level that will provide adequate prey for wolves and provide for the needs of viewers and hunters.

**6.44    Moose, Beaver, And Other Species**

Moose were translocated to Michigan's central Upper Peninsula in 1985 and 1987 from Algonquin Provincial Park, Ontario, Canada. The 1995 winter population was estimated at 305 moose in the west-central UP resulting from the releases, plus an additional 150 native moose in the eastern UP. Moose are important prey species for wolves on Isle Royale and in other states and provinces. In Minnesota where deer and moose occur in the same area, deer are the primary prey. Moose are generally not important prey for wolves unless deer numbers drop to less than two per square mile ($0.7/km^2$) (Fuller 1995).

Moose are potential prey for wolves in Michigan, but healthy adult moose are formidable opponents for wolves and calves are aggressively protected by

34

000123A

# Michigan Gray Wolf Recovery and Management Plan

their mothers.  Moose are susceptible to brainworm (*Parelaphostrongylus tenuis*) infestations, with some losses documented in Michigan moose since the releases.  Such diseased or old, weakened individuals are the most susceptible to predation.  Wolf predation on the Michigan moose population is expected to be insignificant.

Beavers represent a substantial food supply for wolves during the ice-free period of the year.  In Quebec, wolves removed 15 percent of a beaver population per year; but with wolf control beaver numbers increased by 20 percent over three years (Potvin et al. 1992).  Beaver populations are now high in the Upper Peninsula.  Up to 42,000 beaver are trapped annually.  The take varies considerably according to weather conditions and fur prices.  High beaver numbers have resulted in numerous nuisance beaver complaints from county road commissions, commercial timberland owners, utility companies, railroads, recreational property owners, and trout fishermen.  It is expected that beaver populations will remain high, although diseases may cause fluctuations.  Even though relatively abundant now, beaver need to be retained and managed as a functional component of the watersheds they inhabit.

Coyotes and wolves have an adversarial relationship.  Wolves are known to kill coyotes found within their territories and generally replace coyotes when contiguous wolf territories develop.  It remains to be seen if a reduction in coyote numbers will occur in parts of the Upper Peninsula as wolves increase.

Populations of other prey species such as snowshoe hares, mice, voles, and squirrels will fluctuate naturally.  Wolf predation will not significantly affect populations of these species.

## 6.5    WOLF PROTECTION

### 6.51    Coordinated Law Enforcement

35

000124A

Michigan Gray Wolf Recovery and Management Plan

Law enforcement investigations relating to wolves will be the primary responsibility of the Michigan DNR, Law Enforcement Division. Investigations will be coordinated as needed with the U. S. Fish and Wildlife Service, National Park Service, U. S. Forest Service, Great Lakes Indian Fish & Wildlife Commission, and local law enforcement agencies.

**6.52    Hunter and Trapper Cooperation**

Hunter and trapper cooperation and support are important for successful wolf recovery.  Efforts have been made and should continue to be made each year prior to the firearm deer season to contact hunting camps in resident pack areas to alert hunters of the presence of wolves.  Educational materials, wolf observation forms, and explanation of the wolf recovery effort should be provided.  Wolf information and identification guidelines should continue to be placed in the hunting and trapping guides.

A special effort should be made to have trappers immediately report to wildlife biologists any inadvertently trapped wolves so they can be examined, radio-collared, treated, and released.

**6.53    Landowner Cooperation**

Private and commercial landholders are a key element in wolf recovery, since private land will be included in many pack territories.  As wolf pack locations are better known, a focused effort will need to be directed toward landowners, farmers, and recreationists on private land to obtain voluntary cooperation for wolf management and protection.

**6.54    Agency Regulations**

Since 1993, the coyote season has been closed in the Upper Peninsula during the  November 15-30 firearm deer season to prevent the killing of wolves misidentified as coyotes.  This regulation should be continued.

36

000125A

Michigan Gray Wolf Recovery and Management
Plan

Other appropriate agency regulations should be developed, if necessary, to help achieve wolf management goals.

**6.6     DEPREDATION**

**6.61     Policies And Programs In Minnesota and Wisconsin**

Although wolves infrequently prey on livestock, the losses incurred by an individual landowner can be significant.  Both the Wisconsin recovery plan and the Minnesota management plan consider damage control and compensation programs critical to the recovery of wolves.

Initial responses in Minnesota are handled by the U. S. Department of Agriculture (USDA), Animal Damage Control (ADC), and by the DNR in Wisconsin.  Both states consider quick responses to wolf depredations important to verify and to resolve complaints promptly.  Once a loss is verified as wolf-caused, an economic value is determined by a third party and payment made within a reasonable time.  Minnesota pays market value on livestock up to $400 per animal.  Payment is equivalent to the current fair market value in Wisconsin.

Wisconsin legislation sets aside three percent of their nongame tax checkoff for endangered species depredations.  Minnesota's depredation claims are paid from annually appropriated funds administered by the Minnesota Department of Agriculture.  Payments over the past five years have averaged $40,000 per year in Minnesota and $1,200 per year in Wisconsin.

Another difference between the two depredation programs is the way offending wolves are handled.  Since 1978 wolves have been classified as federally threatened in Minnesota and are killed when repeated wolf depredation has been confirmed.  Since wolves are classified as endangered in Wisconsin, they cannot be killed but may be live-captured and relocated.

**6.62     Michigan Action Plan for Depredation Complaints**

37

000126A

# Michigan Gray Wolf Recovery and Management Plan

Quick and professional responses to depredation complaints can prevent negative attitudes developing toward wolves.   Providing timely advice and assisting livestock owners to prevent further losses will help reduce wolf mortality.   Upper Peninsula conservation officers and wildlife biologists are prepared to make investigations after having been trained in identifying wolf damage by Animal Damage Control agents from Minnesota.

## 6.621   Depredation Investigation

Those suspecting livestock depredation from wolves need to contact the nearest conservation officer or DNR district office.    A conservation officer will respond to the depredation site and make an investigation to determine the cause for the livestock loss.    If something other than wolf depredation is determined to be the cause, recommendations will be given to the owner to help prevent additional losses.

If the reported depredation appears to have been done by a wolf, the conservation officer will contact either the District Wildlife Biologist or the designated biologist in charge of wolf investigations.    The biologist will investigate to confirm the officer's findings and jointly determine the appropriate action to be taken.

All wolf depredation complaints must be handled quickly to assure the most accurate identification of the cause of the livestock death and to help prevent recurring depredation.

