# Exhibit 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF ANIMALS, et al.,**<br><br>        **Plaintiffs,**<br><br>        v.<br><br>**KEN SALAZAR, Secretary of the Interior,**<br><br>        **Defendant.** | Civil Action 04-01660 (HHK) |
| **REBECCA ANN CARY, et al.,**<br><br>        **Plaintiffs,**<br><br>        v.<br><br>**ROWAN GOULD, Acting Director, Fish and Wildlife Service, et al.,**<br><br>        **Defendants.** | Civil Action 06-02120 (HHK) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 22nd day of June 2009, hereby

**ORDERED** that these cases are remanded to the United States Fish and Wildlife Service of the Department of Interior for further proceedings consistent with the memorandum opinion. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

                                            Henry H. Kennedy, Jr.
                                            United States District Judge