AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| The Humane Society of the United States, et al. ) | |
| Plaintiff ) | |
| v. ) | Case No.  1:13-cv-00186 (BAH) |
| Kenneth Salazar, Secretary of the Interior, et al. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Michigan and Michigan Department of Natural Resources, Defendant Intervenor Applicants

Date:     10/03/2014

/s/ Nate Gambill
*Attorney's signature*

Nate Gambill (Mich. Bar No. P75506)
*Printed name and bar number*

525 West Ottawa
6th Floor, G. Mennen Williams Building
P.O. Box 30755
Lansing, Michigan  48909
*Address*

gambillN@michigan.gov
*E-mail address*

(517) 373-7540
*Telephone number*

(517) 373-1610
*FAX number*