IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY
OF THE UNITED STATES
and BORN FREE, USA and
HELP OUR WOLVES LIVE (HOWL)
and FRIENDS OF ANIMALS AND
THEIR ENVIRONMENT (FATE),

    Plaintiffs

v

SALLY JEWEL,
SECRETARY OF THE INTERIOR and
UNITED STATES DEPARTMENT OF
THE INTERIOR and UNITED STATES
FISH AND WILDLIFE SERVICE,

    Defendants

and

STATE OF MICHIGAN and
MICHIGAN DEPARTMENT
OF NATURAL RESOURCES,

    Defendant Intervenor.

Civil Action No. 1:13-cv-00186-BAH

**STATE OF MICHIGAN'S STATEMENT IN SUPPORT OF BIFURCATION**

The State of Michigan and the Michigan Department of Natural Resources support the Hunter Conservation Coalition's request that, in the event the Court agrees with any of the Plaintiffs' claims, the Court consider the merits of the Plaintiffs' claims separately from the remedy. It is a common practice in the D.C. Circuit to remand all or part of a rule without vacating them. *Int'l Union, United Mine Workers of Am. v. Fed. Mine Safety & Health Admin.*, 920 F.2d 960, 966 (D.C. Cir. 1990). Even in situations where the court determines that the agency acted arbitrarily and capriciously. *See, e.g., Maryland People's Counsel v. F.E.R.C.*, 768 F.2d 450, 452 (D.C. Cir. 1985).

The remedy analysis is circumstance-specific and centers both on the seriousness of a rule's errors, and how disruptive a vacation would be compared to a remand without vacation. *Int'l Union*, 920 F.2d at 967. In this case, the Plaintiffs have raised seven different reasons why they believe the rule's vacation is warranted. The presence of so many arguments sets the stage for a variety of scenarios if the Court rules in the Plaintiffs' favor – depending on which of the Plaintiffs' arguments the Court finds persuasive. Accordingly, it would be appropriate for the Court to allow the parties to submit additional briefs on a remedy in the event the Court agrees with any of the Plaintiffs' claims.

Respectfully submitted,

Bill Schuette
Attorney General


/s/ Nate Gambill
Nate Gambill
(Mich. Bar No. P75506)
gambillN@michigan.gov
Pamela J. Stevenson
(Mich. Bar No. P40373)
stevensonP@michigan.gov
Assistant Attorneys General
Attorneys for State of Michigan and
Michigan Department of Natural
Resources
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540

Dated:  October 3, 2014

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on October 3, 2014, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Nate Gambill
Nate Gambill
(Mich. Bar No. P75506)
gambillN@michigan.gov
Pamela J. Stevenson
(Mich. Bar No. P40373)
stevensonP@michigan.gov
Assistant Attorneys General
Attorneys for State of Michigan and Michigan Department of Natural Resources
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540

LF/Humane Society v US Fish and Wildlife/2013-0032710-B/Statement in Support of HCC Request  2014-10-03