UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE
UNITED STATES, et al.,

    Plaintiffs,

  v.                                          Case No. 13-0186 (BAH)

SALLY JEWELL, Secretary of the
Interior, et al.,

    Defendants,

STATE OF WISCONSIN, et al.,

    Intervenor Defendants,

DEFENDANT INTERVENOR STATE OF WISCONSIN'S
POSITION IN FAVOR OF BIFURCATED BRIEFING

       State of Wisconsin defendant intervenor respectfully submits its position in favor of bifurcated briefing.  Because this matter is fact specific and the remedy depends on the nature of the violation, if any, the state of Wisconsin joins the federal defendants in supporting bifurcated briefing in this matter.

       Dated this 3rd day of October, 2014.

Respectfully submitted,

J.B. VAN HOLLEN
Attorney General


**/s/ Cynthia R. Hirsch**
CYNTHIA R. HIRSCH
Assistant Attorney General
State Bar #1012870

**/s/ Thomas J. Dawson**
THOMAS J. DAWSON
Assistant Attorney General
State Bar #1016134

Attorneys for Intervenor-Defendant
State of Wisconsin and
Wisconsin  Department of Natural Resources

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8987 (Dawson)
(608) 266-3861 (Hirsch)
(608) 266-2250 (Fax)
hirschcr@doj.state.wi.us
dawsontj@doj.state.wi.us