# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States, et al.

Plaintiffs,

v.

Sally Jewell, Secretary of the Interior, et al.

Defendants,

and

State of Wisconsin, et al.

Defendants-Intervenors.

Civil Action No. 13-cv-00186-BAH

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES AND COSTS

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES AND COSTS

Pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiffs The Humane Society of the United States, Born Free USA, Help Our Wolves Live, and Friends of Animals and Their Environment hereby request that this Court extend the deadline for filing of Plaintiffs' motion for attorney fees and costs.

Counsel for Plaintiffs today requested the positions of all other parties regarding the relief requested in this motion. In response to Plaintiffs' inquiry, counsel for Federal Defendants stated that they "take no position on delaying fee briefing so that fees are briefed under the EAJA deadlines," but they "reserve all defenses, including that any fee motion is untimely as to any claims for fees under the ESA, and [they] reserve [their] arguments on excusable neglect."  At the time of filing, Plaintiffs' counsel had not received responses from counsel for the Intervenors.

1

On December 19, 2014, the Court granted Plaintiffs' motion for summary judgment, and denied Defendants' and Defendant-Intervenors' cross-motions for summary judgment. Dkt. No. 53.  Pursuant to FRCP 54(d), unless a statute or court order provides otherwise, a prevailing party has 14 days following the entry of judgment in which to move for an award of attorney fees.  Plaintiffs respectfully request that the Court extend this deadline until 30 days following the deadline for filing a notice of appeal, or the final disposition of any appeal if one is noticed.[1]

Plaintiffs submit that there is good cause for the requested extension in order to facilitate the most efficient resolution of Plaintiffs' claim for attorney fees and in the interest of judicial economy.  The requested extension would prevent any litigation as to the motion for attorney fees and costs—including Plaintiffs' effort expended in producing the motion and corresponding affidavits and documents, Federal Defendants' efforts in response thereto, and review by the Court—from being mooted if a notice of appeal is filed. The requested extension would also allow time for Plaintiffs and Federal Defendants to pursue settlement discussions in an effort to resolve Plaintiffs' claims for fees and costs without the need for any judicial intervention.

///

///

///

---

[1]  This extension would be consistent with the deadline to file a motion for fees under the Equal Access to Justice Act, which must be filed within 30 days of the date that a judgment becomes "final and not appealable," i.e., 30 days after the date that the time to file a notice of appeal has passed, or if an appeal is taken, 30 days after the appeal is resolved.  *Id*. §§ 2412(d)(1)(B); (d)(2)(G); *see also Adams v. SEC*, 287 F.3d 183 (D.C. Cir. 2002) (defendant in an administrative adjudication before the SEC had 30 days after the tolling of time within which an appeal could be noticed to file his motion for fees under EAJA, because EAJA deadline is based off of time at which judgment becomes final *and* unappealable).

Therefore, Plaintiffs respectfully request that the Court extend their deadline for filing a

motion for attorney fees and costs until 30 days following the deadline for noticing an appeal, or,

if an appeal is noticed, 30 days following the final disposition of any appeal.


Dated:  January 5, 2015

By:    */s/ Bruce A. Wagman*
Bruce A. Wagman, Admitted *pro hac vice*
bwagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
(415) 901-8700
(415) 901-8701 (facsimile)

Ralph E. Henry, D.C. Bar No. 982586
rhenry@humanesociety.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Attorneys for Plaintiffs The Humane Society of
the United States, Born Free USA, Help Our
Wolves Live, and Friends of Animals and Their
Environment

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Motion for Extension of Time to File Motion for Attorney Fees and Costs was today served via the Court's CM/ECF system on all counsel of record on this 5th day of January, 2015.


        */s/ Bruce A. Wagman*

Bruce A. Wagman

Attorney for Plaintiffs The Humane Society of the United States, Born Free USA, Help Our Wolves Live, and Friends of Animals and Their Environment

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States, et al. | |
| Plaintiffs, | Civil Action No. 13-cv-00186-BAH |
| v. | |
| Sally Jewell, Secretary of the Interior, et al. | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES AND COSTS |
| Defendants, | |
| and | |
| State of Wisconsin, et al. | |
| Defendants-Intervenors. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR ATTORNEY FEES AND COSTS**

Upon consideration of the Plaintiffs' Motion for Extension of Time to File Motion for

Attorney Fees and Costs, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' Motion for Extension of Time to File Motion for Attorney

Fees and Costs is **GRANTED**; and it is further

///

///

///

///

///

1

**ORDERED** that Plaintiffs shall file any motion for attorney fees and costs no later than 30 days following the deadline for appeal, or, if an appeal is noticed, 30 days following the final disposition of any appeal.

DATED this _____ day of January, 2015.

_____
Beryl A. Howell
United States District Court Judge