IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States, et al.<br><br>        Plaintiffs,<br>  v.<br><br>Sally Jewell, Secretary of the Interior, et al.<br><br>        Defendants,<br>    and<br><br>State of Wisconsin, et al.<br><br>        Defendants-Intervenors. | Civil Action No. 13-cv-00186-BAH<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RULE 54(d) MOTION RELATING TO ATTORNEY FEES AND COSTS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RULE 54(d) MOTION RELATING TO ATTORNEY FEES AND COSTS**

Upon consideration of the Plaintiffs' Motion for Extension of Time to File Rule 54(d) Motion Relating to Attorney Fees and Costs, and on grounds of good cause and excusable neglect shown, it is hereby

**ORDERED** that Plaintiffs' Motion for Extension of Time to File Rule 54(d) Motion Relating to Attorney Fees and Costs is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion for Extension of Time to File Motion for Attorney Fees and Costs, which was attached to Plaintiffs' Motion for Extension of Time to File Rule 54(d)

///

///

Motion Relating to Attorney Fees and Costs, shall be filed by the Clerk of Court as a separate docket entry.

DATED this _____ day of January, 2015.

                                                       Beryl A. Howell
                                                      United States District Court Judge