AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Humane Society of the United States, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 13-cv-00186 (BAH) |
| Sally Jewell, Secretary of the Interior, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Minnesota Department of Natural Resources   .

Date:   01/26/2015

s/ Kathryn Landrum
*Attorney's signature*

Kathryn Landrum (MN Bar #0389424)
*Printed name and bar number*

Minnesota Attorney General's Office
445 Minnesota Street, #1100
St. Paul, MN  55101-2128
*Address*

kathryn.landrum@ag.state.mn.us
*E-mail address*

(651) 757-1189
*Telephone number*

(651) 282-5832
*FAX number*