IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SALLY JEWELL, et al., <br><br> Defendants, <br><br> and <br><br> HUNTER CONSERVATION COALITION, <br><br> Defendant-Intervenors. | Civil Action No. 13-00186 (BAH) |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is given that Defendant-Intervenors U.S. Sportsmen Alliance Foundation, Safari Club International, the National Rifle Association of America, the Wisconsin Bear Hunters Association, the Michigan United Conservation Clubs, the Wisconsin Bowhunters Association, the Upper Peninsula Bear Houndsmen Association, the Michigan Hunting Dog Federation, and the Rocky Mountain Elk Foundation (collectively, "Hunter Conservation Coalition")[1] appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's December 19, 2014 Order on the motions for summary judgment (ECF Doc. No. 53) filed in this case and the Court's Memorandum Opinion issued concurrently therewith (ECF Doc. No. 52).

---

[1] "Hunter Conservation Coalition" is a collective term for the private party defendant-intervenors who each joined in the Unopposed Motion to Intervene (ECF Doc. 11) granted by the Court in a Minute Order dated May 7, 2013 (ECF Doc. 14). See Unopposed Motion to Intervene at 1 (listing the applicant-defendant-intervenors by name). All of those intervenors join in this Notice of Appeal and are listed by name above.

1

Dated:  February 13, 2015

Respectfully Submitted,

Hunter Conservation Coalition Appellant-Defendant-Intervenors

/s/Anna M. Seidman
 Anna M. Seidman (D.C. Bar # 417091)
Douglas S. Burdin (D.C. Bar # 434107)
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
aseidman@safariclub.org
*Attorneys for Appellant-Defendant-Intervenor Safari Club International*

/s/ Christopher A. Conte
Christopher A. Conte (D.C. Bar # 430480)
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org
*Attorneys for Appellant-Defendant-Intervenor National Rifle Association of America*

John I. Kittel
U.S.D.C. for D.C. Bar No. WI0030
Mazur & Kittel, PLLC
30665 Northwestern Hwy. Ste. 175
Farmington Hills, MI  48334
Tel: (248) 432-8000
Fax (248) 432-8010
jkittel@mazur-kittel.com
*Co-Counsel for Appellant-Defendant-Intervenor Michigan Conservation Clubs and Rocky Mountain Elk Foundation*

/s/ James H. Lister
James H. Lister (D.C. Bar # 447878)
William P. Horn (D.C. Bar # 375666)
Carissa D. Siebeneck (D.C. Bar # 1007526)
Birch Horton Bittner and Cherot, PC
1156 15th Street, N.W., Suite 1020
Washington, D.C.  20005
Telephone: (202) 659-5800
Facsimile (202) 659-1027
whorn@dc.bhb.com; jlister@dc.bhb.com
csiebeneck@dc.bhb.com
*Attorneys for Appellant-Defendant-Intervenors:  U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; Michigan United Conservation Clubs; Wisconsin Bowhunters Association; Upper Peninsula Bear Houndsmen Association; Michigan Hunting Dog Federation; and Rocky Mountain Elk Foundation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

Dated:  February 13, 2015            */s/ James H. Lister*
                                                 James H. Lister