# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>S.M.R. JEWELL, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:13-cv-00186-BAH<br><br>**Notice of Appeal** |

**Federal Defendants' Notice of Appeal**

Notice is hereby given that the U.S. Department of the Interior, the U.S. Fish and Wildlife Service and S.M.R. Jewell, Secretary of the U.S. Department of the Interior, Federal Defendants in the above-named case, appeal to the United States Court of Appeals for the D.C. Circuit from the Court's December 19, 2014 Opinion, ECF No. 52, and Order, ECF No. 53, entering judgment in favor of Plaintiffs and against Defendants. The Opinion and Order are attached hereto.

Respectfully submitted this Friday, February 13, 2015,

JOHN C. CRUDEN,
Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

/s/ *Andrea Gelatt*
ANDREA GELATT, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0388

Fax: (202) 305-0275
andrea.gelatt@usdoj.gov

Counsel for Federal Defendants

<u>Certificate of Service</u>

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

<u>/s/ *Andrea Gelatt*</u>
ANDREA GELATT, Trial Attorney