IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF
THE UNITED STATES, *et al.*,

    Plaintiffs,

v.                                                  Civil Action No. 1:13-cv-00186-BAH

SALLY JEWELL, *Secretary of the Interior, et al.*,

    Defendants,

v.

STATE OF WISCONSIN *et al.*,

    Intervenor-Defendants.

## NOTICE OF APPEAL

Notice is hereby given that the State of Wisconsin and Wisconsin Department of Natural Resources, Intervenor-Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the D.C. Circuit from the District Court's December 19, 2014 Order entering judgment in favor of Plaintiffs and against Defendants, ECF No. 53, and concurrent Memorandum Opinion filed in this case, ECF No. 52.

Dated this 26th day of February, 2015.

        Respectfully submitted,

        BRAD D. SCHIMEL
        Attorney General


        s/ *Thomas J. Dawson*
        THOMAS J. DAWSON
        Assistant Attorney General
        State Bar #1016134

        s/ *Cynthia R. Hirsch*
        CYNTHIA R. HIRSCH
        Assistant Attorney General
        State Bar #1012870

        Attorneys for Intervenor-Defendants
        State of Wisconsin and Wisconsin
        Department of Natural Resources

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8987 (Dawson)
(608) 266-3861 (Hirsch)
(608) 266-2250 (Fax)
*dawsontj@doj.state.wi.us*
*hirschcr@doj.state.wi.us*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

                                        s/   *Thomas J. Dawson*
                                        THOMAS J. DAWSON
                                        Assistant Attorney General
                                        State Bar #1016134