IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE
UNITED STATES and BORN FREE,
USA and HELP OUR WOLVES LIVE
("HOWL") and FRIENDS OF ANIMALS
AND THEIR ENVIRONMENT
("FATE"),

Plaintiffs,

v

KENNETH SALAZAR, SECRETARY OF
THE INTERIOR and UNITED STATES
DEPARTMENT OF THE INTERIOR
and UNITED STATES FISH AND
WILDLIFE SERVICE,

Defendants,

and

STATE OF MICHIGAN
530 West Allegan Street
Lansing, MI 48915,

and

MICHIGAN DEPARTMENT OF
NATURAL RESOURCES
530 West Allegan Street
Lansing, MI 48915,

    Defendant-Intervenor Applicants.

Civil Action No. 1:13-cv-00186-BAH

**NOTICE OF APPEAL OF THE DEFENDANT-INTERVENORS STATE OF MICHIGAN AND THE MICHIGAN DEPARTMENT OF NATURAL RESOURCES**

### NOTICE OF APPEAL OF DEFENDANT-INTERVENORS STATE OF MICHIGAN AND THE MICHIGAN DEPARTMENT OF NATURAL RESOURCES

Notice is hereby given that the State of Michigan and the Michigan Department of Natural Resources, Defendant-Intervenors in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's December 19, 2014 Opinion, ECF No. 52, and Order, ECF No. 53, granting judgment in favor of the plaintiffs and against the defendants and defendant-intervenors, entered in this action on December 19, 2014.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ Nate Gambill
Nate Gambill
(Mich. Bar No. P75506)
gambilln@michigan.gov
Pamela J. Stevenson
(Mich. Bar No. P40373)
stevensonp@michigan.gov
Assistant Attorneys General
Attorneys for State of Michigan and
Michigan Department of Natural
Resources
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540

Dated: February 27, 2015

**CERTIFICATE OF SERVICE (E-FILE)**

I hereby certify that on February 27, 2015, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Nate Gambill
Nate Gambill
(Mich. Bar No. P75506)
gambilln@michigan.gov
Pamela J. Stevenson
(Mich. Bar No. P40373)
stevensonp@michigan.gov
Assistant Attorneys General
Attorneys for State of Michigan and Michigan Department of Natural Resources
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540

Dated:  February 27, 2015

LF/Humane Society v US Fish and Wildlife/2013-0032710-B/SOM & DNR's Notice of Appeal 2015-02-27