# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States
2100 L Street NW
Washington, DC  20037;


Born Free, USA
1122 S Street

Sacramento, CA  95811;

Help Our Wolves Live ("HOWL")
4901 Second Ave. South
Minneapolis, MN  55419;

Friends of Animals and Their Environment ("FATE")
3333 Alabama Ave.
St. Louis Park, MN  55415,

Plaintiffs,

v.

Sally Jewell, Secretary of the Interior,
United States Department of the Interior
1849 C Street, NW
Washington, DC  20240;


United States Department of the Interior
1849 C Street, NW
Washington, DC  20240;


United States Fish and Wildlife Service
1849 C Street, NW
Washington, DC  20240,

Defendants.

Civil Action No. 13-cv-00186-BAH

**Second Joint Motion for Extension of Time to File Motion for Attorney Fees and Costs**

**PLAINTIFFS' AND FEDERAL DEFENDANTS' SECOND JOINT MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs and Federal Defendants hereby request an order from the Court extending the time for Plaintiffs to file any motion for attorneys' fees and costs, based on the following:

WHEREAS, this Court granted Plaintiffs' motion for summary judgment in December 2014, and

WHEREAS, Defendants filed an appeal in the Circuit Court for the District of Columbia in this matter; and

WHEREAS, by minute order on January 6, 2015, this Court gave Plaintiffs "thirty days following the final disposition of such appeal" to file any motion for attorneys' fees and costs; and

WHEREAS, the Circuit Court affirmed the District Court's judgment and issued its mandate on September 26, 2017; and

WHEREAS, the parties have been diligently and in good faith discussing a resolution of the attorneys' fees issue without having to resort to formal motion process and without having to involve the Court; and

WHEREAS, this Court granted the parties' request to extend, to November 22, 2017, the time for Plaintiffs to file any motion for attorneys' fees and costs; and

WHEREAS, the parties have continued diligently to discuss a resolution of the attorneys' fees issue, but cannot complete those discussions before the current deadline of November 22 (the day before Thanksgiving); and

WHEREAS, the parties hope to finalize these discussions by the middle of December;

Therefore, based on the foregoing, Plaintiffs and the Federal Defendants jointly request a

28-day extension, to December 20, 2017, for Plaintiffs to file any motion for attorneys' fees and

costs.

Dated:  November 13, 2017          By:   _/s/ Bruce A. Wagman_____

Bruce A. Wagman, Admitted *pro hac vice*
bwagman@schiffhardin.com
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
(415) 901-8700
(415) 901-8701 (facsimile)

Ralph E. Henry, D.C. Bar No. 982586
rhenry@humanesociety.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (Fax)

Attorneys for Plaintiffs The Humane
Society of the United States, Born Free
USA, Help Our Wolves Live, and Friends of
Animals and Their Environment

Dated:  November 13, 2017

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

By:   __/s/ Andrea Gelatt_____
ANDREA GELATT
Wildlife and Marine Resources Section
601 D Street, NW
Washington, D.C. 20004
(202) 305-0388
(202) 305-0275 (Fax)
andrea.gelatt@usdoj.gov

Attorneys for Federal Defendants

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Second Joint Motion for Extension of Time to File Motion for Attorney Fees and Costs was today served via the Court's CM/ECF system on all counsel of record on this 13th day of November, 2017.

  */s/ Bruce A. Wagman*

Bruce A. Wagman

Attorney for Plaintiffs The Humane Society of the United States, Born Free USA, Help Our Wolves Live, and Friends of Animals and Their Environment

SF\322018828.1