## 6.622   Translocation And Release Sites

If repeated wolf depredation occurs, the only option under federally endangered status is to live-capture and relocate the offending animals.   Relocation sites will be selected on public land in areas that will minimize the likelihood that wolves will cause additional problems.   Recapture collars will be placed on relocated wolves at

38

000127A

Michigan Gray Wolf Recovery and Management Plan

the time of release if suitable collars are available, otherwise traditional radio-collars will be placed on all translocated wolves. Limited lethal control may be done when wolves are reclassified as federally threatened or when they are removed from the federal endangered species list.

### 6.623   Communication With Livestock Owners

The Department of Natural Resources, the Michigan State University Cooperative Extension Service, and livestock producers should cooperatively develop livestock management practices that minimize the risk of predation on livestock from wildlife and dogs.   Open communication will be maintained with livestock producers.

### 6.63   Insurance

Some farm insurance policies cover losses caused by wild animals, and may provide standard coverage for the loss of domestic animals or livestock to wolves.   Insurance claims could help recover livestock losses but current policies will not prevent them.

### 6.64   Compensation

Resolution of the potential conflict between wolf depredation and livestock owners is recognized as one of the most important elements in wolf restoration worldwide.   In addition to compensation payments for livestock losses in the Great Lakes region and in the western United States, other countries worldwide—including Italy, Spain, France, Germany, and India— have recognized the need for compensation payments for documented livestock losses to wolves as a necessary component of wolf management (Wolves and Humans 2000, 1995 International Wolf Symposium, Duluth, Minnesota).

Compensation for confirmed livestock (cattle, sheep, goat, and turkey) losses caused by wolves would benefit the wolf recovery effort in Michigan.   The

39

000128A

average losses expected from 100 wolves in Wisconsin and Michigan combined was estimated at $4,000 to $5,000 annually (Fritts 1993).

While the DNR does not accept liability for damage caused by wild animals, the DNR will cooperate with private organizations in developing an outside funding source to reimburse livestock producers for wolf losses confirmed by DNR conservation officers and wildlife biologists.  The DNR needs to  work with livestock associations and private funding groups to provide timely resolutions for wolf depredations on livestock.  Payment should be based on the fair market value of the animal at the time of the loss for mature animals and fall market value for calves and lambs. Values for livestock can be determined with assistance from the Michigan State University Cooperative Extension Service.

### 6.65   Preventive Actions To Reduce Livestock Losses

A variety of techniques has been used to reduce depredations on livestock including flashing lights, flagging, sirens, guard dogs, donkeys, llamas, and taste-aversion conditioning.  These techniques do not always work but can be effective under certain circumstances.  No single technique will solve the depredation problem, but a combination of approaches can reduce losses. Governmental agencies can foster a cooperative response from livestock producers by showing concern in helping develop livestock management techniques designed to prevent or reduce depredations.

Based on observations in other areas, certain animal husbandry practices can lead to the reduction of depredation problems and make livestock less vulnerable to losses.  The following four practices are representative of the type of preventive measures that livestock owners can use to help reduce livestock losses to predators.

000129A

Michigan Gray Wolf Recovery and Management Plan

(1) Dispose of livestock carcasses in a manner that will not attract wolves, coyotes, or dogs.  In particular, avoid placing dead livestock in pastures or in areas used for calving or lambing.

(2) Keep calving and lambing operations close to the barn and farmhouse.

(3) Avoid pasturing livestock in large wooded areas that are poorly monitored.

(4) Raise turkeys in confinement rather than under open range conditions.

**6.7    DISEASES AND PARASITES**

Michigan's wolves could be affected by several diseases, including canine distemper, canine parvovirus, rabies, canine heartworm, sarcoptic mange, Lyme disease, and hydatid disease.  Of these diseases, sarcoptic mange appears to have the greatest potential to affect the wolf population in Michigan.  Diseases and parasites may slow the recovery of wolves in Michigan but are not expected to prevent the establishment of a viable population.  In most cases, there is no practical treatment of diseases and parasites in free-ranging wolves.  Wolf health will be monitored (Section 6.224).

000130A

Michigan Gray Wolf Recovery and Management
Plan

### 6.71    Sarcoptic Mange

Sarcoptic mange is caused by a microscopic mite, *Sarcoptes scabiei*.  Signs include scratching, chewing, licking, weakness, emaciation, hair loss, flaky material in the fur, and thickening and wrinkling of the skin.   Cross-transmission of *S. scabiei* is possible among red foxes, coyotes, wolves, and domestic dogs.  Animals become infested by contact with other animals or by contact with contaminated areas such as dens or burrows.  Sarcoptic mange is the most common disease found in wolves in Michigan and may slow down population growth and expansion of wolves in the state.  At least two wolves died from mange in 1993, one in 1994, and four in 1997. Captured wolves will be treated with oral doses of ivermectin.  Free-ranging animals are more difficult to treat, but techniques should be explored if monitoring indicates that mange is a serious problem to wolf restoration.

### 6.72    Canine Parvovirus

Only members of the Canidae (dogs, wolves, coyotes) are known to be susceptible to canine parvovirus.  Clinical signs include diarrhea, dehydration, and depression, often rapidly followed by death.    Transmission is by contact with virus excreted in the feces or other body secretions. The disease was observed to be highly pathogenic in captive coyotes and presumably could cause substantial mortality in the wild.  The importance of canine parvovirus in wolves is unclear but was circumstantially implicated in the decline of wolves on Isle Royale and has caused some pup mortality in Wisconsin. Treatment is feasible only in a clinical situation.   Prevention through vaccination is possible with animals that are handled.

### 6.73    Lyme Disease

Lyme disease is caused by the bacterium *Borrelia burgdorferi*.  Dogs, cats, horses, cows, wild animals, and humans can be affected.   Diagnosis is difficult, due to the unreliability of tests.  Transmission is through the bite of the tick *Ixodes scapularis*.  The importance of this disease to wolf populations

000131A

in Michigan is unclear, but probably insignificant.  Treatment is possible with antibiotic therapy but is unrealistic for wild wolves.  There is public health significance with this disease but not from wolves.

**6.74    Canine Heartworm Disease**

Canine heartworm disease is caused by a nematode, *Dirofilaria immitis*. Other hosts include dogs, coyotes, foxes, and black bears.  Diagnosis can be made by finding adult worms in the pulmonary artery or in the right side of the heart, or by observing microfilariae in blood samples. Transmission takes place when an infected mosquito injects larvae into the bloodstream while feeding on the host.  Heartworm has been found in caged wolves but not is not an important mortality factor in wild wolves.  Treatment or prevention is not feasible in free-ranging wolves.

**6.75    Canine Distemper**

Canine distemper is caused by a paramyxovirus.  Visual signs may include pneumonia, thickening of the foot pads, and discharge from the eyes and nose.  Other hosts include coyotes, foxes, and raccoons.  Transmission is made through contact with infected animals, their excretions, or secretions. Effective treatment in wild populations is not feasible. There is a vaccine available for prevention but effective treatment in wild populations is not feasible.  Distemper often occurs as an outbreak, but isolated sick or dead animals may be found.  There is no public health significance.  However, neurological signs may suggest rabies.

**6.76    Rabies**

The rabies virus can infect all mammals; however, wolves historically have been infrequent wildlife hosts to the virus.  Diagnosis cannot be achieved on a live animal; brain tissue must be examined using the direct fluorescent antibody technique.  Transmission is possible when virus-laden saliva is introduced by a bite, scratch or other fresh break in the skin.  The disease is rare in Michigan, and the potential for rabies to affect Michigan's wolves is

43

000132A

very small.  Treatment is not possible once an animal is showing symptoms. Effective vaccines are available for humans and domestic animals.

**6.77    Cystic Hydatid Disease**

Cystic hydatid disease is caused by *Echinococcus granulosus*, a small tapeworm.  This parasite causes no problem in wolves, the definitive host; or in moose, the intermediate host unless heavy infested; but can cause a severe disease and possibly death in humans.  Humans become infected by ingesting food or water contaminated by egg-bearing canine feces or through contact with pelts or other contaminated objects.  Personal hygiene is the best way to prevent human infection. Wolves in-hand can be treated with an anthelmintic to rid them of the parasite.

**6.8    WOLF INTRODUCTIONS**

Wolf introductions are not recommended and probably will not be needed in Michigan.  Introducing additional wolves should be considered only if it becomes essential to ensure their survival.

**6.9    CAPTIVE WOLVES AND WOLF–DOG HYBRIDS**

**6.91    Wolf-dog hybrids**

Hybridization, the result of two animals of different species mating and producing offspring, is possible  between wolves and domestic dogs (*Canis familiaris*).  Chance wolf-dog matings in nature are extremely rare and of less concern than the intentional mating of captive wolves with domestic dogs to produce hybrids for sale as pets.  Even though wolf-dog hybrid ownership is prohibited in nine states, restricted in 16 states, and requires a special permit in three others, the Milwaukee Journal (1992) reported that there are an estimated 300,000 to 1,500,000 wolf-dog hybrids in private possession in the country.  The number of hybrids kept as pets in Michigan is unknown but likely numbers in the thousands, as there were an estimated 60,000 hybrids reported in Wisconsin (Milwaukee Journal 1992).  The number or percentage

000133A

of wolf genes in a wolf-dog hybrid is not at issue nor can it be measured by existing DNA analysis techniques.

The Michigan DNR considers wolf hybrids as dogs and places no restrictions on hybrid ownership. The Federal endangered species act does not protect wolf-dog hybrids, but the USFWS is working on a policy to address "intercrosses and intercross progeny" that would apply to all federally-listed species.

Although they may be similar in appearance, the greatest difference between hybrids and wild wolves is in their behavior. Most wolf-dog hybrids are poorly adapted as pets and are difficult to train (Jenkins 1991, Warrick 1991, Duman 1993, Sikarskie 1993). Hybrids are frequently destructive of their owners' property, attack people and domestic animals, and are generally too wary of people to be effective guard animals. As a result, some problem or unmanageable hybrids have been intentionally released into the wild. Two feral wolf-dog hybrids were recovered in Delta County in 1989 and three were captured in Chippewa County in 1995.

The release of wolf-dog hybrids into the wild could jeopardize the genetic integrity of the wild wolf population (Sikarskie pers. comm. 1993). Although it is unlikely that a released hybrid would be accepted into a wolf pack, the possibility exists for a hybrid to encounter a lone wolf, mate, and introduce domestic dog genes into the wild wolf population. This potential is higher now in the Upper Peninsula since the wolf population includes several dispersing single animals. The desire to breed and raise wolf hybrids could result in the illegal capture of wild Michigan wolves. No rabies or other vaccines have been federally approved or licensed for wolf hybrids making them an additional health risk to humans and domestic animals (O'Connor 1993). Therefore, in all injurious cases wolf hybrids are considered to be wild, non-vaccinated animals, regardless of their vaccination status.

45

000134A

Michigan Gray Wolf Recovery and Management Plan

Wolf-dog hybrids are a threat to the long-term survival of wild wolves in Michigan.  The negative behavior and images generated by hybrids will likely impede the recovery effort.  A resolution passed by The International Union for Conservation of Nature and Natural Resources (IUCN) Wolf Specialist Group views the existence and expansion of wolf-dog hybrids as a threat to wolf conservation and recommends that governments and appropriate regulatory agencies prohibit or at least strictly regulate interbreeding between wolves and dogs and the keeping of these animals as pets (Hummel and Pettigrew 1991).  The Michigan Veterinary Medical Association endorsed a ban on wolf-dog hybrid ownership.

The ownership and proliferation of wolf-dog hybrids in Michigan should be banned, or their ownership and possession regulated through the enactment of legislation to prevent possible deleterious effects on the native wolf population.

### 6.91    Captive Wolves

In Michigan, wolves cannot be legally held in possession except by permit. Permits are not issued for wolves to be kept as pets in Michigan.  No matter how well intentioned, maintaining captive wolves by private individuals will not save the species in the wild. Well-designed wolf exhibits at publicly financed zoos may serve an educational function.  Money and effort need to be spent on field work with wild wolves rather than on studies of captive animals or going to great expense to save an individual wolf.

### 6.92    Injured Wolves

When a wolf with minor injuries is encountered, it should be treated on site and released.  In cases where a severely injured wolf is encountered (e.g., hit by a vehicle), it is often more humane and prudent to euthanize the animal than subject it to long-term captive treatment and rehabilitation.  Severe injuries often result in permanent damage to an animal, making it unfit for release back into the wild.  Captivity is a traumatic experience for any wild

46

animal, and it is unknown if a wolf would be readily accepted back into its pack after extended confinement.

000136A

7.    **PLAN MONITORING AND REVIEW**

An interagency wolf steering committee should be appointed by the DNR Wildlife Division to direct the annual and long-term aspects of this Plan.

This Plan should be evaluated and updated on a five-year interval, or at the time Federal delisting is proposed if sooner than five years.  Appropriate changes should be made if wolf recovery and management goals are not being met.  Methods need to be maintained to ensure that the public is informed regarding significant changes to the Plan.

000137A

Michigan Gray Wolf Recovery and Management Plan

## 8.  IMPLEMENTATION SCHEDULE

| Activity | Plan section number | Priority | Responsibility | Funding source | 96-97 | 97-98 | 98-99 | 99-00 | 00-01 | 01-02 | 02-03 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Education | 6.11 Education planning | 1 | All | DNR, FWS, USFS, NPS, Pvt. | x | x | x | x | x | x | x |
| | 6.12 Materials | 1 | All | DNR, FWS, USFS, NPS, Pvt. | x | x | x | x | x | x | x |
| | 6.13 Public contact | 1 | All | DNR, FWS, USFS, NPS, Pvt. | x | x | x | x | x | x | x |
| | 6.14 Public events | 1 | All | DNR, FWS, USFS, NPS, Pvt. | x | x | x | x | x | x | x |
| | 6.15 Training | 2 | All | DNR, FWS, USFS, NPS | x | x | x | x | x | x | x |
| Monitoring/ Research | 6.2121 Telemetry | 1 | All | DNR, FWS, USFS, NPS | x | x | x | x | x | x | x |
| | 6.2122 Tracking | 1 | All | DNR, FWS, USFS, NPS | x | x | x | x | x | x | x |
| | 6.2123 Obs. form | 1 | DNR | DNR | x | x | x | x | x | x | x |
| | 6.2124 Necropsies | 1 | DNR | DNR | x | x | x | x | x | x | x |
| | 3.22 Isle Royale | 1 | NPS | NPS | x | x | x | x | x | x | x |
| | 6.221 Human dimensions | 1 | All | DNR, FWS, USFS, NPS | x | x | x | x | x | x | x |
| Habitat | 6.31 Access mgt. | 1 | DNR USFS | DNR, USFS | x | x | x | x | x | x | x |
| | 6.32 Home sites | 1 | DNR USFS | DNR, USFS | x | x | x | x | x | x | x |
| | 6.33 Linkage zones | 2 | ALL | DNR, FWS, USFS, NPS, Private | | | | | | | x |
| Protection | 6.51 Enforcement | 1 | DNR, FWS | DNR, FWS | x | x | x | x | x | x | x |
| | 6.52 Hunters/trappers | 1 | DNR | DNR | x | x | x | x | x | x | x |
| | 6.53 Landowners | 1 | DNR USFS | DNR, USFS | x | x | x | x | x | x | x |
| Depredation | 6.62 Investigations | 1 | DNR | DNR | x | x | x | x | x | x | x |
| | 6.64 Compensation | 1 | DNR, Private | Private | x | x | x | x | x | x | x |
| Plan Update | 7. Plan evaluation | 1 | All | DNR, FWS, USFS, NPS | | | | | | x | |

This schedule is included for planning purposes and implies no commitment of funding but serves to alert the agencies for the need of these actions and to justify seeking funds to carry them out. This schedule recognizes the possible federal delisting of wolves in 1998 and indicates the actions that will need to be continued for a minimum of five years thereafter. An "x" indicates that the activity needs to be done that year.

000138A

Michigan Gray Wolf Recovery and Management Plan

## 9.    LITERATURE CITED

Allen, D. L.  1979.  Wolves of Minong.  Houghton Mifflin Co., Boston.  499 pp.

Arnold, D. A. and R. D. Schofield.  1956.  Status of Michigan timber wolves, 1954-1956.  Mich. Dept. Cons., Game Div. Rep. No. 2079.  2 pp.

Asa, D. A., and L. D. Mech. 1995.  A review of the sensory organs in wolves and their importance to life history.  pp. 287-291 in Corbyn, L.N., S. H. Fritts, and D. R. Seip.  1995.  Ecology and conservation of wolves in a changing world.  Canadian Circumpolar Institute, Occasional Publication No. 35, 642 pp.

Benton-Banai, E.  1988.  The Mishomis book–the voice of the Ojibway.  The Red Schoolhouse.  St. Paul, MN , 114 pp.

Berg, W. E.  1995.  Wolf populations, range, and prey in a changing Minnesota landscape.  Abstract from Wolves and humans 2000:  a global perspective for managing conflict. Symposium sponsored by the International Wolf Center and Univ. of Minn. Duluth.  March 9-12, 1995, Duluth, MN.  p. 37-38.

Berg, W. E. and D. W. Kuehn.  1982.  Ecology of wolves in north-central Minnesota.  Pages 4-11.  In   F. H. Harrington and P. C. Paquet, Eds., Wolves of the world.  Noyes Publishing, Park Ridge, NJ.  474 pp.

Carbyn, L. N.  1987.  Gray wolf and red wolf.  pp. 359-376 in M. Novak et al., Eds., Wild Furbearer Management and Conservation in North America.  Ont. Trap. Assoc., Min. Nat. Res., Ontario, 1,168 pp.

Duman, E.  1993.  A statement on wolf/dog hybrids.  Unpub. Manuscript.  2 pp.

Fritts, S.  1983.  Record dispersal by a wolf from Minnesota.  J. Mammal., 64(1):166-167.

Fritts, S.  1993.  The downside of wolf recovery.  International Wolf 3(1):24-26.

Fritts, S.   and L. D. Mech.   1981.  Dynamics, movements, and feeding ecology of a newly protected wolf population in northwestern Minnesota.  Wildl. Monogr. 80:1-79.

Fuller, T. K.  1989.  Denning behavior of wolves in north-central Minnesota.  Am. Midl. Nat. 121:184-188.

Fuller, T. K.  1995.  Guidelines for gray wolf management in the northern Great Lakes Region.  International wolf center, Ely , MN.  Tech. Publ. No. 271, 19 pp.

Harrington, F. and L. D. Mech.  1982.  Fall and winter homesite use by wolves in northeastern Minnesota.  Can. Field-Nat. 96:79-84.

Hendrickson, J., W. L. Robinson, and L. D. Mech.  1975.  Status of the wolf in Michigan, 1973.  Amer. Midl. Nat. 94(1):226-232.

Hill, H. R.  1994.  The 1994 deer pellet group surveys.  Mich. Dept. Nat. Res., Wild. Div. Rep. 3211.  15 pp.

Hook, R. A. and W. L. Robinson.  1982.  Attitudes of Michigan citizens toward predators.  Pages 382-384 in F. H. Harrington and P. C. Paquet, Eds., Wolves of the world.  Noyes Publishing, Park Ridge.  474 pp.

Hoskinson, R. L. and L. D. Mech.  1976.  White-tailed deer migration and its role in wolf predation.  J. Wildl. Manage. 40(3): 429-441.

Hummel, M. and S. Pettigrew.  1991.  Wild Hunters, Predators in Peril.  Roberts Rinehart Publishers.

Jenkins, T.  1991. Wolf-dog hybrids and humans. How high the price? International  Wolf 1(4):4-9.

Jensen, W. F., T. K. Fuller, and W. L. Robinson.  1986.  Wolf, Canis lupus, distribution on the Ontario-Michigan border near Sault Ste. Marie.  Can. Field-Nat. 100(3):363-366.

000139A

Michigan Gray Wolf Recovery and Management Plan

Joslin, P. W. B.  1967.  Movements and homesites of timber wolves in Algonquin Park.  Amer. Zool.  7:279-293.

Kellert, S. R.  1990.  Public attitudes and beliefs about the wolf and its restoration in Michigan.  HBRS, Inc. Madison, WI.  102 pp.

Lopez, B. H.  1978.  Of wolves and men.  Charles Scribner's Sons, NY.  309 pp.

Kohn, B. E., A. Wydeven, and J. Ashbrenner.  1991.  Impacts of highway development on timber wolves in northwestern Wisconsin.  Wis. Dept. Nat. Res. Study Proposal., 1 p.

Mandernack, B. A.  1983.  Food habits of Wisconsin timber wolves.  M. S. Thesis.  Univ. Wis., Eau Claire.  52 pp.

Mech, L. D.  1966.  The wolves of Isle Royale.  U. S. National Park Service, Fauna Ser. 7, Washington, D. C. 210 pp.

Mech, L. D.  1970.  The wolf:  the ecology and behavior of an endangered species.  Natural History Press, Doubleday Publ. Co., NY  389 pp.

Mech, L. D.  1977.  Productivity, mortality, and population trends of wolves in northeastern Minnesota.  J. Mammal. 58(4):559-574.

Mech, L. D.  1986a.  Wolf numbers and population trend in the Superior National Forest, 1967-1985.  USDA Forest Service Res. Pap. NC-270:1-6.  N. Cent. For. Exp. Sta., St. Paul, MN.  62 pp.

Mech, L. D.  1986b.  Importance of road kills as a wolf mortality factor.  Unpub. Rep. 5 pp.

Mech, L. D.  1989.  Wolf population survival in an area of high road density.  Am. Mid. Nat.  121:387-389.

Mech, L. D.  1993.  Updating our thinking on the role of human activity in wolf recovery.  USDI, U. S. Fish & Wild. Serv., Information Bul., 2 pp.

Mech, L. D. and L. D. Frenzel (Eds.).  1971.  Ecological studies of the timber wolf in northeastern Minnesota. USDA For. Serv. Res. Pap, NC-148, N. Cent. For. Exp. Sta., St. Paul, MN, 62 pp.

Mech, L. D., S. H. Fritts, G. Radde, and W. J. Paul.  1988.  Wolf distribution in Minnesota relative to road density, Wildl. Soc. Bull. 16:85-87.

Mech, L. D. and H. H. Hertel.  1983.  An eight-year demography of a Minnesota wolf pack.  Acta Zool. Fennica 174:249-250.

Mech, L. D. and P. C. Karns.  1977.  Role of the wolf in a deer decline in the Superior National Forest.  USDA For. Serv. Res. Pap. NC-148.  N. Cent. For. Exp. Stn., St. Paul, MN.  23 pp.

Mech, L. D. and M. E. Nelson.  1989.  Evidence of prey-caused mortality in three wolves.  Am. Midl. Nat. 123:207-208.

Mech, L. D., S. H. Fritts, and D. Wagner.  1995.  Minnesota wolf dispersal to Wisconsin and Michigan.  Am. Midl. Nat. 133:368-370.

Milwaukee Journal.  1992.  DNR seeking restrictions for owners of wolf-dog hybrids.  November 23, 1992.

Mladenoff, D. J., T. A. Sickley, R. G. Haight, and A. P Wydeven.  1995a.  A regional landscape analysis and prediction of favorable gray wolf habitat in the northern Great Lakes region.  Cons. Biology. 9(2):279-294.

Mladenoff, D. J., T. A. Sickley, R. G. Haight, and A. P. Wydeven.  1995b.  A regional landscape analysis of favorable habitat and a population projection of gray wolf recovery in the northern Great Lakes region. Abstract from Wolves and humans 2000:  a global perspective for managing conflict. Symposium sponsored by the International Wolf Center and Univ. of Minn. Duluth.  March 9-12, 1995, Duluth, MN.

000140A

# Michigan Gray Wolf Recovery and Management Plan

Nelson, M. E. and L. D. Mech.  1981.  Deer social organization and wolf predation in northeastern Minnesota.  Wildl. Monog. 77:1-53.

Nelson, M. E. and L. D. Mech.  1985.  Observations of a wolf killed by a deer.  J. Mammal. 66(1):187-188.

Nelson, M. E. and L. D. Mech.  1986a.  Mortality of White-tailed deer in northeastern Minnesota.  J. Wildl. Manage. 50(4):691-698.

Nelson M. E., and L. D. Mech.  1986b.  Relationship between snow depth and gray wolf predation on white-tailed deer.  J. Wildl. Manage. 50(3):471-474.

Nowak, R. M.  1995.  Another look at wolf taxonomy.  pp.375-397 *in* Carbyn, L.N., S. H. Fritts, and D. R. Seip.  1995.  Ecology and conservation of wolves in a changing world.  Canadian Circumpolar Institute, Occasional Publication No. 35, 642 pp.

O'Connor, D. P.  1993.  Rabies vaccination and wolf hybrids.  Wisconsin Department of Agriculture, Trade, and Consumer Protection, Animal Health Newsletter, March/April 1993.

Peterson, R. O.  1977.  Wolf ecology and prey relationships on Isle Royale.  Nat. Park Serv. Sci. Monog. Ser. 11.  210 pp.

Pimlott, D. H., J. A. Shannon, and G. B. Kolenosky.  1969.  The ecology of the timber wolf in Algonquin Provincial Park.  Ont. Dept. Lands and Forests.  Res. Pap. 87.  94 pp.

Potvin, F., L. Brenton, C. Pilon, and M. Macquart.  1992.  Impact of an experimental wolf reduction on beaver in Papineau-Labella Reserve, Quebec.  Can. J. Zool. 70:180-183.

Robinson, W. L. and G. J. Smith.  1977.  Observations on recently killed wolves in Upper Michigan.  Wildl. Soc. Bull. 5:25-26.

Rogers, L. R., L. D. Mech, D. K. Dawson, J. M. Peek, and M. Korb.  1980.  Deer distribution in relation to wolf pack territory edges.  J. Wildl. Manage. 44(1): 253-258.

Ryel, L. A., C. L. Bennett Jr., and M. L. Moss.  1972.  The 1972 deer pellet group surveys.  Mich. Dept. Nat. Res., Research and Devel. Rept. No. 270.  39 pp.

Servheen C. and P. Sandstrom.  1993.  Ecosystem management and linkage zones for grizzly bears and other large carnivores in the northern rocky mountains in Montana and Idaho.  USFWS. Endangered Species Tech. Bull. XVIII(3):10-13.

Sikarskie, J. G.  1993.  Problems of owning wolf hybrids.  Mich. State. Univ., Coll. Vet. Med.  Unpublished manuscript.  2 pp.

Stebler, A. M.  1944.  The status of the wolf in Michigan.  J. Mammal. 25(1):37-43.

Stebler, A. M.  1951.  The ecology of Michigan coyotes and wolves.  Univ. Mich., Phd. Dissertation.  198 pp.

Stephenson, R. O.  1974.  Characteristics of wolf den sites.  Alaska Board of Fish and Game Proj. W-017-R-06.

Thiel, R. P.  1985.  The relationship between road densities and wolf habitat suitability in Wisconsin.  Am. Midl. Nat. 113:404-407.

Thiel, R. P.  1988.  Dispersal of a Wisconsin wolf into Upper Michigan.  Jack-Pine Warbler 66(4):143-147.

Thiel, R. P.  1993.  The timber wolf in Wisconsin:  the death and life of a majestic predator.  Univ. Wis. Press, Madison.  253 pp.

Thiel, R. P. and J. H. Hammill.  1988.  Wolf specimen records in Upper Michigan, 1960-1986.  Jack-Pine Warbler 66(4):149-153.

000141A

Michigan Gray Wolf Recovery and Management Plan

U. S. Fish and Wildlife Service.  1992.  Recovery plan for the eastern timber wolf.  Twin Cities, MN.  73 pp.

Van Ballenberghe V., A. W. Erickson, and D. Byman.  1975.  Ecology of the timber wolf in northeastern Minnesota.  Wildl. Monog. 43 pp.

Warrick, D. M.  1991. Wolf-dog hybrids and humans. Human responsibility and hybrids. International   Wolf 1(4):4-9.

Wayne, R. K., D. A. Gilbert, N. Lehman, K. Hansen, A. Eisenhower, D. Girman, L. D. Mech, P. J. P. Gogan, U. S. Seal, and R. J. Krumenaker,  1991.  Conservation genetics of the endangered Isle Royale gray wolf.  Cons. Biol. 5:41-51.

Weise, T. W., W. L. Robinson, R. A. Hook, and L. D. Mech.  1975.  An experimental translocation of the eastern timber wolf.  Audubon Cons. Rep. 5.  28 pp.

Wisconsin DNR.  1989.  Wisconsin timber wolf recovery plan.  Wis. Dept. Nat. Res., End. Sp. Bur. Rep. 50. 37 pp.

Wydeven, A. and R. Shultz.  1993.  Management policy for wolf den and rendezvous sites–background information.  Unpub. Rept., Wis. Dept. Nat. Res. 11 pp.

Wydeven, A. P., R. N. Schultz, and R. P. Thiel.  1995.  Monitoring of a recovering gray wolf population in Wisconsin, 1979-1991.  pp. 147-156 *in* Corbyn, L.N., S. H. Fritts, and D. R. Seip.  1995.  Ecology and conservation of wolves in a changing world.  Canadian Circumpolar Institute, Occasional Publication No. 35, 642 pp.

Young, S. P. and E. A. Goldman.  1944.  The wolves of North America.  The Amer. Wildl. Inst., Wash., D. C. 636 pp.

000142A

Michigan Gray Wolf Recovery and Management Plan

10.  **APPENDICES**

**APPENDIX 1.   SUMMARY OF PUBLIC FORUM MEETINGS**

The analysis of the public comments presented at the 15 public forums was taken from written records and recordings made at the forums.  The analysis was done by making a tally of the comments given by people attending the forums and from written responses received on wolf management issues in Michigan.

### 1993 Wolf Forum Attendance Summary

| Meeting | Date | Location | Number Attending | Number Participating |
|---|---|---|---|---|
| 1 | March 2 | Marquette | 40 | 12 |
| 2 | March 3 | Manistique | 46 | 18 |
| 3 | March 9 | Iron Mountain | 55 | 10 |
| 4 | March 10 | Escanaba | 51 | 13 |
| 5 | March 11 | Stephenson | 28 | 7 |
| 6 | March 16 | Ironwood | 38 | 29 |
| 7 | March 17 | Houghton | 60 | 13 |
| 8 | March 23 | Newberry | 38 | 11 |
| 9 | March 24 | Sault Ste. Marie | 38 | 18 |
| 10 | March 30 | St. Ignace | 32 | 12 |
| 11 | March 31 | Gaylord | 22 | 11 |
| 12 | April 13 | Mt. Pleasant | 59 | 18 |
| 13 | April 14 | Grand Rapids | 39 | 14 |
| 14 | April 27 | East Lansing | 65 | 20 |
| 15 | April 28 | Ypsilanti | 11 | 7 |
| TOTALS | | | 622 | 213 |

### Written Comments During Meeting Period

| Type of Response | Number | Number of People |
|---|---|---|
| Individual Letters | 26 | 26 |
| Multiple Signature Letters | 2 | 33 |
| Petitions | 1 | 131 |
| TOTALS | 29 | 190 |

000143A

# Michigan Gray Wolf Recovery and Management Plan

**First level of analysis—Overall response to determine the level of public support**

One response was counted for each person writing or speaking.

**Written + Oral Response Summary**

| Category | Number | Percent |
|----------|--------|---------|
| Supportive | 363 | 90.1% |
| Non-supportive | 29 | 7.2% |
| Undetermined | 11 | 2.7% |
| | | |
| TOTAL | 403 | 100.0% |

**Second level of analysis—Definition of issues**

a. Similar concerns from people giving a reason for their responses were grouped into categories to identify the basic issues surrounding wolf management in Michigan.

b. Each issue given by one person was counted under the appropriate category in the analysis. People presenting more than one issue were counted once under each appropriate issue category.

c. Responses for groups were counted singly unless documentation such as petitions or signed statements were provided.

000144A

Michigan Gray Wolf Recovery and Management Plan

## Wolf Public Forum Analysis—Issues and Concerns Combined

| Issue | Number | Percent |
|---|---|---|
| • Predatory interactions | 44 | 13.5% |
| • Access/recreation | 29 | 8.9% |
| • Stewardship | 29 | 8.9% |
| • Wolf management | | |
|     General | 22 | 6.7% |
|     Funding | 18 | 5.5% |
|     Importation | 16 | 4.9% |
|     Wolf goals | 14 | 4.3% |
|     Timber harvest | 6 | 1.8% |
|     Agency cooperation | 2 | 0.6% |
| • Depredation | 27 | 8.3% |
| • Appreciation | 18 | 5.5% |
| • Education | 18 | 5.5% |
| • Balanced ecosystem values | 16 | 4.9% |
| • Wolf-dog hybrids | 13 | 4.0% |
| • Protection/enforcement | 11 | 3.4% |
| • Diseases/parasites | 10 | 3.1% |
| • Human safety | 9 | 2.8% |
| • Biodiversity | 5 | 1.5% |
| • Spiritual | 5 | 1.5% |
| • Wolf-coyote interactions | 4 | 1.2% |
| • Manage as game | 2 | 0.6% |
| • Tax incentives | 2 | 0.6% |
| • Tourism | 2 | 0.6% |
| • Wolf distribution | 2 | 0.6% |
| • Wolf population growth rate | 2 | 0.6% |
| • Legal ESA | 1 | 0.3% |
| **TOTAL** | **327** | **100.0%** |

000145A

# Michigan Gray Wolf Recovery and Management Plan

## Wolf Public Forum Analysis—Three major concern categories

### 1. ECOLOGICAL CONCERNS

| Issue | Number | Percent |
|---|---|---|
| Predatory interactions | 44 | 29.7% |
| Wolf management general | 22 | 14.9% |
| Wolf importation | 16 | 10.8% |
| Wolf goals | 14 | 9.5% |
| Balanced ecosystem values | 16 | 10.8% |
| Wolf-dog hybrids | 13 | 8.8% |
| Diseases/parasites | 10 | 6.8% |
| Biodiversity | 5 | 3.4% |
| Wolf-coyote interactions | 4 | 2.7% |
| Wolf distribution | 2 | 1.4% |
| Wolf population growth rate | 2 | 1.4% |
| **TOTAL** | **148** | **100.0%** |

### 2. ECONOMIC CONCERNS

| Issue | Number | Percent |
|---|---|---|
| Depredation | 27 | 49.1% |
| Wolf management funding | 18 | 32.7% |
| Timber harvest | 6 | 10.9% |
| Tourism | 2 | 3.6% |
| Tax incentives | 2 | 3.6% |
| **TOTAL** | **55** | **100.0%** |

### 3. SOCIAL CONCERNS

| Issue | Number | Percent |
|---|---|---|
| Access/recreation restrictions | 29 | 23.4% |
| Stewardship | 29 | 23.4% |
| Appreciation | 18 | 14.5% |
| Education | 18 | 14.5% |
| Protection/enforcement | 11 | 8.9% |
| Human safety | 9 | 7.3% |
| Spiritual | 5 | 4.0% |
| Agency cooperation | 2 | 1.6% |
| Manage as game | 2 | 1.6% |
| Legal ESA | 1 | 0.8% |
| **TOTAL** | **124** | **100.0%** |

000146A

# Michigan Gray Wolf Recovery and Management Plan

## *Wolf Issues and Concerns*

The following outline summarizes the issues and concerns obtained from people who attended the 15 public forum meetings held by the Michigan Gray Wolf Recovery Team during March and April 1993 and from those who sent written responses during the open comment period.  The numbers indicate the number of times the issues under the heading were raised by different people.

1.  Predatory Interactions—44

    a.  General anti-predator comments were expressed.
    b.  There are too many predators.
    c.  Wolves will take the old and sick and improve the deer herd.
    d.  Wolves will help control deer and beaver.
    e.  Wolves will take too many deer.
    f.  Wolves will have no effect on the deer herd.
    g.  What effect will wolves have on the moose reintroduction?

2.  Access/Recreation—29

    a.  Roads
      (1)  Roads should/should not be closed to protect wolves.
      (2)  Logging roads should be closed after timber sales are completed.
    b.  Concern For Area Closures
      (1)  Wolf sanctuaries should/should not be created.
      (2)  Wilderness areas should not be created solely for wolves.
      (3)  Areas should not be closed to timber harvest to protect wolves.
    c.  Recreation Impacts
      (1)  Large areas should not be closed to hunting and trapping.
      (2)  Access should/should not be reduced or restricted to some areas to protect wolves.
      (3)  There should be minimum restrictions on hunting seasons for other species.

3.  Stewardship—29

    a.  Wolves are native to Michigan and have a right to exist here.
    b.  Humans have a responsibility to manage wolves.

4.  Wolf Management

    a.  General—22
      (1)  How will wolves  be managed when goals are reached?
      (2)  How will wolves be controlled if needed?
      (3)  Wolf management should not reduce management efforts for other species.
      (4)  DNR needs to manage on an ecosystem basis.
      (5)  Only minimal management is needed for wolves.
      (6)  Wolves will recover on their own.
      (7)  Manage the wolf as a game animal.
      (8)  Provide wolf travel corridors between wolf habitat areas.
    b.  Wolf Management Funding—18
      (1)  Fish and game money should not be spent on wolves.
      (2)  The cost of wolf management may be too high.
      (3)  Wolf management should not take money away from management of other species.
      (4)  What is the source of wolf management funds?
      (5)  Will adequate funding will be available to manage wolves?
    c.  Wolf Importation and Release—16
      (1)  Wolves should not be introduced.
      (2)  Wolves coming in on their own is acceptable.
      (3)  Wolf introductions may be needed to maintain genetic viability.

000147A

(4)    Will wolves will be introduced if they do not recover on their own?

000148A

Michigan Gray Wolf Recovery and Management Plan

    d.  Wolf Goals—14
      (1)   What is the wolf population goal?
      (2)   What will happen when the goal is reached?
      (3)   How many wolves the UP can support?
      (4)   Wolves are important because delisting wolves depends on a viable population in Michigan.
    e.  Timber Harvest—6
      (1)   Forest management can be compatible  with wolf management.
      (2)   Timber harvest should not/should be restricted on public land for wolf protection.
    f.  Organizational Cooperation—2
      (1)   Relationships and coordination among USFWS, USFS, and MDNR needs improvement.
      (2)   Coordination should be done with Ontario MNR

5.     Wolf Depredation on Livestock—27

    a.  Concern was expressed for possible loss of livestock
    b.  Livestock losses will be minimal.
    c.  Use livestock husbandry practices that minimize losses.
    d.  DNR must respond quickly to losses.
    e.  Compensation for livestock losses should be provided.
    f.  Concern was expressed that anti-wolf sentiment will develop if wolf depredation management is not handled properly.
    g.  Concern was expressed for possible loss of pets.

6.     Appreciation—18

    a.  People said they would like a chance to see wolves or wolf sign in Michigan.
    b.  People would like to hear a wild Michigan wolf howl.
    c.  There is a value in knowing that wolves exist in the state even if they are never seen or heard.
    d.  People reported that after seeing wolves or sign they felt good knowing that a wolf had been there earlier at the same location.

7.     Education—18

    a.  More education about wolves is needed.
    b.  Education is essential for wolf recovery.
    c.  Volunteer programs are needed to provide ways people can help with wolf recovery.

8.     Balanced Ecosystems—16

    a.  Wolves are part of the balance of nature.
    b.  Wolves will help produce healthy prey populations.

9.     Wolf-Dog Hybrids—13

    a.  There is a possibility that released hybrids could introduce dog genes into the  wolf population.
    b.  Negative attitudes toward wolves may develop based on problems caused by hybrids.
    c.  Ownership of hybrids should be banned.
    d.  Use "look-alike" clause in Endangered Species Act to control hybrids.
    e.  Will wild wolves cross with domestic dogs?

10.        Protection/Enforcement—11

    a.  Increase the level of law enforcement.
    b.  Increase fines for killing a wolf.
    c.  Why have people not been convicted in the past for killing wolves?
    d.  Trappers expressed concern that they may be fined for the unintentional take of wolves in legally set traps.

11.    Diseases and Parasites—10

    a.  What are the implications of mange, parvovirus, and heartworm on wolf recovery in Michigan?
    b.  What can be done to minimize parasite and disease problems?

60

000149A

# Michigan Gray Wolf Recovery and Management Plan

12. Human Safety—9

    a. Wolves are not a danger to humans.
    b. Wolves can be detrimental to personal safety.

13. Biodiversity—5

    a. Wolves are part of the native fauna of Michigan.
    b. The return of the wolf will add a missing component.
    c. Species diversity leads to stability and a healthier ecosystems.
    d. Suitable wolf habitat is available in the Upper Peninsula.

14. Spiritual—5

    a. Wolves are an important part of native American traditions.
    b. Wolves are like brothers.
    c. Wolves should not be killed.
    d. There is a value in just knowing that wolves exist in Michigan.

15. Wolf-Coyote Interactions—4

    a. Will mange spread from coyotes to wolves?
    b. What will happen to coyote numbers in wolf areas?
    c. Will wolves and coyotes cross?

16. Property Tax Incentives—2

    a. People who protect wolves on their property should be given a tax break.

17. Tourism/Economics—2

    a. People will come to the UP to see wolves or wolf sign.
    b. There will be an opportunity for sale of wolf related products in the UP.
    c. There will be an added appeal for the UP as an area that is still wild enough to have wolves.
    d. Wolves are a tourist attraction in Ely, Minnesota, and Algonquin Park, Ontario, and could be an economic asset in Michigan.

18. Wolf Distribution—2

    a. Why is the northern Lower Peninsula (NLP) not considered for wolf populations?
    b. What will happen if wolves enter NLP on their own?
    c. Where will wolves be distributed in the UP?

19. Wolf Population Growth Rate—2

    a. What is expected rate of increase of wolves in Michigan?
    b. When will goals be met?

20. Legal Concerns—1

    a. Endangered Species Acts are being misused; wolves are not endangered in North America.

000150A

Michigan Gray Wolf Recovery and Management Plan

### APPENDIX 2.   DELISTING PROCEDURES

#### Federal

The goal of the federal Endangered Species Act (ESA) is to return a listed species to a point when ESA protection is no longer required.  A species may be delisted or reclassified when recovery criteria are met according to the best scientific and commercial data available.

The delisting process (50 CFR 121) requires:

(1)   A proposed rule published in the *Federal Register*

(2)   A public comment period

(3)   Consideration of all comments and data received

(4)   Publication of the final decision in the *Federal Register*

Once recovered and removed from the federal list, a species must be monitored for at least five years to prevent a significant risk to its well-being. Should such a risk develop, a species may be again listed under emergency listing authorities in the federal ESA.

#### State

The Michigan Endangered Species Act requires that the list of threatened and endangered species be reviewed every two years.  It is during these reviews that technical committees and advisors evaluate the status of species and recommend the appropriate listing category.  Amending the list requires public hearings and legislative approval under Joint Rules procedures.  A species can be listed under the state Act, even though it is not federally listed.

000151A

# Michigan Gray Wolf Recovery and Management Plan

**APPENDIX 3.    RECOMMENDED HOME SITE MANAGEMENT**

All actively used wolf home sites should be reported to the DNR Wildlife Division or to the appropriate District Wildlife Supervisor.  Generally, only established home sites (used within last two years) should be recommended for protection.  Intensive investigations of den and rendezvous sites should be done only after wolves have discontinued use for the year.

 **(1)    0-5 chain primary zone (330 feet, 100 m)**:  Land use activity, including timber harvest, should not be permitted at any time of the year within 100 m (330 feet) of the home site.  No new roads or trails should be constructed in this area; existing trails and roads should be obliterated, closed, or rerouted.  Human activity should be restricted to those activities specifically related to wolf research and generally done only when wolves are not active in the area.  No attempt is needed to actively keep recreational users outside the zone, but road closure and obliteration should eliminate most such activity.  Recommended road closures apply only to forest roads and trails that are not major public travel ways.

 **(2)    5-40 chain secondary zone (330-2,640 feet, 100-800 m)**:  Land use activity is permitted from August 1 through February 28.  Timber harvest, mineral exploration, and other land use activities should be allowed during this period.  Clearcutting is not likely to be detrimental to wolf activity if done during the open period, but care should be taken to avoid leaving the wolf home site areas isolated from other areas of standing timber.  No new permanent roads or trails should be constructed in the zone; temporary roads and trails should be closed to vehicle traffic after timber harvests are completed.  Existing trails and roads should be examined on a case-by-case basis and obliterated, closed, or rerouted if needed; this would not apply to major public travel ways such as town, county, state or federal highways.

These guidelines were modified from the 1995 addendum to the Wisconsin Wolf Recovery Plan.

000152A